**United States Bankruptcy Court**

**IN RE:** 

Cleveland Avenue Cafe, Inc. dba Sirens
_____

Case No. __2:25-bk-55028___

Chapter __11__

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Lame Michael Sharrak<br>1704 Cass Lake Front Road, Keego Harbor, MI 483250 | 100 | Other |