UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO EASTERN
DIVISION (COLUMBUS)

| | |
|---|---|
| IN RE: | Case No. 2:25-bk-55028 |
| CLEVELAND AVENUE CAFÉ., INC. dba Sirens | Chapter 11<br>Subchapter V |
| Debtor and Debtor in Possession | Judge Tiffany Strelow Cobb |

## APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF STATMAN HARRIS, LLC AS ATTORNEYS FOR THE DEBTOR

Debtor, Cleveland Avenue Café, Inc. dba Sirens (hereinafter "Debtor") requests this Court enter an Order pursuant to 11 U.S.C. Sec. 327(a) authorizing them to employ Statman Harris, LLC ("SH") as its attorneys. In support of this Application, the Debtor submits the Affidavit of William B. Fecher, a member of SH, (the "Fecher Affidavit") attached hereto as <u>Exhibit A,</u> and states as follows:

### BACKGROUND

1. On November 13, 2025 Debtor filed a Chapter 11, Subchapter V bankruptcy.

2. The Debtor operates a night club in Columbus, Ohio with a local presence. They employ 20 full-time employees, 10 part time employees, and 3 1099 contractors.

### THE RELIEF REQUESTED

3. Debtor seeks to retain SH as their attorney to represent them in this Chapter 11, Subchapter V case. Pursuant to sections 327 (a) and (d) of the Bankruptcy Code, Debtor requests that this Court approve the employment of SH as their counsel

1

to perform the extensive legal services that will be necessary during this Chapter 11 case, Subchapter V.

4. SH employs three (3) attorneys practicing in a variety of legal fields, primarily financial litigation and bankruptcy. In particular, SH 's bankruptcy practice enjoys recognized expertise in the representation of Debtors under the bankruptcy code. SH is both well qualified and uniquely able to represent the Debtor in this Chapter 11, Subchapter V case in a most efficient and timely manner.

5. Debtor anticipates that SH will be required to render the following professional services:

(a) to take all necessary actions to protect and preserve the property of the bankruptcy estate ("Estate"), including the prosecution of actions on the Debtor's behalf, the defense of any actions commenced against the Debtor or the Estate, negotiations concerning all litigation in which the Debtor may currently be involve, and objections to claims filed against the Estate;

(b) to prepare on behalf of the Debtor all necessary motions, applications, answers, orders, reports, and papers in connection with the administration of the Estate herein;

(c) to negotiate and prepare on behalf of the Debtor and the Estate a plan of reorganization and all related documents; and

(d) to perform all other necessary legal services in connection with this Chapter 11, Subchapter V case.

6. SH has stated its desire and willingness to act in this case and to render the necessary professional services.

7. To the best of the Debtor's knowledge, SH does not have any connection with the Debtor, their creditors, any party in interest, or their respective attorneys, except as set forth in the Fecher Affidavit.

8. It is contemplated that this case will not be lengthy and that a single fee application will be made at the end of the case. In the event that a more extended time is required for completion, counsel may apply for partial fees on 120-day intervals.

9. The pendency of the hearing on the Interim or Final Fee Application shall not disqualify SH from the future payment of compensation or reimbursement of expenses as set forth above unless otherwise ordered by the Court.

10. Debtor, subject to the provision of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and Orders of this Court, proposes to pay SH its customary hourly rates. These rates are subject to change, usually on a yearly basis, and SH shall provide notice of updated rates on a yearly basis. The attorneys primarily responsible for this case will be William B. Fecher ($500.00/hr), and Alan Statman ($500.00/hr). Paralegal rates in the case will be $110.00/hr. SH has received for pre-petition work $10,000.00, $1,738.00 for the filing fee and a $20,000.00 retainer in contemplation of its services on this case.

11. Notice of this Application has been given to the United States Trustee, all creditors and parties registered to receive notice of filings via this Court's ECF notice service and all creditors on the attached matrix.

12. No previous requests for the relief requested herein have been made to the Court in this case.

WHEREFORE, Debtor respectfully requests entry of an Order authorizing the

relief requested herein and granting Debtor such other and further relief as may be just and proper in these proceedings.

Respectfully submitted,

/s/ William B. Fecher
William B. Fecher, #0039240
Alan Statman, # 0012045
STATMAN HARRIS, LLC
35 E. 7th St., Ste. 315
Cincinnati, Ohio 45202
(513) 328.2666
Proposed Attorneys for Chapter 11
Subchapter V Debtor

### Certificate of Service

I hereby certify that a true and accurate copy of the foregoing was electronically filed on November 14, 2025, and served automatically through the Court's CM/ECF system on the parties who receive automatic service in this case and by first class mail, postage prepaid on the following:

U.S. Attorney – **Columbus**
Office of the United States Trustee
170 N. High St. Ste. 200
Columbus, Ohio 45202

And on all attached creditors by ordinary U.S. Mail addressed to the following: Attached matrix

Respectfully submitted,

/s/ William B. Fecher
William B. Fecher, #0039240
Attorneys for Debtor
35 E. 7th St., Ste. 315
Cincinnati, Ohio 45202
wbfecher@statmanharris.com
(513) 328.2666

American Electric Power (AEP)
P.O. Box 24418
Canton, OH 44701

Asphault Help Paving and Sealcoating
7649 Commerce Place
Plain City, OH 43064

Bar and Beverage Control, LLC (Buckeye Bevera
3330 Sullivant Ave
Columbus, OH 43204

C-Bus
4955 Sinclair Road
Columbus, OH 43229

C-Bus Media Group
4401 Carriage Hill Ln.
Columbus, OH 43220

Columbus Gas of Ohio
PO BOX 742510
Cincinnati, OH 45274

Corporate Exchange Group
1015 Wilderness Ct.
Perrysburg, OH 43551

Corporate Exchange Group, Inc.
1015 Wilderness Ct.
Perrysburg, OH 43551

Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Francis S Consulting, LLC
1704 Cass Lake Front Road
Keego Harbor, MI 483250

Gibson & Siegal Co., LPA
PO BOX 274
East Lansing, MI 48826

Glass City
3037 Tremainsville Rd.
Toledo, OH 43613

Glass City Signs
1230 Heatherdowns Blvd.

3400 Secor Rd.
Toledo, OH 43606

State of Ohio
PO Box 2678
Columbus, OH 43270

Steller Construction
22 Village Pointe Dr.
Powell, OH 43065

Steller Construction
7315 Hill Road
Canal Winchester, OH 43110

The Blitz-WRKZ
515 S. High Street
Columbus, OH 43215

The Blitz-WRKZ
1458 Dublin Rd.
Columbus, OH 43215

Thomas D. Pigott
PO BOX 8813
Toledo, OH 43623

US Small Business Admin.
409 3rd St., SW
Washington, DC 20416

Yazeed M. Qaimari
1015 Wilderness Ct.
Perrysburg, OH 43551

Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO EASTERN
DIVISION (COLUMBUS)

| IN RE: | Case No. |
|---|---|
| CLEVELAND AVENUE CAFÉ. | Chapter 11 Subchapter V |
| Debtor and Debtor in Possession | Judge |

**AFFIDAVIT OF WILLIAM FECHER, STATMAN HARRIS, LLC. IN SUPPORT OF MOTION TO EMPLOY ATTORNEYS PURSUANT TO BANKRUPTCY CODE SECTIONS 329 AND 504, BANKRUPTCY RULES 2014(a) AND 2016(b)**

STATE OF OHIO            )
                         ) SS:
COUNTY OF HAMILTON       )

WILLIAM FECHER, being duly sworn, deposes and says:

1. I am an attorney at law and member of the Law Firm of STATMAN HARRIS, LLC ("SH").

2. I am a duly licensed practicing attorney in the State of Ohio. SH is a law firm with offices located at 35 E. 7TH ST., STE. 315, Cincinnati, OH 45202.

3. Neither I, SH, nor any member or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtor or their affiliates (the "Debtor"), its creditors or its attorneys (or any other party in interest herein), except as set forth in this Affidavit.

4. To the best of my knowledge, neither SH, or its members and associates have in the past represented, or currently represent, entities that may be claimants of the Debtor or its affiliates in any matters, either related or totally unrelated to the pending Chapter 11 case except as disclosed in this Affidavit.

5. SH, which employs 3 attorneys, has a legal practice that encompasses the representation of individuals and companies mostly in debtor work capacity. SH has not represented or been requested to either represent or consult with any prior or

1

existing client with regard to the Debtor. If SH discovers a potential conflict at a later date, a supplement to this pleading will be filed with this Court.

6.  In addition, as part of its practice, SH appears in cases, proceedings and transactions involving many different attorneys and accountants, some of whom may represent claimants and parties in interest in this case. SH does not represent any such entities in connection with this pending Chapter 11, Subchapter V case, nor does it have any relationship with any such entities, attorneys or accountants that would be adverse to the Debtor, its affiliates or the Estate, except as set forth in this Affidavit.

7.  SH's current hourly rates, subject to change from time to time, are $4000.00 to $ 500.00 per hour for members and associates and $110.00 per hour for paralegals.

8.  The foregoing constitutes the statement of SH pursuant to Sections 329 and 504 of the Bankruptcy Code, and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure.

9.  Based upon information available to me, I believe SH is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and further that SH holds no interest adverse to the Debtor and his estate as to the matters with respect to which it is to be employed. The proposed employment is not prohibited by, or improper under, Rule 5002 of the Federal Rules of Bankruptcy Procedure.

/s/ WILLIAM FECHER
WILLIAM FECHER, #0039240

Sworn to before me on November 25, 2025.

Notary Public Matthew T. Miller

My commission ~~has no expiration~~ expires on February 11, 2026

2