| Date | Receipt Method | Ref # | Receipt Source |
|---|---|---|---|
| 3/1/2026 | Sales Receipt | 1246 | VIP Room Fees, Entertainer Portion |
| 3/1/2026 | Sales Receipt | 1246 | Employee/Entertainer Credit Card Tips |
| 3/1/2026 | Sales Receipt | 1246 | Entertainment Service Fees, Entertainer Portior |
| 3/1/2026 | Sales Receipt | 1246 | Beverage Sales |
| 3/1/2026 | Sales Receipt | 1246 | Door/Cover Charges |
| 3/1/2026 | Sales Receipt | 1246 | Entertainer Rent Income |
| 3/1/2026 | Sales Receipt | 1246 | Entertainment Service Fees |
| 3/1/2026 | Sales Receipt | 1246 | VIP Room Fees |
| 3/2/2026 | Deposit | | Atm Fee / Comission Income |
| 3/2/2026 | Sales Receipt | 1247 | VIP Room Fees, Entertainer Portion |
| 3/2/2026 | Sales Receipt | 1247 | Employee/Entertainer Credit Card Tips |
| 3/2/2026 | Sales Receipt | 1247 | Entertainment Service Fees, Entertainer Portior |
| 3/2/2026 | Sales Receipt | 1247 | Beverage Sales |
| 3/2/2026 | Sales Receipt | 1247 | Door/Cover Charges |
| 3/2/2026 | Sales Receipt | 1247 | Entertainer Rent Income |
| 3/2/2026 | Sales Receipt | 1247 | Entertainment Service Fees |
| 3/2/2026 | Sales Receipt | 1247 | VIP Room Fees |
| 3/3/2026 | Deposit | | Atm Fee / Comission Income |
| 3/3/2026 | Deposit | | Atm Fee / Comission Income |
| 3/3/2026 | Deposit | | Atm Fee / Comission Income |
| 3/3/2026 | Sales Receipt | 1248 | Employee/Entertainer Credit Card Tips |
| 3/3/2026 | Sales Receipt | 1248 | VIP Room Fees, Entertainer Portion |
| 3/3/2026 | Sales Receipt | 1248 | Entertainment Service Fees, Entertainer Portior |
| 3/3/2026 | Sales Receipt | 1248 | Beverage Sales |
| 3/3/2026 | Sales Receipt | 1248 | Door/Cover Charges |
| 3/3/2026 | Sales Receipt | 1248 | Entertainer Rent Income |
| 3/3/2026 | Sales Receipt | 1248 | Entertainment Service Fees |
| 3/3/2026 | Sales Receipt | 1248 | VIP Room Fees |
| 3/4/2026 | Deposit | | Atm Fee / Comission Income |
| 3/4/2026 | Sales Receipt | 1276 | Employee/Entertainer Credit Card Tips |
| 3/4/2026 | Sales Receipt | 1276 | Customer Prepayment - Goods & Services |
| 3/4/2026 | Sales Receipt | 1249 | VIP Room Fees, Entertainer Portion |
| 3/4/2026 | Sales Receipt | 1249 | Employee/Entertainer Credit Card Tips |
| 3/4/2026 | Sales Receipt | 1249 | Entertainment Service Fees, Entertainer Portior |
| 3/4/2026 | Sales Receipt | 1276 | Service Processing Fee Revenue for Customer P |
| 3/4/2026 | Sales Receipt | 1249 | Beverage Sales |
| 3/4/2026 | Sales Receipt | 1249 | Door/Cover Charges |
| 3/4/2026 | Sales Receipt | 1249 | Entertainer Rent Income |
| 3/4/2026 | Sales Receipt | 1249 | Entertainment Service Fees |
| 3/4/2026 | Sales Receipt | 1249 | VIP Room Fees |
| 3/5/2026 | Deposit | | Atm Fee / Comission Income |
| 3/5/2026 | Sales Receipt | 1277 | Service Processing Fee Revenue for Customer P |
| 3/5/2026 | Sales Receipt | 1250 | Beverage Sales |
| 3/5/2026 | Sales Receipt | 1250 | Door/Cover Charges |
| 3/5/2026 | Sales Receipt | 1250 | VIP Room Fees, Entertainer Portion |
| 3/5/2026 | Sales Receipt | 1277 | Customer Prepayment - Goods & Services |

| | | | |
|---|---|---|---|
| 3/5/2026 | Sales Receipt | 1250 | Employee/Entertainer Credit Card Tips |
| 3/5/2026 | Sales Receipt | 1250 | Entertainment Service Fees, Entertainer Portion |
| 3/5/2026 | Sales Receipt | 1250 | Entertainment Service Fees |
| 3/5/2026 | Sales Receipt | 1250 | VIP Room Fees |
| 3/6/2026 | Deposit | | Atm Fee / Comission Income |
| 3/6/2026 | Sales Receipt | 1251 | Beverage Sales |
| 3/6/2026 | Sales Receipt | 1251 | Door/Cover Charges |
| 3/6/2026 | Sales Receipt | 1251 | Employee/Entertainer Credit Card Tips |
| 3/6/2026 | Sales Receipt | 1251 | VIP Room Fees, Entertainer Portion |
| 3/6/2026 | Sales Receipt | 1251 | Entertainment Service Fees, Entertainer Portion |
| 3/6/2026 | Sales Receipt | 1251 | Entertainment Service Fees |
| 3/6/2026 | Sales Receipt | 1251 | VIP Room Fees |
| 3/7/2026 | Sales Receipt | 1278 | Service Processing Fee Revenue for Customer P |
| 3/7/2026 | Sales Receipt | 1252 | Beverage Sales |
| 3/7/2026 | Sales Receipt | 1252 | Door/Cover Charges |
| 3/7/2026 | Sales Receipt | 1278 | Employee/Entertainer Credit Card Tips |
| 3/7/2026 | Sales Receipt | 1278 | Customer Prepayment - Goods & Services |
| 3/7/2026 | Sales Receipt | 1252 | VIP Room Fees, Entertainer Portion |
| 3/7/2026 | Sales Receipt | 1252 | Employee/Entertainer Credit Card Tips |
| 3/7/2026 | Sales Receipt | 1252 | Entertainment Service Fees, Entertainer Portion |
| 3/7/2026 | Sales Receipt | 1252 | Entertainment Service Fees |
| 3/7/2026 | Sales Receipt | 1252 | VIP Room Fees |
| 3/8/2026 | Sales Receipt | 1279 | Service Processing Fee Revenue for Customer P |
| 3/8/2026 | Sales Receipt | 1253 | Beverage Sales |
| 3/8/2026 | Sales Receipt | 1253 | Door/Cover Charges |
| 3/8/2026 | Sales Receipt | 1279 | Employee/Entertainer Credit Card Tips |
| 3/8/2026 | Sales Receipt | 1253 | Employee/Entertainer Credit Card Tips |
| 3/8/2026 | Sales Receipt | 1253 | Entertainment Service Fees, Entertainer Portion |
| 3/8/2026 | Sales Receipt | 1279 | Customer Prepayment - Goods & Services |
| 3/8/2026 | Sales Receipt | 1253 | Entertainer Rent Income |
| 3/8/2026 | Sales Receipt | 1253 | Entertainment Service Fees |
| 3/8/2026 | Sales Receipt | 1253 | VIP Room Fees |
| 3/9/2026 | Deposit | | Atm Fee / Comission Income |
| 3/9/2026 | Sales Receipt | 1287 | Vending |
| 3/9/2026 | Sales Receipt | 1254 | Beverage Sales |
| 3/9/2026 | Sales Receipt | 1254 | Door/Cover Charges |
| 3/9/2026 | Sales Receipt | 1254 | Employee/Entertainer Credit Card Tips |
| 3/9/2026 | Sales Receipt | 1254 | Entertainment Service Fees, Entertainer Portion |
| 3/9/2026 | Sales Receipt | 1254 | Entertainer Rent Income |
| 3/9/2026 | Sales Receipt | 1254 | Entertainment Service Fees |
| 3/10/2026 | Deposit | | Atm Fee / Comission Income |
| 3/10/2026 | Deposit | | Atm Fee / Comission Income |
| 3/10/2026 | Deposit | | Atm Fee / Comission Income |
| 3/10/2026 | Sales Receipt | 1255 | Beverage Sales |
| 3/10/2026 | Sales Receipt | 1255 | Door/Cover Charges |
| 3/10/2026 | Sales Receipt | 1255 | Employee/Entertainer Credit Card Tips |
| 3/10/2026 | Sales Receipt | 1255 | Entertainment Service Fees, Entertainer Portion |

| | | | |
|---|---|---|---|
| 3/10/2026 | Sales Receipt | 1255 | Entertainer Rent Income |
| 3/10/2026 | Sales Receipt | 1255 | Entertainment Service Fees |
| 3/11/2026 | Deposit | | Atm Fee / Comission Income |
| 3/11/2026 | Sales Receipt | 1256 | Beverage Sales |
| 3/11/2026 | Sales Receipt | 1256 | Door/Cover Charges |
| 3/11/2026 | Sales Receipt | 1256 | Employee/Entertainer Credit Card Tips |
| 3/11/2026 | Sales Receipt | 1256 | VIP Room Fees, Entertainer Portion |
| 3/11/2026 | Sales Receipt | 1256 | Entertainment Service Fees, Entertainer Portior |
| 3/11/2026 | Sales Receipt | 1256 | Entertainer Rent Income |
| 3/11/2026 | Sales Receipt | 1256 | Entertainment Service Fees |
| 3/11/2026 | Sales Receipt | 1256 | VIP Room Fees |
| 3/12/2026 | Deposit | | Atm Fee / Comission Income |
| 3/12/2026 | Sales Receipt | 1257 | Beverage Sales |
| 3/12/2026 | Sales Receipt | 1257 | Door/Cover Charges |
| 3/12/2026 | Sales Receipt | 1257 | Employee/Entertainer Credit Card Tips |
| 3/12/2026 | Sales Receipt | 1257 | VIP Room Fees, Entertainer Portion |
| 3/12/2026 | Sales Receipt | 1257 | Entertainment Service Fees, Entertainer Portior |
| 3/12/2026 | Sales Receipt | 1257 | Entertainer Rent Income |
| 3/12/2026 | Sales Receipt | 1257 | Entertainment Service Fees |
| 3/12/2026 | Sales Receipt | 1257 | VIP Room Fees |
| 3/13/2026 | Deposit | | Atm Fee / Comission Income |
| 3/13/2026 | Sales Receipt | 1258 | Beverage Sales |
| 3/13/2026 | Sales Receipt | 1258 | Door/Cover Charges |
| 3/13/2026 | Sales Receipt | 1258 | Employee/Entertainer Credit Card Tips |
| 3/13/2026 | Sales Receipt | 1258 | VIP Room Fees, Entertainer Portion |
| 3/13/2026 | Sales Receipt | 1258 | Entertainment Service Fees, Entertainer Portior |
| 3/13/2026 | Sales Receipt | 1258 | Entertainer Rent Income |
| 3/13/2026 | Sales Receipt | 1258 | Entertainment Service Fees |
| 3/13/2026 | Sales Receipt | 1258 | VIP Room Fees |
| 3/14/2026 | Sales Receipt | 1280 | Service Processing Fee Revenue for Customer P |
| 3/14/2026 | Sales Receipt | 1259 | Beverage Sales |
| 3/14/2026 | Sales Receipt | 1259 | Door/Cover Charges |
| 3/14/2026 | Sales Receipt | 1280 | Employee/Entertainer Credit Card Tips |
| 3/14/2026 | Sales Receipt | 1259 | VIP Room Fees, Entertainer Portion |
| 3/14/2026 | Sales Receipt | 1259 | Entertainer Rent Income |
| 3/14/2026 | Sales Receipt | 1259 | Employee/Entertainer Credit Card Tips |
| 3/14/2026 | Sales Receipt | 1280 | Customer Prepayment - Goods & Services |
| 3/14/2026 | Sales Receipt | 1259 | Entertainment Service Fees, Entertainer Portior |
| 3/14/2026 | Sales Receipt | 1259 | Entertainment Service Fees |
| 3/14/2026 | Sales Receipt | 1259 | VIP Room Fees |
| 3/15/2026 | Sales Receipt | 1260 | Beverage Sales |
| 3/15/2026 | Sales Receipt | 1260 | Door/Cover Charges |
| 3/15/2026 | Sales Receipt | 1260 | Entertainer Rent Income |
| 3/15/2026 | Sales Receipt | 1260 | Employee/Entertainer Credit Card Tips |
| 3/15/2026 | Sales Receipt | 1260 | VIP Room Fees, Entertainer Portion |
| 3/15/2026 | Sales Receipt | 1260 | Entertainment Service Fees, Entertainer Portior |
| 3/15/2026 | Sales Receipt | 1260 | Entertainment Service Fees |

| | | | |
|---|---|---|---|
| 3/15/2026 | Sales Receipt | 1260 | VIP Room Fees |
| 3/16/2026 | Deposit | | Atm Fee / Comission Income |
| 3/16/2026 | Sales Receipt | 1261 | Beverage Sales |
| 3/16/2026 | Sales Receipt | 1261 | Door/Cover Charges |
| 3/16/2026 | Sales Receipt | 1261 | Entertainer Rent Income |
| 3/16/2026 | Sales Receipt | 1261 | VIP Room Fees, Entertainer Portion |
| 3/16/2026 | Sales Receipt | 1261 | Employee/Entertainer Credit Card Tips |
| 3/16/2026 | Sales Receipt | 1261 | Entertainment Service Fees, Entertainer Portion |
| 3/16/2026 | Sales Receipt | 1261 | Entertainment Service Fees |
| 3/16/2026 | Sales Receipt | 1261 | VIP Room Fees |
| 3/17/2026 | Deposit | | Atm Fee / Comission Income |
| 3/17/2026 | Deposit | | Atm Fee / Comission Income |
| 3/17/2026 | Sales Receipt | 1262 | Beverage Sales |
| 3/17/2026 | Sales Receipt | 1262 | Door/Cover Charges |
| 3/17/2026 | Sales Receipt | 1262 | Entertainer Rent Income |
| 3/17/2026 | Sales Receipt | 1262 | Employee/Entertainer Credit Card Tips |
| 3/17/2026 | Sales Receipt | 1262 | Entertainment Service Fees, Entertainer Portion |
| 3/17/2026 | Sales Receipt | 1262 | Entertainment Service Fees |
| 3/18/2026 | Deposit | | Atm Fee / Comission Income |
| 3/18/2026 | Sales Receipt | 1263 | Beverage Sales |
| 3/18/2026 | Sales Receipt | 1263 | Door/Cover Charges |
| 3/18/2026 | Sales Receipt | 1263 | Entertainer Rent Income |
| 3/18/2026 | Sales Receipt | 1263 | Employee/Entertainer Credit Card Tips |
| 3/18/2026 | Sales Receipt | 1263 | Entertainment Service Fees, Entertainer Portion |
| 3/18/2026 | Sales Receipt | 1263 | Entertainment Service Fees |
| 3/19/2026 | Deposit | | Atm Fee / Comission Income |
| 3/19/2026 | Sales Receipt | 1264 | Beverage Sales |
| 3/19/2026 | Sales Receipt | 1264 | Door/Cover Charges |
| 3/19/2026 | Sales Receipt | 1264 | Entertainer Rent Income |
| 3/19/2026 | Sales Receipt | 1264 | VIP Room Fees, Entertainer Portion |
| 3/19/2026 | Sales Receipt | 1264 | Employee/Entertainer Credit Card Tips |
| 3/19/2026 | Sales Receipt | 1264 | Entertainment Service Fees, Entertainer Portion |
| 3/19/2026 | Sales Receipt | 1264 | Entertainment Service Fees |
| 3/19/2026 | Sales Receipt | 1264 | VIP Room Fees |
| 3/20/2026 | Deposit | | Atm Fee / Comission Income |
| 3/20/2026 | Sales Receipt | 1265 | Beverage Sales |
| 3/20/2026 | Sales Receipt | 1265 | Door/Cover Charges |
| 3/20/2026 | Sales Receipt | 1265 | Entertainer Rent Income |
| 3/20/2026 | Sales Receipt | 1265 | VIP Room Fees, Entertainer Portion |
| 3/20/2026 | Sales Receipt | 1265 | Employee/Entertainer Credit Card Tips |
| 3/20/2026 | Sales Receipt | 1265 | Entertainment Service Fees, Entertainer Portion |
| 3/20/2026 | Sales Receipt | 1265 | Entertainment Service Fees |
| 3/20/2026 | Sales Receipt | 1265 | VIP Room Fees |
| 3/21/2026 | Sales Receipt | 1266 | Beverage Sales |
| 3/21/2026 | Sales Receipt | 1266 | Door/Cover Charges |
| 3/21/2026 | Sales Receipt | 1266 | Entertainer Rent Income |
| 3/21/2026 | Sales Receipt | 1266 | VIP Room Fees, Entertainer Portion |

| | | | |
|---|---|---|---|
| 3/21/2026 | Sales Receipt | 1266 | Employee/Entertainer Credit Card Tips |
| 3/21/2026 | Sales Receipt | 1266 | Entertainment Service Fees, Entertainer Portior |
| 3/21/2026 | Sales Receipt | 1266 | Entertainment Service Fees |
| 3/21/2026 | Sales Receipt | 1266 | VIP Room Fees |
| 3/22/2026 | Sales Receipt | 1267 | Beverage Sales |
| 3/22/2026 | Sales Receipt | 1267 | Door/Cover Charges |
| 3/22/2026 | Sales Receipt | 1267 | Entertainer Rent Income |
| 3/22/2026 | Sales Receipt | 1267 | Employee/Entertainer Credit Card Tips |
| 3/22/2026 | Sales Receipt | 1267 | Entertainment Service Fees, Entertainer Portior |
| 3/22/2026 | Sales Receipt | 1267 | Entertainment Service Fees |
| 3/23/2026 | Deposit | | Atm Fee / Comission Income |
| 3/23/2026 | Sales Receipt | 1281 | Service Processing Fee Revenue for Customer P |
| 3/23/2026 | Sales Receipt | 1268 | Beverage Sales |
| 3/23/2026 | Sales Receipt | 1268 | Door/Cover Charges |
| 3/23/2026 | Sales Receipt | 1268 | Entertainer Rent Income |
| 3/23/2026 | Sales Receipt | 1268 | Entertainment Service Fees, Entertainer Portior |
| 3/23/2026 | Sales Receipt | 1268 | Employee/Entertainer Credit Card Tips |
| 3/23/2026 | Sales Receipt | 1281 | Customer Prepayment - Goods & Services |
| 3/23/2026 | Sales Receipt | 1268 | Entertainment Service Fees |
| 3/23/2026 | Sales Receipt | 1268 | VIP Room Fees |
| 3/24/2026 | Deposit | | Atm Fee / Comission Income |
| 3/24/2026 | Deposit | | Atm Fee / Comission Income |
| 3/24/2026 | Deposit | | Atm Fee / Comission Income |
| 3/24/2026 | Sales Receipt | 1269 | Beverage Sales |
| 3/24/2026 | Sales Receipt | 1269 | Door/Cover Charges |
| 3/24/2026 | Sales Receipt | 1269 | Entertainer Rent Income |
| 3/24/2026 | Sales Receipt | 1269 | Entertainment Service Fees, Entertainer Portior |
| 3/24/2026 | Sales Receipt | 1269 | Employee/Entertainer Credit Card Tips |
| 3/24/2026 | Sales Receipt | 1269 | VIP Room Fees, Entertainer Portion |
| 3/24/2026 | Sales Receipt | 1269 | Entertainment Service Fees |
| 3/24/2026 | Sales Receipt | 1269 | VIP Room Fees |
| 3/25/2026 | Deposit | | Atm Fee / Comission Income |
| 3/25/2026 | Sales Receipt | 1270 | Beverage Sales |
| 3/25/2026 | Sales Receipt | 1270 | Door/Cover Charges |
| 3/25/2026 | Sales Receipt | 1270 | Entertainer Rent Income |
| 3/25/2026 | Sales Receipt | 1270 | VIP Room Fees, Entertainer Portion |
| 3/25/2026 | Sales Receipt | 1270 | Entertainment Service Fees |
| 3/25/2026 | Sales Receipt | 1270 | VIP Room Fees |
| 3/25/2026 | Sales Receipt | 1270 | Employee/Entertainer Credit Card Tips |
| 3/25/2026 | Sales Receipt | 1270 | Entertainment Service Fees, Entertainer Portior |
| 3/26/2026 | Deposit | | Atm Fee / Comission Income |
| 3/26/2026 | Sales Receipt | 1288 | Vending |
| 3/26/2026 | Sales Receipt | 1271 | Beverage Sales |
| 3/26/2026 | Sales Receipt | 1271 | Door/Cover Charges |
| 3/26/2026 | Sales Receipt | 1271 | Entertainer Rent Income |
| 3/26/2026 | Sales Receipt | 1271 | Entertainment Service Fees |
| 3/26/2026 | Sales Receipt | 1271 | VIP Room Fees |

| | | | |
|---|---|---|---|
| 3/26/2026 | Sales Receipt | 1271 | VIP Room Fees, Entertainer Portion |
| 3/26/2026 | Sales Receipt | 1271 | Employee/Entertainer Credit Card Tips |
| 3/26/2026 | Sales Receipt | 1271 | Entertainment Service Fees, Entertainer Portior |
| 3/27/2026 | Deposit | | Atm Fee / Comission Income |
| 3/27/2026 | Sales Receipt | 1282 | Service Processing Fee Revenue for Customer P |
| 3/27/2026 | Sales Receipt | 1272 | Beverage Sales |
| 3/27/2026 | Sales Receipt | 1272 | Door/Cover Charges |
| 3/27/2026 | Sales Receipt | 1272 | Entertainer Rent Income |
| 3/27/2026 | Sales Receipt | 1272 | Entertainment Service Fees |
| 3/27/2026 | Sales Receipt | 1272 | VIP Room Fees |
| 3/27/2026 | Sales Receipt | 1282 | Employee/Entertainer Credit Card Tips |
| 3/27/2026 | Sales Receipt | 1272 | VIP Room Fees, Entertainer Portion |
| 3/27/2026 | Sales Receipt | 1272 | Employee/Entertainer Credit Card Tips |
| 3/27/2026 | Sales Receipt | 1282 | Customer Prepayment - Goods & Services |
| 3/27/2026 | Sales Receipt | 1272 | Entertainment Service Fees, Entertainer Portior |
| 3/28/2026 | Sales Receipt | 1283 | Service Processing Fee Revenue for Customer P |
| 3/28/2026 | Sales Receipt | 1273 | Beverage Sales |
| 3/28/2026 | Sales Receipt | 1273 | Door/Cover Charges |
| 3/28/2026 | Sales Receipt | 1273 | Entertainer Rent Income |
| 3/28/2026 | Sales Receipt | 1273 | Entertainment Service Fees |
| 3/28/2026 | Sales Receipt | 1273 | VIP Room Fees |
| 3/28/2026 | Sales Receipt | 1283 | Customer Prepayment - Goods & Services |
| 3/28/2026 | Sales Receipt | 1273 | Employee/Entertainer Credit Card Tips |
| 3/28/2026 | Sales Receipt | 1273 | VIP Room Fees, Entertainer Portion |
| 3/28/2026 | Sales Receipt | 1273 | Entertainment Service Fees, Entertainer Portior |
| 3/29/2026 | Sales Receipt | 1284 | Service Processing Fee Revenue for Customer P |
| 3/29/2026 | Sales Receipt | 1274 | Beverage Sales |
| 3/29/2026 | Sales Receipt | 1274 | Door/Cover Charges |
| 3/29/2026 | Sales Receipt | 1274 | Entertainer Rent Income |
| 3/29/2026 | Sales Receipt | 1274 | Entertainment Service Fees |
| 3/29/2026 | Sales Receipt | 1274 | VIP Room Fees |
| 3/29/2026 | Sales Receipt | 1274 | Employee/Entertainer Credit Card Tips |
| 3/29/2026 | Sales Receipt | 1274 | VIP Room Fees, Entertainer Portion |
| 3/29/2026 | Sales Receipt | 1284 | Customer Prepayment - Goods & Services |
| 3/29/2026 | Sales Receipt | 1274 | Entertainment Service Fees, Entertainer Portior |
| 3/30/2026 | Deposit | | Atm Fee / Comission Income |
| 3/30/2026 | Sales Receipt | 1275 | Beverage Sales |
| 3/30/2026 | Sales Receipt | 1275 | Door/Cover Charges |
| 3/30/2026 | Sales Receipt | 1275 | Entertainer Rent Income |
| 3/30/2026 | Sales Receipt | 1275 | Entertainment Service Fees |
| 3/30/2026 | Sales Receipt | 1275 | VIP Room Fees |
| 3/30/2026 | Sales Receipt | 1275 | VIP Room Fees, Entertainer Portion |
| 3/30/2026 | Sales Receipt | 1275 | Employee/Entertainer Credit Card Tips |
| 3/30/2026 | Sales Receipt | 1275 | Entertainment Service Fees, Entertainer Portior |
| 3/31/2026 | Deposit | | Atm Fee / Comission Income |
| 3/31/2026 | Deposit | | Atm Fee / Comission Income |
| 3/31/2026 | Deposit | | Atm Fee / Comission Income |

| | | | |
|---|---|---|---|
| 3/31/2026 | Journal Entry | 1209 | Lottery Comission |
| 3/31/2026 | Sales Receipt | 1286 | Service Processing Fee Revenue for Customer P |
| 3/31/2026 | Sales Receipt | 1285 | Beverage Sales |
| 3/31/2026 | Sales Receipt | 1285 | Door/Cover Charges |
| 3/31/2026 | Sales Receipt | 1285 | Entertainer Rent Income |
| 3/31/2026 | Sales Receipt | 1285 | Entertainment Service Fees |
| 3/31/2026 | Sales Receipt | 1285 | VIP Room Fees |
| 3/31/2026 | Sales Receipt | 1285 | VIP Room Fees, Entertainer Portion |
| 3/31/2026 | Sales Receipt | 1285 | Employee/Entertainer Credit Card Tips |
| 3/31/2026 | Sales Receipt | 1285 | Entertainment Service Fees, Entertainer Portion |
| | | | |

| Amount | |
|---|---|
| $ | 300.00 |
| $ | 686.24 |
| $ | 1,140.00 |
| $ | 2,941.72 |
| $ | 684.16 |
| $ | 80.00 |
| $ | 820.80 |
| $ | 324.00 |
| $ | 130.00 |
| $ | 200.00 |
| $ | 562.00 |
| $ | 810.00 |
| $ | 740.59 |
| $ | 481.00 |
| $ | 110.00 |
| $ | 583.20 |
| $ | 216.00 |
| $ | 182.00 |
| $ | 364.00 |
| $ | 195.00 |
| $ | 206.00 |
| $ | 400.00 |
| $ | 640.00 |
| $ | 2,210.29 |
| $ | 595.93 |
| $ | 130.00 |
| $ | 1,050.80 |
| $ | 432.00 |
| $ | 26.00 |
| $ | 25.00 |
| $ | 200.00 |
| $ | 200.00 |
| $ | 503.54 |
| $ | 570.00 |
| $ | 49.34 |
| $ | 3,246.36 |
| $ | 849.76 |
| $ | 40.00 |
| $ | 703.20 |
| $ | 216.00 |
| $ | 104.00 |
| $ | 493.36 |
| $ | 3,713.56 |
| $ | 916.12 |
| $ | 1,900.00 |
| $ | 2,000.00 |

| | |
|---|---|
| $ | 2,404.09 |
| $ | 2,460.00 |
| $ | 1,623.40 |
| $ | 2,768.00 |
| $ | 195.00 |
| $ | 4,509.96 |
| $ | 2,383.04 |
| $ | 814.58 |
| $ | 1,000.00 |
| $ | 1,920.00 |
| $ | 1,331.20 |
| $ | 1,080.00 |
| $ | 106.46 |
| $ | 7,476.27 |
| $ | 4,504.24 |
| $ | 100.00 |
| $ | 600.00 |
| $ | 1,300.00 |
| $ | 1,640.89 |
| $ | 3,120.00 |
| $ | 1,905.60 |
| $ | 1,404.00 |
| $ | 200.71 |
| $ | 1,950.34 |
| $ | 665.24 |
| $ | 20.00 |
| $ | 364.92 |
| $ | 690.00 |
| $ | 940.00 |
| $ | 110.00 |
| $ | 677.20 |
| $ | 200.00 |
| $ | 208.00 |
| $ | 202.00 |
| $ | 1,453.02 |
| $ | 325.04 |
| $ | 84.00 |
| $ | 660.00 |
| $ | 60.00 |
| $ | 582.00 |
| $ | 377.00 |
| $ | 52.00 |
| $ | 286.00 |
| $ | 1,846.52 |
| $ | 433.80 |
| $ | 617.00 |
| $ | 1,260.00 |

| | |
|---|---|
| $ | 201.40 |
| $ | 1,139.60 |
| $ | 26.00 |
| $ | 2,182.75 |
| $ | 443.36 |
| $ | 434.72 |
| $ | 600.00 |
| $ | 990.00 |
| $ | 180.00 |
| $ | 1,030.40 |
| $ | 648.00 |
| $ | 117.00 |
| $ | 3,293.50 |
| $ | 1,176.60 |
| $ | 482.80 |
| $ | 800.00 |
| $ | 960.00 |
| $ | 180.00 |
| $ | 1,382.80 |
| $ | 864.00 |
| $ | 182.00 |
| $ | 4,682.73 |
| $ | 3,168.72 |
| $ | 766.18 |
| $ | 1,800.00 |
| $ | 2,490.00 |
| $ | 265.00 |
| $ | 3,270.00 |
| $ | 1,944.00 |
| $ | 438.79 |
| $ | 8,349.85 |
| $ | 5,222.16 |
| $ | 200.00 |
| $ | 900.00 |
| $ | 325.00 |
| $ | 1,430.12 |
| $ | 2,200.00 |
| $ | 2,280.00 |
| $ | 3,692.80 |
| $ | 972.00 |
| $ | 2,350.82 |
| $ | 827.32 |
| $ | 90.00 |
| $ | 284.00 |
| $ | 400.00 |
| $ | 570.00 |
| $ | 780.80 |

| | |
|---|---|
| $ | 432.00 |
| $ | 312.00 |
| $ | 1,821.24 |
| $ | 498.72 |
| $ | 15.00 |
| $ | 400.00 |
| $ | 496.84 |
| $ | 510.00 |
| $ | 515.60 |
| $ | 432.00 |
| $ | 364.00 |
| $ | 728.00 |
| $ | 3,176.77 |
| $ | 629.92 |
| $ | 255.00 |
| $ | 833.89 |
| $ | 1,380.00 |
| $ | 1,394.00 |
| $ | 195.00 |
| $ | 1,854.54 |
| $ | 389.20 |
| $ | 75.00 |
| $ | 214.08 |
| $ | 300.00 |
| $ | 428.80 |
| $ | 182.00 |
| $ | 4,638.55 |
| $ | 832.12 |
| $ | 181.00 |
| $ | 600.00 |
| $ | 786.00 |
| $ | 1,530.00 |
| $ | 2,081.20 |
| $ | 648.00 |
| $ | 169.00 |
| $ | 5,776.50 |
| $ | 3,582.84 |
| $ | 260.00 |
| $ | 700.00 |
| $ | 2,114.20 |
| $ | 2,880.00 |
| $ | 3,240.80 |
| $ | 756.00 |
| $ | 7,331.12 |
| $ | 5,087.40 |
| $ | 445.00 |
| $ | 800.00 |

| | |
|---|---|
| $ | 1,576.24 |
| $ | 1,890.00 |
| $ | 3,382.40 |
| $ | 864.00 |
| $ | 2,272.14 |
| $ | 648.56 |
| $ | 95.00 |
| $ | 1,125.20 |
| $ | 2,870.00 |
| $ | 1,490.40 |
| $ | 325.00 |
| $ | 442.89 |
| $ | 988.37 |
| $ | 508.88 |
| $ | 50.00 |
| $ | 300.00 |
| $ | 642.00 |
| $ | 3,100.00 |
| $ | 356.80 |
| $ | 100.00 |
| $ | 117.00 |
| $ | 468.00 |
| $ | 377.00 |
| $ | 2,043.00 |
| $ | 432.32 |
| $ | 35.00 |
| $ | 240.00 |
| $ | 374.56 |
| $ | 400.00 |
| $ | 474.40 |
| $ | 432.00 |
| $ | 52.00 |
| $ | 2,552.35 |
| $ | 618.32 |
| $ | 30.00 |
| $ | 100.00 |
| $ | 599.60 |
| $ | 408.00 |
| $ | 305.72 |
| $ | 540.00 |
| $ | 78.00 |
| $ | 186.00 |
| $ | 3,117.20 |
| $ | 677.24 |
| $ | 200.00 |
| $ | 1,653.60 |
| $ | 150.00 |

| | |
|---|---|
| $ | 150.00 |
| $ | 670.24 |
| $ | 1,510.00 |
| $ | 26.00 |
| $ | 298.99 |
| $ | 5,200.83 |
| $ | 4,029.68 |
| $ | 295.00 |
| $ | 3,022.00 |
| $ | 648.00 |
| $ | 60.00 |
| $ | 600.00 |
| $ | 993.84 |
| $ | 1,560.00 |
| $ | 2,100.00 |
| $ | 123.34 |
| $ | 6,214.23 |
| $ | 4,493.68 |
| $ | 165.00 |
| $ | 2,370.80 |
| $ | 1,726.00 |
| $ | 500.00 |
| $ | 849.36 |
| $ | 950.00 |
| $ | 1,890.00 |
| $ | 40.00 |
| $ | 1,820.60 |
| $ | 670.12 |
| $ | 95.00 |
| $ | 458.00 |
| $ | 100.00 |
| $ | 87.12 |
| $ | 100.00 |
| $ | 200.00 |
| $ | 200.00 |
| $ | 117.00 |
| $ | 1,771.52 |
| $ | 362.92 |
| $ | 110.00 |
| $ | 843.60 |
| $ | 432.00 |
| $ | 400.00 |
| $ | 833.00 |
| $ | 1,130.00 |
| $ | 78.00 |
| $ | 325.00 |
| $ | 481.00 |

| | |
|---|---|
| $ | 303.92 |
| $ | - |
| $ | 2,884.09 |
| $ | 653.92 |
| $ | 200.00 |
| $ | 1,532.00 |
| $ | 432.00 |
| $ | 400.00 |
| $ | 533.06 |
| $ | 1,190.00 |
| **$** | **320,092.09** |