| Date | Disbursement Method | Ref # | Payee | Reason | Category | Payment Account | Amount |
|---|---|---|---|---|---|---|---|
| 3/1/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ 1,200.00 |
| 3/1/2026 | Check | 5076 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ 1,200.00 |
| 3/1/2026 | Entertainer Disbursement | 1165 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 1,140.00 |
| 3/1/2026 | Tip Disbursement | 1165 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ 686.24 |
| 3/1/2026 | Entertainer Disbursement | 1165 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 300.00 |
| 3/1/2026 | Expense | | Promoter | Recruiting Expenses | Recruiting & Hiring Expenses | Cash | $ 180.00 |
| 3/2/2026 | Entertainer Disbursement | 1166 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 810.00 |
| 3/2/2026 | Tip Disbursement | 1166 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ 562.52 |
| 3/2/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 473.12 |
| 3/2/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 305.21 |
| 3/2/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ 259.99 |
| 3/2/2026 | Entertainer Disbursement | 1166 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 200.00 |
| 3/2/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 193.22 |
| 3/2/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 189.24 |
| 3/2/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 107.35 |
| 3/2/2026 | Expense | | Avast | Anti Virus Software | Software & Subscriptions | Main Operating 6297 | $ 105.99 |
| 3/2/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $ 100.00 |
| 3/2/2026 | Expense | | Avast | Anti Virus Software | Software & Subscriptions | Main Operating 6297 | $ 84.79 |
| 3/2/2026 | Expense | | Merchant Account | Card processing Fees | Merchant Account Fees | Main Operating 6297 | $ 79.90 |
| 3/2/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 77.72 |
| 3/2/2026 | Expense | | Merchant Account | Card processing Fees | Merchant Account Fees | Main Operating 6297 | $ 54.87 |
| 3/2/2026 | Expense | | Klaviyo | Office Software | Software & Subscriptions | Main Operating 6297 | $ 35.00 |
| 3/2/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 22.80 |
| 3/2/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 15.00 |
| 3/2/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 8.40 |
| 3/2/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ 4.58 |
| 3/3/2026 | Expense | | Escrow | Escrow Payments | Bankruptcy Fees | Main Operating 6297 | $ 14,000.00 |
| 3/3/2026 | Check | 5078 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ 1,065.81 |
| 3/3/2026 | Entertainer Disbursement | 1167 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 640.00 |
| 3/3/2026 | Check | 5077 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ 524.58 |
| 3/3/2026 | Entertainer Disbursement | 1167 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 400.00 |
| 3/3/2026 | Tip Disbursement | 1167 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ 206.00 |
| 3/3/2026 | Expense | | Public Storage | Storage Expense | Storage & Warehousing | Main Operating 6297 | $ 107.08 |
| 3/3/2026 | Expense | | Public Storage | Storage Expense | Storage & Warehousing | Main Operating 6297 | $ 107.08 |
| 3/3/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 100.27 |
| 3/3/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ 41.31 |
| 3/3/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 25.00 |
| 3/4/2026 | Expense | 1192 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ 10,776.82 |
| 3/4/2026 | Expense | 1192 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ 2,261.41 |
| 3/4/2026 | Entertainer Disbursement | 1168 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 570.00 |
| 3/4/2026 | Check | 5079 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ 506.47 |
| 3/4/2026 | Tip Disbursement | 1168 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ 503.54 |
| 3/4/2026 | Entertainer Disbursement | 1168 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 200.00 |
| 3/4/2026 | Customer Disbursement | 1200 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ 200.00 |
| 3/4/2026 | Expense | | Buckeye Mobile Storage | Storage Expense | Storage & Warehousing | Main Operating 6297 | $ 193.32 |
| 3/4/2026 | Expense | | Temu | Office Supplies | Office Supplies | Main Operating 6297 | $ 122.77 |
| 3/4/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ 114.69 |
| 3/4/2026 | Expense | | Temu | Office Supplies | Office Supplies | Main Operating 6297 | $ 39.96 |
| 3/4/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 35.00 |
| 3/4/2026 | Tip Disbursement | 1200 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ 25.00 |
| 3/5/2026 | Entertainer Disbursement | 1169 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ 2,460.00 |
| 3/5/2026 | Tip Disbursement | 1169 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ 2,404.09 |
| 3/5/2026 | Customer Disbursement | 1201 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ 2,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/5/2026 | Entertainer Disbursement | 1169 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,900.00 |
| 3/5/2026 | Check | 5082 | (10-99) Winter Management LLC | Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 3/5/2026 | Check | 5083 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consu | (10-99) Risk / Compliance / Liquor Liability Con | Main Operating 6297 | $ | 1,200.00 |
| 3/5/2026 | Check | 5081 | Jaclynn Zbikowski | Analysis | Compliance Support | Main Operating 6297 | $ | 1,000.00 |
| 3/5/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 228.61 |
| 3/5/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 155.80 |
| 3/5/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 132.42 |
| 3/5/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 78.34 |
| 3/5/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 40.00 |
| 3/5/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 35.30 |
| 3/5/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 10.56 |
| 3/6/2026 | Entertainer Disbursement | 1170 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,920.00 |
| 3/6/2026 | Check | 5086 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 1,515.24 |
| 3/6/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 1,500.00 |
| 3/6/2026 | Expense | | American Electric Power Columbus Southern | Utilities: Electricity | Utilities - Electricity | Main Operating 6297 | $ | 1,346.99 |
| 3/6/2026 | Entertainer Disbursement | 1170 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,000.00 |
| 3/6/2026 | Check | 5085 | Atlantic Food | Food inventory purchase | Cost of Goods Sold | Main Operating 6297 | $ | 955.85 |
| 3/6/2026 | Tip Disbursement | 1170 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 814.58 |
| 3/6/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 459.99 |
| 3/6/2026 | Expense | | Paychex | Payroll Processing Fees | Payroll Processing Fees | Payroll 6307 | $ | 172.26 |
| 3/6/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 166.00 |
| 3/6/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 95.99 |
| 3/6/2026 | Expense | | Huntington | Banking Fees | Bank Fees & Service Charges | Payroll 6307 | $ | 36.00 |
| 3/6/2026 | Deposit | | Huntington | Reversal | Bank Fees & Service Charges | Payroll 6307 | $ | (36.00) |
| 3/7/2026 | Entertainer Disbursement | 1171 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 3,120.00 |
| 3/7/2026 | Tip Disbursement | 1171 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 1,640.89 |
| 3/7/2026 | Entertainer Disbursement | 1171 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,300.00 |
| 3/7/2026 | Check | 5089 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 3/7/2026 | Customer Disbursement | 1202 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 600.00 |
| 3/7/2026 | Tip Disbursement | 1202 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 100.00 |
| 3/7/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 90.00 |
| 3/8/2026 | Customer Disbursement | 1203 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 940.00 |
| 3/8/2026 | Entertainer Disbursement | 1172 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 690.00 |
| 3/8/2026 | Tip Disbursement | 1172 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 364.92 |
| 3/8/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 80.00 |
| 3/8/2026 | Tip Disbursement | 1203 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 20.00 |
| 3/9/2026 | Expense | | Facebook | Advertising & Marketing | Advertising & Marketing | Main Operating 6297 | $ | 1,950.00 |
| 3/9/2026 | Entertainer Disbursement | 1173 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 660.00 |
| 3/9/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 616.78 |
| 3/9/2026 | Expense | | Kase Donaldson - Décor | Bar and restaurant supplies | Bar Supplies | Cash | $ | 500.00 |
| 3/9/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 352.23 |
| 3/9/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ | 106.35 |
| 3/9/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $ | 100.00 |
| 3/9/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 84.67 |
| 3/9/2026 | Tip Disbursement | 1173 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 84.00 |
| 3/9/2026 | Check | 5090 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ | 52.03 |
| 3/9/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 44.69 |
| 3/9/2026 | Expense | | Home Depot | Repair & Maintenance Supplies | Repairs & Maintenance | Main Operating 6297 | $ | 36.63 |
| 3/9/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 31.05 |
| 3/10/2026 | Entertainer Disbursement | 1174 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,260.00 |
| 3/10/2026 | Check | 5096 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 1,157.10 |
| 3/10/2026 | Tip Disbursement | 1174 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 617.00 |
| 3/10/2026 | Check | 5097 | Guadalupe Martinez | T-shirts | Advertising & Marketing | Main Operating 6297 | $ | 384.00 |
| 3/10/2026 | Check | 5093 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 383.08 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/10/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 54.72 |
| 3/10/2026 | Expense | | Home Depot | Repair & Maintenance Supplies | Repairs & Maintenance | Main Operating 6297 | $ | 2.12 |
| 3/11/2026 | Expense | 1193 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ | 10,521.83 |
| 3/11/2026 | Expense | 1193 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ | 2,135.80 |
| 3/11/2026 | Check | 5100 | Jaclynn Zbikowski | Analysis | Compliance Support | Main Operating 6297 | $ | 1,000.00 |
| 3/11/2026 | Entertainer Disbursement | 1175 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 990.00 |
| 3/11/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 900.00 |
| 3/11/2026 | Check | 5099 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 757.99 |
| 3/11/2026 | Entertainer Disbursement | 1175 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 600.00 |
| 3/11/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 501.91 |
| 3/11/2026 | Tip Disbursement | 1175 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 434.72 |
| 3/11/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 140.16 |
| 3/11/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 138.01 |
| 3/11/2026 | Expense | | Webstaurant | Monthly Subscription | Software & Subscriptions | Main Operating 6297 | $ | 99.00 |
| 3/11/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 68.45 |
| 3/11/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 49.90 |
| 3/11/2026 | Check | 5099 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | (0.40) |
| 3/12/2026 | Entertainer Disbursement | 1176 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 960.00 |
| 3/12/2026 | Entertainer Disbursement | 1176 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 800.00 |
| 3/12/2026 | Tip Disbursement | 1176 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 482.80 |
| 3/12/2026 | Expense | | Paychex | Payroll Processing Fees | Payroll Processing Fees | Payroll 6307 | $ | 165.24 |
| 3/12/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 163.27 |
| 3/12/2026 | Expense | | Temu | Office Supplies | Office Supplies | Main Operating 6297 | $ | 149.33 |
| 3/12/2026 | Expense | | Amazon | Calculator Paper | Office Supplies | Main Operating 6297 | $ | 118.70 |
| 3/12/2026 | Expense | | Amazon | Computre Cooling Fan | Office Supplies | Main Operating 6297 | $ | 108.75 |
| 3/12/2026 | Expense | | Everything Smart Technology | Office Supplies | Office Supplies | Main Operating 6297 | $ | 45.40 |
| 3/12/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 30.02 |
| 3/13/2026 | Entertainer Disbursement | 1177 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 2,490.00 |
| 3/13/2026 | Entertainer Disbursement | 1177 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,800.00 |
| 3/13/2026 | Check | 5108 | Atlantic Food | Food inventory purchase | Cost of Goods Sold | Main Operating 6297 | $ | 1,269.67 |
| 3/13/2026 | Check | 5106 | Greg Flaig | Chief Risk, Compliance & Liquor Liability Consu | (10-99) Risk / Compliance / Liquor Liability Con | Main Operating 6297 | $ | 1,200.00 |
| 3/13/2026 | Check | 5104 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 1,096.00 |
| 3/13/2026 | Expense | | Ohio Health Department | Food License | Food License | Main Operating 6297 | $ | 936.75 |
| 3/13/2026 | Check | 5103 | Superior Beverage Group | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 770.53 |
| 3/13/2026 | Tip Disbursement | 1177 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 766.18 |
| 3/13/2026 | Check | 5107 | Southern Glazers of OH | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 553.41 |
| 3/13/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ | 485.69 |
| 3/13/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 217.46 |
| 3/13/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 120.00 |
| 3/13/2026 | Expense | | Promoter | Recruiting Expenses | Recruiting & Hiring Expenses | Cash | $ | 100.00 |
| 3/13/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 83.27 |
| 3/14/2026 | Entertainer Disbursement | 1178 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 2,280.00 |
| 3/14/2026 | Customer Disbursement | 1204 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 2,200.00 |
| 3/14/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 1,700.00 |
| 3/14/2026 | Tip Disbursement | 1178 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 1,430.12 |
| 3/14/2026 | Entertainer Disbursement | 1178 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 900.00 |
| 3/14/2026 | Tip Disbursement | 1204 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 200.00 |
| 3/14/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 135.00 |
| 3/15/2026 | Check | 5112 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 3/15/2026 | Entertainer Disbursement | 1179 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 570.00 |
| 3/15/2026 | Entertainer Disbursement | 1179 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 400.00 |
| 3/15/2026 | Tip Disbursement | 1179 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 284.00 |
| 3/16/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 521.26 |
| 3/16/2026 | Entertainer Disbursement | 1180 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 510.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/16/2026 | Tip Disbursement | 1180 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 496.84 |
| 3/16/2026 | Expense | | Amazon | Paper Towels, Medical Kits, Stage Lights | Office Supplies | Main Operating 6297 | $ | 494.43 |
| 3/16/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 473.26 |
| 3/16/2026 | Entertainer Disbursement | 1180 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 400.00 |
| 3/16/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 141.85 |
| 3/16/2026 | Expense | | Staples | Office Supplies | Office Supplies | Main Operating 6297 | $ | 131.97 |
| 3/16/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 120.85 |
| 3/16/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $ | 100.00 |
| 3/16/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 68.97 |
| 3/16/2026 | Check | 5113 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ | 52.03 |
| 3/16/2026 | Expense | | Huntington | Banking Fees | Bank Fees & Service Charges | Main Operating 6297 | $ | 50.00 |
| 3/16/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 40.00 |
| 3/16/2026 | Expense | | Temu | Office Supplies | Office Supplies | Main Operating 6297 | $ | 33.18 |
| 3/16/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 28.70 |
| 3/16/2026 | Expense | | Huntington | Banking Fees | Bank Fees & Service Charges | Main Operating 6297 | $ | 20.00 |
| 3/16/2026 | Expense | | Huntington | Banking Fees | Bank Fees & Service Charges | Main Operating 6297 | $ | 18.00 |
| 3/16/2026 | Expense | | Check fee | Check Cashing Fee | Bank Fees & Service Charges | Cash | $ | 10.00 |
| 3/16/2026 | Expense | | Bank Of America | Atm Fee | Bank Fees & Service Charges | Main Operating 6297 | $ | 7.00 |
| 3/16/2026 | Deposit | | Huntington | Banking Fees | Bank Fees & Service Charges | Main Operating 6297 | $ | (20.00) |
| 3/16/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (21.08) |
| 3/16/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (53.99) |
| 3/17/2026 | Expense | | ILCASCO | Insurance | Insurance - Building & Business | Main Operating 6297 | $ | 5,126.26 |
| 3/17/2026 | Entertainer Disbursement | 1181 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,380.00 |
| 3/17/2026 | Check | 5125 | (10-99) Winter Management LLC | Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 3/17/2026 | Tip Disbursement | 1181 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 833.89 |
| 3/17/2026 | Check | 5117 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 658.90 |
| 3/17/2026 | Expense | | Kase Donaldson - Décor | Bar and restaurant supplies | Bar Supplies | Cash | $ | 500.00 |
| 3/17/2026 | Check | 5116 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 340.63 |
| 3/17/2026 | Expense | | Aloft | Training | Travel | Main Operating 6297 | $ | 311.52 |
| 3/17/2026 | Check | 5115 | Atlantic Food | Food inventory purchase | Cost of Goods Sold | Main Operating 6297 | $ | 202.30 |
| 3/17/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 136.21 |
| 3/17/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 85.00 |
| 3/17/2026 | Expense | | Home Depot | Repair & Maintenance Supplies | Repairs & Maintenance | Main Operating 6297 | $ | 41.54 |
| 3/17/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 19.56 |
| 3/17/2026 | Expense | | Walmart | Minor food supplies | Cost of goods Sold | Main Operating 6297 | $ | 17.95 |
| 3/17/2026 | Expense | | Amazon | Air circulation and parts and accessories | Office Supplies | Main Operating 6297 | $ | 16.19 |
| 3/17/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 7.56 |
| 3/17/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 5.98 |
| 3/18/2026 | Expense | 1194 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ | 12,419.68 |
| 3/18/2026 | Expense | 1194 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ | 2,528.93 |
| 3/18/2026 | Expense | | Facebook | Advertising & Marketing | Advertising & Marketing | Main Operating 6297 | $ | 2,000.00 |
| 3/18/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ | 865.60 |
| 3/18/2026 | Check | 5128 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 570.59 |
| 3/18/2026 | Entertainer Disbursement | 1182 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 300.00 |
| 3/18/2026 | Tip Disbursement | 1182 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 214.08 |
| 3/18/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 208.77 |
| 3/18/2026 | Expense | | Aloft | Training | Travel | Main Operating 6297 | $ | 155.76 |
| 3/18/2026 | Expense | | Amazon | Rugs & Mats, Utilitiy Knives | Office Supplies | Main Operating 6297 | $ | 57.08 |
| 3/18/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 35.00 |
| 3/18/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 17.46 |
| 3/19/2026 | Entertainer Disbursement | 1183 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,530.00 |
| 3/19/2026 | Check | 5120 | Jaclynn Zbikowski | Analysis | Compliance Support | Main Operating 6297 | $ | 1,000.00 |
| 3/19/2026 | Tip Disbursement | 1183 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 786.00 |
| 3/19/2026 | Entertainer Disbursement | 1183 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 600.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/19/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 258.69 |
| 3/19/2026 | Expense | | Paychex | Payroll Processing Fees | Payroll Processing Fees | Payroll 6307 | $ | 184.14 |
| 3/19/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 105.00 |
| 3/19/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 77.97 |
| 3/19/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 76.98 |
| 3/19/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 32.22 |
| 3/20/2026 | Entertainer Disbursement | 1184 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 2,880.00 |
| 3/20/2026 | Tip Disbursement | 1184 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 2,114.20 |
| 3/20/2026 | Check | 5134 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 1,526.52 |
| 3/20/2026 | Check | 5133 | (10-99) Winter Management LLC | Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 3/20/2026 | Check | 5132 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consu | (10-99) Risk / Compliance / Liquor Liability Con | Main Operating 6297 | $ | 1,200.00 |
| 3/20/2026 | Check | 5130 | Atlantic Food | Food inventory purchase | Cost of Goods Sold | Main Operating 6297 | $ | 983.52 |
| 3/20/2026 | Expense | | Facebook | Advertising & Marketing | Advertising & Marketing | Main Operating 6297 | $ | 832.10 |
| 3/20/2026 | Expense | | Angel Construction | Lock & Door Repair | Repairs & Maintenance | Cash | $ | 750.00 |
| 3/20/2026 | Entertainer Disbursement | 1184 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 700.00 |
| 3/20/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 266.29 |
| 3/20/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 110.00 |
| 3/20/2026 | Expense | | Promoter | Recruiting Expenses | Recruiting & Hiring Expenses | Cash | $ | 50.00 |
| 3/21/2026 | Entertainer Disbursement | 1185 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,890.00 |
| 3/21/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 1,800.00 |
| 3/21/2026 | Tip Disbursement | 1185 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 1,576.24 |
| 3/21/2026 | Entertainer Disbursement | 1185 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 800.00 |
| 3/21/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 105.00 |
| 3/22/2026 | Entertainer Disbursement | 1186 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 2,870.00 |
| 3/22/2026 | Check | 5135 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 3/22/2026 | Tip Disbursement | 1186 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 1,125.20 |
| 3/22/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 105.00 |
| 3/23/2026 | Customer Disbursement | 1205 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 3,100.00 |
| 3/23/2026 | Tip Disbursement | 1187 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 642.00 |
| 3/23/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 506.77 |
| 3/23/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 503.75 |
| 3/23/2026 | Entertainer Disbursement | 1187 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 300.00 |
| 3/23/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 253.01 |
| 3/23/2026 | Check | 5138 | Stuart Gray | Repairs | Repairs & Maintenance | Main Operating 6297 | $ | 200.00 |
| 3/23/2026 | Expense | | Spectrum | Internet and television services | Internet & TV Services | Main Operating 6297 | $ | 197.87 |
| 3/23/2026 | Expense | | Temu | Office Supplies | Office Supplies | Main Operating 6297 | $ | 111.72 |
| 3/23/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $ | 100.00 |
| 3/23/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 53.98 |
| 3/23/2026 | Check | 5136 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ | 52.03 |
| 3/23/2026 | Expense | | Temu | Office Supplies | Office Supplies | Main Operating 6297 | $ | 47.80 |
| 3/23/2026 | Expense | | Adobe | Software License | Software & Subscriptions | Main Operating 6297 | $ | 26.49 |
| 3/23/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 20.00 |
| 3/24/2026 | Check | 5141 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 969.10 |
| 3/24/2026 | Check | 5142 | Buckeye Beverage | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 958.44 |
| 3/24/2026 | Check | 5140 | Atlantic Food | Food inventory purchase | Cost of Goods Sold | Main Operating 6297 | $ | 895.44 |
| 3/24/2026 | Entertainer Disbursement | 1188 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 400.00 |
| 3/24/2026 | Tip Disbursement | 1188 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 374.56 |
| 3/24/2026 | Entertainer Disbursement | 1188 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 240.00 |
| 3/24/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 136.40 |
| 3/24/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 69.50 |
| 3/24/2026 | Check | 5139 | Action Pest Control | Pest Control | Repairs & Maintenance | Main Operating 6297 | $ | 59.40 |
| 3/25/2026 | Expense | 1195 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ | 12,325.60 |
| 3/25/2026 | Expense | | Trustee | Trustee Payments | Bankruptcy Fees | Main Operating 6297 | $ | 6,000.00 |
| 3/25/2026 | Expense | | ILCASCO | Insurance | Insurance - Building & Business | Main Operating 6297 | $ | 4,743.46 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/25/2026 | Expense | 1195 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ | 2,521.19 |
| 3/25/2026 | Check | 5122 | Jaclynn Zbikowski | Analysis | Compliance Support | Main Operating 6297 | $ | 1,000.00 |
| 3/25/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 800.00 |
| 3/25/2026 | Check | 5143 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 618.96 |
| 3/25/2026 | Entertainer Disbursement | 1189 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 540.00 |
| 3/25/2026 | Tip Disbursement | 1189 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 305.72 |
| 3/25/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 251.57 |
| 3/25/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 153.83 |
| 3/25/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 117.46 |
| 3/25/2026 | Entertainer Disbursement | 1189 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 100.00 |
| 3/25/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 70.00 |
| 3/25/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold | Main Operating 6297 | $ | 13.58 |
| 3/26/2026 | Entertainer Disbursement | 1190 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,510.00 |
| 3/26/2026 | Check | 5145 | (10-99) Winter Management LLC | Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 3/26/2026 | Check | 5144 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consu | (10-99) Risk / Compliance / Liquor Liability Con | Main Operating 6297 | $ | 1,200.00 |
| 3/26/2026 | Tip Disbursement | 1190 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 670.24 |
| 3/26/2026 | Expense | | Paychex | Payroll Processing Fees | Payroll Processing Fees | Payroll 6307 | $ | 184.14 |
| 3/26/2026 | Entertainer Disbursement | 1190 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 150.00 |
| 3/26/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 120.00 |
| 3/26/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 113.12 |
| 3/26/2026 | Expense | | Home Depot | Repair & Maintenance Supplies | Repairs & Maintenance | Main Operating 6297 | $ | 4.16 |
| 3/27/2026 | Check | 5147 | Angel's Remodeling & New Construction, LLC | Repairs | Repairs & Maintenance | Main Operating 6297 | $ | 3,000.00 |
| 3/27/2026 | Entertainer Disbursement | 1191 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 2,100.00 |
| 3/27/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 1,600.00 |
| 3/27/2026 | Customer Disbursement | 1206 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 1,560.00 |
| 3/27/2026 | Expense | | Angel Construction | Repair AC | Repairs & Maintenance | Cash | $ | 1,450.00 |
| 3/27/2026 | Check | 5149 | Southern Glazers of OH | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 1,438.71 |
| 3/27/2026 | Tip Disbursement | 1191 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 993.84 |
| 3/27/2026 | Entertainer Disbursement | 1191 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 600.00 |
| 3/27/2026 | Check | 5148 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 539.52 |
| 3/27/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ | 243.44 |
| 3/27/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 173.16 |
| 3/27/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 140.00 |
| 3/27/2026 | Tip Disbursement | 1206 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 60.00 |
| 3/28/2026 | Entertainer Disbursement | 1196 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,890.00 |
| 3/28/2026 | Entertainer Disbursement | 1196 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 950.00 |
| 3/28/2026 | Tip Disbursement | 1196 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 849.36 |
| 3/28/2026 | Customer Disbursement | 1207 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 500.00 |
| 3/28/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 130.00 |
| 3/29/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Comp | Operations & Compliance Consulting | Cash | $ | 1,000.00 |
| 3/29/2026 | Entertainer Disbursement | 1197 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 200.00 |
| 3/29/2026 | Customer Disbursement | 1208 | Customer | Service Disbursement - Customer Use | Customer Service Disbursement | Cash | $ | 200.00 |
| 3/29/2026 | Entertainer Disbursement | 1197 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 100.00 |
| 3/29/2026 | Tip Disbursement | 1197 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 87.12 |
| 3/30/2026 | Check | 5154 | Ohio Sales Tax | Sales Tax | Sales Tax | Main Operating 6297 | $ | 9,710.00 |
| 3/30/2026 | Check | 5153 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 3/30/2026 | Entertainer Disbursement | 1198 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,130.00 |
| 3/30/2026 | Tip Disbursement | 1198 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 833.00 |
| 3/30/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 417.13 |
| 3/30/2026 | Expense | | Merchant Account | Card processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 400.00 |
| 3/30/2026 | Entertainer Disbursement | 1198 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 400.00 |
| 3/30/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 385.79 |
| 3/30/2026 | Check | 5152 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ | 104.06 |
| 3/30/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $ | 100.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/30/2026 | Expense | | Amazon | Printing Paper | Office Supplies | Main Operating 6297 | $ | 81.24 |
| 3/30/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 73.88 |
| 3/30/2026 | Expense | | Amazon | Gripping Solution | Office Supplies | Main Operating 6297 | $ | 62.58 |
| 3/30/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 47.16 |
| 3/30/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 24.00 |
| 3/30/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 9.60 |
| 3/30/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 5.00 |
| 3/30/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (9.28) |
| 3/30/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (10.79) |
| 3/30/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (24.83) |
| 3/30/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (24.83) |
| 3/30/2026 | Refund | | Amazon | Merchandise Refund | Office Supplies | Main Operating 6297 | $ | (284.89) |
| 3/31/2026 | Expense | | Spectrum | Internet and television services | Internet & TV Services | Main Operating 6297 | $ | 2,314.71 |
| 3/31/2026 | Expense | | Comedy Show | Comedy Show Event | Promotional Events & Customer Incentives | Cash | $ | 1,500.00 |
| 3/31/2026 | Entertainer Disbursement | 1199 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 1,190.00 |
| 3/31/2026 | Expense | | Water Bill | Utilities Water | Utilities: Water | Main Operating 6297 | $ | 1,059.99 |
| 3/31/2026 | Expense | | Facebook | Advertising & Marketing | Advertising & Marketing | Main Operating 6297 | $ | 1,000.00 |
| 3/31/2026 | Expense | | Columbia Gas | Utilities: Gas | Utilities - Gas | Main Operating 6297 | $ | 752.00 |
| 3/31/2026 | Expense | | Columbus Utilities | Utilities - Electricity | Utilities - Electricity | Main Operating 6297 | $ | 734.42 |
| 3/31/2026 | Tip Disbursement | 1199 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tips | Cash | $ | 533.06 |
| 3/31/2026 | Check | 5156 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 510.90 |
| 3/31/2026 | Expense | | Water Bill | Utilities Water | Utilities: Water | Main Operating 6297 | $ | 456.85 |
| 3/31/2026 | Entertainer Disbursement | 1199 | Entertainer | Entertainer Payout | Entertainer Disbursement | Cash | $ | 400.00 |
| 3/31/2026 | Check | 5159 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold: Beer & Liquor | Main Operating 6297 | $ | 356.22 |
| 3/31/2026 | Expense | | Local Waste Services | Trash Removal | Disposal & Waste Fees | Main Operating 6297 | $ | 301.59 |
| 3/31/2026 | Expense | | Amazon | Vaccuum Cleaner, Bottles for Storage | Office Supplies | Main Operating 6297 | $ | 192.49 |
| 3/31/2026 | Expense | | Guardian Alarm | Alarm | Alarm & Security | Main Operating 6297 | $ | 176.42 |
| 3/31/2026 | Expense | | Paysafe | Card Processing Fees | CreditCard Processing Fees | Main Operating 6297 | $ | 174.06 |
| 3/31/2026 | Expense | | Columbia Gas | Utilities: Gas | Utilities - Gas | Main Operating 6297 | $ | 52.00 |
| | | | | | | | $ | **280,810.04** |