# Profit and Loss

## Cleveland Avenue Cafe, Inc

March 1-31, 2026

| | TOTAL |
|---|---|
| Income | |
| POS Receipts | |
| Beverage Sales | 104,411.33 |
| Door Admissions / Cover Sales | 46,792.33 |
| Employee/Entertainer Credit Card Tips | 23,716.43 |
| Entertainer Rent | 4,277.40 |
| Entertainment Service Fees, Entertainer Portion | 41,020.00 |
| Entertainment Services | 44,417.80 |
| VIP Room Fees | 18,628.00 |
| VIP Room Fees, Entertainer Portion | 15,400.00 |
| **Total for POS Receipts** | **$298,663.29** |
| Supplemental Operating Revenue | |
| ATM Fee / Comission Income | 6,838.00 |
| Customer Prepayment - Goods & Services | 11,300.00 |
| Employee/Entertainer Credit Card Tips | 405.00 |
| Lottery Commission Income | 303.92 |
| Service Processing Fee Revenue | 2,193.88 |
| Vending & Other Ancillary | 388.00 |
| **Total for Supplemental Operating Revenue** | **$21,428.80** |
| **Total for Income** | **$320,092.09** |
| Cost of Goods Sold | |
| Cost of Goods Sold - Beer and Liquor | 16,818.30 |
| Cost of Goods Sold - Food | 6,670.66 |
| **Total for Cost of Goods Sold** | **$23,488.96** |
| **Gross Profit** | **$296,603.13** |
| Expenses | |
| (10-99) Administrative & IT Consulting | 4,800.00 |
| (10-99) Janitorial / Cleaning Services | 6,000.00 |
| (10-99) MOR Reporting and Administrative | 4,000.00 |
| (10-99) Risk / Compliance/ Liquor Liabilities | 4,800.00 |
| Advertising & Marketing | 6,166.10 |
| Alarm / Security | 176.42 |
| Bank Fees & Service Charges | 85.00 |
| Bankruptcy Legal Fees - Trustee Payment | 6,000.00 |
| Bar Supplies | 3,221.22 |
| Chargeback Expense | 400.00 |
| Customer Service Disbursements | 11,300.00 |
| Disposal & Waste Fees | 301.59 |
| Drink Incentives | 1,776.00 |
| Employee/Entertainer Tip Disbursements | 24,121.95 |
| Entertainer Disbursements - Entertainment Services | 41,020.00 |
| Entertainer Disbursements - VIP Room | 15,400.00 |
| Escrow Payments | 14,000.00 |
| Food License | 936.75 |
| Insurance - Building & Business | 9,869.72 |

# Profit and Loss

## Cleveland Avenue Cafe, Inc

March 1-31, 2026

| | TOTAL |
|---|---|
| Internet & TV services | 2,512.58 |
| Merchant Account Fees | 8,730.11 |
| Office Supplies | 1,794.47 |
| Ohio Sales Tax | 9,710.00 |
| Operations & Compliance Consulting (Insider) | 10,500.00 |
| Payroll Processing Fees | 705.78 |
| Payroll Taxes | 9,447.33 |
| Payroll Wages (W-2) | 46,043.93 |
| Promotional Events and Customer Incentives | 2,000.00 |
| Recruiting and Hiring Expenses | 330.00 |
| Repairs & Maintenance | 5,543.85 |
| Software & Subscriptions | 351.27 |
| Storage & Warehousing | 407.48 |
| Travel | 467.28 |
| Utilities - Electricity | 2,081.41 |
| Utilities - Gas | 804.00 |
| Utilities - Water | 1,516.84 |
| **Total for Expenses** | **$257,321.08** |
| **Net Operating Income** | **$39,282.05** |
| **Net Other Income** | |
| **Net Income** | **$39,282.05** |