**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

CLEVELAND AVENUE CAFE DBTR IN POSS
1704 CASS LAKE FRONT RD
KEEGO HARBOR MI 48320-1056

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Unlimited Checking* — *Account: -------6297*

**Statement Activity From:**
**03/01/26 to 03/31/26**

| | |
|---|---|
| Days in Statement Period | 31 |
| Average Ledger Balance* | 9,573.66 |
| Average Collected Balance* | 9,571.40 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$3,230.77** |
| **Credits (+)** | **274,029.72** |
| Regular Deposits | 70.19 |
| Electronic Deposits | 268,179.84 |
| Other Credits | 5,779.69 |
| **Debits (-)** | **258,707.29** |
| Regular Checks Paid | 130,696.17 |
| Electronic Withdrawals | 13,404.70 |
| Wire Transfer Debits | 20,000.00 |
| Other Debits | 94,606.42 |
| **Total Service Charges (-)** | **75.00** |
| **Ending Balance** | **$18,478.20** |

## *Deposits (+)* — *Account:-------6297*

| Date | Amount | Serial # | Type |
|---|---|---|---|
| 03/10 | 70.19 | 389936944 | Remote |

## *Other Credits (+)* — *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/02 | 11,815.91 | BNKCD SETTLE CR CD DEP 260301 630757181429083 |
| 03/02 | 7,622.19 | BNKCD SETTLE CR CD DEP 260301 630757181429083 |
| 03/02 | 4,825.45 | BNKCD SETTLE CR CD DEP 260302 630757181429083 |
| 03/02 | 1,550.00 | INTERNET TFR FRM CHECKING 030226 XXXXXXX6307 |
| 03/02 | 1,000.00 | CDS CDS 260227 P736234 0227 |
| 03/02 | 569.38 | BNKCD SETTLE CR CD DEP 260301 630756420618181 |
| 03/02 | 209.77 | BNKCD SETTLE CR CD DEP 260301 630756420618181 |
| 03/02 | 130.00 | CDS CDS 260227 P736234 SC1 022 |
| 03/03 | 2,560.00 | CDS CDS 260228 P736234 0228 |
| 03/03 | 2,504.40 | BNKCD SETTLE CR CD DEP 260303 630757181429083 |
| 03/03 | 1,240.00 | CDS CDS 260301 P736234 0301 |
| 03/03 | 1,200.00 | CDS CDS 260302 P736234 0302 |
| 03/03 | 364.00 | CDS CDS 260228 P736234 SC1 022 |
| 03/03 | 195.00 | CDS CDS 260301 P736234 SC1 030 |
| 03/03 | 182.00 | CDS CDS 260302 P736234 SC1 030 |
| 03/04 | 2,863.95 | BNKCD SETTLE CR CD DEP 260304 630757181429083 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

## *Other Credits (+)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/04 | 500.00 | INTERNET TFR FRM CHECKING 030426 XXXXXXX6307 |
| 03/04 | 500.00 | INTERNET TFR FRM CHECKING 030426 XXXXXXX6307 |
| 03/04 | 200.00 | CDS CDS 260303 P736234 0303 |
| 03/04 | 26.00 | CDS CDS 260303 P736234 SC1 030 |
| 03/05 | 3,891.23 | BNKCD SETTLE CR CD DEP 260305 630757181429083 |
| 03/05 | 1,000.00 | INTERNET TFR FRM CHECKING 030526 XXXXXXX6307 |
| 03/05 | 800.00 | CDS CDS 260304 P736234 0304 |
| 03/05 | 800.00 | INTERNET TFR FRM CHECKING 030526 XXXXXXX6307 |
| 03/05 | 263.78 | BNKCD SETTLE CR CD DEP 260305 630756420618181 |
| 03/05 | 104.00 | CDS CDS 260304 P736234 SC1 030 |
| 03/06 | 11,487.55 | BNKCD SETTLE CR CD DEP 260306 630757181429083 |
| 03/06 | 2,397.37 | BNKCD SETTLE CR CD DEP 260306 630756420618181 |
| 03/06 | 1,200.00 | CDS CDS 260305 P736234 0305 |
| 03/06 | 195.00 | CDS CDS 260305 P736234 SC1 030 |
| 03/09 | 15,403.15 | BNKCD SETTLE CR CD DEP 260308 630757181429083 |
| 03/09 | 8,796.70 | BNKCD SETTLE CR CD DEP 260308 630757181429083 |
| 03/09 | 2,114.81 | BNKCD SETTLE CR CD DEP 260309 630757181429083 |
| 03/09 | 1,440.00 | CDS CDS 260306 P736234 0306 |
| 03/09 | 1,116.02 | BNKCD SETTLE CR CD DEP 260308 630756420618181 |
| 03/09 | 775.41 | BNKCD SETTLE CR CD DEP 260308 630756420618181 |
| 03/09 | 208.00 | CDS CDS 260306 P736234 SC1 030 |
| 03/10 | 2,640.00 | CDS CDS 260307 P736234 0307 |
| 03/10 | 1,620.00 | CDS CDS 260308 P736234 0308 |
| 03/10 | 1,366.51 | BNKCD SETTLE CR CD DEP 260310 630757181429083 |
| 03/10 | 377.00 | CDS CDS 260307 P736234 SC1 030 |
| 03/10 | 360.00 | CDS CDS 260309 P736234 0309 |
| 03/10 | 286.00 | CDS CDS 260308 P736234 SC1 030 |
| 03/10 | 52.00 | CDS CDS 260309 P736234 SC1 030 |
| 03/11 | 3,500.54 | BNKCD SETTLE CR CD DEP 260311 630757181429083 |
| 03/11 | 200.00 | CDS CDS 260310 P736234 0310 |
| 03/11 | 26.00 | CDS CDS 260310 P736234 SC1 031 |
| 03/12 | 4,077.43 | BNKCD SETTLE CR CD DEP 260312 630757181429083 |
| 03/12 | 840.00 | CDS CDS 260311 P736234 0311 |
| 03/12 | 117.00 | CDS CDS 260311 P736234 SC1 031 |
| 03/13 | 5,430.60 | BNKCD SETTLE CR CD DEP 260313 630757181429083 |
| 03/13 | 1,360.00 | CDS CDS 260312 P736234 0312 |
| 03/13 | 182.00 | CDS CDS 260312 P736234 SC1 031 |
| 03/16 | 13,018.29 | BNKCD SETTLE CR CD DEP 260315 630757181429083 |
| 03/16 | 11,818.99 | BNKCD SETTLE CR CD DEP 260315 630757181429083 |
| 03/16 | 3,542.48 | BNKCD SETTLE CR CD DEP 260316 630757181429083 |
| 03/16 | 3,017.95 | BNKCD SETTLE CR CD DEP 260315 630756420618181 |

Huntington

## *Other Credits (+)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/16 | 1,980.00 | CDS CDS 260313 P736234 0313 |
| 03/16 | 1,000.00 | INTERNET TFR FRM CHECKING 031626 XXXXXXX6307 |
| 03/16 | 312.00 | CDS CDS 260313 P736234 SC1 031 |
| 03/16 | 53.99 | MERCHANDISE RET AMAZON MKTPLACE PMTS AMAZON MKTPLACE PMTS SEATTLE WA XXXXXXXXXXXX1602 |
| 03/16 | 21.08 | MERCHANDISE RET AMAZON MARK* AT4KX6AQ3 AMAZON MARK* AT4KX6AQ3 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/17 | 4,740.00 | CDS CDS 260316 P736234 0316 |
| 03/17 | 3,401.59 | BNKCD SETTLE CR CD DEP 260317 630757181429083 |
| 03/17 | 2,560.00 | CDS CDS 260314 P736234 0314 |
| 03/17 | 728.00 | CDS CDS 260316 P736234 SC1 031 |
| 03/17 | 364.00 | CDS CDS 260314 P736234 SC1 031 |
| 03/18 | 5,213.60 | BNKCD SETTLE CR CD DEP 260318 630757181429083 |
| 03/18 | 1,500.00 | CDS CDS 260317 P736234 0317 |
| 03/18 | 195.00 | CDS CDS 260317 P736234 SC1 031 |
| 03/19 | 1,922.16 | BNKCD SETTLE CR CD DEP 260319 630757181429083 |
| 03/19 | 1,260.00 | CDS CDS 260318 P736234 0318 |
| 03/19 | 182.00 | CDS CDS 260318 P736234 SC1 031 |
| 03/20 | 6,650.52 | BNKCD SETTLE CR CD DEP 260320 630757181429083 |
| 03/20 | 1,060.00 | CDS CDS 260319 P736234 0319 |
| 03/20 | 169.00 | CDS CDS 260319 P736234 SC1 031 |
| 03/23 | 12,655.94 | BNKCD SETTLE CR CD DEP 260322 630757181429083 |
| 03/23 | 12,580.78 | BNKCD SETTLE CR CD DEP 260322 630757181429083 |
| 03/23 | 6,318.67 | BNKCD SETTLE CR CD DEP 260323 630757181429083 |
| 03/23 | 2,300.00 | CDS CDS 260320 P736234 0320 |
| 03/23 | 325.00 | CDS CDS 260320 P736234 SC1 032 |
| 03/24 | 3,406.33 | BNKCD SETTLE CR CD DEP 260324 630756420618181 |
| 03/24 | 3,380.00 | CDS CDS 260322 P736234 0322 |
| 03/24 | 2,480.00 | CDS CDS 260321 P736234 0321 |
| 03/24 | 1,735.74 | BNKCD SETTLE CR CD DEP 260324 630757181429083 |
| 03/24 | 860.00 | CDS CDS 260323 P736234 0323 |
| 03/24 | 468.00 | CDS CDS 260322 P736234 SC1 032 |
| 03/24 | 377.00 | CDS CDS 260321 P736234 SC1 032 |
| 03/24 | 117.00 | CDS CDS 260323 P736234 SC1 032 |
| 03/25 | 2,933.44 | BNKCD SETTLE CR CD DEP 260325 630757181429083 |
| 03/25 | 360.00 | CDS CDS 260324 P736234 0324 |
| 03/25 | 182.46 | OH80 LOTTERY INV 260321 260321 52746 |
| 03/25 | 52.00 | CDS CDS 260324 P736234 SC1 032 |
| 03/26 | 2,825.25 | BNKCD SETTLE CR CD DEP 260326 630757181429083 |
| 03/26 | 520.00 | CDS CDS 260325 P736234 0325 |
| 03/26 | 78.00 | CDS CDS 260325 P736234 SC1 032 |
| 03/27 | 4,324.70 | BNKCD SETTLE CR CD DEP 260327 630757181429083 |

Huntington

## *Other Credits (+)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/27 | 200.00 | CDS CDS 260326 P736234 0326 |
| 03/27 | 26.00 | CDS CDS 260326 P736234 SC1 032 |
| 03/30 | 10,417.30 | BNKCD SETTLE CR CD DEP 260329 630757181429083 |
| 03/30 | 9,634.68 | BNKCD SETTLE CR CD DEP 260329 630757181429083 |
| 03/30 | 1,845.11 | BNKCD SETTLE CR CD DEP 260329 630756420618181 |
| 03/30 | 1,177.85 | BNKCD SETTLE CR CD DEP 260330 630757181429083 |
| 03/30 | 900.00 | CDS CDS 260327 P736234 0327 |
| 03/30 | 599.34 | BNKCD SETTLE CR CD DEP 260329 630756420618181 |
| 03/30 | 284.89 | MERCHANDISE RET AMAZON MARK* B93RV1EW1 AMAZON MARK* B93RV1EW1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/30 | 239.74 | BNKCD SETTLE CR CD DEP 260330 630756420618181 |
| 03/30 | 117.00 | CDS CDS 260327 P736234 SC1 032 |
| 03/30 | 24.83 | MERCHANDISE RET AMAZON MARK* 6P2HZ8E03 AMAZON MARK* 6P2HZ8E03 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/30 | 24.83 | MERCHANDISE RET AMAZON MARK* 6P2HZ8E03 AMAZON MARK* 6P2HZ8E03 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/30 | 10.79 | MERCHANDISE RET AMAZON MARK* B93RV1EW1 AMAZON MARK* B93RV1EW1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/30 | 9.28 | MERCHANDISE RET AMAZON MARK* B93RV1EW1 AMAZON MARK* B93RV1EW1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/31 | 4,346.78 | BNKCD SETTLE CR CD DEP 260331 630757181429083 |
| 03/31 | 3,120.00 | CDS CDS 260329 P736234 0329 |
| 03/31 | 2,100.00 | CDS CDS 260328 P736234 0328 |
| 03/31 | 520.00 | CDS CDS 260330 P736234 0330 |
| 03/31 | 481.00 | CDS CDS 260329 P736234 SC1 032 |
| 03/31 | 325.00 | CDS CDS 260328 P736234 SC1 032 |
| 03/31 | 78.00 | CDS CDS 260330 P736234 SC1 033 |

## *Checks (-)* *Account:-------6297*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/04 | 216.00 | 5058 | 03/09 | 1,200.00 | 5083 |
| 03/03 | 1,200.00 | 5065* | 03/09 | 955.85 | 5085* |
| 03/02 | 1,200.00 | 5066 | 03/09 | 1,515.24 | 5086 |
| 03/02 | 1,752.12 | 5069* | 03/06 | 6,000.00 | 5087 |
| 03/02 | 1,378.19 | 5070 | 03/09 | 1,200.00 | 5089* |
| 03/03 | 792.41 | 5071 | 03/13 | 52.03 | 5090 |
| 03/02 | 4,000.00 | 5075* | 03/09 | 7,500.00 | 5092* |
| 03/02 | 1,200.00 | 5076 | 03/11 | 383.08 | 5093 |
| 03/04 | 524.58 | 5077 | 03/10 | 3,500.00 | 5095* |
| 03/04 | 1,065.81 | 5078 | 03/11 | 1,157.10 | 5096 |
| 03/04 | 506.47 | 5079 | 03/10 | 384.00 | 5097 |
| 03/05 | 5,000.00 | 5080 | 03/11 | 3,000.00 | 5098 |
| 03/06 | 1,000.00 | 5081 | 03/11 | 757.59 | 5099 |
| 03/16 | 1,200.00 | 5082 | 03/12 | 1,000.00 | 5100 |

Huntington

## *Checks (-)* — *Account:-------6297*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/12 | 1,500.00 | 5102* | 03/23 | 1,200.00 | 5132 |
| 03/16 | 770.53 | 5103 | 03/24 | 1,200.00 | 5133 |
| 03/16 | 1,096.00 | 5104 | 03/23 | 1,526.52 | 5134 |
| 03/16 | 1,200.00 | 5106* | 03/23 | 1,200.00 | 5135 |
| 03/17 | 553.41 | 5107 | 03/27 | 52.03 | 5136 |
| 03/16 | 1,269.67 | 5108 | 03/23 | 7,000.00 | 5137 |
| 03/16 | 5,500.00 | 5111* | 03/24 | 200.00 | 5138 |
| 03/16 | 1,200.00 | 5112 | 03/26 | 59.40 | 5139 |
| 03/18 | 52.03 | 5113 | 03/25 | 895.44 | 5140 |
| 03/16 | 6,000.00 | 5114 | 03/26 | 969.10 | 5141 |
| 03/18 | 202.30 | 5115 | 03/25 | 958.44 | 5142 |
| 03/18 | 340.63 | 5116 | 03/25 | 618.96 | 5143 |
| 03/18 | 658.90 | 5117 | 03/30 | 1,200.00 | 5144 |
| 03/19 | 1,000.00 | 5120* | 03/30 | 1,200.00 | 5145 |
| 03/26 | 1,000.00 | 5122* | 03/30 | 539.52 | 5148* |
| 03/18 | 1,200.00 | 5125* | 03/31 | 1,438.71 | 5149 |
| 03/17 | 7,000.00 | 5127* | 03/27 | 4,000.00 | 5150 |
| 03/18 | 570.59 | 5128 | 03/30 | 6,000.00 | 5151 |
| 03/18 | 6,000.00 | 5129 | 03/31 | 1,200.00 | 5153* |
| 03/23 | 983.52 | 5130 | 03/30 | 6,000.00 | 5155* |
| 03/20 | 3,000.00 | 5131 | 03/31 | 2,500.00 | 5157* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)* — *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/02 | 105.99 | PURCHASE AVAST *AVAP1674671150 AVAST *AVAP1674671150 TEMPE AZ XXXXXXXXXXXX1602 |
| 03/02 | 84.79 | PURCHASE AVAST *AVAP1674675284 AVAST *AVAP1674675284 TEMPE AZ XXXXXXXXXXXX1602 |
| 03/02 | 259.99 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 03/02 | 189.24 | PURCHASE AMAZON MKTPL*BE97S4OQ1 AMAZON MKTPL*BE97S4OQ1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/02 | 77.72 | PURCHASE AMAZON MARK* B93B489Y1 AMAZON MARK* B93B489Y1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/02 | 4.58 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/02 | 35.00 | PURCHASE KLAVIYO INC. SOFTWARE KLAVIYO INC. SOFTWARE BOSTON MA XXXXXXXXXXXX1602 |
| 03/02 | 107.35 | PURCHASE AMAZON RETA* BE2904I72 AMAZON RETA* BE2904I72 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/02 | 3,000.00 | INTERNET TFR TO CHECKING 030226 XXXXXXX6307 |
| 03/02 | 800.00 | HUNTINGTON ATM CASH WITHDRAWAL 2141 E. DUBLIN-GRA COLUMBUS OH XXXXXXXXXXXX9258 |
| 03/02 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX9258 |
| 03/02 | 800.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/02 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/02 | 54.87 | BNKCD SETTLE CCDISCOUNT 260227 630757181429083 |

Huntington

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/02 | 79.90 | BNKCD SETTLE CCDISCOUNT 260227 630756420618181 |
| 03/03 | 107.08 | PURCHASE PUBLIC STORAGE 24341 PUBLIC STORAGE 24341 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/03 | 107.08 | PURCHASE PUBLIC STORAGE 24341 PUBLIC STORAGE 24341 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/03 | 41.31 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/03 | 3,500.00 | INTERNET TFR TO CHECKING 030326 XXXXXXX6307 |
| 03/03 | 1,000.00 | INTERNET TFR TO CHECKING 030326 XXXXXXX6307 |
| 03/03 | 14,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 03/04 | 193.32 | PURCHASE BUCKEYE MOBILE STORAGE BUCKEYE MOBILE STORAGE MARENGO OH XXXXXXXXXXXX1602 |
| 03/04 | 122.77 | PURCHASE TEMU.COM TEMU.COM 13024806118 MA XXXXXXXXXXXX1602 |
| 03/04 | 39.96 | PURCHASE TEMU.COM TEMU.COM 13024806118 MA XXXXXXXXXXXX1602 |
| 03/04 | 800.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX9258 |
| 03/04 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX9258 |
| 03/04 | 800.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/04 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/04 | 2,300.00 | INTERNET TFR TO CHECKING 030426 XXXXXXX6307 |
| 03/04 | 42.29 | OH80 LOTTERY INV 260228 260228 52746 |
| 03/05 | 35.30 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/05 | 78.34 | PURCHASE KROGER #965 KROGER #965 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/05 | 228.61 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/05 | 132.42 | PURCHASE GFS STORE #0964 57 GFS STORE #0964 57 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/06 | 480.00 | INTERNET TFR TO CHECKING 030626 XXXXXXX6307 |
| 03/06 | 3,000.00 | INTERNET TFR TO CHECKING 030626 XXXXXXX6307 |
| 03/06 | 1,500.00 | INTERNET TFR TO CHECKING 030626 XXXXXXX6307 |
| 03/06 | 1,346.99 | COLUMBUS UTILITY ECHECK 260305 2553358 |
| 03/09 | 36.63 | PURCHASE THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/09 | 106.35 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 03/09 | 1,950.00 | PURCHASE FACEBK *ZXATLDVN42 FACEBK *ZXATLDVN42 6505434800 CA XXXXXXXXXXXX1602 |
| 03/09 | 5,000.00 | INTERNET TFR TO CHECKING 030926 XXXXXXX6307 |
| 03/10 | 2.12 | PURCHASE THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX9258 |
| 03/11 | 99.00 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 03/11 | 6,500.00 | INTERNET TFR TO CHECKING 031126 XXXXXXX6307 |
| 03/11 | 68.45 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/11 | 49.90 | PURCHASE KROGER #965 KROGER #965 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/11 | 501.91 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/11 | 138.01 | PURCHASE GFS STORE #0964 57 GFS STORE #0964 57 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/11 | 383.19 | OH80 LOTTERY INV 260307 260307 52746 |
| 03/12 | 45.40 | PURCHASE SP EVERYTHING SMART HO SP EVERYTHING SMART HO ELGIN LN XXXXXXXXXXXX1602 |
| 03/12 | 149.33 | PURCHASE TEMU.COM TEMU.COM 13024806118 MA XXXXXXXXXXXX1602 |
| 03/12 | 108.75 | PURCHASE AMAZON MARK* BP6RY2QY1 AMAZON MARK* BP6RY2QY1 SEATTLE WA XXXXXXXXXXXX1602 |

Huntington

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/12 | 118.70 | PURCHASE AMAZON MARK* BP0YV1QW1 AMAZON MARK* BP0YV1QW1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/12 | 1,500.00 | INTERNET TFR TO CHECKING 031226 XXXXXXX6307 |
| 03/12 | 30.02 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/13 | 485.69 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 03/13 | 936.75 | PURCHASE CPH ENVI HEALTH CPH ENVI HEALTH COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/13 | 1,400.00 | INTERNET TFR TO CHECKING 031326 XXXXXXX6307 |
| 03/13 | 83.27 | PURCHASE KROGER #593 KROGER #593 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/13 | 700.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/13 | 700.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX9258 |
| 03/13 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/13 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL 630 S. STATE ST WESTERVILLE OH XXXXXXXXXXXX9258 |
| 03/13 | 1,000.00 | INTERNET TFR TO CHECKING 031326 XXXXXXX6307 |
| 03/16 | 494.43 | PURCHASE AMAZON MARK* BD6K31SK2 AMAZON MARK* BD6K31SK2 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/16 | 131.97 | PURCHASE STAPLES INC STAPLES INC FRAMINGHAM MA XXXXXXXXXXXX1602 |
| 03/16 | 33.18 | PURCHASE TEMU.COM TEMU.COM 13024806118 MA XXXXXXXXXXXX1602 |
| 03/16 | 68.97 | PURCHASE GFS STORE #0964 GFS STORE #0964 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/16 | 1,800.00 | INTERNET TFR TO CHECKING 031626 XXXXXXX6307 |
| 03/16 | 28.70 | PURCHASE AMAZON MARK* BD43J4OU1 AMAZON MARK* BD43J4OU1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/16 | 6,000.00 | INTERNET TFR TO CHECKING 031626 XXXXXXX6307 |
| 03/17 | 311.52 | PURCHASE ALOFT ALOFT WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/17 | 41.54 | PURCHASE THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/17 | 7.56 | PURCHASE AMAZON MKTPL*BP61U4UR0 AMAZON MKTPL*BP61U4UR0 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/17 | 16.19 | PURCHASE AMAZON RETA* BP5SR6UO0 AMAZON RETA* BP5SR6UO0 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/17 | 5.98 | PURCHASE GFS STORE #096 GFS STORE #096 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/17 | 19.56 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/17 | 17.95 | PURCHASE WAL-MART #5857 WAL-MART #5857 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/17 | 5,126.26 | WWW.ILCASCO.COM DIRECT PAY 9400 |
| 03/18 | 155.76 | PURCHASE ALOFT ALOFT WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/18 | 865.60 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 03/18 | 57.08 | PURCHASE AMAZON MARK* BD0H51P51 AMAZON MARK* BD0H51P51 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/18 | 2,000.00 | PURCHASE FACEBK *JC7L4GHN42 FACEBK *JC7L4GHN42 6505434800 CA XXXXXXXXXXXX1602 |
| 03/18 | 17.46 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX9258 |
| 03/18 | 4,000.00 | INTERNET TFR TO CHECKING 031826 XXXXXXX6307 |
| 03/18 | 1,029.87 | OH80 LOTTERY INV 260314 260314 52746 |
| 03/19 | 32.22 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/19 | 77.97 | PURCHASE KROGER #965 KROGER #965 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/19 | 258.69 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/20 | 832.10 | PURCHASE FACEBK *NHGH8GHN42 FACEBK *NHGH8GHN42 6505434800 CA XXXXXXXXXXXX1602 |

Huntington

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 03/20 | 3,000.00 | INTERNET TFR TO CHECKING 032026 XXXXXXX6307 |
| 03/20 | 3,000.00 | INTERNET TFR TO CHECKING 032026 XXXXXXX6307 |
| 03/23 | 26.49 | PURCHASE ADOBE ADOBE SAN JOSE CA XXXXXXXXXXXX1602 |
| 03/23 | 53.98 | PURCHASE GFS STORE #0964 GFS STORE #0964 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/23 | 111.72 | PURCHASE TEMU.COM TEMU.COM 13024806118 DE XXXXXXXXXXXX1602 |
| 03/23 | 47.80 | PURCHASE TEMU.COM TEMU.COM 13024806118 MA XXXXXXXXXXXX1602 |
| 03/23 | 197.87 | SPECTRUM SPECTRUM 260320 7589764 |
| 03/24 | 2,000.00 | INTERNET TFR TO CHECKING 032426 XXXXXXX6307 |
| 03/24 | 14,000.00 | INTERNET TFR TO CHECKING 032426 XXXXXXX6307 |
| 03/25 | 13.58 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 03/25 | 251.57 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/25 | 153.83 | PURCHASE GFS STORE #0964 57 GFS STORE #0964 57 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/25 | 6,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 03/25 | 4,743.46 | WWW.ILCASCO.COM DIRECT PAY 9400 |
| 03/26 | 4.16 | PURCHASE THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/27 | 243.44 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 03/30 | 81.24 | PURCHASE AMAZON MKTPL*BC2N50VL2 AMAZON MKTPL*BC2N50VL2 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/30 | 62.58 | PURCHASE AMAZON MARK* BG8671CU1 AMAZON MARK* BG8671CU1 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/30 | 400.00 | BNKCD SETTLE CHARGEBACK 260327 630757181429083 |
| 03/31 | 192.49 | PURCHASE AMAZON MARK* BC2I385P2 AMAZON MARK* BC2I385P2 SEATTLE WA XXXXXXXXXXXX1602 |
| 03/31 | 752.00 | PURCHASE COLUMBIA GAS OF OHIO COLUMBIA GAS OF OHIO 8003444077 OH XXXXXXXXXXXX1602 |
| 03/31 | 52.00 | PURCHASE COLUMBIA GAS OF OHIO COLUMBIA GAS OF OHIO 8003444077 OH XXXXXXXXXXXX1602 |
| 03/31 | 301.59 | PURCHASE LOCAL WASTE SERVICES LOCAL WASTE SERVICES COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/31 | 2,314.71 | PURCHASE SPECTRUM SPECTRUM SAINT LOUIS MO XXXXXXXXXXXX1602 |
| 03/31 | 176.42 | PURCHASE GUARDIAN ALARM GUARDIAN ALARM SOUTHFIELD MI XXXXXXXXXXXX1602 |
| 03/31 | 734.42 | PURCHASE COLS UTILITIES ONLINE COLS UTILITIES ONLINE COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/31 | 1,059.99 | PURCHASE FSI*OHIO BILLMATRIX FSI*OHIO BILLMATRIX COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/31 | 456.85 | PURCHASE FSI*OHIO BILLMATRIX FSI*OHIO BILLMATRIX COLUMBUS OH XXXXXXXXXXXX1602 |
| 03/31 | 1,000.00 | PURCHASE FACEBK *9MHC6GMN42 FACEBK *9MHC6GMN42 WILMINGTON DE XXXXXXXXXXXX1602 |
| 03/31 | 3,000.00 | INTERNET TFR TO CHECKING 033126 XXXXXXX6307 |

## *Service Charge Detail* *Account:-------6297*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 03/05 | 36.00 | | OVERDRAFT FEE |
| 03/05 | 36.00 | | OVERDRAFT FEE |
| 03/05 | 36.00 | | OVERDRAFT FEE |
| 03/16 | 7.00 | | ATM USAGE FEES |
| 03/16 | 50.00 | | WIRE TRANSFER FEES (OUTGOING) |
| 03/16 | 18.00 | | WIRE TRANSFER FEES (INCOMING) |

Huntington

## Service Charge Detail

***Account:-------6297***

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 03/16 | 20.00 | | MONTHLY SERVICE FEE |
| 03/05 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 03/05 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 03/05 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 03/16 | | 20.00 | PROMOTIONAL WAIVE - MONTHLY SERVICE FEE |

## Service Charge Summary

***Account:-------6297***

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$95.00** |
| Credits - Previous Month Charges (+) | 20.00 |
| **Net Service Charges** | **$75.00** |
| Other Charges (-) | 108.00 |
| Other Credits (+) | 108.00 |
| **Total Service Charges (-)** | **$75.00** |

## Balance Activity

***Account:-------6297***

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 3,230.77 | 03/11 | 6,501.18 | 03/23 | 25,921.79 |
| 03/02 | 15,023.73 | 03/12 | 7,083.41 | 03/24 | 21,345.86 |
| 03/03 | 2,521.25 | 03/13 | 7,698.27 | 03/25 | 11,238.48 |
| 03/04 | 800.00- | 03/16 | 15,594.60 | 03/26 | 12,629.07 |
| 03/05 | 584.34 | 03/17 | 14,288.22 | 03/27 | 12,884.30 |
| 03/06 | 2,537.27 | 03/18 | 4,046.60 | 03/30 | 22,686.60 |
| 03/09 | 12,927.29 | 03/19 | 6,041.88 | 03/31 | 18,478.20 |
| 03/10 | 15,812.87 | 03/20 | 4,089.30 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

CLEVELAND AVENUE CAFE DBTR IN POSS
1704 CASS LAKE FRONT RD
KEEGO HARBOR MI 48320-1056

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Unlimited Checking* — *Account: -------6307*

**Statement Activity From:**
**03/01/26 to 03/31/26**

| | |
|---|---|
| Days in Statement Period | 31 |
| Average Ledger Balance* | 4,645.53 |
| Average Collected Balance* | 4,645.53 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$1,621.80** |
| **Credits (+)** | **66,980.00** |
| Other Credits | 66,980.00 |
| **Debits (-)** | **62,403.89** |
| Regular Checks Paid | 41,119.85 |
| Electronic Withdrawals | 15,934.04 |
| Other Debits | 5,350.00 |
| **Total Service Charges (-)** | **0.00** |
| **Ending Balance** | **$6,197.91** |

## *Other Credits (+)* — *Account:-------6307*

| Date | Amount | Description |
|---|---|---|
| 03/02 | 3,000.00 | INTERNET TFR FRM CHECKING 030226 XXXXXXX6297 |
| 03/03 | 3,500.00 | INTERNET TFR FRM CHECKING 030326 XXXXXXX6297 |
| 03/03 | 1,000.00 | INTERNET TFR FRM CHECKING 030326 XXXXXXX6297 |
| 03/04 | 2,300.00 | INTERNET TFR FRM CHECKING 030426 XXXXXXX6297 |
| 03/06 | 3,000.00 | INTERNET TFR FRM CHECKING 030626 XXXXXXX6297 |
| 03/06 | 1,500.00 | INTERNET TFR FRM CHECKING 030626 XXXXXXX6297 |
| 03/06 | 480.00 | INTERNET TFR FRM CHECKING 030626 XXXXXXX6297 |
| 03/09 | 5,000.00 | INTERNET TFR FRM CHECKING 030926 XXXXXXX6297 |
| 03/11 | 6,500.00 | INTERNET TFR FRM CHECKING 031126 XXXXXXX6297 |
| 03/12 | 1,500.00 | INTERNET TFR FRM CHECKING 031226 XXXXXXX6297 |
| 03/13 | 1,400.00 | INTERNET TFR FRM CHECKING 031326 XXXXXXX6297 |
| 03/13 | 1,000.00 | INTERNET TFR FRM CHECKING 031326 XXXXXXX6297 |
| 03/16 | 6,000.00 | INTERNET TFR FRM CHECKING 031626 XXXXXXX6297 |
| 03/16 | 1,800.00 | INTERNET TFR FRM CHECKING 031626 XXXXXXX6297 |
| 03/18 | 4,000.00 | INTERNET TFR FRM CHECKING 031826 XXXXXXX6297 |
| 03/20 | 3,000.00 | INTERNET TFR FRM CHECKING 032026 XXXXXXX6297 |
| 03/20 | 3,000.00 | INTERNET TFR FRM CHECKING 032026 XXXXXXX6297 |
| 03/24 | 14,000.00 | INTERNET TFR FRM CHECKING 032426 XXXXXXX6297 |
| 03/24 | 2,000.00 | INTERNET TFR FRM CHECKING 032426 XXXXXXX6297 |
| 03/31 | 3,000.00 | INTERNET TFR FRM CHECKING 033126 XXXXXXX6297 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

## *Checks (-)* *Account:-------6307*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/24 | 109.38 | 10 | 03/12 | 35.96 | 136 |
| 03/16 | 28.80 | 29* | 03/13 | 143.27 | 137 |
| 03/09 | 98.84 | 47* | 03/13 | 247.49 | 138 |
| 03/05 | 65.67 | 54* | 03/23 | 69.08 | 140* |
| 03/16 | 36.77 | 56* | 03/12 | 130.39 | 141 |
| 03/02 | 115.91 | 58* | 03/12 | 617.30 | 142 |
| 03/03 | 75.13 | 60* | 03/11 | 694.22 | 143 |
| 03/04 | 121.35 | 75* | 03/11 | 1,084.49 | 144 |
| 03/31 | 31.19 | 78* | 03/16 | 543.45 | 145 |
| 03/06 | 104.12 | 80* | 03/13 | 231.84 | 146 |
| 03/16 | 26.84 | 82* | 03/11 | 385.49 | 147 |
| 03/05 | 134.84 | 83 | 03/13 | 232.15 | 148 |
| 03/03 | 172.76 | 85* | 03/11 | 241.75 | 149 |
| 03/03 | 109.85 | 87* | 03/12 | 319.55 | 150 |
| 03/13 | 694.22 | 90* | 03/16 | 367.66 | 151 |
| 03/02 | 1,585.80 | 101* | 03/12 | 577.14 | 152 |
| 03/18 | 65.57 | 102 | 03/11 | 613.07 | 153 |
| 03/06 | 138.79 | 103 | 03/11 | 1,585.80 | 154 |
| 03/05 | 385.49 | 104 | 03/18 | 61.90 | 155 |
| 03/06 | 96.47 | 105 | 03/20 | 94.95 | 156 |
| 03/11 | 75.33 | 106 | 03/19 | 385.49 | 157 |
| 03/05 | 97.81 | 107 | 03/20 | 577.14 | 159* |
| 03/05 | 127.92 | 108 | 03/23 | 121.12 | 160 |
| 03/16 | 67.26 | 109 | 03/20 | 72.77 | 161 |
| 03/05 | 108.83 | 110 | 03/30 | 130.31 | 162 |
| 03/09 | 135.47 | 111 | 03/19 | 126.71 | 163 |
| 03/09 | 89.39 | 112 | 03/19 | 284.39 | 165* |
| 03/05 | 312.42 | 113 | 03/19 | 65.23 | 167* |
| 03/12 | 113.12 | 115* | 03/23 | 64.41 | 168 |
| 03/09 | 178.53 | 116 | 03/19 | 148.61 | 170* |
| 03/06 | 617.30 | 117 | 03/19 | 617.30 | 171 |
| 03/11 | 694.22 | 118 | 03/19 | 471.15 | 172 |
| 03/06 | 1,084.49 | 119 | 03/27 | 694.22 | 173 |
| 03/09 | 543.45 | 120 | 03/19 | 592.72 | 174 |
| 03/06 | 376.10 | 121 | 03/19 | 1,084.49 | 175 |
| 03/06 | 289.33 | 122 | 03/20 | 543.45 | 176 |
| 03/06 | 251.83 | 123 | 03/24 | 313.68 | 177 |
| 03/06 | 318.60 | 124 | 03/19 | 310.61 | 178 |
| 03/09 | 375.71 | 125 | 03/20 | 269.61 | 179 |
| 03/11 | 1,585.80 | 128* | 03/18 | 255.20 | 180 |
| 03/18 | 34.51 | 129 | 03/19 | 214.79 | 181 |
| 03/16 | 135.42 | 130 | 03/23 | 376.11 | 182 |
| 03/13 | 385.49 | 131 | 03/18 | 577.14 | 183 |
| 03/17 | 93.81 | 132 | 03/19 | 613.05 | 184 |
| 03/23 | 95.20 | 133 | 03/30 | 1,585.80 | 185 |
| 03/23 | 101.79 | 135* | 03/23 | 61.15 | 186 |

Huntington

## *Checks (-)* *Account:-------6307*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/26 | 385.49 | 188* | 03/25 | 1,084.49 | 206 |
| 03/27 | 577.14 | 190* | 03/31 | 543.45 | 207 |
| 03/25 | 321.89 | 197* | 03/25 | 385.49 | 208 |
| 03/26 | 100.15 | 199* | 03/27 | 82.98 | 209 |
| 03/30 | 111.15 | 200 | 03/27 | 300.87 | 210 |
| 03/26 | 178.53 | 201 | 03/26 | 232.06 | 211 |
| 03/26 | 617.30 | 202 | 03/26 | 361.36 | 212 |
| 03/27 | 577.14 | 203 | 03/25 | 577.14 | 214* |
| 03/27 | 694.22 | 204 | 03/26 | 613.05 | 215 |
| 03/27 | 469.63 | 205 | 03/30 | 1,585.80 | 216 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)* *Account:-------6307*

| Date | Amount | Description |
|---|---|---|
| 03/02 | 1,550.00 | INTERNET TFR TO CHECKING 030226 XXXXXXX6297 |
| 03/04 | 500.00 | INTERNET TFR TO CHECKING 030426 XXXXXXX6297 |
| 03/04 | 500.00 | INTERNET TFR TO CHECKING 030426 XXXXXXX6297 |
| 03/04 | 3,625.14 | PAYCHEX TPS TAXES 030326 15824900002569X |
| 03/05 | 1,000.00 | INTERNET TFR TO CHECKING 030526 XXXXXXX6297 |
| 03/05 | 800.00 | INTERNET TFR TO CHECKING 030526 XXXXXXX6297 |
| 03/06 | 172.26 | PAYCHEX EIB INVOICE 260305 X15835300031313 |
| 03/11 | 3,442.02 | PAYCHEX TPS TAXES 031026 15920000001931X |
| 03/12 | 165.24 | PAYCHEX EIB INVOICE 260312 X15927000028485 |
| 03/16 | 1,000.00 | INTERNET TFR TO CHECKING 031626 XXXXXXX6297 |
| 03/18 | 4,074.21 | PAYCHEX TPS TAXES 031726 16015600002080X |
| 03/19 | 184.14 | PAYCHEX EIB INVOICE 260319 X16023400022351 |
| 03/25 | 4,086.89 | PAYCHEX TPS TAXES 032426 16109000001870X |
| 03/26 | 184.14 | PAYCHEX EIB INVOICE 260326 X16119900028870 |

## *Service Charge Detail* *Account:-------6307*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 03/06 | 36.00 | | RETURNED NSF ITEM FEE |
| 03/06 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |

## *Service Charge Summary* *Account:-------6307*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| Other Charges (-) | 36.00 |
| Other Credits (+) | 36.00 |
| **Total Service Charges (-)** | **$0.00** |

Huntington

***Balance Activity*** ***Account:-------6307***

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 1,621.80 | 03/12 | 781.31 | 03/24 | 19,709.79 |
| 03/02 | 1,370.09 | 03/13 | 1,246.85 | 03/25 | 13,253.89 |
| 03/03 | 5,512.35 | 03/16 | 6,840.65 | 03/26 | 10,581.81 |
| 03/04 | 3,065.86 | 03/17 | 6,746.84 | 03/27 | 7,185.61 |
| 03/05 | 32.88 | 03/18 | 5,678.31 | 03/30 | 3,772.55 |
| 03/06 | 1,563.59 | 03/19 | 579.63 | 03/31 | 6,197.91 |
| 03/09 | 5,142.20 | 03/20 | 5,021.71 | | |
| 03/11 | 1,240.01 | 03/23 | 4,132.85 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Huntington

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.