| Date | Receipt Method | Ref # | Receipt Source |
|---|---|---|---|
| 4/1/2026 | Sales Receipt | 1317 | Service Processing Fee Revenue for Customer Prepayments |
| 4/1/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/1/2026 | Sales Receipt | 1289 | Entertainer Rent Fee |
| 4/1/2026 | Sales Receipt | 1317 | Customer Prepayments |
| 4/1/2026 | Sales Receipt | 1289 | Door/Cover Charges |
| 4/1/2026 | Sales Receipt | 1289 | Employee Credit Card Tips |
| 4/1/2026 | Sales Receipt | 1289 | Entertainment Service Fees |
| 4/1/2026 | Sales Receipt | 1289 | Entertainment Service Fees, Entertainer Portion |
| 4/1/2026 | Sales Receipt | 1289 | Beverage Sales |
| 4/2/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/2/2026 | Sales Receipt | 1290 | Entertainer Rent Fee |
| 4/2/2026 | Sales Receipt | 1290 | VIP Room Fees, Entertainer Portion |
| 4/2/2026 | Sales Receipt | 1290 | VIP Room Fees |
| 4/2/2026 | Sales Receipt | 1290 | Employee Credit Card Tips |
| 4/2/2026 | Sales Receipt | 1290 | Door/Cover Charges |
| 4/2/2026 | Sales Receipt | 1290 | Entertainment Service Fees |
| 4/2/2026 | Sales Receipt | 1290 | Entertainment Service Fees, Entertainer Portion |
| 4/2/2026 | Sales Receipt | 1290 | Beverage Sales |
| 4/3/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/3/2026 | Sales Receipt | 1291 | Entertainer Rent Fee |
| 4/3/2026 | Sales Receipt | 1291 | VIP Room Fees, Entertainer Portion |
| 4/3/2026 | Sales Receipt | 1291 | VIP Room Fees |
| 4/3/2026 | Sales Receipt | 1291 | Employee Credit Card Tips |
| 4/3/2026 | Sales Receipt | 1291 | Entertainment Service Fees |
| 4/3/2026 | Sales Receipt | 1291 | Entertainment Service Fees, Entertainer Portion |
| 4/3/2026 | Sales Receipt | 1291 | Door/Cover Charges |
| 4/3/2026 | Sales Receipt | 1291 | Beverage Sales |
| 4/4/2026 | Sales Receipt | 1292 | Entertainer Rent Fee |
| 4/4/2026 | Sales Receipt | 1292 | VIP Room Fees, Entertainer Portion |
| 4/4/2026 | Sales Receipt | 1292 | VIP Room Fees |
| 4/4/2026 | Sales Receipt | 1292 | Employee Credit Card Tips |
| 4/4/2026 | Sales Receipt | 1292 | Entertainment Service Fees, Entertainer Portion |

| | | | |
|---|---|---|---|
| 4/4/2026 | Sales Receipt | 1292 | Entertainment Service Fees |
| 4/4/2026 | Sales Receipt | 1292 | Door/Cover Charges |
| 4/4/2026 | Sales Receipt | 1292 | Beverage Sales |
| 4/5/2026 | Sales Receipt | 1293 | Entertainer Rent Fee |
| 4/5/2026 | Sales Receipt | 1293 | Employee Credit Card Tips |
| 4/5/2026 | Sales Receipt | 1293 | VIP Room Fees, Entertainer Portion |
| 4/5/2026 | Sales Receipt | 1293 | VIP Room Fees |
| 4/5/2026 | Sales Receipt | 1293 | Door/Cover Charges |
| 4/5/2026 | Sales Receipt | 1293 | Entertainment Service Fees |
| 4/5/2026 | Sales Receipt | 1293 | Entertainment Service Fees, Entertainer Portion |
| 4/5/2026 | Sales Receipt | 1293 | Beverage Sales |
| 4/6/2026 | Sales Receipt | 1294 | Entertainer Rent Fee |
| 4/6/2026 | Sales Receipt | 1318 | Service Processing Fee Revenue for Customer Prepayments |
| 4/6/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/6/2026 | Sales Receipt | 1318 | Customer Prepayments |
| 4/6/2026 | Sales Receipt | 1294 | Entertainment Service Fees, Entertainer Portion |
| 4/6/2026 | Sales Receipt | 1294 | Entertainment Service Fees |
| 4/6/2026 | Sales Receipt | 1294 | Employee Credit Card Tips |
| 4/6/2026 | Sales Receipt | 1294 | Door/Cover Charges |
| 4/6/2026 | Sales Receipt | 1294 | Beverage Sales |
| 4/7/2026 | Sales Receipt | 1295 | Entertainer Rent Fee |
| 4/7/2026 | Sales Receipt | 1295 | VIP Room Fees, Entertainer Portion |
| 4/7/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/7/2026 | Sales Receipt | 1295 | Entertainment Service Fees, Entertainer Portion |
| 4/7/2026 | Sales Receipt | 1295 | Employee Credit Card Tips |
| 4/7/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/7/2026 | Sales Receipt | 1295 | Entertainment Service Fees |
| 4/7/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/7/2026 | Sales Receipt | 1295 | Door/Cover Charges |
| 4/7/2026 | Sales Receipt | 1295 | VIP Room Fees |
| 4/7/2026 | Sales Receipt | 1295 | Beverage Sales |
| 4/8/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/8/2026 | Sales Receipt | 1296 | Entertainer Rent Fee |

| | | | |
|---|---|---|---|
| 4/8/2026 | Sales Receipt | 1319 | Service Processing Fee Revenue for Customer Prepayments |
| 4/8/2026 | Sales Receipt | 1296 | Door/Cover Charges |
| 4/8/2026 | Sales Receipt | 1296 | Employee Credit Card Tips |
| 4/8/2026 | Sales Receipt | 1296 | Entertainment Service Fees |
| 4/8/2026 | Sales Receipt | 1296 | Entertainment Service Fees, Entertainer Portion |
| 4/8/2026 | Sales Receipt | 1296 | Beverage Sales |
| 4/8/2026 | Sales Receipt | 1319 | Customer Prepayments |
| 4/9/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/9/2026 | Sales Receipt | 1297 | Entertainer Rent Fee |
| 4/9/2026 | Sales Receipt | 1297 | VIP Room Fees, Entertainer Portion |
| 4/9/2026 | Sales Receipt | 1297 | VIP Room Fees |
| 4/9/2026 | Sales Receipt | 1297 | Employee Credit Card Tips |
| 4/9/2026 | Sales Receipt | 1297 | Door/Cover Charges |
| 4/9/2026 | Sales Receipt | 1297 | Entertainment Service Fees |
| 4/9/2026 | Sales Receipt | 1297 | Entertainment Service Fees, Entertainer Portion |
| 4/9/2026 | Sales Receipt | 1297 | Beverage Sales |
| 4/10/2026 | Sales Receipt | 1320 | Employee Credit Card Tips |
| 4/10/2026 | Sales Receipt | 1320 | Service Processing Fee Revenue for Customer Prepayments |
| 4/10/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/10/2026 | Sales Receipt | 1298 | Entertainer Rent Fee |
| 4/10/2026 | Sales Receipt | 1320 | Customer Prepayments |
| 4/10/2026 | Sales Receipt | 1298 | Employee Credit Card Tips |
| 4/10/2026 | Sales Receipt | 1298 | Entertainment Service Fees |
| 4/10/2026 | Sales Receipt | 1298 | VIP Room Fees, Entertainer Portion |
| 4/10/2026 | Sales Receipt | 1298 | Entertainment Service Fees, Entertainer Portion |
| 4/10/2026 | Sales Receipt | 1298 | VIP Room Fees |
| 4/10/2026 | Sales Receipt | 1298 | Door/Cover Charges |
| 4/10/2026 | Sales Receipt | 1298 | Beverage Sales |
| 4/11/2026 | Sales Receipt | 1321 | Service Processing Fee Revenue for Customer Prepayments |
| 4/11/2026 | Sales Receipt | 1299 | Entertainer Rent Fee |
| 4/11/2026 | Sales Receipt | 1321 | Customer Prepayments |
| 4/11/2026 | Sales Receipt | 1299 | VIP Room Fees, Entertainer Portion |
| 4/11/2026 | Sales Receipt | 1299 | VIP Room Fees |

| | | | |
|---|---|---|---|
| 4/11/2026 | Sales Receipt | 1299 | Employee Credit Card Tips |
| 4/11/2026 | Sales Receipt | 1299 | Entertainment Service Fees, Entertainer Portion |
| 4/11/2026 | Sales Receipt | 1299 | Entertainment Service Fees |
| 4/11/2026 | Sales Receipt | 1299 | Door/Cover Charges |
| 4/11/2026 | Sales Receipt | 1299 | Beverage Sales |
| 4/12/2026 | Sales Receipt | 1300 | Entertainer Rent Fee |
| 4/12/2026 | Sales Receipt | 1300 | Entertainment Service Fees, Entertainer Portion |
| 4/12/2026 | Sales Receipt | 1300 | Employee Credit Card Tips |
| 4/12/2026 | Sales Receipt | 1300 | Door/Cover Charges |
| 4/12/2026 | Sales Receipt | 1300 | Entertainment Service Fees |
| 4/12/2026 | Sales Receipt | 1300 | Beverage Sales |
| 4/13/2026 | Sales Receipt | 1322 | Employee Credit Card Tips |
| 4/13/2026 | Sales Receipt | 1301 | Entertainer Rent Fee |
| 4/13/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/13/2026 | Sales Receipt | 1301 | Door/Cover Charges |
| 4/13/2026 | Sales Receipt | 1301 | Entertainment Service Fees, Entertainer Portion |
| 4/13/2026 | Sales Receipt | 1301 | Employee Credit Card Tips |
| 4/13/2026 | Sales Receipt | 1322 | Service Processing Fee Revenue for Customer Prepayments |
| 4/13/2026 | Sales Receipt | 1301 | Entertainment Service Fees |
| 4/13/2026 | Sales Receipt | 1301 | VIP Room Fees |
| 4/13/2026 | Sales Receipt | 1301 | Beverage Sales |
| 4/13/2026 | Sales Receipt | 1322 | Customer Prepayments |
| 4/14/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/14/2026 | Sales Receipt | 1302 | Entertainer Rent Fee |
| 4/14/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/14/2026 | Sales Receipt | 1302 | Employee Credit Card Tips |
| 4/14/2026 | Sales Receipt | 1302 | Entertainment Service Fees, Entertainer Portion |
| 4/14/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/14/2026 | Sales Receipt | 1302 | Door/Cover Charges |
| 4/14/2026 | Sales Receipt | 1302 | Entertainment Service Fees |
| 4/14/2026 | Sales Receipt | 1302 | VIP Room Fees, Entertainer Portion |
| 4/14/2026 | Sales Receipt | 1302 | VIP Room Fees |
| 4/14/2026 | Sales Receipt | 1302 | Beverage Sales |

| | | | |
|---|---|---|---|
| 4/15/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/15/2026 | Sales Receipt | 1303 | Entertainer Rent Fee |
| 4/15/2026 | Sales Receipt | 1323 | Service Processing Fee Revenue for Customer Prepayments |
| 4/15/2026 | Sales Receipt | 1303 | Door/Cover Charges |
| 4/15/2026 | Sales Receipt | 1303 | Entertainment Service Fees, Entertainer Portion |
| 4/15/2026 | Sales Receipt | 1303 | Employee Credit Card Tips |
| 4/15/2026 | Sales Receipt | 1303 | Entertainment Service Fees |
| 4/15/2026 | Sales Receipt | 1323 | Customer Prepayments |
| 4/15/2026 | Sales Receipt | 1303 | Beverage Sales |
| 4/16/2026 | Sales Receipt | 1304 | Entertainer Rent Fee |
| 4/16/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/16/2026 | Sales Receipt | 1304 | VIP Room Fees, Entertainer Portion |
| 4/16/2026 | Sales Receipt | 1304 | VIP Room Fees |
| 4/16/2026 | Sales Receipt | 1304 | Employee Credit Card Tips |
| 4/16/2026 | Sales Receipt | 1304 | Door/Cover Charges |
| 4/16/2026 | Sales Receipt | 1304 | Entertainment Service Fees |
| 4/16/2026 | Sales Receipt | 1304 | Entertainment Service Fees, Entertainer Portion |
| 4/16/2026 | Sales Receipt | 1304 | Beverage Sales |
| 4/17/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/17/2026 | Sales Receipt | 1305 | Entertainer Rent Fee |
| 4/17/2026 | Sales Receipt | 1305 | Employee Credit Card Tips |
| 4/17/2026 | Sales Receipt | 1305 | Entertainment Service Fees |
| 4/17/2026 | Sales Receipt | 1305 | Entertainment Service Fees, Entertainer Portion |
| 4/17/2026 | Sales Receipt | 1305 | Door/Cover Charges |
| 4/17/2026 | Sales Receipt | 1305 | VIP Room Fees, Entertainer Portion |
| 4/17/2026 | Sales Receipt | 1305 | VIP Room Fees |
| 4/17/2026 | Sales Receipt | 1305 | Beverage Sales |
| 4/18/2026 | Sales Receipt | 1324 | Service Processing Fee Revenue for Customer Prepayments |
| 4/18/2026 | Sales Receipt | 1306 | Entertainer Rent Fee |
| 4/18/2026 | Sales Receipt | 1324 | Customer Prepayments |
| 4/18/2026 | Sales Receipt | 1306 | VIP Room Fees, Entertainer Portion |
| 4/18/2026 | Sales Receipt | 1306 | Employee Credit Card Tips |
| 4/18/2026 | Sales Receipt | 1306 | VIP Room Fees |

| | | | |
|---|---|---|---|
| 4/18/2026 | Sales Receipt | 1306 | Entertainment Service Fees, Entertainer Portion |
| 4/18/2026 | Sales Receipt | 1306 | Entertainment Service Fees |
| 4/18/2026 | Sales Receipt | 1306 | Door/Cover Charges |
| 4/18/2026 | Sales Receipt | 1306 | Beverage Sales |
| 4/19/2026 | Sales Receipt | 1307 | Entertainer Rent Fee |
| 4/19/2026 | Sales Receipt | 1307 | VIP Room Fees |
| 4/19/2026 | Sales Receipt | 1307 | Entertainment Service Fees |
| 4/19/2026 | Sales Receipt | 1307 | Door/Cover Charges |
| 4/19/2026 | Sales Receipt | 1307 | Employee Credit Card Tips |
| 4/19/2026 | Sales Receipt | 1307 | Beverage Sales |
| 4/19/2026 | Sales Receipt | 1307 | Entertainment Service Fees, Entertainer Portion |
| 4/20/2026 | Sales Receipt | 1308 | Entertainer Rent Fee |
| 4/20/2026 | Sales Receipt | 1308 | Employee Credit Card Tips |
| 4/20/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/20/2026 | Sales Receipt | 1308 | Entertainment Service Fees, Entertainer Portion |
| 4/20/2026 | Sales Receipt | 1308 | VIP Room Fees, Entertainer Portion |
| 4/20/2026 | Sales Receipt | 1308 | Entertainment Service Fees |
| 4/20/2026 | Sales Receipt | 1308 | Door/Cover Charges |
| 4/20/2026 | Sales Receipt | 1308 | VIP Room Fees |
| 4/20/2026 | Sales Receipt | 1308 | Beverage Sales |
| 4/21/2026 | Sales Receipt | 1309 | Entertainer Rent Fee |
| 4/21/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/21/2026 | Sales Receipt | 1309 | Employee Credit Card Tips |
| 4/21/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/21/2026 | Sales Receipt | 1309 | Door/Cover Charges |
| 4/21/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/21/2026 | Sales Receipt | 1309 | Entertainment Service Fees, Entertainer Portion |
| 4/21/2026 | Sales Receipt | 1309 | Entertainment Service Fees |
| 4/21/2026 | Sales Receipt | 1309 | Beverage Sales |
| 4/22/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/22/2026 | Sales Receipt | 1310 | Entertainer Rent Fee |
| 4/22/2026 | Sales Receipt | 1310 | Door/Cover Charges |
| 4/22/2026 | Sales Receipt | 1310 | Entertainment Service Fees, Entertainer Portion |

| | | | |
|---|---|---|---|
| 4/22/2026 | Sales Receipt | 1310 | Entertainment Service Fees |
| 4/22/2026 | Sales Receipt | 1310 | Employee Credit Card Tips |
| 4/22/2026 | Sales Receipt | 1310 | Beverage Sales |
| 4/23/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/23/2026 | Sales Receipt | 1311 | Entertainer Rent Fee |
| 4/23/2026 | Sales Receipt | 1311 | Entertainment Service Fees, Entertainer Portion |
| 4/23/2026 | Sales Receipt | 1311 | Employee Credit Card Tips |
| 4/23/2026 | Sales Receipt | 1311 | Door/Cover Charges |
| 4/23/2026 | Sales Receipt | 1311 | VIP Room Fees, Entertainer Portion |
| 4/23/2026 | Sales Receipt | 1311 | VIP Room Fees |
| 4/23/2026 | Sales Receipt | 1311 | Entertainment Service Fees |
| 4/23/2026 | Sales Receipt | 1311 | Beverage Sales |
| 4/24/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/24/2026 | Sales Receipt | 1312 | Entertainer Rent Fee |
| 4/24/2026 | Sales Receipt | 1312 | VIP Room Fees, Entertainer Portion |
| 4/24/2026 | Sales Receipt | 1312 | Employee Credit Card Tips |
| 4/24/2026 | Sales Receipt | 1312 | VIP Room Fees |
| 4/24/2026 | Sales Receipt | 1312 | Entertainment Service Fees |
| 4/24/2026 | Sales Receipt | 1312 | Entertainment Service Fees, Entertainer Portion |
| 4/24/2026 | Sales Receipt | 1312 | Door/Cover Charges |
| 4/24/2026 | Sales Receipt | 1312 | Beverage Sales |
| 4/25/2026 | Sales Receipt | 1313 | Entertainer Rent Fee |
| 4/25/2026 | Sales Receipt | 1313 | VIP Room Fees, Entertainer Portion |
| 4/25/2026 | Sales Receipt | 1313 | Employee Credit Card Tips |
| 4/25/2026 | Sales Receipt | 1313 | VIP Room Fees |
| 4/25/2026 | Sales Receipt | 1313 | Entertainment Service Fees |
| 4/25/2026 | Sales Receipt | 1313 | Door/Cover Charges |
| 4/25/2026 | Sales Receipt | 1313 | Entertainment Service Fees, Entertainer Portion |
| 4/25/2026 | Sales Receipt | 1313 | Beverage Sales |
| 4/26/2026 | Sales Receipt | 1314 | Entertainer Rent Fee |
| 4/26/2026 | Sales Receipt | 1314 | Entertainment Service Fees, Entertainer Portion |
| 4/26/2026 | Sales Receipt | 1314 | Employee Credit Card Tips |
| 4/26/2026 | Sales Receipt | 1314 | Door/Cover Charges |

| | | | |
|---|---|---|---|
| 4/26/2026 | Sales Receipt | 1314 | Entertainment Service Fees |
| 4/26/2026 | Sales Receipt | 1314 | Beverage Sales |
| 4/27/2026 | Sales Receipt | 1315 | Entertainer Rent Fee |
| 4/27/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/27/2026 | Sales Receipt | 1315 | Entertainment Service Fees, Entertainer Portion |
| 4/27/2026 | Sales Receipt | 1315 | Employee Credit Card Tips |
| 4/27/2026 | Sales Receipt | 1315 | Door/Cover Charges |
| 4/27/2026 | Sales Receipt | 1315 | Entertainment Service Fees |
| 4/27/2026 | Sales Receipt | 1315 | Beverage Sales |
| 4/28/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/28/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/28/2026 | Sales Receipt | 1316 | VIP Room Fees |
| 4/28/2026 | Sales Receipt | 1316 | Employee Credit Card Tips |
| 4/28/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/28/2026 | Sales Receipt | 1316 | Door/Cover Charges |
| 4/28/2026 | Sales Receipt | 1316 | Entertainment Service Fees, Entertainer Portion |
| 4/28/2026 | Sales Receipt | 1316 | Entertainment Service Fees |
| 4/28/2026 | Sales Receipt | 1316 | Beverage Sales |
| 4/29/2026 | Sales Receipt | 1326 | Entertainer Rent Fee |
| 4/29/2026 | Sales Receipt | 1326 | Entertainment Service Fees, Entertainer Portion |
| 4/29/2026 | Sales Receipt | 1326 | Employee Credit Card Tips |
| 4/29/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/29/2026 | Sales Receipt | 1326 | Door/Cover Charges |
| 4/29/2026 | Journal Entry | 1242 | Lottery Commission |
| 4/29/2026 | Sales Receipt | 1326 | Entertainment Service Fees |
| 4/29/2026 | Sales Receipt | 1325 | Service Processing Fee Revenue for Customer Prepayments |
| 4/29/2026 | Sales Receipt | 1326 | Beverage Sales |
| 4/29/2026 | Sales Receipt | 1325 | Customer Prepayments |
| 4/30/2026 | Deposit | | ATM FEE / COMMISSION INCOME |
| 4/30/2026 | Sales Receipt | 1327 | Entertainer Rent Fee |
| 4/30/2026 | Journal Entry | 1328 | Vending |
| 4/30/2026 | Sales Receipt | 1327 | Door/Cover Charges |
| 4/30/2026 | Sales Receipt | 1327 | Employee Credit Card Tips |

| | | | |
|---|---|---|---|
| 4/30/2026 | Sales Receipt | 1327 | Entertainment Service Fees |
| 4/30/2026 | Sales Receipt | 1327 | Entertainment Service Fees, Entertainer Portion |
| 4/30/2026 | Sales Receipt | 1327 | Beverage Sales |
| | | | |

| Amount | |
|---|---|
| $ | 49.34 |
| $ | 78.00 |
| $ | 105.00 |
| $ | 200.00 |
| $ | 425.76 |
| $ | 516.88 |
| $ | 656.80 |
| $ | 660.00 |
| $ | 2,230.03 |
| $ | 143.00 |
| $ | 160.00 |
| $ | 400.00 |
| $ | 432.00 |
| $ | 644.20 |
| $ | 1,212.88 |
| $ | 1,873.20 |
| $ | 2,220.00 |
| $ | 3,689.90 |
| $ | 91.00 |
| $ | 200.00 |
| $ | 800.00 |
| $ | 864.00 |
| $ | 1,426.47 |
| $ | 2,972.00 |
| $ | 3,570.00 |
| $ | 3,815.36 |
| $ | 6,197.08 |
| $ | 65.00 |
| $ | 200.00 |
| $ | 420.00 |
| $ | 765.76 |
| $ | 1,960.00 |

| | |
|---|---|
| $ | 2,467.20 |
| $ | 3,415.32 |
| $ | 4,486.47 |
| $ | 35.00 |
| $ | 181.89 |
| $ | 200.00 |
| $ | 216.00 |
| $ | 658.56 |
| $ | 659.20 |
| $ | 870.00 |
| $ | 1,310.78 |
| $ | 35.00 |
| $ | 49.34 |
| $ | 169.00 |
| $ | 200.00 |
| $ | 240.00 |
| $ | 292.80 |
| $ | 401.96 |
| $ | 459.24 |
| $ | 1,995.45 |
| $ | 35.00 |
| $ | 100.00 |
| $ | 104.00 |
| $ | 240.00 |
| $ | 327.72 |
| $ | 416.00 |
| $ | 454.40 |
| $ | 468.00 |
| $ | 493.76 |
| $ | 508.00 |
| $ | 1,374.24 |
| $ | 65.00 |
| $ | 115.00 |

| | |
|---|---|
| $ | 360.62 |
| $ | 596.08 |
| $ | 798.09 |
| $ | 956.40 |
| $ | 1,200.00 |
| $ | 2,093.96 |
| $ | 2,300.00 |
| $ | 52.00 |
| $ | 100.00 |
| $ | 600.00 |
| $ | 632.00 |
| $ | 681.00 |
| $ | 861.00 |
| $ | 1,159.80 |
| $ | 1,170.00 |
| $ | 3,331.52 |
| $ | 40.00 |
| $ | 90.84 |
| $ | 117.00 |
| $ | 235.00 |
| $ | 1,000.00 |
| $ | 1,121.80 |
| $ | 2,792.80 |
| $ | 2,800.00 |
| $ | 3,090.00 |
| $ | 3,232.00 |
| $ | 3,332.60 |
| $ | 4,624.19 |
| $ | 98.00 |
| $ | 195.00 |
| $ | 650.00 |
| $ | 1,400.00 |
| $ | 1,496.00 |

| | |
|---|---|
| $ | 1,695.04 |
| $ | 3,650.00 |
| $ | 5,020.80 |
| $ | 7,059.72 |
| $ | 7,681.02 |
| $ | 90.00 |
| $ | 150.00 |
| $ | 190.20 |
| $ | 451.24 |
| $ | 548.40 |
| $ | 1,578.15 |
| $ | 20.00 |
| $ | 55.00 |
| $ | 78.00 |
| $ | 321.92 |
| $ | 390.00 |
| $ | 395.30 |
| $ | 493.36 |
| $ | 592.80 |
| $ | 800.00 |
| $ | 1,494.49 |
| $ | 2,000.00 |
| $ | 52.00 |
| $ | 95.00 |
| $ | 351.00 |
| $ | 366.60 |
| $ | 450.00 |
| $ | 520.00 |
| $ | 563.36 |
| $ | 775.20 |
| $ | 975.00 |
| $ | 1,043.60 |
| $ | 1,636.22 |

| | |
|---|---|
| $ | 39.00 |
| $ | 110.00 |
| $ | 286.62 |
| $ | 502.00 |
| $ | 510.00 |
| $ | 604.44 |
| $ | 702.00 |
| $ | 2,000.00 |
| $ | 2,577.57 |
| $ | 115.00 |
| $ | 130.00 |
| $ | 600.00 |
| $ | 748.00 |
| $ | 839.71 |
| $ | 1,179.92 |
| $ | 1,469.60 |
| $ | 1,770.00 |
| $ | 4,486.14 |
| $ | 286.00 |
| $ | 350.00 |
| $ | 1,374.24 |
| $ | 2,427.20 |
| $ | 2,870.00 |
| $ | 3,336.68 |
| $ | 4,100.00 |
| $ | 4,428.00 |
| $ | 4,994.96 |
| $ | 98.67 |
| $ | 385.00 |
| $ | 400.00 |
| $ | 1,200.00 |
| $ | 1,533.80 |
| $ | 1,992.00 |

| | |
|---|---|
| $ | 2,220.00 |
| $ | 3,199.80 |
| $ | 4,391.52 |
| $ | 5,786.20 |
| $ | 25.00 |
| $ | 100.00 |
| $ | 616.80 |
| $ | 645.52 |
| $ | 795.64 |
| $ | 1,469.99 |
| $ | 1,750.00 |
| $ | 25.00 |
| $ | 35.00 |
| $ | 143.00 |
| $ | 270.00 |
| $ | 350.00 |
| $ | 404.00 |
| $ | 420.00 |
| $ | 578.00 |
| $ | 741.19 |
| $ | 50.00 |
| $ | 78.00 |
| $ | 213.50 |
| $ | 312.00 |
| $ | 381.76 |
| $ | 416.00 |
| $ | 480.00 |
| $ | 882.20 |
| $ | 1,104.45 |
| $ | 13.00 |
| $ | 80.00 |
| $ | 363.92 |
| $ | 585.00 |

| | |
|---|---|
| $ | 861.40 |
| $ | 937.63 |
| $ | 1,142.86 |
| $ | 78.00 |
| $ | 260.00 |
| $ | 480.00 |
| $ | 505.00 |
| $ | 613.00 |
| $ | 800.00 |
| $ | 864.00 |
| $ | 951.40 |
| $ | 3,315.03 |
| $ | 195.00 |
| $ | 305.00 |
| $ | 600.00 |
| $ | 1,027.92 |
| $ | 1,032.00 |
| $ | 2,257.40 |
| $ | 2,550.00 |
| $ | 2,773.78 |
| $ | 5,161.51 |
| $ | 285.00 |
| $ | 900.00 |
| $ | 942.12 |
| $ | 1,072.00 |
| $ | 3,426.80 |
| $ | 3,671.20 |
| $ | 4,210.00 |
| $ | 6,121.88 |
| $ | 50.00 |
| $ | 120.00 |
| $ | 158.72 |
| $ | 575.32 |

| | |
|---|---|
| $ | 631.40 |
| $ | 1,236.58 |
| $ | 50.00 |
| $ | 156.00 |
| $ | 270.00 |
| $ | 307.68 |
| $ | 324.04 |
| $ | 569.40 |
| $ | 1,200.37 |
| $ | 13.00 |
| $ | 299.00 |
| $ | 300.00 |
| $ | 334.76 |
| $ | 468.00 |
| $ | 623.68 |
| $ | 680.00 |
| $ | 1,439.20 |
| $ | 1,741.93 |
| $ | 85.00 |
| $ | 180.00 |
| $ | 188.52 |
| $ | 221.00 |
| $ | 285.04 |
| $ | 382.21 |
| $ | 425.40 |
| $ | 431.49 |
| $ | 1,363.29 |
| $ | 3,000.00 |
| $ | 143.00 |
| $ | 155.00 |
| $ | 360.00 |
| $ | 761.00 |
| $ | 1,142.00 |

| | |
|---|---|
| $ | 1,149.12 |
| $ | 1,580.00 |
| $ | 2,977.56 |
| **$** | **297,970.79** |