| Date | Method | Ref # |
|---|---|---|
| 4/1/2026 | Expense | |
| 4/1/2026 | Expense | |
| 4/1/2026 | Disbursement | 1244 |
| 4/1/2026 | Expense | |
| 4/1/2026 | Tip Disbursement | 1210 |
| 4/1/2026 | Disbursement | 1210 |
| 4/1/2026 | Check | 5160 |
| 4/1/2026 | Check | 5123 |
| 4/1/2026 | Expense | |
| 4/1/2026 | Journal Entry | 1237 |
| 4/1/2026 | Journal Entry | 1237 |
| 4/1/2026 | Deposit | |
| 4/1/2026 | Expense | |
| 4/2/2026 | Check | 5162 |
| 4/2/2026 | Check | 5161 |
| 4/2/2026 | Expense | |
| 4/2/2026 | Expense | |
| 4/2/2026 | Expense | |
| 4/2/2026 | Tip Disbursement | 1211 |
| 4/2/2026 | Disbursement | 1211 |
| 4/2/2026 | Disbursement | 1211 |
| 4/2/2026 | Expense | |
| 4/2/2026 | Deposit | |
| 4/2/2026 | Expense | |
| 4/2/2026 | Expense | |
| 4/2/2026 | Deposit | |
| 4/2/2026 | Expense | |
| 4/3/2026 | Check | 5166 |
| 4/3/2026 | Expense | |
| 4/3/2026 | Expense | |
| 4/3/2026 | Expense | |
| 4/3/2026 | Check | 5164 |

| | | |
|---|---|---|
| 4/3/2026 | Tip Disbursement | 1212 |
| 4/3/2026 | Disbursement | 1212 |
| 4/3/2026 | Disbursement | 1212 |
| 4/3/2026 | Expense | |
| 4/3/2026 | Deposit | |
| 4/3/2026 | Expense | |
| 4/3/2026 | Expense | |
| 4/3/2026 | Check | 5165 |
| 4/4/2026 | Expense | |
| 4/4/2026 | Tip Disbursement | 1213 |
| 4/4/2026 | Disbursement | 1213 |
| 4/4/2026 | Disbursement | 1213 |
| 4/4/2026 | Expense | |
| 4/5/2026 | Check | 5169 |
| 4/5/2026 | Tip Disbursement | 1214 |
| 4/5/2026 | Disbursement | 1214 |
| 4/5/2026 | Disbursement | 1214 |
| 4/5/2026 | Check | 5168 |
| 4/6/2026 | Expense | |
| 4/6/2026 | Check | 5174 |
| 4/6/2026 | Expense | |
| 4/6/2026 | Disbursement | 1245 |
| 4/6/2026 | Expense | |
| 4/6/2026 | Expense | |
| 4/6/2026 | Check | 5170 |
| 4/6/2026 | Tip Disbursement | 1215 |
| 4/6/2026 | Disbursement | 1215 |
| 4/6/2026 | Expense | |
| 4/6/2026 | Expense | |
| 4/6/2026 | Expense | |
| 4/6/2026 | Check | 5173 |
| 4/6/2026 | Expense | |
| 4/6/2026 | Expense | |

| | | |
|---|---|---|
| 4/6/2026 | Deposit | |
| 4/6/2026 | Deposit | |
| 4/6/2026 | Deposit | |
| 4/6/2026 | Deposit | |
| 4/6/2026 | Expense | |
| 4/7/2026 | Expense | |
| 4/7/2026 | Check | 5178 |
| 4/7/2026 | Expense | |
| 4/7/2026 | Tip Disbursement | 1216 |
| 4/7/2026 | Disbursement | 1216 |
| 4/7/2026 | Disbursement | 1216 |
| 4/7/2026 | Deposit | |
| 4/7/2026 | Check | 5175 |
| 4/7/2026 | Check | 5176 |
| 4/8/2026 | Disbursement | 1246 |
| 4/8/2026 | Expense | |
| 4/8/2026 | Tip Disbursement | 1217 |
| 4/8/2026 | Disbursement | 1217 |
| 4/8/2026 | Expense | |
| 4/8/2026 | Check | 5124 |
| 4/8/2026 | Journal Entry | 1238 |
| 4/8/2026 | Journal Entry | 1238 |
| 4/8/2026 | Deposit | |
| 4/9/2026 | Return | |
| 4/9/2026 | Return | |
| 4/9/2026 | Expense | |
| 4/9/2026 | Expense | |
| 4/9/2026 | Tip Disbursement | 1218 |
| 4/9/2026 | Disbursement | 1218 |
| 4/9/2026 | Disbursement | 1218 |
| 4/9/2026 | Expense | |
| 4/9/2026 | Check | 5179 |
| 4/9/2026 | Expense | |

| | | |
|---|---|---|
| 4/9/2026 | Expense | |
| 4/9/2026 | Expense | |
| 4/9/2026 | Deposit | |
| 4/9/2026 | Deposit | |
| 4/10/2026 | Check | 5184 |
| 4/10/2026 | Check | 5182 |
| 4/10/2026 | Check | 5180 |
| 4/10/2026 | Expense | |
| 4/10/2026 | Return | |
| 4/10/2026 | Expense | |
| 4/10/2026 | Check | 5183 |
| 4/10/2026 | Disbursement | 1247 |
| 4/10/2026 | Expense | |
| 4/10/2026 | Expense | |
| 4/10/2026 | Tip Disbursement | 1247 |
| 4/10/2026 | Tip Disbursement | 1219 |
| 4/10/2026 | Disbursement | 1219 |
| 4/10/2026 | Disbursement | 1219 |
| 4/10/2026 | Expense | |
| 4/10/2026 | Expense | |
| 4/10/2026 | Deposit | |
| 4/10/2026 | Check | 5186 |
| 4/11/2026 | Disbursement | 1248 |
| 4/11/2026 | Expense | |
| 4/11/2026 | Tip Disbursement | 1220 |
| 4/11/2026 | Disbursement | 1220 |
| 4/11/2026 | Disbursement | 1220 |
| 4/12/2026 | Expense | |
| 4/12/2026 | Tip Disbursement | 1221 |
| 4/12/2026 | Disbursement | 1221 |
| 4/12/2026 | Check | 5188 |
| 4/13/2026 | Return | |
| 4/13/2026 | Disbursement | 1249 |

| | | |
|---|---|---|
| 4/13/2026 | Expense | |
| 4/13/2026 | Check | 5189 |
| 4/13/2026 | Tip Disbursement | 1249 |
| 4/13/2026 | Tip Disbursement | 1222 |
| 4/13/2026 | Disbursement | 1222 |
| 4/13/2026 | Expense | |
| 4/13/2026 | Expense | |
| 4/13/2026 | Expense | |
| 4/13/2026 | Check | 5190 |
| 4/13/2026 | Deposit | |
| 4/13/2026 | Deposit | |
| 4/13/2026 | Deposit | |
| 4/13/2026 | Deposit | |
| 4/13/2026 | Deposit | |
| 4/13/2026 | Expense | |
| 4/14/2026 | Expense | |
| 4/14/2026 | Tip Disbursement | 1223 |
| 4/14/2026 | Disbursement | 1223 |
| 4/14/2026 | Disbursement | 1223 |
| 4/14/2026 | Expense | |
| 4/14/2026 | Deposit | |
| 4/14/2026 | Deposit | |
| 4/14/2026 | Expense | |
| 4/14/2026 | Check | 5192 |
| 4/15/2026 | Check | 5196 |
| 4/15/2026 | Check | 5197 |
| 4/15/2026 | Check | 5194 |
| 4/15/2026 | Disbursement | 1250 |
| 4/15/2026 | Expense | |
| 4/15/2026 | Tip Disbursement | 1224 |
| 4/15/2026 | Disbursement | 1224 |
| 4/15/2026 | Check | 5195 |
| 4/15/2026 | Check | 5193 |

| | | |
|---|---|---|
| 4/15/2026 | Journal Entry | 1239 |
| 4/15/2026 | Journal Entry | 1239 |
| 4/15/2026 | Expense | |
| 4/15/2026 | Deposit | |
| 4/15/2026 | Deposit | |
| 4/16/2026 | Expense | |
| 4/16/2026 | Tip Disbursement | 1225 |
| 4/16/2026 | Disbursement | 1225 |
| 4/16/2026 | Disbursement | 1225 |
| 4/16/2026 | Expense | |
| 4/16/2026 | Fee Reversal | |
| 4/16/2026 | Expense | |
| 4/16/2026 | Expense | |
| 4/16/2026 | Expense | |
| 4/16/2026 | Expense | |
| 4/16/2026 | Deposit | |
| 4/16/2026 | Deposit | |
| 4/16/2026 | Expense | |
| 4/17/2026 | Expense | |
| 4/17/2026 | Check | 5203 |
| 4/17/2026 | Expense | |
| 4/17/2026 | Check | 5201 |
| 4/17/2026 | Expense | |
| 4/17/2026 | Tip Disbursement | 1226 |
| 4/17/2026 | Disbursement | 1226 |
| 4/17/2026 | Disbursement | 1226 |
| 4/17/2026 | Expense | |
| 4/17/2026 | Expense | |
| 4/17/2026 | Expense | |
| 4/17/2026 | Deposit | |
| 4/17/2026 | Check | 5200 |
| 4/18/2026 | Disbursement | 1251 |
| 4/18/2026 | Expense | |

| | | |
|---|---|---|
| 4/18/2026 | Tip Disbursement | 1227 |
| 4/18/2026 | Disbursement | 1227 |
| 4/18/2026 | Disbursement | 1227 |
| 4/18/2026 | Expense | |
| 4/18/2026 | Expense | |
| 4/19/2026 | Expense | |
| 4/19/2026 | Tip Disbursement | 1228 |
| 4/19/2026 | Disbursement | 1228 |
| 4/19/2026 | Check | 5204 |
| 4/20/2026 | Expense | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Check | 5205 |
| 4/20/2026 | Tip Disbursement | 1229 |
| 4/20/2026 | Disbursement | 1229 |
| 4/20/2026 | Disbursement | 1229 |
| 4/20/2026 | Expense | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Fee Reversal | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Deposit | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Deposit | |
| 4/20/2026 | Deposit | |
| 4/20/2026 | Deposit | |
| 4/20/2026 | Expense | |
| 4/20/2026 | Expense | |
| 4/21/2026 | Check | 5207 |
| 4/21/2026 | Expense | |
| 4/21/2026 | Expense | |
| 4/21/2026 | Expense | |
| 4/21/2026 | Expense | |

| | | |
|---|---|---|
| 4/21/2026 | Check | 5208 |
| 4/21/2026 | Expense | |
| 4/21/2026 | Tip Disbursement | 1230 |
| 4/21/2026 | Disbursement | 1230 |
| 4/21/2026 | Expense | |
| 4/21/2026 | Expense | |
| 4/21/2026 | Deposit | |
| 4/21/2026 | Expense | |
| 4/21/2026 | Expense | |
| 4/21/2026 | Check | 5210 |
| 4/21/2026 | Expense | |
| 4/21/2026 | Check | 5206 |
| 4/22/2026 | Check | 5212 |
| 4/22/2026 | Check | 5211 |
| 4/22/2026 | Expense | |
| 4/22/2026 | Tip Disbursement | 1231 |
| 4/22/2026 | Disbursement | 1231 |
| 4/22/2026 | Check | 5219 |
| 4/22/2026 | Check | 5214 |
| 4/22/2026 | Journal Entry | 1240 |
| 4/22/2026 | Journal Entry | 1240 |
| 4/22/2026 | Deposit | |
| 4/22/2026 | Expense | |
| 4/23/2026 | Check | 5220 |
| 4/23/2026 | Expense | |
| 4/23/2026 | Expense | |
| 4/23/2026 | Tip Disbursement | 1232 |
| 4/23/2026 | Disbursement | 1232 |
| 4/23/2026 | Disbursement | 1232 |
| 4/23/2026 | Expense | |
| 4/23/2026 | Expense | |
| 4/23/2026 | Deposit | |
| 4/24/2026 | Check | 5221 |

| | | |
|---|---|---|
| 4/24/2026 | Expense | |
| 4/24/2026 | Check | 5222 |
| 4/24/2026 | Tip Disbursement | 1233 |
| 4/24/2026 | Disbursement | 1233 |
| 4/24/2026 | Disbursement | 1233 |
| 4/24/2026 | Check | 5224 |
| 4/24/2026 | Expense | |
| 4/24/2026 | Deposit | |
| 4/24/2026 | Check | 5223 |
| 4/24/2026 | Expense | |
| 4/25/2026 | Expense | |
| 4/25/2026 | Tip Disbursement | 1234 |
| 4/25/2026 | Disbursement | 1234 |
| 4/25/2026 | Disbursement | 1234 |
| 4/25/2026 | Check | 5225 |
| 4/26/2026 | Expense | |
| 4/26/2026 | Tip Disbursement | 1235 |
| 4/26/2026 | Disbursement | 1235 |
| 4/27/2026 | Expense | |
| 4/27/2026 | Expense | |
| 4/27/2026 | Tip Disbursement | 1236 |
| 4/27/2026 | Disbursement | 1236 |
| 4/27/2026 | Expense | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Chargeback Reversal | |
| 4/27/2026 | Deposit | |
| 4/27/2026 | Expense | |

| | | |
|---|---|---|
| 4/27/2026 | Deposit | |
| 4/27/2026 | Expense | |
| 4/27/2026 | Expense | |
| 4/27/2026 | Deposit | |
| 4/27/2026 | Deposit | |
| 4/27/2026 | Expense | |
| 4/28/2026 | Check | 5233 |
| 4/28/2026 | Check | 5232 |
| 4/28/2026 | Expense | |
| 4/28/2026 | Expense | |
| 4/28/2026 | Expense | |
| 4/28/2026 | Expense | |
| 4/28/2026 | Tip Disbursement | 1243 |
| 4/28/2026 | Disbursement | 1243 |
| 4/28/2026 | Expense | |
| 4/28/2026 | Expense | |
| 4/28/2026 | Deposit | |
| 4/28/2026 | Expense | |
| 4/28/2026 | Expense | |
| 4/29/2026 | Check | 5235 |
| 4/29/2026 | Check | 5236 |
| 4/29/2026 | Expense | |
| 4/29/2026 | Disbursement | 1252 |
| 4/29/2026 | Expense | |
| 4/29/2026 | Tip Disbursement | 1253 |
| 4/29/2026 | Disbursement | 1253 |
| 4/29/2026 | Expense | |
| 4/29/2026 | Check | 5234 |
| 4/29/2026 | Check | 5220 |
| 4/29/2026 | Journal Entry | 1241 |
| 4/29/2026 | Journal Entry | 1241 |
| 4/29/2026 | Deposit | |
| 4/30/2026 | Check | 5239 |

| | | |
|---|---|---|
| 4/30/2026 | Expense | |
| 4/30/2026 | Expense | |
| 4/30/2026 | Tip Disbursement | 1254 |
| 4/30/2026 | Disbursement | 1254 |
| 4/30/2026 | Expense | |
| 4/30/2026 | Check | 5237 |
| 4/30/2026 | Expense | |
| 4/30/2026 | Deposit | |
| 4/30/2026 | Deposit | |
| | | |

| Payee |
|---|
| Aldi |
| Angel's Remodeling & New Construction, LLC |
| Customer |
| Employee |
| **Employee/Entertainer** |
| Entertainer |
| Heidelberg |
| Jaclynn Zbikowski |
| Klaviyo |
| **Payroll Taxes** |
| **Payroll Wages** |
| Paysafe Merchant Account |
| Sam's Club |
| (10-99) The Excellence Group |
| (10-99) Winter Management LLC |
| Drinks |
| Employee |
| Employee |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Paychex |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Webstaurant |
| ABC Liquor |
| Amazon |
| Amazon |
| Amazon |
| Atlantic Food |

| |
|---|
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Gordon Food Service |
| Paysafe Merchant Account |
| Public Storage |
| Public Storage |
| Superior Beverage Group |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Francis S Consulting LLC (Insider) |
| Buckeye Beverage |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Eva Fuentes |
| Amazon |
| Ascap |
| Buckeye Mobile Storage |
| Customer |
| Customer |
| Drinks |
| Economy Linen |
| **Employee/Entertainer** |
| Entertainer |
| Escrow Payments |
| Gordon Food Service |
| Home Depot |
| Joe Hand Promotions |
| Kroger |
| Meijer |

| |
|---|
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Webstaurant |
| Amazon |
| Buckeye Beverage |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Paysafe Merchant Account |
| The Columbus Dist. co. |
| The Columbus Dist. co. |
| Customer |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Home Depot |
| Jaclynn Zbikowski |
| **Payroll Taxes** |
| **Payroll Wages** |
| Paysafe Merchant Account |
| Amazon |
| Amazon |
| Atlas Pen |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| GoDaddy |
| Heidelberg |
| Home Depot |

| |
|---|
| Paychex |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| (10-99) The Excellence Group |
| (10-99) Winter Management LLC |
| ABC Liquor |
| Aldi |
| Amazon |
| Amazon |
| Atlantic Food |
| Customer |
| Drinks |
| Employee |
| Employee/Entertainer |
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Francis S Consulting LLC (Insider) |
| Gordon Food Service |
| Paysafe Merchant Account |
| Southern Glazers of OH |
| Customer |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Eva Fuentes |
| Amazon |
| Customer |

| |
|---|
| Drinks |
| Economy Linen |
| Employee/Entertainer |
| Employee/Entertainer |
| Entertainer |
| Facebook |
| Home Depot |
| MicroSale |
| Ohio Sales Tax |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Webstaurant |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Kroger |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Sam's Club |
| The Columbus Dist. co. |
| (10-99) The Excellence Group |
| (10-99) Winter Management LLC |
| ABC Liquor |
| Customer |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Heidelberg |
| Jaclynn Zbikowski |

| |
|---|
| **Payroll Taxes** |
| **Payroll Wages** |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Gordon Food Service |
| Huntington |
| Huntington |
| Huntington |
| Huntington |
| Paychex |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Webstaurant |
| ABC Liquor |
| ABC Liquor |
| Amazon |
| Atlantic Food |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Superior Beverage Group |
| Customer |
| Drinks |

| |
|---|
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Francis S Consulting LLC (Insider) |
| Kase Donaldson - Décor |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Eva Fuentes |
| Amazon |
| Customer |
| Dollar General |
| Drinks |
| Economy Linen |
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Facebook |
| Gordon Food Service |
| Huntington |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Trustee Payments |
| Webstaurant |
| ABC Liquor |
| Adobe |
| Aldi |
| Amazon |
| Amazon |

| |
|---|
| Buckeye Beverage |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Gordon Food Service |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Sam's Club |
| Slats Overhead |
| Spectrum |
| The Columbus Dist. co. |
| (10-99) The Excellence Group |
| (10-99) Winter Management LLC |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Heidelberg |
| Jaclynn Zbikowski |
| **Payroll Taxes** |
| **Payroll Wages** |
| Paysafe Merchant Account |
| QuickBooks Payments |
| Action Pest Control |
| Amazon |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Entertainer |
| Francis S Consulting LLC (Insider) |
| Paychex |
| Paysafe Merchant Account |
| ABC Liquor |

| |
|---|
| Amazon |
| Atlantic Food |
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Guadalupe Martinez |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Southern Glazers of OH |
| Webstaurant |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Entertainer |
| Eva Fuentes |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Customer |
| Drinks |
| Employee/Entertainer |
| Entertainer |
| Kroger |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |

| |
|---|
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Webstaurant |
| ABC Liquor |
| ABC Liquor |
| Aldi |
| Comedy Show |
| DHL |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Gordon Food Service |
| Kroger |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| Sam's Club |
| (10-99) The Excellence Group |
| (10-99) Winter Management LLC |
| Amazon |
| Customer |
| Drinks |
| **Employee/Entertainer** |
| Entertainer |
| Francis S Consulting LLC (Insider) |
| Heidelberg |
| Jaclynn Zbikowski |
| **Payroll Taxes** |
| **Payroll Wages** |
| Paysafe Merchant Account |
| Ascap |

| |
|---|
| Drinks |
| Employee |
| Employee/Entertainer |
| Entertainer |
| Escrow Payments |
| Osborne Enterprises LLC |
| Paychex |
| Paysafe Merchant Account |
| Paysafe Merchant Account |
| |

| Reason |
|---|
| Food and beverage supplies |
| Broken Tiles & Construction |
| Service Disbursement - Customer Use |
| Gas |
| Credit Card Tips Paid |
| Entertainer Payout |
| Beer and liquor inventory purchase |
| MOR Reporting, Administration & Compliance Analysis |
| Software & Subscriptions |
| Payroll Taxes |
| Payroll Wages |
| Merchant Processing Fees |
| Cost Of Goods Sold - Food |
| Chief Risk, Compliance & Liquor Liability Consulting |
| Administration & Information Technology Consulting |
| Drink Incentive |
| Medical Bandages |
| Payroll Error - Was paid in Cash |
| Credit Card Tips Paid |
| Entertainer Payout |
| Entertainer Payout |
| Pay Period Processing Fees |
| Merchant Processing Fees |
| Monthy Dues |
| Monthy Dues |
| Merchant Processing Fees |
| Bar Supplies |
| Beer and liquor inventory purchase |
| Enevelopes |
| Cleaning Supplies |
| Cleaning Supplies |
| Cost Of Goods Sold - Food |

| |
|---|
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Food and beverage supplies |
| Merchant Processing Fees |
| Storage Expense |
| Storage Expense |
| Beer and liquor inventory purchase |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) |
| Beer and liquor inventory purchase |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Cleaning services (independent contractor) |
| Office Supplies - Staplers, Cabinet, KeyLocks |
| Music Licensing |
| Storage Expense |
| Service Disbursement - Customer Use |
| Karoke Contest |
| Drink Incentive |
| Linen Service |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Escrow Payments |
| Food and beverage supplies |
| Repairs & Maintenance |
| Entertainment Licensing Fees |
| Cost Of Goods Sold - Food |
| Cost Of Goods Sold - Food |

| |
|---|
| Merchant Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Bar Supplies |
| Cups |
| Beer and liquor inventory purchase |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Merchant Processing Fees |
| Beer and liquor inventory purchase |
| Beer and liquor inventory purchase |
| Service Disbursement - Customer Use |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Repairs & Maintence supplies |
| MOR Reporting, Administration & Compliance Analysis |
| **Payroll Taxes** |
| **Payroll Wages** |
| Merchant Processing Fees |
| Amazon Return |
| Amazon Return |
| Office Supplies |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Software & Subscriptions |
| Beer and liquor inventory purchase |
| Repairs & Maintence supplies |

| |
|---|
| Pay Period Processing Fees |
| Chargeback |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Chief Risk, Compliance & Liquor Liability Consulting |
| Administration & Information Technology Consulting |
| Beer and liquor inventory purchase |
| Food and beverage supplies |
| Amazon Return |
| Office Supplies |
| Cost Of Goods Sold - Food |
| Service Disbursement - Customer Use |
| Drink Incentive |
| server/ training |
| **Credit Card Tips Paid** |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) |
| Food and beverage supplies |
| Merchant Processing Fees |
| Beer and liquor inventory purchase |
| Service Disbursement - Customer Use |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Cleaning services (independent contractor) |
| Amazon Return |
| Service Disbursement - Customer Use |

| |
|---|
| Drink Incentive |
| Linen Service |
| **Credit Card Tips Paid** |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Advertising & Marketing |
| Repairs & Maintence supplies |
| Pos System |
| Ohio Sales Tax |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Monthy Dues |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Food and beverage supplies |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Cost Of Goods Sold - Food |
| Beer and liquor inventory purchase |
| Chief Risk, Compliance & Liquor Liability Consulting |
| Administration & Information Technology Consulting |
| Beer and liquor inventory purchase |
| Service Disbursement - Customer Use |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Beer and liquor inventory purchase |
| MOR Reporting, Administration & Compliance Analysis |

| |
|---|
| **Payroll Taxes** |
| **Payroll Wages** |
| Chargeback |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Food and beverage supplies |
| Fee Reversal |
| Banking Fees |
| Monthly Service Fee |
| Wire Transfers |
| Pay Period Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Bar Supplies |
| Beer and liquor inventory purchase |
| Beer and liquor inventory purchase |
| Thermal Paper |
| Cost Of Goods Sold - Food |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Chargeback |
| Chargeback |
| Chargeback |
| Merchant Processing Fees |
| Beer and liquor inventory purchase |
| Service Disbursement - Customer Use |
| Drink Incentive |

| |
|---|
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Consultant (Insider) |
| Bar Décor |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Cleaning services (independent contractor) |
| Gripping Lotion |
| Karoke Contest |
| Cost Of Goods Sold - Food |
| Drink Incentive |
| Linen Service |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Advertising & Marketing |
| Food and beverage supplies |
| Fee Reversal |
| Chargeback |
| Merchant Processing Fees |
| Chargeback |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Escrow Payments |
| Bar Supplies |
| Beer and liquor inventory purchase |
| Software License |
| Food and beverage supplies |
| Barcode Scanner |
| Computer |

| |
|---|
| Beer and liquor inventory purchase |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Food and beverage supplies |
| Chargeback |
| Merchant Processing Fees |
| Chargeback |
| Cost Of Goods Sold - Food |
| Door Repair |
| Internet & Cable Services |
| Beer and liquor inventory purchase |
| Chief Risk, Compliance & Liquor Liability Consulting |
| Administration & Information Technology Consulting |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Beer and liquor inventory purchase |
| MOR Reporting, Administration & Compliance Analysis |
| **Payroll Taxes** |
| **Payroll Wages** |
| Merchant Processing Fees |
| Quickbooks Dues |
| Pest Control |
| Cleaning Supplies |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) |
| Pay Period Processing Fees |
| Merchant Processing Fees |
| Beer and liquor inventory purchase |

| |
|---|
| Barcode Scanner |
| Cost Of Goods Sold - Food |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| T-Shirts |
| Chargeback |
| Merchant Processing Fees |
| Beer and liquor inventory purchase |
| Bar Supplies |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Entertainer Payout |
| Cleaning services (independent contractor) |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Karoke Contest |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Food and beverage supplies |
| Chargeback |
| Chargeback |
| Chargeback |
| Chargeback |
| Chargeback |
| Chargeback |
| Chargeback |
| Chargeback |
| Merchant Processing Fees |
| Chargeback |

| |
|---|
| Merchant Processing Fees |
| Chargeback |
| Chargeback |
| Merchant Processing Fees |
| Merchant Processing Fees |
| Bar Supplies |
| Beer and liquor inventory purchase |
| Beer and liquor inventory purchase |
| Food and beverage supplies |
| Comedy Show Event |
| Postage, Shipping, & Delivery |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Food and beverage supplies |
| Food and beverage supplies |
| Merchant Processing Fees |
| Chargeback |
| Cost Of Goods Sold - Food |
| Chief Risk, Compliance & Liquor Liability Consulting |
| Administration & Information Technology Consulting |
| Office Supplies |
| Service Disbursement - Customer Use |
| Drink Incentive |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Consultant (Insider) |
| Beer and liquor inventory purchase |
| MOR Reporting, Administration & Compliance Analysis |
| **Payroll Taxes** |
| **Payroll Wages** |
| Merchant Processing Fees |
| Music Licensing |

| |
|---|
| Drink Incentive |
| Gas |
| **Credit Card Tips Paid** |
| Entertainer Payout |
| Escrow Payments |
| AC Unit Repair |
| Pay Period Processing Fees |
| Merchant Processing Fees |
| Merchant Processing Fees |
| |

| Category | Payment Account |
|---|---|
| Cost of Goods Sold | Main Operating 6297 |
| Repairs & Maintenance | Cash |
| Customer Service Disbursement | Cash |
| Promotional Events & Customer Incentives | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| (10-99) MOR Reporting & Administrative Compliance Support | Main Operating 6297 |
| Software & Subscriptions | Main Operating 6297 |
| Payroll Taxes | Payroll 6307 |
| Payroll Wages (W-2) | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| (10-99) Risk / Compliance / Liquor Liability Consulting | Main Operating 6297 |
| (10-99) Administrative & IT Consulting | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Bar Supplies | Cash |
| Payroll Error | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Payroll Processing Fees | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Bar Supplies | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |

| | |
|---|---|
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Storage & Warehousing | Main Operating 6297 |
| Storage & Warehousing | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Operations & Compliance Consulting | Cash |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| (10-99) Janitorial / Cleaning Services | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Entertainment License | Main Operating 6297 |
| Storage & Warehousing | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Promotional Events & Customer Incentives | Cash |
| Drink Incentive Program | Cash |
| Bar Supplies | Main Operating 6297 |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Escrow Payments | Main Operating 6297 |
| Cost of Goods Sold | Main Operating 6297 |
| Repairs & Maintenance | Main Operating 6297 |
| Entertainment License | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |

| | |
|---|---|
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Bar Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Merchant Fees | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Repairs & Maintenance | Main Operating 6297 |
| (10-99) MOR Reporting & Administrative Compliance Support | Main Operating 6297 |
| Payroll Taxes | Payroll 6307 |
| Payroll Wages (W-2) | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Software & Subscriptions | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Repairs & Maintenance | Main Operating 6297 |

| | |
|---|---|
| Payroll Processing Fees | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| (10-99) Risk / Compliance / Liquor Liability Consulting | Main Operating 6297 |
| (10-99) Administrative & IT Consulting | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Cost of Goods Sold | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Drink Incentive Program | Cash |
| New Hire Training | Cash |
| Employee/Entertainer Tips | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Operations & Compliance Consulting | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| (10-99) Janitorial / Cleaning Services | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Customer Service Disbursement | Cash |

| | |
|---|---|
| Drink Incentive Program | Cash |
| Bar Supplies | Main Operating 6297 |
| Employee/Entertainer Tips | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Advertising & Marketing | Main Operating 6297 |
| Repairs & Maintenance | Main Operating 6297 |
| POS System | Main Operating 6297 |
| Sales Tax | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Software & Subscriptions | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| (10-99) Risk / Compliance / Liquor Liability Consulting | Main Operating 6297 |
| (10-99) Administrative & IT Consulting | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| (10-99) MOR Reporting & Administrative Compliance Support | Main Operating 6297 |

| | |
|---|---|
| Payroll Taxes | Payroll 6307 |
| Payroll Wages (W-2) | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Banking Fees | Main Operating 6297 |
| Banking Fees | Main Operating 6297 |
| Banking Fees | Main Operating 6297 |
| Banking Fees | Main Operating 6297 |
| Payroll Processing Fees | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Bar Supplies | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Drink Incentive Program | Cash |

| | |
|---|---|
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Operations & Compliance Consulting | Cash |
| Bar Supplies | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| (10-99) Janitorial / Cleaning Services | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Promotional Events & Customer Incentives | Cash |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Bar Supplies | Main Operating 6297 |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Advertising & Marketing | Main Operating 6297 |
| Cost of Goods Sold | Main Operating 6297 |
| Banking Fees | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Escrow Payments | Main Operating 6297 |
| Bar Supplies | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Software & Subscriptions | Main Operating 6297 |
| Cost of Goods Sold | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |

| | |
|---|---|
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Drink Incentive Program | Cash |
| **Employee/Entertainer Tips** | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Repairs & Maintenance | Main Operating 6297 |
| Internet & TV Services | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| (10-99) Risk / Compliance / Liquor Liability Consulting | Main Operating 6297 |
| (10-99) Administrative & IT Consulting | Main Operating 6297 |
| Drink Incentive Program | Cash |
| **Employee/Entertainer Tips** | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| (10-99) MOR Reporting & Administrative Compliance Support | Main Operating 6297 |
| **Payroll Taxes** | Payroll 6307 |
| **Payroll Wages (W-2)** | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Software & Subscriptions | Main Operating 6297 |
| Repairs & Maintenance | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Drink Incentive Program | Cash |
| **Employee/Entertainer Tips** | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Operations & Compliance Consulting | Cash |
| Payroll Processing Fees | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |

| | |
|---|---|
| Office Supplies | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| Advertising & Marketing | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Bar Supplies | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Entertainer Disbursement - VIP ROOM | Cash |
| (10-99) Janitorial / Cleaning Services | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Promotional Events & Customer Incentives | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |

| | |
|---|---|
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Bar Supplies | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| Cost of Goods Sold | Main Operating 6297 |
| Promotional Events & Customer Incentives | Cash |
| Postage, Shipping, & Delivery | Main Operating 6297 |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Cost of Goods Sold | Main Operating 6297 |
| Cost of Goods Sold | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| Cost Of Goods Sold - Food | Main Operating 6297 |
| (10-99) Risk / Compliance / Liquor Liability Consulting | Main Operating 6297 |
| (10-99) Administrative & IT Consulting | Main Operating 6297 |
| Office Supplies | Main Operating 6297 |
| Customer Service Disbursement | Cash |
| Drink Incentive Program | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Operations & Compliance Consulting | Cash |
| Cost of Goods Sold: Beer & Liquor | Main Operating 6297 |
| (10-99) MOR Reporting & Administrative Compliance Support | Main Operating 6297 |
| Payroll Taxes | Payroll 6307 |
| Payroll Wages (W-2) | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Entertainment License | Main Operating 6297 |

| | |
|---|---|
| Drink Incentive Program | Cash |
| Promotional Events & Customer Incentives | Cash |
| Employee/Entertainer Tips | Cash |
| Entertainer Disbursement - Entertainment Services | Cash |
| Escrow Payments | Main Operating 6297 |
| Repairs & Maintenance | Main Operating 6297 |
| Payroll Processing Fees | Payroll 6307 |
| Merchant Fees | Main Operating 6297 |
| Merchant Fees | Main Operating 6297 |
| | |

| Amount |
|---|
| $ 43.87 |
| $ 900.00 |
| $ 200.00 |
| $ 64.31 |
| $ 516.88 |
| $ 660.00 |
| $ 582.29 |
| $ 1,000.00 |
| $ 35.00 |
| $ 2,741.42 |
| $ 13,538.14 |
| $ 203.41 |
| $ 266.11 |
| $ 1,200.00 |
| $ 1,200.00 |
| $ 40.00 |
| $ 65.00 |
| $ 137.00 |
| $ 644.20 |
| $ 2,220.00 |
| $ 400.00 |
| $ 198.45 |
| $ 9.60 |
| $ 29.89 |
| $ 54.88 |
| $ 134.93 |
| $ 195.44 |
| $ 1,643.55 |
| $ 31.32 |
| $ 68.04 |
| $ 118.75 |
| $ 1,132.11 |

| | |
|---|---|
| $ | 1,426.47 |
| $ | 3,570.00 |
| $ | 800.00 |
| $ | 34.95 |
| $ | 279.04 |
| $ | 107.08 |
| $ | 107.08 |
| $ | 550.17 |
| $ | 10.00 |
| $ | 765.76 |
| $ | 1,960.00 |
| $ | 200.00 |
| $ | 1,600.00 |
| $ | 186.48 |
| $ | 181.89 |
| $ | 870.00 |
| $ | 200.00 |
| $ | 1,200.00 |
| $ | 570.29 |
| $ | 1,250.00 |
| $ | 193.32 |
| $ | 200.00 |
| $ | 100.00 |
| $ | 40.00 |
| $ | 52.03 |
| $ | 401.96 |
| $ | 240.00 |
| $ | 14,000.00 |
| $ | 116.46 |
| $ | 28.04 |
| $ | 716.00 |
| $ | 71.89 |
| $ | 66.66 |

| | |
|---|---|
| $ | 9.60 |
| $ | 109.77 |
| $ | 301.37 |
| $ | 560.25 |
| $ | 386.90 |
| $ | 47.30 |
| $ | 452.72 |
| $ | 15.00 |
| $ | 327.72 |
| $ | 240.00 |
| $ | 100.00 |
| $ | 93.71 |
| $ | 68.00 |
| $ | 186.54 |
| $ | 2,300.00 |
| $ | 75.00 |
| $ | 798.09 |
| $ | 1,200.00 |
| $ | 8.53 |
| $ | 1,000.00 |
| $ | 2,141.62 |
| $ | 11,388.62 |
| $ | 68.48 |
| $ | (12.68) |
| $ | (8.63) |
| $ | 117.95 |
| $ | 25.00 |
| $ | 681.00 |
| $ | 1,170.00 |
| $ | 600.00 |
| $ | 299.76 |
| $ | 577.80 |
| $ | 12.68 |

| | |
|---|---|
| $ | 201.15 |
| $ | 72.00 |
| $ | 102.43 |
| $ | 153.66 |
| $ | 1,200.00 |
| $ | 1,200.00 |
| $ | 2,036.00 |
| $ | 32.87 |
| $ | (213.17) |
| $ | 43.23 |
| $ | 992.31 |
| $ | 1,000.00 |
| $ | 100.00 |
| $ | 50.00 |
| $ | 40.00 |
| $ | 1,121.80 |
| $ | 3,090.00 |
| $ | 2,800.00 |
| $ | 1,000.00 |
| $ | 31.55 |
| $ | 194.07 |
| $ | 491.99 |
| $ | 650.00 |
| $ | 5.00 |
| $ | 1,695.04 |
| $ | 3,650.00 |
| $ | 1,400.00 |
| $ | 165.00 |
| $ | 190.20 |
| $ | 150.00 |
| $ | 1,200.00 |
| $ | (31.32) |
| $ | 2,000.00 |

| | |
|---|---|
| $ | 95.00 |
| $ | 52.03 |
| $ | 20.00 |
| $ | 395.30 |
| $ | 390.00 |
| $ | 1,213.03 |
| $ | 43.11 |
| $ | 1,524.28 |
| $ | 9,800.00 |
| $ | 28.80 |
| $ | 43.54 |
| $ | 56.54 |
| $ | 615.18 |
| $ | 631.61 |
| $ | 99.00 |
| $ | 25.00 |
| $ | 366.60 |
| $ | 450.00 |
| $ | 975.00 |
| $ | 140.83 |
| $ | 88.25 |
| $ | 95.99 |
| $ | 287.79 |
| $ | 353.43 |
| $ | 1,200.00 |
| $ | 1,200.00 |
| $ | 595.92 |
| $ | 2,000.00 |
| $ | 35.00 |
| $ | 604.44 |
| $ | 510.00 |
| $ | 650.15 |
| $ | 1,000.00 |

| | |
|---|---|
| $ | 2,195.61 |
| $ | 11,507.54 |
| $ | 53.68 |
| $ | 56.00 |
| $ | 103.14 |
| $ | 40.00 |
| $ | 839.71 |
| $ | 1,770.00 |
| $ | 600.00 |
| $ | 58.16 |
| $ | (20.00) |
| $ | 1.36 |
| $ | 20.00 |
| $ | 100.00 |
| $ | 198.45 |
| $ | 88.03 |
| $ | 138.55 |
| $ | 82.61 |
| $ | 134.50 |
| $ | 2,529.50 |
| $ | 87.92 |
| $ | 813.38 |
| $ | 105.00 |
| $ | 1,374.24 |
| $ | 2,870.00 |
| $ | 4,100.00 |
| $ | 12.48 |
| $ | 145.84 |
| $ | 158.20 |
| $ | 316.36 |
| $ | 1,086.56 |
| $ | 400.00 |
| $ | 25.00 |

| | |
|---|---|
| $ | 1,533.80 |
| $ | 2,220.00 |
| $ | 1,200.00 |
| $ | 1,200.00 |
| $ | 500.00 |
| $ | 40.00 |
| $ | 795.64 |
| $ | 1,750.00 |
| $ | 1,200.00 |
| $ | 124.80 |
| $ | 100.00 |
| $ | 4.86 |
| $ | 15.00 |
| $ | 52.03 |
| $ | 35.00 |
| $ | 270.00 |
| $ | 350.00 |
| $ | 1,267.11 |
| $ | 170.95 |
| $ | (36.00) |
| $ | 12.48 |
| $ | 19.20 |
| $ | 75.52 |
| $ | 171.24 |
| $ | 504.63 |
| $ | 713.61 |
| $ | 2,000.00 |
| $ | 90.69 |
| $ | 1,122.47 |
| $ | 26.49 |
| $ | 68.85 |
| $ | 313.10 |
| $ | 2,159.99 |

| | |
|---|---|
| $ | 329.96 |
| $ | 35.00 |
| $ | 213.50 |
| $ | 480.00 |
| $ | 181.89 |
| $ | 12.48 |
| $ | 75.58 |
| $ | 100.08 |
| $ | 263.05 |
| $ | 750.00 |
| $ | 197.85 |
| $ | 341.22 |
| $ | 1,200.00 |
| $ | 1,200.00 |
| $ | 15.00 |
| $ | 937.63 |
| $ | 585.00 |
| $ | 566.03 |
| $ | 1,000.00 |
| $ | 2,244.13 |
| $ | 12,092.81 |
| $ | 70.57 |
| $ | 75.00 |
| $ | 59.40 |
| $ | 27.53 |
| $ | 55.00 |
| $ | 505.00 |
| $ | 480.00 |
| $ | 800.00 |
| $ | 2,000.00 |
| $ | 210.60 |
| $ | 108.54 |
| $ | 873.93 |

| | |
|---|---|
| $ | 213.84 |
| $ | 792.40 |
| $ | 1,027.92 |
| $ | 2,550.00 |
| $ | 600.00 |
| $ | 108.00 |
| $ | 112.48 |
| $ | 183.21 |
| $ | 1,082.90 |
| $ | 581.24 |
| $ | 255.00 |
| $ | 942.12 |
| $ | 4,210.00 |
| $ | 900.00 |
| $ | 1,200.00 |
| $ | 70.00 |
| $ | 158.72 |
| $ | 120.00 |
| $ | 100.00 |
| $ | 10.00 |
| $ | 307.68 |
| $ | 270.00 |
| $ | 129.82 |
| $ | (158.20) |
| $ | (145.84) |
| $ | (100.08) |
| $ | (75.52) |
| $ | (53.68) |
| $ | (12.48) |
| $ | (12.48) |
| $ | (12.48) |
| $ | 9.25 |
| $ | 12.48 |

| | |
|---|---|
| $ | 46.23 |
| $ | 122.00 |
| $ | 122.96 |
| $ | 321.58 |
| $ | 485.77 |
| $ | 55.06 |
| $ | 126.90 |
| $ | 1,081.90 |
| $ | 31.54 |
| $ | 1,500.00 |
| $ | 194.51 |
| $ | 20.00 |
| $ | 334.76 |
| $ | 680.00 |
| $ | 10.79 |
| $ | 61.01 |
| $ | 68.91 |
| $ | 188.00 |
| $ | 228.26 |
| $ | 1,200.00 |
| $ | 1,200.00 |
| $ | 9.72 |
| $ | 3,000.00 |
| $ | 15.00 |
| $ | 188.52 |
| $ | 180.00 |
| $ | 2,600.00 |
| $ | 564.96 |
| $ | 1,000.00 |
| $ | 2,163.11 |
| $ | 11,648.88 |
| $ | 115.36 |
| $ | 1,500.00 |

| | |
|---|---|
| $ | 50.00 |
| $ | 35.00 |
| $ | 1,142.00 |
| $ | 1,580.00 |
| $ | 35,000.00 |
| $ | 4,350.00 |
| $ | 800.55 |
| $ | 47.12 |
| $ | 132.11 |
| $ | 309,840.76 |