# Cleveland Avenue Cafe, Inc

## Profit and Loss

April 1-30, 2026

| | TOTAL |
|---|---|
| Income | |
| POS Receipts | |
| Beverage Sales | 89,145.01 |
| Door Admissions / Cover Sales | 44,515.18 |
| Employee/Entertainer Credit Card Tips | 20,513.59 |
| Entertainer Rent | 3,850.00 |
| Entertainment Service Fees, Entertainer Portion | 40,385.00 |
| Entertainment Services | 42,634.92 |
| VIP Room Fees | 20,757.60 |
| VIP Room Fees, Entertainer Portion | 16,025.00 |
| **Total for POS Receipts** | **$277,826.30** |
| Supplemental Operating Revenue | |
| ATM Fee / Comission Income | 5,694.00 |
| Customer Prepayment - Goods & Services | 11,750.00 |
| Lottery Commission Income | 382.21 |
| Service Processing Fee Revenue | 1,958.28 |
| Vending & Other Ancillary | 360.00 |
| **Total for Supplemental Operating Revenue** | **$20,144.49** |
| **Total for Income** | **$297,970.79** |
| Cost of Goods Sold | |
| Cost of Goods Sold - Beer and Liquor | 18,215.87 |
| Cost of Goods Sold - Food | 6,032.36 |
| **Total for Cost of Goods Sold** | **$24,248.23** |
| **Gross Profit** | **$273,722.56** |
| Expenses | |
| (10-99) Administrative & IT Consulting | 6,000.00 |
| (10-99) Janitorial / Cleaning Services | 4,800.00 |
| (10-99) MOR Reporting and Administrative | 5,000.00 |
| (10-99) Risk / Compliance/ Liquor Liabilities | 6,000.00 |
| Advertising & Marketing | 2,588.14 |
| Bank Fees & Service Charges | 65.36 |
| Bar Supplies | 2,212.03 |
| Chargeback Expense | 629.92 |
| Customer Service Disbursements | 11,750.00 |
| Drink Incentives | 1,380.00 |
| Employee/Entertainer Tip Disbursements | 20,513.59 |
| Entertainer Disbursements - Entertainment Services | 40,385.00 |
| Entertainer Disbursements - VIP Room | 16,025.00 |
| Entertainment Licensing Fees | 3,466.00 |
| Escrow Payments | 51,000.00 |
| Internet & TV services | 197.85 |
| Merchant Account Fees | 7,639.99 |
| Office Supplies | 3,667.98 |
| Ohio Sales Tax | 9,800.00 |
| Operations & Compliance Consulting (Insider) | 8,400.00 |

# Cleveland Avenue Cafe, Inc

## Profit and Loss

April 1-30, 2026

| | TOTAL |
|---|---|
| Payroll Processing Fees | 1,609.20 |
| Payroll Taxes | 11,485.89 |
| Payroll Wages (W-2) | 60,175.99 |
| POS Software & Licensing | 1,524.28 |
| Postage, Shipping, & Delivery | 194.51 |
| Promotional Events and Customer Incentives | 1,899.31 |
| Recruiting and Hiring Expenses | 187.00 |
| Repairs & Maintenance | 6,151.76 |
| Software & Subscriptions | 436.25 |
| Storage & Warehousing | 407.48 |
| **Total for Expenses** | **$285,592.53** |
| **Net Operating Income** | **-$11,869.97** |
| **Net Income** | **-$11,869.97** |