**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

CLEVELAND AVENUE CAFE DBTR IN POSS
1704 CASS LAKE FRONT RD
KEEGO HARBOR MI 48320-1056

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Unlimited Checking* — *Account: -------6297*

**Statement Activity From:**
**04/01/26 to 04/30/26**

| | |
|---|---|
| Days in Statement Period | 30 |
| Average Ledger Balance* | 37,160.06 |
| Average Collected Balance* | 37,138.76 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$18,478.20** |
| **Credits (+)** | **351,750.95** |
| Regular Deposits | 112,213.17 |
| Electronic Deposits | 234,185.15 |
| Other Credits | 5,352.63 |
| **Debits (-)** | **264,997.34** |
| Regular Checks Paid | 127,872.84 |
| Electronic Withdrawals | 4,128.10 |
| Wire Transfer Debits | 51,000.00 |
| Other Debits | 81,996.40 |
| **Total Service Charges (-)** | **101.36** |
| **Ending Balance** | **$105,130.45** |

## *Deposits (+)* — *Account:-------6297*

| Date | Amount | Serial # | Type |
|---|---|---|---|
| 04/10 | 213.17 | 392577379 | Remote |
| 04/22 | 9,000.00 | | Brch/ATM |
| 04/22 | 3,000.00 | | Brch/ATM |
| 04/24 | 100,000.00 | | Brch/ATM |

## *Other Credits (+)* — *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 04/01 | 5,080.16 | BNKCD SETTLE CR CD DEP 260401 630757181429083 |
| 04/01 | 520.00 | CDS CDS 260331 P736234 0331 |
| 04/01 | 415.52 | OH80 LOTTERY INV 260328 260328 52746 |
| 04/01 | 78.00 | CDS CDS 260331 P736234 SC1 033 |
| 04/02 | 3,369.45 | BNKCD SETTLE CR CD DEP 260402 630757181429083 |
| 04/02 | 840.00 | CDS CDS 260401 P736234 0401 |
| 04/02 | 239.74 | BNKCD SETTLE CR CD DEP 260402 630756420618181 |
| 04/02 | 143.00 | CDS CDS 260401 P736234 SC1 040 |
| 04/03 | 6,968.65 | BNKCD SETTLE CR CD DEP 260403 630757181429083 |
| 04/03 | 600.00 | CDS CDS 260402 P736234 0402 |
| 04/03 | 91.00 | CDS CDS 260402 P736234 SC1 040 |
| 04/06 | 13,991.84 | BNKCD SETTLE CR CD DEP 260405 630757181429083 |
| 04/06 | 7,526.34 | BNKCD SETTLE CR CD DEP 260405 630757181429083 |
| 04/06 | 2,741.80 | BNKCD SETTLE CR CD DEP 260406 630757181429083 |
| 04/06 | 1,120.00 | CDS CDS 260403 P736234 0403 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

## *Other Credits (+)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 04/06 | 169.00 | CDS CDS 260403 P736234 SC1 040 |
| 04/07 | 3,000.00 | CDS CDS 260405 P736234 0405 |
| 04/07 | 2,780.00 | CDS CDS 260404 P736234 0404 |
| 04/07 | 2,340.20 | BNKCD SETTLE CR CD DEP 260407 630757181429083 |
| 04/07 | 720.00 | CDS CDS 260406 P736234 0406 |
| 04/07 | 468.00 | CDS CDS 260405 P736234 SC1 040 |
| 04/07 | 416.00 | CDS CDS 260404 P736234 SC1 040 |
| 04/07 | 239.74 | BNKCD SETTLE CR CD DEP 260407 630756420618181 |
| 04/07 | 104.00 | CDS CDS 260406 P736234 SC1 040 |
| 04/08 | 1,710.04 | BNKCD SETTLE CR CD DEP 260408 630757181429083 |
| 04/08 | 400.00 | CDS CDS 260407 P736234 0407 |
| 04/08 | 65.00 | CDS CDS 260407 P736234 SC1 040 |
| 04/09 | 3,837.64 | BNKCD SETTLE CR CD DEP 260409 630757181429083 |
| 04/09 | 2,558.19 | BNKCD SETTLE CR CD DEP 260409 630756420618181 |
| 04/09 | 400.00 | CDS CDS 260408 P736234 0408 |
| 04/09 | 52.00 | CDS CDS 260408 P736234 SC1 040 |
| 04/09 | 12.68 | MERCHANDISE RET THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/09 | 8.63 | MERCHANDISE RET AMAZON MARK* B93RV1EW1 AMAZON MARK* B93RV1EW1 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/10 | 4,846.82 | BNKCD SETTLE CR CD DEP 260410 630757181429083 |
| 04/10 | 740.00 | CDS CDS 260409 P736234 0409 |
| 04/10 | 117.00 | CDS CDS 260409 P736234 SC1 040 |
| 04/13 | 15,773.86 | BNKCD SETTLE CR CD DEP 260412 630757181429083 |
| 04/13 | 15,363.38 | BNKCD SETTLE CR CD DEP 260412 630757181429083 |
| 04/13 | 1,412.02 | BNKCD SETTLE CR CD DEP 260413 630757181429083 |
| 04/13 | 1,087.30 | BNKCD SETTLE CR CD DEP 260412 630756420618181 |
| 04/13 | 719.20 | BNKCD SETTLE CR CD DEP 260412 630756420618181 |
| 04/13 | 480.00 | CDS CDS 260410 P736234 0410 |
| 04/13 | 78.00 | CDS CDS 260410 P736234 SC1 041 |
| 04/13 | 31.32 | MERCHANDISE RET AMAZON RETA* B73FK54H2 AMAZON RETA* B73FK54H2 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/14 | 5,000.00 | INTERNET TFR FRM CHECKING 041426 XXXXXXX6307 |
| 04/14 | 3,900.00 | CDS CDS 260412 P736234 0412 |
| 04/14 | 2,397.37 | BNKCD SETTLE CR CD DEP 260414 630756420618181 |
| 04/14 | 2,203.84 | BNKCD SETTLE CR CD DEP 260414 630757181429083 |
| 04/14 | 2,200.00 | CDS CDS 260411 P736234 0411 |
| 04/14 | 520.00 | CDS CDS 260412 P736234 SC1 041 |
| 04/14 | 351.00 | CDS CDS 260411 P736234 SC1 041 |
| 04/14 | 220.00 | CDS CDS 260413 P736234 0413 |
| 04/14 | 52.00 | CDS CDS 260413 P736234 SC1 041 |
| 04/15 | 2,575.79 | BNKCD SETTLE CR CD DEP 260415 630757181429083 |

Huntington

***Other Credits (+)*** ***Account:-------6297***

| Date | Amount | Description |
|---|---|---|
| 04/15 | 1,398.46 | BNKCD SETTLE CR CD DEP 260415 630756420618181 |
| 04/15 | 280.00 | CDS CDS 260414 P736234 0414 |
| 04/15 | 39.00 | CDS CDS 260414 P736234 SC1 041 |
| 04/16 | 3,460.04 | BNKCD SETTLE CR CD DEP 260416 630757181429083 |
| 04/16 | 2,198.59 | BNKCD SETTLE CR CD DEP 260416 630756420618181 |
| 04/16 | 960.00 | CDS CDS 260415 P736234 0415 |
| 04/16 | 130.00 | CDS CDS 260415 P736234 SC1 041 |
| 04/17 | 7,900.99 | BNKCD SETTLE CR CD DEP 260417 630757181429083 |
| 04/17 | 1,800.00 | CDS CDS 260416 P736234 0416 |
| 04/17 | 286.00 | CDS CDS 260416 P736234 SC1 041 |
| 04/20 | 17,821.66 | BNKCD SETTLE CR CD DEP 260419 630757181429083 |
| 04/20 | 12,602.57 | BNKCD SETTLE CR CD DEP 260419 630757181429083 |
| 04/20 | 4,276.89 | BNKCD SETTLE CR CD DEP 260420 630757181429083 |
| 04/20 | 1,100.00 | CDS CDS 260417 P736234 0417 |
| 04/20 | 479.47 | BNKCD SETTLE CR CD DEP 260419 630756420618181 |
| 04/20 | 300.00 | INTERNET TFR FRM CHECKING 042026 XXXXXXX6307 |
| 04/20 | 143.00 | CDS CDS 260417 P736234 SC1 041 |
| 04/21 | 3,020.00 | CDS CDS 260418 P736234 0418 |
| 04/21 | 1,920.00 | CDS CDS 260419 P736234 0419 |
| 04/21 | 1,887.45 | BNKCD SETTLE CR CD DEP 260421 630757181429083 |
| 04/21 | 520.00 | CDS CDS 260420 P736234 0420 |
| 04/21 | 416.00 | CDS CDS 260418 P736234 SC1 041 |
| 04/21 | 312.00 | CDS CDS 260419 P736234 SC1 041 |
| 04/21 | 78.00 | CDS CDS 260420 P736234 SC1 042 |
| 04/22 | 1,762.54 | BNKCD SETTLE CR CD DEP 260422 630757181429083 |
| 04/22 | 80.00 | CDS CDS 260421 P736234 0421 |
| 04/22 | 13.00 | CDS CDS 260421 P736234 SC1 042 |
| 04/23 | 2,710.66 | BNKCD SETTLE CR CD DEP 260423 630757181429083 |
| 04/23 | 480.00 | CDS CDS 260422 P736234 0422 |
| 04/23 | 78.00 | CDS CDS 260422 P736234 SC1 042 |
| 04/24 | 4,575.60 | BNKCD SETTLE CR CD DEP 260424 630757181429083 |
| 04/24 | 1,440.00 | CDS CDS 260423 P736234 0423 |
| 04/24 | 195.00 | CDS CDS 260423 P736234 SC1 042 |
| 04/27 | 12,132.01 | BNKCD SETTLE CR CD DEP 260426 630757181429083 |
| 04/27 | 8,031.06 | BNKCD SETTLE CR CD DEP 260426 630757181429083 |
| 04/27 | 1,154.57 | BNKCD SETTLE CR CD DEP 260427 630757181429083 |
| 04/27 | 1,080.00 | CDS CDS 260424 P736234 0424 |
| 04/27 | 230.95 | BNKCD SETTLE CR CD DEP 260426 630756420618181 |
| 04/27 | 158.20 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 156.00 | CDS CDS 260424 P736234 SC1 042 |
| 04/27 | 145.84 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |

Huntington

## *Other Credits (+)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 04/27 | 100.08 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 75.52 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 53.68 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 12.48 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 12.48 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 12.48 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/28 | 3,540.00 | CDS CDS 260426 P736234 0426 |
| 04/28 | 2,180.00 | CDS CDS 260425 P736234 0425 |
| 04/28 | 1,720.97 | BNKCD SETTLE CR CD DEP 260428 630757181429083 |
| 04/28 | 468.00 | CDS CDS 260426 P736234 SC1 042 |
| 04/28 | 299.00 | CDS CDS 260425 P736234 SC1 042 |
| 04/28 | 100.00 | CDS CDS 260427 P736234 0427 |
| 04/28 | 13.00 | CDS CDS 260427 P736234 SC1 042 |
| 04/29 | 2,881.13 | BNKCD SETTLE CR CD DEP 260429 630757181429083 |
| 04/29 | 1,400.00 | CDS CDS 260428 P736234 0428 |
| 04/29 | 221.00 | CDS CDS 260428 P736234 SC1 042 |
| 04/30 | 3,299.38 | BNKCD SETTLE CR CD DEP 260430 630756420618181 |
| 04/30 | 1,176.51 | BNKCD SETTLE CR CD DEP 260430 630757181429083 |
| 04/30 | 1,000.00 | CDS CDS 260429 P736234 0429 |
| 04/30 | 143.00 | CDS CDS 260429 P736234 SC1 042 |

## *Checks (-)* *Account:-------6297*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/02 | 1,000.00 | 5123 | 04/08 | 186.54 | 5176 |
| 04/09 | 1,000.00 | 5124 | 04/07 | 4,300.00 | 5177 |
| 04/03 | 104.06 | 5152* | 04/08 | 452.72 | 5178 |
| 04/01 | 9,710.00 | 5154* | 04/09 | 577.80 | 5179 |
| 04/01 | 510.90 | 5156* | 04/13 | 2,036.00 | 5180 |
| 04/01 | 356.22 | 5159* | 04/10 | 2,000.00 | 5181 |
| 04/01 | 582.29 | 5160 | 04/13 | 1,200.00 | 5182 |
| 04/03 | 1,200.00 | 5161 | 04/13 | 992.31 | 5183 |
| 04/10 | 1,200.00 | 5162 | 04/14 | 1,200.00 | 5184 |
| 04/06 | 1,132.11 | 5164* | 04/14 | 491.99 | 5186* |
| 04/06 | 550.17 | 5165 | 04/13 | 6,000.00 | 5187 |
| 04/06 | 1,643.55 | 5166 | 04/14 | 1,200.00 | 5188 |
| 04/03 | 3,000.00 | 5167 | 04/15 | 52.03 | 5189 |
| 04/06 | 1,200.00 | 5168 | 04/15 | 9,800.00 | 5190 |
| 04/06 | 186.48 | 5169 | 04/13 | 9,400.00 | 5191 |
| 04/08 | 52.03 | 5170 | 04/15 | 353.43 | 5192 |
| 04/06 | 6,000.00 | 5171 | 04/15 | 1,000.00 | 5193 |
| 04/13 | 716.00 | 5173* | 04/17 | 595.92 | 5194 |
| 04/13 | 1,250.00 | 5174 | 04/15 | 650.15 | 5195 |
| 04/08 | 68.00 | 5175 | 04/20 | 1,200.00 | 5196 |

Huntington

## *Checks (-)* *Account:-------6297*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/16 | 1,200.00 | 5197 | 04/27 | 1,200.00 | 5212 |
| 04/16 | 8,500.00 | 5199* | 04/23 | 1,000.00 | 5214* |
| 04/20 | 1,086.56 | 5200 | 04/22 | 3,000.00 | 5217* |
| 04/20 | 813.38 | 5201 | 04/22 | 9,000.00 | 5218 |
| 04/17 | 8,000.00 | 5202 | 04/22 | 566.03 | 5219 |
| 04/20 | 2,529.50 | 5203 | 04/27 | 873.93 | 5227* |
| 04/20 | 1,200.00 | 5204 | 04/27 | 792.40 | 5228 |
| 04/23 | 52.03 | 5205 | 04/28 | 1,082.90 | 5229 |
| 04/22 | 341.22 | 5206 | 04/24 | 108.00 | 5230 |
| 04/22 | 1,122.47 | 5207 | 04/27 | 1,200.00 | 5231 |
| 04/22 | 329.96 | 5208 | 04/29 | 1,081.90 | 5232 |
| 04/21 | 5,000.00 | 5209 | 04/29 | 126.90 | 5233 |
| 04/24 | 750.00 | 5210 | 04/29 | 564.96 | 5234 |
| 04/23 | 1,200.00 | 5211 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 04/01 | 35.00 | PURCHASE KLAVIYO INC. SOFTWARE KLAVIYO INC. SOFTWARE BOSTON MA XXXXXXXXXXXX1602 |
| 04/01 | 43.87 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/01 | 266.11 | PURCHASE SAMS CLUB #630 SAMS CLUB #630 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/01 | 5,000.00 | INTERNET TFR TO CHECKING 040126 XXXXXXX6307 |
| 04/02 | 195.44 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/02 | 29.89 | BNKCD SETTLE CCDISCOUNT 260331 630756420618181 |
| 04/02 | 54.88 | BNKCD SETTLE CCDISCOUNT 260331 630757181429083 |
| 04/03 | 34.95 | PURCHASE GFS STORE #0964 GFS STORE #0964 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/03 | 31.32 | PURCHASE AMAZON RETA* B73FK54H2 AMAZON RETA* B73FK54H2 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/03 | 68.04 | PURCHASE AMAZON MKTPL*BG22E1P90 AMAZON MKTPL*BG22E1P90 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/03 | 118.75 | PURCHASE AMAZON MARK* B73R83NF2 AMAZON MARK* B73R83NF2 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/03 | 107.08 | PURCHASE PUBLIC STORAGE 24341 PUBLIC STORAGE 24341 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/03 | 107.08 | PURCHASE PUBLIC STORAGE 24341 PUBLIC STORAGE 24341 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/03 | 4,000.00 | INTERNET TFR TO CHECKING 040326 XXXXXXX6307 |
| 04/06 | 28.04 | PURCHASE THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/06 | 193.32 | PURCHASE BUCKEYE MOBILE STORAGE BUCKEYE MOBILE STORAGE MARENGO OH XXXXXXXXXXXX1602 |
| 04/06 | 386.90 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/06 | 71.89 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/06 | 116.46 | PURCHASE GFS STORE #0964 57 GFS STORE #0964 57 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/06 | 3,000.00 | INTERNET TFR TO CHECKING 040626 XXXXXXX6307 |
| 04/06 | 570.29 | PURCHASE AMAZON MARK* BC70Y9JF1 AMAZON MARK* BC70Y9JF1 SEATTLE WA XXXXXXXXXXXX1602 |

Huntington

***Other Debits (-)*** ***Account:-------6297***

| Date | Amount | Description |
|---|---|---|
| 04/06 | 66.66 | PURCHASE MEIJER STORE #05 6 MEIJER STORE #05 6 DUBLIN OH XXXXXXXXXXXX9258 |
| 04/06 | 14,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 04/07 | 47.30 | PURCHASE AMAZON MKTPL*B72EH8KT2 AMAZON MKTPL*B72EH8KT2 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/07 | 4,000.00 | INTERNET TFR TO CHECKING 040726 XXXXXXX6307 |
| 04/08 | 8.53 | PURCHASE THE HOME DEPOT #38 THE HOME DEPOT #38 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/08 | 4,000.00 | INTERNET TFR TO CHECKING 040826 XXXXXXX6307 |
| 04/08 | 544.07 | OH80 LOTTERY INV 260404 260404 52746 |
| 04/09 | 12.68 | PURCHASE THE HOME DEPOT #3811 THE HOME DEPOT #3811 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/09 | 299.76 | PURCHASE DNHGODADDY *#59149485 DNHGODADDY *#59149485 TEMPE AZ XXXXXXXXXXXX1602 |
| 04/09 | 117.95 | PURCHASE ATLAS PEN PENCIL LLC ATLAS PEN PENCIL LLC SHELBYVILLE TN XXXXXXXXXXXX1602 |
| 04/09 | 72.00 | BNKCD SETTLE CHARGEBACK 260408 630757181429083 |
| 04/10 | 43.23 | PURCHASE SHIPT* ORDER SHIPT* ORDER BIRMINGHAM AL XXXXXXXXXXXX1602 |
| 04/10 | 2,000.00 | INTERNET TFR TO CHECKING 041026 XXXXXXX6307 |
| 04/10 | 32.87 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/10 | 31.55 | PURCHASE GFS STORE #096 GFS STORE #096 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/13 | 99.00 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/13 | 1,213.03 | PURCHASE FACEBK *5XCR3J5P42 FACEBK *5XCR3J5P42 6505434800 CA XXXXXXXXXXXX1602 |
| 04/13 | 1,524.28 | PURCHASE 4TE*MICROSALE 4TE*MICROSALE PALM BEACH GA FL XXXXXXXXXXXX1602 |
| 04/13 | 43.11 | PURCHASE THE HOME DEPOT #38 THE HOME DEPOT #38 COLUMBUS OH XXXXXXXXXXXX9258 |
| 04/13 | 15,000.00 | INTERNET TFR TO CHECKING 041326 XXXXXXX6307 |
| 04/14 | 140.83 | PURCHASE KROGER #965 KROGER #965 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/14 | 287.79 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/15 | 53.68 | BNKCD SETTLE CHARGEBACK 260414 630757181429083 |
| 04/15 | 259.47 | OH80 LOTTERY INV 260411 260411 52746 |
| 04/16 | 58.16 | PURCHASE GFS STORE #0964 GFS STORE #0964 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/16 | 82.61 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/16 | 3,000.00 | INTERNET TFR TO CHECKING 041626 XXXXXXX6307 |
| 04/17 | 134.50 | PURCHASE ALCOHOL CONTROLS ALCOHOL CONTROLS MONTGOMERY IL XXXXXXXXXXXX9258 |
| 04/17 | 87.92 | PURCHASE AMAZON MARK* BY2WW7CS1 AMAZON MARK* BY2WW7CS1 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/17 | 12.48 | BNKCD SETTLE CHARGEBACK 260416 630757181429083 |
| 04/17 | 145.84 | BNKCD SETTLE CHARGEBACK 260416 630757181429083 |
| 04/17 | 158.20 | BNKCD SETTLE CHARGEBACK 260416 630757181429083 |
| 04/20 | 90.69 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/20 | 2,000.00 | INTERNET TFR TO CHECKING 042026 XXXXXXX6307 |
| 04/20 | 1,267.11 | PURCHASE FACEBK *HLJA5JMN42 FACEBK *HLJA5JMN42 6505434800 CA XXXXXXXXXXXX1602 |
| 04/20 | 170.95 | PURCHASE GFS STORE #0964 57 GFS STORE #0964 57 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/20 | 4.86 | PURCHASE DOLLAR-GENERAL # D DOLLAR-GENERAL # D COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/20 | 124.80 | PURCHASE AMAZON MARK* BY7RL9HH1 AMAZON MARK* BY7RL9HH1 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/20 | 6,000.00 | INTERNET TFR TO CHECKING 042026 XXXXXXX6307 |
| 04/20 | 2,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |

Huntington

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 04/20 | 12.48 | BNKCD SETTLE CHARGEBACK 260417 630757181429083 |
| 04/20 | 75.52 | BNKCD SETTLE CHARGEBACK 260417 630757181429083 |
| 04/21 | 313.10 | PURCHASE AMAZON MKTPL*BS24H8UY2 AMAZON MKTPL*BS24H8UY2 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/21 | 2,159.99 | PURCHASE AMAZON MKTPL*BY4247BL1 AMAZON MKTPL*BY4247BL1 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/21 | 26.49 | PURCHASE ADOBE ADOBE SAN JOSE CA XXXXXXXXXXXX1602 |
| 04/21 | 68.85 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/21 | 4,000.00 | INTERNET TFR TO CHECKING 042126 XXXXXXX6307 |
| 04/21 | 263.05 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/21 | 181.89 | PURCHASE GFS STORE #0964 57 GFS STORE #0964 57 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/21 | 12.48 | BNKCD SETTLE CHARGEBACK 260420 630757181429083 |
| 04/21 | 100.08 | BNKCD SETTLE CHARGEBACK 260420 630757181429083 |
| 04/21 | 197.85 | SPECTRUM SPECTRUM 260420 8009430 |
| 04/22 | 75.00 | PURCHASE INTUIT *QBOOKS ONLINE INTUIT *QBOOKS ONLINE SAN DIEGO CA XXXXXXXXXXXX1602 |
| 04/22 | 1,285.40 | OH80 LOTTERY INV 260418 260418 52746 |
| 04/23 | 27.53 | PURCHASE AMAZON MARK* BS1FO2LX1 AMAZON MARK* BS1FO2LX1 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/23 | 6,000.00 | INTERNET TFR TO CHECKING 042326 XXXXXXX6307 |
| 04/24 | 213.84 | PURCHASE AMAZON MKTPL*BS10A9J51 AMAZON MKTPL*BS10A9J51 SEATTLE WA XXXXXXXXXXXX1602 |
| 04/24 | 581.24 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/24 | 112.48 | BNKCD SETTLE CHARGEBACK 260423 630757181429083 |
| 04/27 | 55.06 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 04/27 | 129.82 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/27 | 12.48 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 122.00 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/27 | 122.96 | BNKCD SETTLE CHARGEBACK 260424 630757181429083 |
| 04/28 | 10.79 | PURCHASE GFS STORE #0964 GFS STORE #0964 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/28 | 194.51 | PURCHASE DHL EXPRESS MMR DHL EXPRESS MMR PLANTATION FL XXXXXXXXXXXX1602 |
| 04/28 | 11,000.00 | INTERNET TFR TO CHECKING 042826 XXXXXXX6307 |
| 04/28 | 31.54 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/28 | 228.26 | PURCHASE SAMSCLUB #6307 SAMSCLUB #6307 COLUMBUS OH XXXXXXXXXXXX1602 |
| 04/28 | 61.01 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/28 | 188.00 | BNKCD SETTLE CHARGEBACK 260427 630757181429083 |
| 04/29 | 9.72 | PURCHASE DOLLAR TREE DOLLAR TREE WESTERVILLE OH XXXXXXXXXXXX1602 |
| 04/29 | 555.86 | OH80 LOTTERY INV 260425 260425 52746 |
| 04/30 | 35,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |

## *Service Charge Detail* *Account:-------6297*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/16 | 1.36 | | INTL DEBIT CARD TRANS FEES |
| 04/16 | 100.00 | | WIRE TRANSFER FEES (OUTGOING) |

Huntington

## *Service Charge Detail* *Account:-------6297*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/16 | 20.00 | | MONTHLY SERVICE FEE |
| 04/16 | | 20.00 | PROMOTIONAL WAIVE - MONTHLY SERVICE FEE |

## *Service Charge Summary* *Account:-------6297*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$121.36** |
| Credits - Previous Month Charges (+) | 20.00 |
| **Net Service Charges** | **$101.36** |
| **Total Service Charges (-)** | **$101.36** |

## *Balance Activity* *Account:-------6297*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 18,478.20 | 04/10 | 10,653.03 | 04/22 | 18,543.97 |
| 04/01 | 8,067.49 | 04/13 | 6,124.38 | 04/23 | 13,533.07 |
| 04/02 | 11,379.47 | 04/14 | 19,647.98 | 04/24 | 117,978.11 |
| 04/03 | 10,267.84 | 04/15 | 11,772.47 | 04/27 | 136,824.81 |
| 04/06 | 6,670.95 | 04/16 | 5,578.97 | 04/28 | 132,348.77 |
| 04/07 | 8,391.59 | 04/17 | 6,431.10 | 04/29 | 134,511.56 |
| 04/08 | 5,254.74 | 04/20 | 24,578.84 | 04/30 | 105,130.45 |
| 04/09 | 10,043.69 | 04/21 | 20,408.51 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Huntington

## IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

CLEVELAND AVENUE CAFE DBTR IN POSS
1704 CASS LAKE FRONT RD
KEEGO HARBOR MI 48320-1056

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Unlimited Checking* — *Account: -------6307*

**Statement Activity From:**
**04/01/26 to 04/30/26**

| | |
|---|---|
| Days in Statement Period | 30 |
| Average Ledger Balance* | 5,419.03 |
| Average Collected Balance* | 5,419.03 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$6,197.91** |
| **Credits (+)** | **69,057.81** |
| Electronic Deposits | 57.81 |
| Other Credits | 69,000.00 |
| **Debits (-)** | **70,918.47** |
| Regular Checks Paid | 43,471.95 |
| Electronic Withdrawals | 22,146.52 |
| Other Debits | 5,300.00 |
| **Total Service Charges (-)** | **0.00** |
| **Ending Balance** | **$4,337.25** |

## *Other Credits (+)* — *Account:-------6307*

| Date | Amount | Description |
|---|---|---|
| 04/01 | 5,000.00 | INTERNET TFR FRM CHECKING 040126 XXXXXXX6297 |
| 04/03 | 4,000.00 | INTERNET TFR FRM CHECKING 040326 XXXXXXX6297 |
| 04/06 | 3,000.00 | INTERNET TFR FRM CHECKING 040626 XXXXXXX6297 |
| 04/07 | 4,000.00 | INTERNET TFR FRM CHECKING 040726 XXXXXXX6297 |
| 04/08 | 4,000.00 | INTERNET TFR FRM CHECKING 040826 XXXXXXX6297 |
| 04/10 | 2,000.00 | INTERNET TFR FRM CHECKING 041026 XXXXXXX6297 |
| 04/13 | 15,000.00 | INTERNET TFR FRM CHECKING 041326 XXXXXXX6297 |
| 04/16 | 3,000.00 | INTERNET TFR FRM CHECKING 041626 XXXXXXX6297 |
| 04/20 | 6,000.00 | INTERNET TFR FRM CHECKING 042026 XXXXXXX6297 |
| 04/20 | 2,000.00 | INTERNET TFR FRM CHECKING 042026 XXXXXXX6297 |
| 04/21 | 4,000.00 | INTERNET TFR FRM CHECKING 042126 XXXXXXX6297 |
| 04/23 | 6,000.00 | INTERNET TFR FRM CHECKING 042326 XXXXXXX6297 |
| 04/28 | 11,000.00 | INTERNET TFR FRM CHECKING 042826 XXXXXXX6297 |
| 04/28 | 57.81 | PAYCHEX TPS TAXES 042726 16567500008588X |

## *Checks (-)* — *Account:-------6307*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/01 | 130.80 | 187 | 04/03 | 72.02 | 217* |
| 04/03 | 96.71 | 191* | 04/03 | 127.80 | 218 |
| 04/02 | 20.38 | 192 | 04/02 | 385.49 | 219 |
| 04/16 | 106.10 | 194* | 04/06 | 577.14 | 220 |
| 04/13 | 47.31 | 195 | 04/06 | 577.15 | 221 |
| 04/06 | 79.00 | 196 | 04/03 | 133.46 | 222 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

***Checks (-)*** ***Account:-------6307***

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/16 | 34.67 | 223 | 04/10 | 329.47 | 273 |
| 04/13 | 126.11 | 224 | 04/13 | 577.14 | 274 |
| 04/06 | 75.77 | 225 | 04/09 | 613.05 | 275 |
| 04/07 | 42.78 | 226 | 04/17 | 1,585.80 | 276 |
| 04/03 | 125.03 | 227 | 04/13 | 72.97 | 277 |
| 04/02 | 74.64 | 229* | 04/16 | 168.17 | 280* |
| 04/06 | 70.38 | 230 | 04/16 | 154.72 | 282* |
| 04/02 | 178.53 | 231 | 04/16 | 99.11 | 283 |
| 04/02 | 617.32 | 232 | 04/27 | 88.23 | 284 |
| 04/06 | 577.14 | 233 | 04/16 | 164.51 | 285 |
| 04/06 | 577.14 | 234 | 04/30 | 104.07 | 286 |
| 04/10 | 577.15 | 235 | 04/23 | 85.01 | 287 |
| 04/03 | 694.22 | 236 | 04/17 | 309.49 | 288 |
| 04/01 | 443.46 | 237 | 04/16 | 31.40 | 289 |
| 04/01 | 1,084.49 | 238 | 04/16 | 134.47 | 290 |
| 04/16 | 543.45 | 239 | 04/16 | 71.92 | 291 |
| 04/13 | 155.62 | 240 | 04/17 | 106.19 | 292 |
| 04/07 | 213.52 | 241 | 04/16 | 178.53 | 293 |
| 04/01 | 257.21 | 242 | 04/17 | 617.30 | 294 |
| 04/02 | 346.93 | 243 | 04/16 | 577.14 | 295 |
| 04/02 | 175.55 | 244 | 04/20 | 577.14 | 296 |
| 04/02 | 577.16 | 245 | 04/30 | 694.22 | 297 |
| 04/02 | 613.05 | 246 | 04/16 | 538.61 | 298 |
| 04/03 | 1,585.80 | 247 | 04/16 | 1,084.49 | 299 |
| 04/06 | 69.63 | 248 | 04/21 | 33.57 | 301* |
| 04/13 | 249.09 | 250* | 04/16 | 99.43 | 302 |
| 04/13 | 577.15 | 251 | 04/20 | 179.87 | 303 |
| 04/13 | 70.38 | 252 | 04/20 | 374.92 | 304 |
| 04/13 | 34.71 | 253 | 04/16 | 381.77 | 305 |
| 04/16 | 73.50 | 254 | 04/16 | 577.14 | 306 |
| 04/13 | 112.50 | 255 | 04/15 | 613.07 | 307 |
| 04/13 | 105.50 | 256 | 04/21 | 70.98 | 309* |
| 04/23 | 25.28 | 258* | 04/30 | 79.15 | 310 |
| 04/09 | 322.72 | 259 | 04/22 | 69.91 | 311 |
| 04/13 | 95.56 | 261* | 04/30 | 93.49 | 312 |
| 04/14 | 96.82 | 262 | 04/22 | 27.75 | 313 |
| 04/10 | 140.17 | 263 | 04/27 | 128.49 | 315* |
| 04/10 | 617.30 | 264 | 04/27 | 385.49 | 316 |
| 04/13 | 577.15 | 265 | 04/27 | 81.62 | 317 |
| 04/17 | 694.22 | 266 | 04/23 | 62.27 | 318 |
| 04/10 | 467.16 | 267 | 04/27 | 104.02 | 320* |
| 04/09 | 1,084.49 | 268 | 04/27 | 53.18 | 321 |
| 04/17 | 341.57 | 269 | 04/24 | 81.16 | 322 |
| 04/17 | 84.39 | 270 | 04/27 | 21.75 | 325* |
| 04/10 | 354.89 | 271 | 04/22 | 274.09 | 327* |
| 04/13 | 374.81 | 272 | 04/24 | 160.04 | 328 |

Huntington

## *Checks (-)* *Account:--------6307*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/24 | 64.74 | 329 | 04/23 | 360.84 | 343 |
| 04/27 | 67.11 | 330 | 04/22 | 577.14 | 344 |
| 04/24 | 178.53 | 331 | 04/23 | 613.05 | 345 |
| 04/23 | 617.30 | 332 | 04/30 | 385.49 | 349* |
| 04/27 | 577.14 | 333 | 04/30 | 58.94 | 356* |
| 04/24 | 577.14 | 334 | 04/30 | 156.18 | 359* |
| 04/30 | 694.22 | 335 | 04/30 | 164.00 | 363* |
| 04/22 | 397.11 | 336 | 04/30 | 617.30 | 364 |
| 04/22 | 1,084.49 | 337 | 04/30 | 577.14 | 365 |
| 04/23 | 528.91 | 338 | 04/29 | 390.33 | 368* |
| 04/28 | 129.43 | 339 | 04/30 | 1,084.49 | 369 |
| 04/23 | 163.89 | 340 | 04/30 | 262.30 | 373* |
| 04/24 | 264.11 | 341 | 04/29 | 296.16 | 375* |
| 04/27 | 365.64 | 342 | 04/29 | 613.05 | 378* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)* *Account:--------6307*

| Date | Amount | Description |
|---|---|---|
| 04/01 | 4,514.97 | PAYCHEX TPS TAXES 033126 16204000002845X |
| 04/02 | 198.45 | PAYCHEX EIB INVOICE 260402 X16218400030039 |
| 04/08 | 3,587.26 | PAYCHEX TPS TAXES 040726 16303000001930X |
| 04/09 | 201.15 | PAYCHEX EIB INVOICE 260409 X16312700023396 |
| 04/09 | 866.97 | PAYCHEX CGS GARNISH 040926 COL0125208425 |
| 04/14 | 5,000.00 | INTERNET TFR TO CHECKING 041426 XXXXXXX6297 |
| 04/15 | 3,721.26 | PAYCHEX TPS TAXES 041426 16400200002898X |
| 04/16 | 198.45 | PAYCHEX EIB INVOICE 260416 X16408800010496 |
| 04/20 | 300.00 | INTERNET TFR TO CHECKING 042026 XXXXXXX6297 |
| 04/20 | 0.08 | PAYCHEX TPS TAXES 041726 16450000117934X |
| 04/22 | 45.09 | PAYCHEX EIB INVOICE 260422 X16485700024147 |
| 04/22 | 49.14 | PAYCHEX EIB INVOICE 260422 X16485700019210 |
| 04/22 | 66.15 | PAYCHEX EIB INVOICE 260422 X16485700023179 |
| 04/22 | 66.15 | PAYCHEX EIB INVOICE 260422 X16485700022087 |
| 04/22 | 70.20 | PAYCHEX EIB INVOICE 260422 X16485700028719 |
| 04/22 | 72.09 | PAYCHEX EIB INVOICE 260422 X16485700028721 |
| 04/22 | 3,797.14 | PAYCHEX TPS TAXES 042126 16490000003561X |
| 04/23 | 210.60 | PAYCHEX EIB INVOICE 260423 X16503700023388 |
| 04/29 | 3,680.82 | PAYCHEX TPS TAXES 042826 16595000004936X |
| 04/30 | 800.55 | PAYCHEX EIB INVOICE 260430 X16602300038919 |

Huntington

## *Service Charge Detail* — *Account:-------6307*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/20 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/20 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |

## *Service Charge Summary* — *Account:-------6307*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| Other Charges (-) | 36.00 |
| Other Credits (+) | 36.00 |
| **Total Service Charges (-)** | **$0.00** |

## *Balance Activity* — *Account:-------6307*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 6,197.91 | 04/10 | 3,723.01 | 04/22 | 4,026.31 |
| 04/01 | 4,766.98 | 04/13 | 15,547.01 | 04/23 | 7,359.16 |
| 04/02 | 1,579.48 | 04/14 | 10,450.19 | 04/24 | 6,033.44 |
| 04/03 | 2,744.44 | 04/15 | 6,115.86 | 04/27 | 4,160.77 |
| 04/06 | 3,141.09 | 04/16 | 3,898.28 | 04/28 | 15,089.15 |
| 04/07 | 6,884.79 | 04/17 | 159.32 | 04/29 | 10,108.79 |
| 04/08 | 7,297.53 | 04/20 | 6,727.31 | 04/30 | 4,337.25 |
| 04/09 | 4,209.15 | 04/21 | 10,622.76 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Huntington

## IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.