# Cleveland Avenue Cafe, Inc

## Profit and Loss

May 1-31, 2026

| | TOTAL |
|---|---|
| Income | |
| POS Receipts | |
| Beverage Sales | 82,088.67 |
| Door Admissions / Cover Sales | 45,574.62 |
| Employee/Entertainer Credit Card Tips | 25,288.84 |
| Entertainer Rent | 3,891.00 |
| Entertainment Service Fees, Entertainer Portion | 41,417.40 |
| Entertainment Services | 40,164.60 |
| VIP Room Fees | 24,311.00 |
| VIP Room Fees, Entertainer Portion | 18,625.00 |
| **Total for POS Receipts** | **$281,361.13** |
| Supplemental Operating Revenue | |
| ATM Fee / Commission Income | 4,758.00 |
| Customer Prepayment - Goods & Services | 6,280.00 |
| Employee/Entertainer Credit Card Tips | 120.00 |
| Lottery Commission Income | 636.24 |
| Service Processing Fee Revenue | 1,322.70 |
| Vending & Other Ancillary | 446.00 |
| **Total for Supplemental Operating Revenue** | **$13,562.94** |
| **Total for Income** | **$294,924.07** |
| Cost of Goods Sold | |
| Cost of Goods Sold - Beer and Liquor | 14,771.62 |
| Cost of Goods Sold - Food | 4,544.39 |
| **Total for Cost of Goods Sold** | **$19,316.01** |
| **Gross Profit** | **$275,608.06** |
| Expenses | |
| (10-99) Administrative & IT Consulting | 4,800.00 |
| (10-99) Janitorial / Cleaning Services | 6,000.00 |
| (10-99) MOR Reporting and Administrative | 4,000.00 |
| (10-99) Risk / Compliance/ Liquor Liabilities | 4,800.00 |
| Advertising & Marketing | 699.15 |
| Bank Fees & Service Charges | 455.99 |
| Bankruptcy Legal Fees - Trustee Payment | 6,000.00 |
| Bar Supplies | 2,503.34 |
| Customer Service Disbursements | 6,280.00 |
| Disposal & Waste Fees | 300.20 |
| Drink Incentives | 1,280.00 |
| Employee/Entertainer Tip Disbursements | 25,408.84 |
| Entertainer Disbursements - Entertainment Services | 41,417.40 |
| Entertainer Disbursements - VIP Room | 18,625.00 |
| Equipment Repairs and Maintenance | 100.00 |
| Grounds Maintenance & Landscaping | 300.00 |
| Insurance - Building & Business | 4,456.86 |
| Internet & TV services | 2,513.14 |
| Merchant Account Fees | 6,943.95 |

# Cleveland Avenue Cafe, Inc

## Profit and Loss

May 1-31, 2026

| | TOTAL |
|---|---|
| Office Supplies | 2,827.67 |
| Ohio Sales Tax | 22,090.12 |
| Operations & Compliance Consulting (Insider) | 30,000.00 |
| Payroll Processing Fees | 731.70 |
| Payroll Taxes | 7,143.17 |
| Payroll Wages (W-2) | 42,881.40 |
| POS Software & Licensing | 762.14 |
| Promotional Events and Customer Incentives | 2,121.00 |
| Recruiting and Hiring Expenses | 130.00 |
| Repairs & Maintenance | 2,838.43 |
| Software & Subscriptions | 1,353.56 |
| Storage & Warehousing | 493.48 |
| Utilities - Electricity | 4,582.89 |
| Utilities - Gas | 806.00 |
| Utilities - Water | 946.06 |
| **Total for Expenses** | **$256,591.49** |
| **Net Operating Income** | **$19,016.57** |
| **Net Income** | **$19,016.57** |