| Date | Receipt Method | Ref # | Receipt Source | Amount |
|---|---|---|---|---|
| 5/1/2026 | Sales Receipt | 1360 | Employee Credit Card Tips | $ 45.00 |
| 5/1/2026 | Deposit | | ATM Fee / Commission Income | $ 182.00 |
| 5/1/2026 | Sales Receipt | 1329 | VIP Room Fees, Entertainer Portion | $ 200.00 |
| 5/1/2026 | Sales Receipt | 1329 | VIP Room Fees | $ 216.00 |
| 5/1/2026 | Sales Receipt | 1329 | Entertainer Rent Fee | $ 310.00 |
| 5/1/2026 | Sales Receipt | 1360 | Service Processing Fee Revenue for Customer Prepayments | $ 380.11 |
| 5/1/2026 | Sales Receipt | 1329 | Employee Credit Card Tips | $ 1,213.95 |
| 5/1/2026 | Sales Receipt | 1360 | Customer Prepayments | $ 1,500.00 |
| 5/1/2026 | Sales Receipt | 1329 | Entertainment Service Fees, Entertainer Portion | $ 1,930.00 |
| 5/1/2026 | Sales Receipt | 1329 | Entertainment Service Fees | $ 2,196.40 |
| 5/1/2026 | Sales Receipt | 1329 | Door/Cover Charges | $ 3,098.16 |
| 5/1/2026 | Sales Receipt | 1329 | Beverage Sales | $ 5,242.01 |
| 5/2/2026 | Sales Receipt | 1330 | Entertainer Rent Fee | $ 205.00 |
| 5/2/2026 | Sales Receipt | 1330 | VIP Room Fees, Entertainer Portion | $ 1,175.00 |
| 5/2/2026 | Sales Receipt | 1330 | VIP Room Fees | $ 1,269.00 |
| 5/2/2026 | Sales Receipt | 1330 | Employee Credit Card Tips | $ 1,949.38 |
| 5/2/2026 | Sales Receipt | 1330 | Entertainment Service Fees | $ 3,244.20 |
| 5/2/2026 | Sales Receipt | 1330 | Entertainment Service Fees, Entertainer Portion | $ 4,020.00 |
| 5/2/2026 | Sales Receipt | 1330 | Door/Cover Charges | $ 4,798.36 |
| 5/2/2026 | Sales Receipt | 1330 | Beverage Sales | $ 5,813.90 |
| 5/3/2026 | Sales Receipt | 1331 | Entertainer Rent Fee | $ 50.00 |
| 5/3/2026 | Sales Receipt | 1331 | Employee Credit Card Tips | $ 394.76 |
| 5/3/2026 | Sales Receipt | 1331 | Door/Cover Charges | $ 555.20 |
| 5/3/2026 | Sales Receipt | 1331 | VIP Room Fees, Entertainer Portion | $ 800.00 |
| 5/3/2026 | Sales Receipt | 1331 | VIP Room Fees | $ 864.00 |
| 5/3/2026 | Sales Receipt | 1331 | Entertainment Service Fees, Entertainer Portion | $ 900.00 |
| 5/3/2026 | Sales Receipt | 1331 | Entertainment Service Fees | $ 1,110.00 |
| 5/3/2026 | Sales Receipt | 1331 | Beverage Sales | $ 1,354.06 |
| 5/4/2026 | Deposit | | ATM Fee / Commission Income | $ 39.00 |
| 5/4/2026 | Sales Receipt | 1332 | Entertainer Rent Fee | $ 120.00 |
| 5/4/2026 | Sales Receipt | 1332 | Employee Credit Card Tips | $ 153.00 |
| 5/4/2026 | Sales Receipt | 1332 | VIP Room Fees | $ 200.00 |
| 5/4/2026 | Deposit | | ATM Fee / Commission Income | $ 260.00 |
| 5/4/2026 | Sales Receipt | 1332 | Entertainment Service Fees, Entertainer Portion | $ 270.00 |
| 5/4/2026 | Sales Receipt | 1332 | Door/Cover Charges | $ 373.28 |
| 5/4/2026 | Sales Receipt | 1332 | Entertainment Service Fees | $ 554.80 |
| 5/4/2026 | Sales Receipt | 1332 | Beverage Sales | $ 632.29 |
| 5/5/2026 | Deposit | | ATM Fee / Commission Income | $ 52.00 |
| 5/5/2026 | Sales Receipt | 1333 | Entertainer Rent Fee | $ 115.00 |
| 5/5/2026 | Sales Receipt | 1333 | Employee Credit Card Tips | $ 169.00 |
| 5/5/2026 | Deposit | | ATM Fee / Commission Income | $ 338.00 |
| 5/5/2026 | Deposit | | ATM Fee / Commission Income | $ 351.00 |
| 5/5/2026 | Sales Receipt | 1333 | Entertainment Service Fees, Entertainer Portion | $ 450.00 |
| 5/5/2026 | Sales Receipt | 1333 | Door/Cover Charges | $ 575.12 |
| 5/5/2026 | Sales Receipt | 1333 | Entertainment Service Fees | $ 911.40 |
| 5/5/2026 | Sales Receipt | 1333 | Beverage Sales | $ 1,287.08 |
| 5/6/2026 | Sales Receipt | 1334 | Entertainer Rent Fee | $ 55.00 |
| 5/6/2026 | Deposit | | ATM Fee / Commission Income | $ 117.00 |
| 5/6/2026 | Sales Receipt | 1334 | VIP Room Fees | $ 200.00 |
| 5/6/2026 | Sales Receipt | 1334 | Door/Cover Charges | $ 673.92 |
| 5/6/2026 | Sales Receipt | 1334 | Entertainment Service Fees | $ 1,022.80 |
| 5/6/2026 | Sales Receipt | 1334 | Entertainment Service Fees, Entertainer Portion | $ 1,290.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/6/2026 | Sales Receipt | 1334 | Employee Credit Card Tips | $ | 1,739.00 |
| 5/6/2026 | Sales Receipt | 1334 | Beverage Sales | $ | 2,263.84 |
| 5/7/2026 | Deposit | | ATM Fee / Commission Income | $ | 91.00 |
| 5/7/2026 | Sales Receipt | 1335 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 5/7/2026 | Sales Receipt | 1335 | Entertainer Rent Fee | $ | 210.00 |
| 5/7/2026 | Sales Receipt | 1335 | VIP Room Fees | $ | 416.00 |
| 5/7/2026 | Sales Receipt | 1335 | Employee Credit Card Tips | $ | 435.00 |
| 5/7/2026 | Sales Receipt | 1335 | Door/Cover Charges | $ | 716.24 |
| 5/7/2026 | Sales Receipt | 1335 | Entertainment Service Fees, Entertainer Portion | $ | 780.00 |
| 5/7/2026 | Sales Receipt | 1335 | Entertainment Service Fees | $ | 1,153.80 |
| 5/7/2026 | Sales Receipt | 1335 | Beverage Sales | $ | 2,402.00 |
| 5/8/2026 | Deposit | | ATM Fee / Commission Income | $ | 78.00 |
| 5/8/2026 | Sales Receipt | 1361 | Service Processing Fee Revenue for Customer Prepayments | $ | 129.57 |
| 5/8/2026 | Sales Receipt | 1336 | Entertainer Rent Fee | $ | 285.00 |
| 5/8/2026 | Sales Receipt | 1336 | VIP Room Fees, Entertainer Portion | $ | 500.00 |
| 5/8/2026 | Sales Receipt | 1361 | Customer Prepayments | $ | 500.00 |
| 5/8/2026 | Sales Receipt | 1336 | VIP Room Fees | $ | 890.00 |
| 5/8/2026 | Sales Receipt | 1336 | Employee Credit Card Tips | $ | 919.44 |
| 5/8/2026 | Sales Receipt | 1336 | Entertainment Service Fees | $ | 1,400.40 |
| 5/8/2026 | Sales Receipt | 1336 | Entertainment Service Fees, Entertainer Portion | $ | 1,472.40 |
| 5/8/2026 | Sales Receipt | 1336 | Door/Cover Charges | $ | 2,468.56 |
| 5/8/2026 | Sales Receipt | 1336 | Beverage Sales | $ | 3,771.87 |
| 5/9/2026 | Sales Receipt | 1337 | Entertainer Rent Fee | $ | 175.00 |
| 5/9/2026 | Sales Receipt | 1337 | Employee Credit Card Tips | $ | 1,182.94 |
| 5/9/2026 | Sales Receipt | 1337 | VIP Room Fees, Entertainer Portion | $ | 1,350.00 |
| 5/9/2026 | Sales Receipt | 1337 | VIP Room Fees | $ | 1,658.00 |
| 5/9/2026 | Sales Receipt | 1337 | Entertainment Service Fees, Entertainer Portion | $ | 1,680.00 |
| 5/9/2026 | Sales Receipt | 1337 | Entertainment Service Fees | $ | 1,740.40 |
| 5/9/2026 | Sales Receipt | 1337 | Door/Cover Charges | $ | 3,734.20 |
| 5/9/2026 | Sales Receipt | 1337 | Beverage Sales | $ | 4,646.64 |
| 5/10/2026 | Sales Receipt | 1338 | Entertainer Rent Fee | $ | 29.00 |
| 5/10/2026 | Sales Receipt | 1338 | Employee Credit Card Tips | $ | 181.70 |
| 5/10/2026 | Sales Receipt | 1338 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 5/10/2026 | Sales Receipt | 1338 | VIP Room Fees | $ | 216.00 |
| 5/10/2026 | Sales Receipt | 1338 | Entertainment Service Fees, Entertainer Portion | $ | 270.00 |
| 5/10/2026 | Sales Receipt | 1338 | Entertainment Service Fees | $ | 430.80 |
| 5/10/2026 | Sales Receipt | 1338 | Door/Cover Charges | $ | 545.12 |
| 5/10/2026 | Sales Receipt | 1338 | Beverage Sales | $ | 1,076.75 |
| 5/11/2026 | Sales Receipt | 1339 | Entertainment Service Fees, Entertainer Portion | $ | 30.00 |
| 5/11/2026 | Sales Receipt | 1339 | Employee Credit Card Tips | $ | 59.00 |
| 5/11/2026 | Sales Receipt | 1339 | Entertainer Rent Fee | $ | 60.00 |
| 5/11/2026 | Deposit | | ATM Fee / Commission Income | $ | 91.00 |
| 5/11/2026 | Sales Receipt | 1339 | Entertainment Service Fees | $ | 232.00 |
| 5/11/2026 | Sales Receipt | 1339 | Door/Cover Charges | $ | 255.92 |
| 5/11/2026 | Sales Receipt | 1339 | Beverage Sales | $ | 783.00 |
| 5/12/2026 | Sales Receipt | 1340 | Entertainer Rent Fee | $ | 45.00 |
| 5/12/2026 | Deposit | | ATM Fee / Commission Income | $ | 117.00 |
| 5/12/2026 | Sales Receipt | 1340 | Employee Credit Card Tips | $ | 179.00 |
| 5/12/2026 | Deposit | | ATM Fee / Commission Income | $ | 208.00 |
| 5/12/2026 | Sales Receipt | 1340 | Entertainment Service Fees, Entertainer Portion | $ | 290.00 |
| 5/12/2026 | Deposit | | ATM Fee / Commission Income | $ | 351.00 |
| 5/12/2026 | Sales Receipt | 1340 | Door/Cover Charges | $ | 351.40 |
| 5/12/2026 | Sales Receipt | 1340 | Entertainment Service Fees | $ | 612.20 |

| | | | | | |
|---|---|---|---|---|---|
| 5/12/2026 | Sales Receipt | 1340 | VIP Room Fees, Entertainer Portion | $ | 950.00 |
| 5/12/2026 | Sales Receipt | 1340 | Beverage Sales | $ | 1,000.52 |
| 5/12/2026 | Sales Receipt | 1340 | VIP Room Fees | $ | 1,026.00 |
| 5/13/2026 | Deposit | | ATM Fee / Commission Income | $ | 26.00 |
| 5/13/2026 | Sales Receipt | 1341 | Entertainer Rent Fee | $ | 105.00 |
| 5/13/2026 | Sales Receipt | 1341 | Employee Credit Card Tips | $ | 211.00 |
| 5/13/2026 | Sales Receipt | 1341 | Entertainment Service Fees, Entertainer Portion | $ | 480.00 |
| 5/13/2026 | Sales Receipt | 1341 | Door/Cover Charges | $ | 696.20 |
| 5/13/2026 | Sales Receipt | 1341 | Entertainment Service Fees | $ | 814.60 |
| 5/13/2026 | Sales Receipt | 1341 | VIP Room Fees, Entertainer Portion | $ | 1,650.00 |
| 5/13/2026 | Sales Receipt | 1341 | VIP Room Fees | $ | 1,678.00 |
| 5/13/2026 | Sales Receipt | 1341 | Beverage Sales | $ | 1,718.76 |
| 5/14/2026 | Sales Receipt | 1362 | Service Processing Fee Revenue for Customer Prepayments | $ | 49.34 |
| 5/14/2026 | Deposit | | ATM Fee / Commission Income | $ | 65.00 |
| 5/14/2026 | Sales Receipt | 1362 | Customer Prepayments | $ | 200.00 |
| 5/14/2026 | Sales Receipt | 1342 | Entertainer Rent Fee | $ | 210.00 |
| 5/14/2026 | Sales Receipt | 1342 | Door/Cover Charges | $ | 727.12 |
| 5/14/2026 | Sales Receipt | 1342 | VIP Room Fees, Entertainer Portion | $ | 975.00 |
| 5/14/2026 | Sales Receipt | 1342 | VIP Room Fees | $ | 1,403.00 |
| 5/14/2026 | Sales Receipt | 1342 | Employee Credit Card Tips | $ | 1,603.84 |
| 5/14/2026 | Sales Receipt | 1342 | Entertainment Service Fees, Entertainer Portion | $ | 1,830.00 |
| 5/14/2026 | Sales Receipt | 1342 | Entertainment Service Fees | $ | 1,839.00 |
| 5/14/2026 | Sales Receipt | 1342 | Beverage Sales | $ | 3,158.98 |
| 5/15/2026 | Deposit | | ATM Fee / Commission Income | $ | 156.00 |
| 5/15/2026 | Sales Receipt | 1343 | Entertainer Rent Fee | $ | 210.00 |
| 5/15/2026 | Sales Receipt | 1343 | VIP Room Fees, Entertainer Portion | $ | 1,175.00 |
| 5/15/2026 | Sales Receipt | 1343 | VIP Room Fees | $ | 1,569.00 |
| 5/15/2026 | Sales Receipt | 1343 | Employee Credit Card Tips | $ | 2,154.60 |
| 5/15/2026 | Sales Receipt | 1343 | Entertainment Service Fees | $ | 2,279.60 |
| 5/15/2026 | Sales Receipt | 1343 | Entertainment Service Fees, Entertainer Portion | $ | 2,520.00 |
| 5/15/2026 | Sales Receipt | 1343 | Door/Cover Charges | $ | 2,990.84 |
| 5/15/2026 | Sales Receipt | 1343 | Beverage Sales | $ | 4,394.02 |
| 5/16/2026 | Sales Receipt | 1344 | Entertainer Rent Fee | $ | 75.00 |
| 5/16/2026 | Sales Receipt | 1344 | VIP Room Fees, Entertainer Portion | $ | 400.00 |
| 5/16/2026 | Sales Receipt | 1344 | VIP Room Fees | $ | 432.00 |
| 5/16/2026 | Sales Receipt | 1344 | Employee Credit Card Tips | $ | 1,763.96 |
| 5/16/2026 | Sales Receipt | 1344 | Entertainment Service Fees | $ | 2,093.60 |
| 5/16/2026 | Sales Receipt | 1344 | Entertainment Service Fees, Entertainer Portion | $ | 3,140.00 |
| 5/16/2026 | Sales Receipt | 1344 | Door/Cover Charges | $ | 3,185.88 |
| 5/16/2026 | Sales Receipt | 1344 | Beverage Sales | $ | 4,796.84 |
| 5/17/2026 | Sales Receipt | 1345 | Entertainer Rent Fee | $ | 62.00 |
| 5/17/2026 | Sales Receipt | 1345 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 5/17/2026 | Sales Receipt | 1345 | Employee Credit Card Tips | $ | 359.00 |
| 5/17/2026 | Sales Receipt | 1345 | Entertainment Service Fees, Entertainer Portion | $ | 450.00 |
| 5/17/2026 | Sales Receipt | 1345 | Entertainment Service Fees | $ | 527.00 |
| 5/17/2026 | Sales Receipt | 1345 | Door/Cover Charges | $ | 645.68 |
| 5/17/2026 | Sales Receipt | 1345 | VIP Room Fees | $ | 1,216.00 |
| 5/17/2026 | Sales Receipt | 1345 | Beverage Sales | $ | 1,420.72 |
| 5/18/2026 | Sales Receipt | 1346 | Entertainment Service Fees, Entertainer Portion | $ | 210.00 |
| 5/18/2026 | Deposit | | ATM Fee / Commission Income | $ | 247.00 |
| 5/18/2026 | Sales Receipt | 1346 | VIP Room Fees, Entertainer Portion | $ | 275.00 |
| 5/18/2026 | Sales Receipt | 1346 | Entertainment Service Fees | $ | 346.20 |
| 5/18/2026 | Sales Receipt | 1346 | Employee Credit Card Tips | $ | 372.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/18/2026 | Sales Receipt | 1346 | Door/Cover Charges | $ | 595.52 |
| 5/18/2026 | Sales Receipt | 1346 | VIP Room Fees | $ | 697.00 |
| 5/18/2026 | Sales Receipt | 1346 | Beverage Sales | $ | 1,551.30 |
| 5/19/2026 | Sales Receipt | 1347 | Entertainer Rent Fee | $ | 30.00 |
| 5/19/2026 | Sales Receipt | 1347 | Entertainment Service Fees, Entertainer Portion | $ | 30.00 |
| 5/19/2026 | Sales Receipt | 1363 | Service Processing Fee Revenue for Customer Prepayments | $ | 114.23 |
| 5/19/2026 | Deposit | | ATM Fee / Commission Income | $ | 117.00 |
| 5/19/2026 | Deposit | | ATM Fee / Commission Income | $ | 195.00 |
| 5/19/2026 | Sales Receipt | 1347 | Employee Credit Card Tips | $ | 213.12 |
| 5/19/2026 | Sales Receipt | 1347 | Entertainment Service Fees | $ | 246.60 |
| 5/19/2026 | Deposit | | ATM Fee / Commission Income | $ | 247.00 |
| 5/19/2026 | Sales Receipt | 1347 | Door/Cover Charges | $ | 366.96 |
| 5/19/2026 | Sales Receipt | 1363 | Customer Prepayments | $ | 800.00 |
| 5/19/2026 | Sales Receipt | 1347 | Beverage Sales | $ | 1,749.95 |
| 5/19/2026 | Sales Receipt | 1347 | VIP Room Fees, Entertainer Portion | $ | 2,100.00 |
| 5/19/2026 | Sales Receipt | 1347 | VIP Room Fees | $ | 2,268.00 |
| 5/20/2026 | Sales Receipt | 1348 | Entertainer Rent Fee | $ | 85.00 |
| 5/20/2026 | Deposit | | ATM Fee / Commission Income | $ | 91.00 |
| 5/20/2026 | Sales Receipt | 1348 | VIP Room Fees | $ | 100.00 |
| 5/20/2026 | Sales Receipt | 1348 | Employee Credit Card Tips | $ | 235.60 |
| 5/20/2026 | Sales Receipt | 1348 | Entertainment Service Fees, Entertainer Portion | $ | 450.00 |
| 5/20/2026 | Sales Receipt | 1348 | Entertainment Service Fees | $ | 550.60 |
| 5/20/2026 | Sales Receipt | 1348 | Door/Cover Charges | $ | 679.56 |
| 5/20/2026 | Sales Receipt | 1348 | Beverage Sales | $ | 2,023.01 |
| 5/21/2026 | Deposit | | ATM Fee / Commission Income | $ | 26.00 |
| 5/21/2026 | Sales Receipt | 1349 | Entertainer Rent Fee | $ | 145.00 |
| 5/21/2026 | Sales Receipt | 1349 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 5/21/2026 | Sales Receipt | 1349 | VIP Room Fees | $ | 416.00 |
| 5/21/2026 | Sales Receipt | 1349 | Employee Credit Card Tips | $ | 511.93 |
| 5/21/2026 | Sales Receipt | 1349 | Door/Cover Charges | $ | 851.26 |
| 5/21/2026 | Sales Receipt | 1349 | Entertainment Service Fees, Entertainer Portion | $ | 1,290.00 |
| 5/21/2026 | Sales Receipt | 1349 | Entertainment Service Fees | $ | 1,587.80 |
| 5/21/2026 | Sales Receipt | 1349 | Beverage Sales | $ | 2,337.03 |
| 5/22/2026 | Sales Receipt | 1364 | Employee Credit Card Tips | $ | 60.00 |
| 5/22/2026 | Deposit | | ATM Fee / Commission Income | $ | 143.00 |
| 5/22/2026 | Sales Receipt | 1350 | Entertainer Rent Fee | $ | 180.00 |
| 5/22/2026 | Sales Receipt | 1364 | Service Processing Fee Revenue for Customer Prepayments | $ | 447.37 |
| 5/22/2026 | Sales Receipt | 1350 | VIP Room Fees, Entertainer Portion | $ | 1,150.00 |
| 5/22/2026 | Sales Receipt | 1350 | VIP Room Fees | $ | 1,442.00 |
| 5/22/2026 | Sales Receipt | 1350 | Employee Credit Card Tips | $ | 1,468.08 |
| 5/22/2026 | Sales Receipt | 1350 | Entertainment Service Fees | $ | 2,233.20 |
| 5/22/2026 | Sales Receipt | 1364 | Customer Prepayments | $ | 2,400.00 |
| 5/22/2026 | Sales Receipt | 1350 | Entertainment Service Fees, Entertainer Portion | $ | 2,910.00 |
| 5/22/2026 | Sales Receipt | 1350 | Door/Cover Charges | $ | 2,953.84 |
| 5/22/2026 | Sales Receipt | 1350 | Beverage Sales | $ | 4,831.16 |
| 5/23/2026 | Sales Receipt | 1365 | Employee Credit Card Tips | $ | 15.00 |
| 5/23/2026 | Sales Receipt | 1365 | Service Processing Fee Revenue for Customer Prepayments | $ | 59.00 |
| 5/23/2026 | Sales Receipt | 1351 | Entertainer Rent Fee | $ | 240.00 |
| 5/23/2026 | Sales Receipt | 1365 | Customer Prepayments | $ | 300.00 |
| 5/23/2026 | Sales Receipt | 1351 | VIP Room Fees, Entertainer Portion | $ | 600.00 |
| 5/23/2026 | Sales Receipt | 1351 | VIP Room Fees | $ | 648.00 |
| 5/23/2026 | Sales Receipt | 1351 | Employee Credit Card Tips | $ | 1,345.44 |
| 5/23/2026 | Sales Receipt | 1351 | Entertainment Service Fees | $ | 3,182.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/23/2026 | Sales Receipt | 1351 | Entertainment Service Fees, Entertainer Portion | $ | 4,150.00 |
| 5/23/2026 | Sales Receipt | 1351 | Door/Cover Charges | $ | 4,418.16 |
| 5/23/2026 | Sales Receipt | 1351 | Beverage Sales | $ | 4,612.74 |
| 5/24/2026 | Sales Receipt | 1352 | Entertainer Rent Fee | $ | 70.00 |
| 5/24/2026 | Sales Receipt | 1352 | Employee Credit Card Tips | $ | 463.34 |
| 5/24/2026 | Sales Receipt | 1352 | Entertainment Service Fees | $ | 1,155.60 |
| 5/24/2026 | Sales Receipt | 1352 | Entertainment Service Fees, Entertainer Portion | $ | 1,170.00 |
| 5/24/2026 | Sales Receipt | 1352 | Door/Cover Charges | $ | 1,241.72 |
| 5/24/2026 | Sales Receipt | 1352 | Beverage Sales | $ | 2,481.71 |
| 5/25/2026 | Sales Receipt | 1353 | Entertainer Rent Fee | $ | 30.00 |
| 5/25/2026 | Sales Receipt | 1353 | Employee Credit Card Tips | $ | 184.00 |
| 5/25/2026 | Sales Receipt | 1353 | Entertainment Service Fees, Entertainer Portion | $ | 240.00 |
| 5/25/2026 | Sales Receipt | 1353 | Entertainment Service Fees | $ | 273.60 |
| 5/25/2026 | Sales Receipt | 1353 | Door/Cover Charges | $ | 349.84 |
| 5/25/2026 | Sales Receipt | 1353 | Beverage Sales | $ | 744.32 |
| 5/26/2026 | Sales Receipt | 1354 | Entertainer Rent Fee | $ | 35.00 |
| 5/26/2026 | Deposit | | ATM Fee / Commission Income | $ | 91.00 |
| 5/26/2026 | Deposit | | ATM Fee / Commission Income | $ | 221.00 |
| 5/26/2026 | Deposit | | ATM Fee / Commission Income | $ | 234.00 |
| 5/26/2026 | Sales Receipt | 1354 | Door/Cover Charges | $ | 439.76 |
| 5/26/2026 | Deposit | | ATM Fee / Commission Income | $ | 507.00 |
| 5/26/2026 | Sales Receipt | 1354 | Employee Credit Card Tips | $ | 617.00 |
| 5/26/2026 | Sales Receipt | 1354 | Entertainment Service Fees | $ | 709.20 |
| 5/26/2026 | Sales Receipt | 1354 | Beverage Sales | $ | 1,096.73 |
| 5/26/2026 | Sales Receipt | 1354 | Entertainment Service Fees, Entertainer Portion | $ | 1,140.00 |
| 5/27/2026 | Deposit | | ATM Fee / Commission Income | $ | 39.00 |
| 5/27/2026 | Sales Receipt | 1355 | Entertainer Rent Fee | $ | 110.00 |
| 5/27/2026 | Sales Receipt | 1355 | Door/Cover Charges | $ | 486.20 |
| 5/27/2026 | Sales Receipt | 1355 | Employee Credit Card Tips | $ | 586.92 |
| 5/27/2026 | Sales Receipt | 1355 | VIP Room Fees, Entertainer Portion | $ | 900.00 |
| 5/27/2026 | Sales Receipt | 1355 | Entertainment Service Fees, Entertainer Portion | $ | 990.00 |
| 5/27/2026 | Sales Receipt | 1355 | Entertainment Service Fees | $ | 1,236.00 |
| 5/27/2026 | Sales Receipt | 1355 | VIP Room Fees | $ | 1,372.00 |
| 5/27/2026 | Sales Receipt | 1355 | Beverage Sales | $ | 2,204.04 |
| 5/28/2026 | Deposit | | ATM Fee / Commission Income | $ | 78.00 |
| 5/28/2026 | Sales Receipt | 1356 | Entertainer Rent Fee | $ | 195.00 |
| 5/28/2026 | Sales Receipt | 1356 | Door/Cover Charges | $ | 770.40 |
| 5/28/2026 | Sales Receipt | 1356 | VIP Room Fees, Entertainer Portion | $ | 1,750.00 |
| 5/28/2026 | Sales Receipt | 1356 | VIP Room Fees | $ | 1,890.00 |
| 5/28/2026 | Sales Receipt | 1356 | Entertainment Service Fees | $ | 2,301.40 |
| 5/28/2026 | Sales Receipt | 1356 | Employee Credit Card Tips | $ | 2,427.98 |
| 5/28/2026 | Sales Receipt | 1356 | Beverage Sales | $ | 2,619.56 |
| 5/28/2026 | Sales Receipt | 1356 | Entertainment Service Fees, Entertainer Portion | $ | 2,895.00 |
| 5/29/2026 | Sales Receipt | 1366 | Service Processing Fee Revenue for Customer Prepayments | $ | 49.34 |
| 5/29/2026 | Sales Receipt | 1357 | Entertainer Rent Fee | $ | 175.00 |
| 5/29/2026 | Sales Receipt | 1366 | Customer Prepayments | $ | 200.00 |
| 5/29/2026 | Sales Receipt | 1357 | Employee Credit Card Tips | $ | 729.52 |
| 5/29/2026 | Sales Receipt | 1357 | VIP Room Fees, Entertainer Portion | $ | 975.00 |
| 5/29/2026 | Sales Receipt | 1357 | VIP Room Fees | $ | 1,053.00 |
| 5/29/2026 | Sales Receipt | 1357 | Entertainment Service Fees, Entertainer Portion | $ | 1,590.00 |
| 5/29/2026 | Sales Receipt | 1357 | Entertainment Service Fees | $ | 1,731.80 |
| 5/29/2026 | Sales Receipt | 1357 | Door/Cover Charges | $ | 2,270.60 |
| 5/29/2026 | Sales Receipt | 1357 | Beverage Sales | $ | 3,544.97 |

| | | | | | |
|---|---|---|---|---|---|
| 5/30/2026 | Sales Receipt | 1367 | Service Processing Fee Revenue for Customer Prepayments | $ | 93.74 |
| 5/30/2026 | Sales Receipt | 1358 | Entertainer Rent Fee | $ | 210.00 |
| 5/30/2026 | Sales Receipt | 1367 | Customer Prepayments | $ | 380.00 |
| 5/30/2026 | Sales Receipt | 1358 | Employee Credit Card Tips | $ | 949.62 |
| 5/30/2026 | Sales Receipt | 1358 | Entertainment Service Fees | $ | 1,462.60 |
| 5/30/2026 | Sales Receipt | 1358 | Entertainment Service Fees, Entertainer Portion | $ | 1,880.00 |
| 5/30/2026 | Sales Receipt | 1358 | Door/Cover Charges | $ | 3,250.48 |
| 5/30/2026 | Sales Receipt | 1358 | Beverage Sales | $ | 4,604.07 |
| 5/31/2026 | Sales Receipt | 1359 | Entertainer Rent Fee | $ | 65.00 |
| 5/31/2026 | Sales Receipt | 1368 | Vending | $ | 446.00 |
| 5/31/2026 | Sales Receipt | 1359 | Door/Cover Charges | $ | 509.12 |
| 5/31/2026 | Sales Receipt | 1359 | Employee Credit Card Tips | $ | 515.72 |
| 5/31/2026 | Journal Entry | 1289 | Lottery Commission | $ | 636.24 |
| 5/31/2026 | Sales Receipt | 1359 | Entertainment Service Fees, Entertainer Portion | $ | 670.00 |
| 5/31/2026 | Sales Receipt | 1359 | VIP Room Fees, Entertainer Portion | $ | 900.00 |
| 5/31/2026 | Sales Receipt | 1359 | Entertainment Service Fees | $ | 985.00 |
| 5/31/2026 | Sales Receipt | 1359 | VIP Room Fees | $ | 1,172.00 |
| 5/31/2026 | Sales Receipt | 1359 | Beverage Sales | $ | 1,924.80 |
| | | | **Total Receipts** | **$** | **294,924.07** |