| Date | Disbursement Reason | Ref # | Payee | Reason | Category | Payment Account | Amount |
|---|---|---|---|---|---|---|---|
| 5/1/2026 | Check | 5242 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 1,031.10 |
| 5/1/2026 | Check | 5240 | Superior Beverage Group | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 791.09 |
| 5/1/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ 3,000.00 |
| 5/1/2026 | Tip Disbursement | 1255 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 1,213.95 |
| 5/1/2026 | Tip Disbursement | 1292 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 45.00 |
| 5/1/2026 | Expense | | Local Waste Services | Disposal & Waste Fees | Disposal & Waste Fees | Main Operating 6297 | $ 300.20 |
| 5/1/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $140.00 |
| 5/1/2026 | Entertainer Payout | 1255 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 1,930.00 |
| 5/1/2026 | Entertainer Payout | 1255 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 200.00 |
| 5/1/2026 | Check | 5241 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ 851.17 |
| 5/1/2026 | Expense | | Spectrum | Internet & TV | Internet & TV services | Main Operating 6297 | $ 2,315.32 |
| 5/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 154.64 |
| 5/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 35.85 |
| 5/1/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 712.78 |
| 5/1/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 204.12 |
| 5/1/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 71.90 |
| 5/1/2026 | Expense | | Ohio Sales Tax | Sales Tax | Ohio Sales Tax | Main Operating 6297 | $ 12,267.68 |
| 5/1/2026 | Disbursement | 1292 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ 1,500.00 |
| 5/1/2026 | Expense | | Klaviyo | Software & Subscriptions | Software & Subscriptions | Main Operating 6297 | $ 35.00 |
| 5/1/2026 | Expense | | Trustee Payment | Trustee Payment | Bankruptcy Legal Fees - Trustee Payment | Main Operating 6297 | $ 6,000.00 |
| 5/1/2026 | Expense | | American Electric Power Columbus Southern | Utilities - Electricity | Utilities - Electricity | Main Operating 6297 | $ 4,177.89 |
| 5/1/2026 | Expense | | American Electric Power Columbus Southern | Utilities - Electricity | Utilities - Electricity | Main Operating 6297 | $ 405.00 |
| 5/1/2026 | Expense | | Columbus Utilities | Utilities - Water | Utilities - Water | Main Operating 6297 | $ 946.06 |
| 5/2/2026 | Tip Disbursement | 1256 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 1,949.38 |
| 5/2/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $65.00 |
| 5/2/2026 | Entertainer Payout | 1256 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 4,020.00 |
| 5/2/2026 | Entertainer Payout | 1256 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 1,175.00 |
| 5/3/2026 | Check | 5243 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ 1,200.00 |
| 5/3/2026 | Tip Disbursement | 1257 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 394.76 |
| 5/3/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $25.00 |
| 5/3/2026 | Entertainer Payout | 1257 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 900.00 |
| 5/3/2026 | Entertainer Payout | 1257 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 800.00 |
| 5/4/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ 2,500.00 |
| 5/4/2026 | Return | | Paychex | Correction Return | Payroll Processing Fees | Payroll 6307 | $ (50.00) |
| 5/4/2026 | Tip Disbursement | 1258 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 153.00 |
| 5/4/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $10.00 |
| 5/4/2026 | Entertainer Payout | 1258 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 270.00 |
| 5/4/2026 | Expense | | Angel Fuentes | Fix Kitchen Hood | Repairs & Maintenance | Cash | $450.00 |
| 5/4/2026 | Expense | | ILCasco | Insurance | Insurance - Building & Business | Main Operating 6297 | $ 4,456.86 |
| 5/4/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $100.00 |
| 5/4/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 631.54 |
| 5/4/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 352.48 |
| 5/4/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 168.01 |
| 5/4/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 74.12 |
| 5/4/2026 | Expense | | Paysafe Merchant Account | Monthly Dues | Merchant Account Fees | Main Operating 6297 | $ 379.93 |
| 5/4/2026 | Expense | | Paysafe Merchant Account | Monthly Dues | Merchant Account Fees | Main Operating 6297 | $ 29.91 |
| 5/4/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 81.24 |
| 5/4/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 80.99 |
| 5/4/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 34.55 |
| 5/4/2026 | Expense | | Grainger | Office Supplies | Office Supplies | Main Operating 6297 | $ 1,151.50 |
| 5/4/2026 | Expense | | Home Depot | Repairs & Maintenance | Repairs & Maintenance | Main Operating 6297 | $ 73.40 |
| 5/4/2026 | Expense | | GoDaddy | Software & Subscriptions | Software & Subscriptions | Main Operating 6297 | $ 23.19 |
| 5/4/2026 | Expense | | Public Storage | Storage | Storage & Warehousing | Main Operating 6297 | $ 150.08 |
| 5/4/2026 | Expense | | Public Storage | Storage | Storage & Warehousing | Main Operating 6297 | $ 150.08 |
| 5/4/2026 | Expense | | Buckeye Mobile Storage | Storage Expense | Storage & Warehousing | Main Operating 6297 | $ 193.32 |
| 5/4/2026 | Expense | | Columbia Gas | Utilities - Gas | Utilities - Gas | Main Operating 6297 | $ 806.00 |
| 5/5/2026 | Check | 5245 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 442.97 |
| 5/5/2026 | Return | | Paysafe Merchant Account | Chargeback Reversal | Merchant Account Fees | Main Operating 6297 | $ (400.00) |
| 5/5/2026 | Tip Disbursement | 1259 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 169.00 |
| 5/5/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $10.00 |
| 5/5/2026 | Entertainer Payout | 1259 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 450.00 |
| 5/5/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 41.68 |
| 5/6/2026 | Check | 5248 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 1,198.46 |
| 5/6/2026 | Check | 5249 | Buckeye Beverage | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 508.96 |
| 5/6/2026 | Check | 5251 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 451.54 |
| 5/6/2026 | Return | | Paysafe Merchant Account | Chargeback Reversal | Merchant Account Fees | Main Operating 6297 | $ (72.00) |
| 5/6/2026 | Tip Disbursement | 1260 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 1,739.00 |
| 5/6/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $40.00 |
| 5/6/2026 | Entertainer Payout | 1260 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 1,290.00 |
| 5/6/2026 | Expense | | Kroger | kitchen supplies/food | Cost of Goods Sold - Food | Cash | $9.00 |
| 5/6/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 75.38 |
| 5/6/2026 | Check | 5221 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Main Operating 6297 | $ 1,000.00 |
| 5/6/2026 | Expense | 1285 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ 2,044.33 |
| 5/6/2026 | Expense | 1285 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ 11,465.21 |
| 5/6/2026 | Expense | | MicroSale | POS Software & Licensing | POS Software & Licensing | Main Operating 6297 | $ 762.14 |
| 5/6/2026 | Expense | | Kroger | Stamps | Bar Supplies | Cash | $16.00 |
| 5/7/2026 | Check | 5252 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ 1,200.00 |
| 5/7/2026 | Check | 5253 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Main Operating 6297 | $ 1,200.00 |
| 5/7/2026 | Check | 5255 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ 1,200.00 |
| 5/7/2026 | Check | 5254 | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Main Operating 6297 | $ 2,100.00 |
| 5/7/2026 | Tip Disbursement | 1261 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 435.00 |
| 5/7/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $50.00 |
| 5/7/2026 | Entertainer Payout | 1261 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 780.00 |
| 5/7/2026 | Entertainer Payout | 1261 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 200.00 |
| 5/7/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ 260.45 |
| 5/7/2026 | Expense | | Walmart | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ 54.90 |
| 5/7/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 211.86 |
| 5/7/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 9.71 |
| 5/7/2026 | Return | | Amazon | Office Supplies Return | Office Supplies | Main Operating 6297 | $ (107.99) |
| 5/7/2026 | Expense | | Angel Fuentes | Parking Lot Repair | Repairs & Maintenance | Cash | $750.00 |
| 5/7/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Payroll 6307 | $ 198.50 |
| 5/8/2026 | Check | 5260 | Southern Glazers of OH | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 653.95 |
| 5/8/2026 | Tip Disbursement | 1262 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 919.44 |
| 5/8/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $95.00 |
| 5/8/2026 | Entertainer Payout | 1262 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 1,472.40 |
| 5/8/2026 | Entertainer Payout | 1262 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 500.00 |
| 5/8/2026 | Check | 5257 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ 677.97 |
| 5/8/2026 | Check | 5256 | G Reyes Landscaping | Landscaping | Grounds Maintenance & Landscaping | Main Operating 6297 | $ 300.00 |
| 5/8/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 127.10 |
| 5/8/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ 16.19 |
| 5/8/2026 | Check | 5261 | The Draft Guy | Repairs & Maintenance | Equipment Repairs and Maintenance | Main Operating 6297 | $ 100.00 |
| 5/8/2026 | Disbursement | 1293 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ 500.00 |
| 5/8/2026 | Expense | | GoDaddy | Software & Subscriptions | Software & Subscriptions | Main Operating 6297 | $ 359.88 |
| 5/9/2026 | Tip Disbursement | 1263 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 1,182.94 |
| 5/9/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $65.00 |
| 5/9/2026 | Entertainer Payout | 1263 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 1,680.00 |
| 5/9/2026 | Entertainer Payout | 1263 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 1,350.00 |
| 5/10/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ 2,000.00 |
| 5/10/2026 | Tip Disbursement | 1264 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 181.70 |
| 5/10/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $15.00 |
| 5/10/2026 | Entertainer Payout | 1264 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 270.00 |
| 5/10/2026 | Entertainer Payout | 1264 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 200.00 |
| 5/11/2026 | Tip Disbursement | 1265 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 59.00 |
| 5/11/2026 | Expense | | Kase Donaldson - Décor | Décor | Bar Supplies | Cash | $500.00 |
| 5/11/2026 | Expense | | Décor Supplies | Décor | Bar Supplies | Cash | $104.00 |
| 5/11/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $15.00 |
| 5/11/2026 | Entertainer Payout | 1265 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 30.00 |
| 5/11/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | $100.00 |
| 5/11/2026 | Check | 5262 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ 156.09 |
| 5/11/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 418.20 |
| 5/11/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 286.83 |
| 5/11/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 69.73 |
| 5/11/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 24.24 |
| 5/11/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 16.95 |
| 5/11/2026 | Expense | | Webstaurant | Monthly Dues | Software & Subscriptions | Main Operating 6297 | $ 99.00 |
| 5/11/2026 | Expense | | Pacer | Software & Subscriptions | Software & Subscriptions | Main Operating 6297 | $ 735.00 |
| 5/12/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ 351.45 |
| 5/12/2026 | Check | 5263 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ 1,933.09 |
| 5/12/2026 | Tip Disbursement | 1266 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ 179.00 |
| 5/12/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $25.00 |
| 5/12/2026 | Entertainer Payout | 1266 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 290.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/12/2026 | Entertainer Payout | 1266 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 950.00 |
| 5/12/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 24.44 |
| 5/12/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 20.51 |
| 5/12/2026 | Expense | | IDSCAN | Office Supplies | Office Supplies | Main Operating 6297 | $ | 700.00 |
| 5/12/2026 | Return | | Amazon | Office Supplies Return | Office Supplies | Main Operating 6297 | $ | (80.99) |
| 5/13/2026 | Check | 5264 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 5/13/2026 | Check | 5268 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 737.86 |
| 5/13/2026 | Check | 5265 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Main Operating 6297 | $ | 1,200.00 |
| 5/13/2026 | Check | 5267 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 5/13/2026 | Check | 5266 | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Main Operating 6297 | $ | 2,100.00 |
| 5/13/2026 | Tip Disbursement | 1267 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 211.00 |
| 5/13/2026 | Entertainer Payout | 1267 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 480.00 |
| 5/13/2026 | Entertainer Payout | 1267 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,650.00 |
| 5/13/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 124.92 |
| 5/13/2026 | Check | 5222 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Main Operating 6297 | $ | 1,000.00 |
| 5/13/2026 | Return | | Amazon | Office Supplies Return | Office Supplies | Main Operating 6297 | $ | (213.84) |
| 5/13/2026 | Expense | 1286 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ | 1,752.15 |
| 5/13/2026 | Expense | 1286 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ | 10,088.71 |
| 5/13/2026 | Expense | | Promoter | Recruiting Expenses | Recruiting & Hiring Expenses | Cash | | $50.00 |
| 5/14/2026 | Tip Disbursement | 1268 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 1,603.84 |
| 5/14/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $50.00 |
| 5/14/2026 | Entertainer Payout | 1268 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,830.00 |
| 5/14/2026 | Entertainer Payout | 1268 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 975.00 |
| 5/14/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 43.65 |
| 5/14/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 82.28 |
| 5/14/2026 | Expense | | Walmart | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 30.79 |
| 5/14/2026 | Expense | | Employee | Gas | Promotional Events & Customer Incentives | Cash | | $20.00 |
| 5/14/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 203.66 |
| 5/14/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Payroll 6307 | $ | 194.40 |
| 5/14/2026 | Expense | | Promoter | Recruiting Expenses | Recruiting & Hiring Expenses | Cash | | $50.00 |
| 5/14/2026 | Disbursement | 1294 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 200.00 |
| 5/15/2026 | Check | 5271 | Superior Beverage Group | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 190.58 |
| 5/15/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 1,800.00 |
| 5/15/2026 | Tip Disbursement | 1269 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 2,154.60 |
| 5/15/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $95.00 |
| 5/15/2026 | Entertainer Payout | 1269 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,520.00 |
| 5/15/2026 | Entertainer Payout | 1269 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,175.00 |
| 5/15/2026 | Check | 5273 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 786.02 |
| 5/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 341.22 |
| 5/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 9.60 |
| 5/15/2026 | Check | 5270 | Action Pest Control | Pest Control | Repairs & Maintenance | Main Operating 6297 | $ | 59.40 |
| 5/16/2026 | Check | 5274 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 434.24 |
| 5/16/2026 | Tip Disbursement | 1270 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 1,763.96 |
| 5/16/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $75.00 |
| 5/16/2026 | Entertainer Payout | 1270 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 3,140.00 |
| 5/16/2026 | Entertainer Payout | 1270 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 400.00 |
| 5/17/2026 | Tip Disbursement | 1271 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 359.00 |
| 5/17/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $5.00 |
| 5/17/2026 | Entertainer Payout | 1271 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 450.00 |
| 5/17/2026 | Entertainer Payout | 1271 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 200.00 |
| 5/17/2026 | Expense | | Vending Supplies | Stock Vending | Bar Supplies | Cash | | $25.00 |
| 5/18/2026 | Expense | | Huntington Bank | Cash Deposit Processing Fee | Bank Fees & Service Charges | Main Operating 6297 | $ | 306.00 |
| 5/18/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 3,000.00 |
| 5/18/2026 | Tip Disbursement | 1272 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 372.00 |
| 5/18/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $15.00 |
| 5/18/2026 | Entertainer Payout | 1272 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 210.00 |
| 5/18/2026 | Entertainer Payout | 1272 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 275.00 |
| 5/18/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 89.61 |
| 5/18/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | | $100.00 |
| 5/18/2026 | Expense | | Kroger | kitchen supplies/food | Cost of Goods Sold - Food | Cash | | $176.00 |
| 5/18/2026 | Check | 5275 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ | 52.03 |
| 5/18/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 485.54 |
| 5/18/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 429.60 |
| 5/18/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 81.29 |
| 5/18/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 2.40 |
| 5/18/2026 | Expense | | Huntington Bank | Monthly Service Fee | Bank Fees & Service Charges | Main Operating 6297 | $ | 20.00 |
| 5/18/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 89.07 |
| 5/18/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 21.00 |
| 5/18/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 9.28 |
| 5/18/2026 | Return | | Huntington Bank | Return Of Service Fee | Bank Fees & Service Charges | Main Operating 6297 | $ | (20.00) |
| 5/18/2026 | Expense | | Huntington Bank | Transfer Fees | Bank Fees & Service Charges | Main Operating 6297 | $ | 150.00 |
| 5/19/2026 | Check | 5278 | Buckeye Beverage | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 386.30 |
| 5/19/2026 | Check | 5277 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 497.68 |
| 5/19/2026 | Tip Disbursement | 1273 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 213.12 |
| 5/19/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $5.00 |
| 5/19/2026 | Entertainer Payout | 1273 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 30.00 |
| 5/19/2026 | Entertainer Payout | 1273 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 2,100.00 |
| 5/19/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 96.45 |
| 5/19/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Main Operating 6297 | $ | 27.65 |
| 5/19/2026 | Check | 5280 | Sweeping Corp America | Repairs & Maintenance | Repairs & Maintenance | Main Operating 6297 | $ | 130.63 |
| 5/19/2026 | Disbursement | 1295 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 800.00 |
| 5/20/2026 | Check | 5282 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 5/20/2026 | Check | 5281 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 1,453.91 |
| 5/20/2026 | Check | 5286 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 359.53 |
| 5/20/2026 | Check | 5283 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Main Operating 6297 | $ | 1,200.00 |
| 5/20/2026 | Check | 5284 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 5/20/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 4,500.00 |
| 5/20/2026 | Tip Disbursement | 1274 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 235.60 |
| 5/20/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $15.00 |
| 5/20/2026 | Entertainer Payout | 1274 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 450.00 |
| 5/20/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 221.14 |
| 5/20/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 35.20 |
| 5/20/2026 | Check | 5224 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Main Operating 6297 | $ | 1,000.00 |
| 5/20/2026 | Expense | 1287 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Payroll 6307 | $ | 1,703.24 |
| 5/20/2026 | Expense | 1287 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Payroll 6307 | $ | 10,568.65 |
| 5/20/2026 | Expense | | Guadalupe Martinez | T-Shirts | Promotional Events & Customer Incentives | Cash | | $42.00 |
| 5/21/2026 | Expense | | Facebook | Advertising & Marketing | Advertising & Marketing | Main Operating 6297 | $ | 699.15 |
| 5/21/2026 | Expense | | Etsy | Bar Supplies | Bar Supplies | Main Operating 6297 | $ | 145.80 |
| 5/21/2026 | Tip Disbursement | 1275 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 511.93 |
| 5/21/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $65.00 |
| 5/21/2026 | Entertainer Payout | 1275 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,290.00 |
| 5/21/2026 | Entertainer Payout | 1275 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 200.00 |
| 5/21/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 119.73 |
| 5/21/2026 | Expense | | Employee | Gas | Promotional Events & Customer Incentives | Cash | | $20.00 |
| 5/21/2026 | Expense | | Spectrum | Internet & TV | Internet & TV services | Main Operating 6297 | $ | 197.82 |
| 5/21/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 83.70 |
| 5/21/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Payroll 6307 | $ | 198.45 |
| 5/21/2026 | Expense | | Rose Professional Pest Control | Pest Control | Repairs & Maintenance | Main Operating 6297 | $ | 325.00 |
| 5/21/2026 | Expense | | Adobe | Software | Software & Subscriptions | Main Operating 6297 | $ | 26.49 |
| 5/22/2026 | Expense | | Kroger | Bandages | Bar Supplies | Cash | | $5.00 |
| 5/22/2026 | Check | 5290 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 2,428.92 |
| 5/22/2026 | Check | 5291 | Southern Glazers of OH | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 683.67 |
| 5/22/2026 | Tip Disbursement | 1276 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 1,468.08 |
| 5/22/2026 | Tip Disbursement | 1296 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 60.00 |
| 5/22/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $55.00 |
| 5/22/2026 | Entertainer Payout | 1276 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,910.00 |
| 5/22/2026 | Entertainer Payout | 1276 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,150.00 |
| 5/22/2026 | Check | 5289 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 446.88 |
| 5/22/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 35.96 |
| 5/22/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 174.66 |
| 5/22/2026 | Expense | | QuickBooks Payments | Monthly Dues | Software & Subscriptions | Main Operating 6297 | $ | 75.00 |
| 5/22/2026 | Disbursement | 1296 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 2,400.00 |
| 5/23/2026 | Tip Disbursement | 1278 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 1,345.44 |
| 5/23/2026 | Tip Disbursement | 1297 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 15.00 |
| 5/23/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $90.00 |
| 5/23/2026 | Entertainer Payout | 1278 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 4,150.00 |
| 5/23/2026 | Entertainer Payout | 1278 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 600.00 |
| 5/23/2026 | Disbursement | 1297 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 300.00 |
| 5/24/2026 | Expense | | Kroger | Cleaning Supplies | Bar Supplies | Cash | | $32.00 |
| 5/24/2026 | Tip Disbursement | 1279 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 463.34 |
| 5/24/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $5.00 |
| 5/24/2026 | Entertainer Payout | 1279 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,170.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/24/2026 | Expense | | Employee | Gas | Promotional Events & Customer Incentives | Cash | | $20.00 |
| 5/25/2026 | Tip Disbursement | 1280 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 184.00 |
| 5/25/2026 | Entertainer Payout | 1280 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 240.00 |
| 5/25/2026 | Expense | | Customer | Karaoke Contest | Promotional Events & Customer Incentives | Cash | | $100.00 |
| 5/26/2026 | Expense | | Webstaurant | Bar Supplies | Bar Supplies | Main Operating 6297 | $ | 563.94 |
| 5/26/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 3,000.00 |
| 5/26/2026 | Tip Disbursement | 1281 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 617.00 |
| 5/26/2026 | Expense | | Kase Donaldson - Décor | Décor | Bar Supplies | Cash | | $500.00 |
| 5/26/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $5.00 |
| 5/26/2026 | Entertainer Payout | 1281 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,140.00 |
| 5/26/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 88.60 |
| 5/26/2026 | Check | 5292 | Economy Linen | Linen Service | Bar Supplies | Main Operating 6297 | $ | 52.03 |
| 5/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 459.24 |
| 5/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 440.37 |
| 5/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 153.97 |
| 5/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 111.94 |
| 5/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 42.89 |
| 5/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 14.40 |
| 5/26/2026 | Expense | | Ohio Sales Tax | Sales Tax | Ohio Sales Tax | Main Operating 6297 | $ | 9,822.44 |
| 5/27/2026 | Check | 5296 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Main Operating 6297 | $ | 1,200.00 |
| 5/27/2026 | Check | 5294 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Main Operating 6297 | $ | 587.77 |
| 5/27/2026 | Check | 5295 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Main Operating 6297 | $ | 1,200.00 |
| 5/27/2026 | Check | 5297 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Main Operating 6297 | $ | 1,200.00 |
| 5/27/2026 | Tip Disbursement | 1282 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 586.92 |
| 5/27/2026 | Entertainer Payout | 1282 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 990.00 |
| 5/27/2026 | Entertainer Payout | 1282 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 900.00 |
| 5/27/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 112.06 |
| 5/27/2026 | Check | 5225 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Main Operating 6297 | $ | 1,000.00 |
| 5/27/2026 | Expense | 1288 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Flagstar Payroll (0933) - | $ | 1,643.45 |
| 5/27/2026 | Expense | 1288 | Payroll Wages | Payroll Wages | Payroll Wages (W-2) | Flagstar Payroll (0933) - | $ | 10,758.83 |
| 5/28/2026 | Expense | | Comedy Show | Comedy Show Event | Promotional Events & Customer Incentives | Cash | | $1,500.00 |
| 5/28/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,000.00 |
| 5/28/2026 | Tip Disbursement | 1283 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 2,427.98 |
| 5/28/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $25.00 |
| 5/28/2026 | Entertainer Payout | 1283 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,895.00 |
| 5/28/2026 | Entertainer Payout | 1283 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,750.00 |
| 5/28/2026 | Expense | | Kroger | kitchen supplies/food | Cost of Goods Sold - Food | Cash | | $78.00 |
| 5/28/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 191.41 |
| 5/28/2026 | Expense | | Guadalupe Martinez | T-Shirts | Promotional Events & Customer Incentives | Cash | | $119.00 |
| 5/29/2026 | Expense | | Donovon Robey HVAC | Air Conditioner Repair | Repairs & Maintenance | Cash | | $1,050.00 |
| 5/29/2026 | Tip Disbursement | 1284 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 729.52 |
| 5/29/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $40.00 |
| 5/29/2026 | Entertainer Payout | 1284 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,590.00 |
| 5/29/2026 | Entertainer Payout | 1284 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 975.00 |
| 5/29/2026 | Check | 5301 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Main Operating 6297 | $ | 518.38 |
| 5/29/2026 | Expense | | Kroger | kitchen supplies/food | Cost of Goods Sold - Food | Cash | | $195.00 |
| 5/29/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ | 477.40 |
| 5/29/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Flagstar Payroll (0933) - | $ | 190.35 |
| 5/29/2026 | Expense | | Promoter | Recruiting Expenses | Recruiting & Hiring Expenses | Cash | | $30.00 |
| 5/29/2026 | Disbursement | 1298 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 200.00 |
| 5/30/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 4,000.00 |
| 5/30/2026 | Tip Disbursement | 1290 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 949.62 |
| 5/30/2026 | Deposit | | Flagstar | Credit Interest | Bank Fees & Service Charges | Flagstar Payroll (0933) - | $ | (0.01) |
| 5/30/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | | $180.00 |
| 5/30/2026 | Entertainer Payout | 1290 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,880.00 |
| 5/30/2026 | Disbursement | 1299 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 380.00 |
| 5/31/2026 | Tip Disbursement | 1291 | Employee/Entertainer | Credit Card Tips Paid | Employee/Entertainer Tip Disbursements | Cash | $ | 515.72 |
| 5/31/2026 | Entertainer Payout | 1291 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 670.00 |
| 5/31/2026 | Entertainer Payout | 1291 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 900.00 |
| | | | | | | **Total Disbursements** | **$** | **275,907.50** |