**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

CLEVELAND AVENUE CAFE DBTR IN POSS
1704 CASS LAKE FRONT RD
KEEGO HARBOR MI 48320-1056

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Unlimited Checking* — *Account: -------6297*

**Statement Activity From:**
**05/01/26 to 05/31/26**

| | |
|---|---|
| Days in Statement Period | 31 |
| Average Ledger Balance* | 66,332.17 |
| Average Collected Balance* | 66,332.17 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$105,130.45** |
| **Credits (+)** | **214,200.21** |
| Electronic Deposits | 212,297.39 |
| Other Credits | 1,902.82 |
| **Debits (-)** | **262,831.94** |
| Regular Checks Paid | 152,779.89 |
| Electronic Withdrawals | 39,747.67 |
| Wire Transfer Debits | 17,000.00 |
| Other Debits | 53,304.38 |
| **Total Service Charges (-)** | **456.00** |
| **Ending Balance** | **$56,042.72** |

## *Other Credits (+)* — *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 05/01 | 3,861.92 | BNKCD SETTLE CR CD DEP 260501 630757181429083 |
| 05/01 | 1,240.00 | CDS CDS 260430 P736234 0430 |
| 05/01 | 895.27 | BNKCD SETTLE CR CD DEP 260501 630756420618181 |
| 05/01 | 182.00 | CDS CDS 260430 P736234 SC1 043 |
| 05/04 | 15,772.30 | BNKCD SETTLE CR CD DEP 260503 630757181429083 |
| 05/04 | 8,803.03 | BNKCD SETTLE CR CD DEP 260503 630757181429083 |
| 05/04 | 4,196.01 | BNKCD SETTLE CR CD DEP 260504 630757181429083 |
| 05/04 | 1,850.99 | BNKCD SETTLE CR CD DEP 260503 630756420618181 |
| 05/04 | 260.00 | CDS CDS 260501 P736234 0501 |
| 05/04 | 39.00 | CDS CDS 260501 P736234 SC1 050 |
| 05/05 | 2,540.00 | CDS CDS 260502 P736234 0502 |
| 05/05 | 2,380.00 | CDS CDS 260503 P736234 0503 |
| 05/05 | 1,041.08 | BNKCD SETTLE CR CD DEP 260505 630757181429083 |
| 05/05 | 400.00 | BNKCD SETTLE CHARGEBACK 260504 630757181429083 |
| 05/05 | 360.00 | CDS CDS 260504 P736234 0504 |
| 05/05 | 351.00 | CDS CDS 260503 P736234 SC1 050 |
| 05/05 | 338.00 | CDS CDS 260502 P736234 SC1 050 |
| 05/05 | 52.00 | CDS CDS 260504 P736234 SC1 050 |
| 05/06 | 1,882.42 | BNKCD SETTLE CR CD DEP 260506 630757181429083 |
| 05/06 | 1,015.30 | OH80 LOTTERY INV 260502 260502 52746 |
| 05/06 | 760.00 | CDS CDS 260505 P736234 0505 |
| 05/06 | 117.00 | CDS CDS 260505 P736234 SC1 050 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

## *Other Credits (+)*

*Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 05/06 | 72.00 | BNKCD SETTLE CHARGEBACK 260505 630757181429083 |
| 05/07 | 5,290.90 | BNKCD SETTLE CR CD DEP 260507 630757181429083 |
| 05/07 | 540.00 | CDS CDS 260506 P736234 0506 |
| 05/07 | 107.99 | MERCHANDISE RET AMAZON MARK* BC70Y9JF1 AMAZON MARK* BC70Y9JF1 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/07 | 91.00 | CDS CDS 260506 P736234 SC1 050 |
| 05/08 | 3,174.14 | BNKCD SETTLE CR CD DEP 260508 630757181429083 |
| 05/08 | 600.00 | CDS CDS 260507 P736234 0507 |
| 05/08 | 78.00 | CDS CDS 260507 P736234 SC1 050 |
| 05/11 | 10,444.02 | BNKCD SETTLE CR CD DEP 260510 630757181429083 |
| 05/11 | 7,163.08 | BNKCD SETTLE CR CD DEP 260510 630757181429083 |
| 05/11 | 1,741.44 | BNKCD SETTLE CR CD DEP 260511 630757181429083 |
| 05/11 | 680.00 | CDS CDS 260508 P736234 0508 |
| 05/11 | 605.33 | BNKCD SETTLE CR CD DEP 260510 630756420618181 |
| 05/11 | 423.22 | BNKCD SETTLE CR CD DEP 260510 630756420618181 |
| 05/11 | 91.00 | CDS CDS 260508 P736234 SC1 050 |
| 05/12 | 2,560.00 | CDS CDS 260510 P736234 0510 |
| 05/12 | 1,440.00 | CDS CDS 260509 P736234 0509 |
| 05/12 | 680.00 | CDS CDS 260511 P736234 0511 |
| 05/12 | 610.32 | BNKCD SETTLE CR CD DEP 260512 630757181429083 |
| 05/12 | 351.00 | CDS CDS 260510 P736234 SC1 051 |
| 05/12 | 208.00 | CDS CDS 260509 P736234 SC1 050 |
| 05/12 | 117.00 | CDS CDS 260511 P736234 SC1 051 |
| 05/12 | 80.99 | MERCHANDISE RET AMAZON MARK* BJ8SS5DF1 AMAZON MARK* BJ8SS5DF1 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/13 | 3,120.00 | BNKCD SETTLE CR CD DEP 260513 630757181429083 |
| 05/13 | 213.84 | MERCHANDISE RET AMAZON MKTPLACE PMTS AMAZON MKTPLACE PMTS SEATTLE WA XXXXXXXXXXXX1602 |
| 05/13 | 200.00 | CDS CDS 260512 P736234 0512 |
| 05/13 | 26.00 | CDS CDS 260512 P736234 SC1 051 |
| 05/14 | 5,086.08 | BNKCD SETTLE CR CD DEP 260514 630757181429083 |
| 05/14 | 440.00 | CDS CDS 260513 P736234 0513 |
| 05/14 | 65.00 | CDS CDS 260513 P736234 SC1 051 |
| 05/15 | 8,521.82 | BNKCD SETTLE CR CD DEP 260515 630757181429083 |
| 05/15 | 1,160.00 | CDS CDS 260514 P736234 0514 |
| 05/15 | 239.74 | BNKCD SETTLE CR CD DEP 260515 630756420618181 |
| 05/15 | 156.00 | CDS CDS 260514 P736234 SC1 051 |
| 05/18 | 12,125.71 | BNKCD SETTLE CR CD DEP 260517 630757181429083 |
| 05/18 | 10,728.68 | BNKCD SETTLE CR CD DEP 260517 630757181429083 |
| 05/18 | 2,030.11 | BNKCD SETTLE CR CD DEP 260518 630757181429083 |
| 05/18 | 1,740.00 | CDS CDS 260515 P736234 0515 |
| 05/18 | 247.00 | CDS CDS 260515 P736234 SC1 051 |

Huntington

## *Other Credits (+)*

*Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 05/18 | 59.93 | BNKCD SETTLE CR CD DEP 260517 630756420618181 |
| 05/19 | 2,408.59 | BNKCD SETTLE CR CD DEP 260519 630757181429083 |
| 05/19 | 1,860.00 | CDS CDS 260516 P736234 0516 |
| 05/19 | 1,460.00 | CDS CDS 260517 P736234 0517 |
| 05/19 | 1,060.00 | CDS CDS 260518 P736234 0518 |
| 05/19 | 247.00 | CDS CDS 260516 P736234 SC1 051 |
| 05/19 | 195.00 | CDS CDS 260517 P736234 SC1 051 |
| 05/19 | 117.00 | CDS CDS 260518 P736234 SC1 051 |
| 05/20 | 5,522.49 | BNKCD SETTLE CR CD DEP 260520 630757181429083 |
| 05/20 | 879.03 | BNKCD SETTLE CR CD DEP 260520 630756420618181 |
| 05/20 | 480.00 | CDS CDS 260519 P736234 0519 |
| 05/20 | 91.00 | CDS CDS 260519 P736234 SC1 051 |
| 05/21 | 2,090.25 | BNKCD SETTLE CR CD DEP 260521 630757181429083 |
| 05/21 | 200.00 | CDS CDS 260520 P736234 0520 |
| 05/21 | 26.00 | CDS CDS 260520 P736234 SC1 052 |
| 05/22 | 4,361.86 | BNKCD SETTLE CR CD DEP 260522 630757181429083 |
| 05/22 | 1,020.00 | CDS CDS 260521 P736234 0521 |
| 05/22 | 143.00 | CDS CDS 260521 P736234 SC1 052 |
| 05/26 | 11,469.24 | BNKCD SETTLE CR CD DEP 260524 630757181429083 |
| 05/26 | 10,998.04 | BNKCD SETTLE CR CD DEP 260524 630757181429083 |
| 05/26 | 3,845.37 | BNKCD SETTLE CR CD DEP 260525 630757181429083 |
| 05/26 | 3,700.00 | CDS CDS 260524 P736234 0524 |
| 05/26 | 2,795.43 | BNKCD SETTLE CR CD DEP 260524 630756420618181 |
| 05/26 | 1,700.00 | CDS CDS 260523 P736234 0523 |
| 05/26 | 1,540.00 | CDS CDS 260522 P736234 0522 |
| 05/26 | 1,500.00 | INTERNET TFR FRM CHECKING 052626 XXXXXXX6307 |
| 05/26 | 1,070.87 | BNKCD SETTLE CR CD DEP 260526 630757181429083 |
| 05/26 | 580.00 | CDS CDS 260525 P736234 0525 |
| 05/26 | 507.00 | CDS CDS 260524 P736234 SC1 052 |
| 05/26 | 359.60 | BNKCD SETTLE CR CD DEP 260524 630756420618181 |
| 05/26 | 234.00 | CDS CDS 260522 P736234 SC1 052 |
| 05/26 | 221.00 | CDS CDS 260523 P736234 SC1 052 |
| 05/26 | 91.00 | CDS CDS 260525 P736234 SC1 052 |
| 05/27 | 2,798.70 | BNKCD SETTLE CR CD DEP 260527 630757181429083 |
| 05/27 | 240.00 | CDS CDS 260526 P736234 0526 |
| 05/27 | 39.00 | CDS CDS 260526 P736234 SC1 052 |
| 05/28 | 4,780.15 | BNKCD SETTLE CR CD DEP 260528 630757181429083 |
| 05/29 | 11,922.93 | BNKCD SETTLE CR CD DEP 260529 630757181429083 |

Huntington

## *Checks (-)* — *Account:-------6297*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/01 | 1,000.00 | 5220 | 05/18 | 1,200.00 | 5267 |
| 05/06 | 1,000.00 | 5221 | 05/13 | 737.86 | 5268 |
| 05/13 | 1,000.00 | 5222 | 05/14 | 7,500.00 | 5269 |
| 05/20 | 1,000.00 | 5224* | 05/18 | 190.58 | 5271* |
| 05/29 | 1,000.00 | 5225 | 05/15 | 7,000.00 | 5272 |
| 05/01 | 59.40 | 5226 | 05/18 | 786.02 | 5273 |
| 05/01 | 1,200.00 | 5235* | 05/18 | 434.24 | 5274 |
| 05/01 | 1,200.00 | 5236 | 05/28 | 52.03 | 5275 |
| 05/01 | 4,350.00 | 5237 | 05/18 | 9,000.00 | 5276 |
| 05/15 | 1,500.00 | 5239* | 05/20 | 497.68 | 5277 |
| 05/04 | 791.09 | 5240 | 05/20 | 386.30 | 5278 |
| 05/04 | 851.17 | 5241 | 05/19 | 3,000.00 | 5279 |
| 05/04 | 1,031.10 | 5242 | 05/26 | 130.63 | 5280 |
| 05/04 | 1,200.00 | 5243 | 05/21 | 1,453.91 | 5281 |
| 05/04 | 9,000.00 | 5244 | 05/21 | 1,200.00 | 5282 |
| 05/06 | 442.97 | 5245 | 05/26 | 1,200.00 | 5283 |
| 05/05 | 4,500.00 | 5246 | 05/26 | 1,200.00 | 5284 |
| 05/05 | 2,000.00 | 5247 | 05/20 | 5,000.00 | 5285 |
| 05/07 | 1,198.46 | 5248 | 05/21 | 359.53 | 5286 |
| 05/07 | 508.96 | 5249 | 05/21 | 6,500.00 | 5287 |
| 05/06 | 6,000.00 | 5250 | 05/22 | 3,000.00 | 5288 |
| 05/06 | 451.54 | 5251 | 05/26 | 446.88 | 5289 |
| 05/07 | 1,200.00 | 5252 | 05/26 | 2,428.92 | 5290 |
| 05/08 | 1,200.00 | 5253 | 05/27 | 683.67 | 5291 |
| 05/07 | 2,100.00 | 5254 | 05/28 | 52.03 | 5292 |
| 05/11 | 1,200.00 | 5255 | 05/26 | 8,000.00 | 5293 |
| 05/08 | 300.00 | 5256 | 05/27 | 587.77 | 5294 |
| 05/11 | 677.97 | 5257 | 05/28 | 1,200.00 | 5296* |
| 05/08 | 6,000.00 | 5259* | 05/27 | 5,000.00 | 5298* |
| 05/18 | 156.09 | 5262* | 05/28 | 2,000.00 | 5299 |
| 05/13 | 1,933.09 | 5263 | 05/29 | 9,500.00 | 95300* |
| 05/13 | 1,200.00 | 5264 | 05/27 | 3,500.00 | 954260* |
| 05/19 | 1,200.00 | 5265 | 05/26 | 8,000.00 | 991431* |
| 05/13 | 2,100.00 | 5266 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)* — *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 05/01 | 204.12 | PURCHASE AMAZON MARK* BV2UP0PR2 AMAZON MARK* BV2UP0PR2 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/01 | 71.90 | PURCHASE AMAZON MKTPL*BV11V1XF2 AMAZON MKTPL*BV11V1XF2 SEATTLE WA XXXXXXXXXXXX1602 |

Huntington

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 05/01 | 712.78 | PURCHASE AMAZON RETA* BJ7DO4P31 AMAZON RETA* BJ7DO4P31 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/01 | 35.00 | PURCHASE KLAVIYO INC. SOFTWARE KLAVIYO INC. SOFTWARE BOSTON MA XXXXXXXXXXXX1602 |
| 05/01 | 6,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 05/01 | 300.20 | LOCAL WASTE SERV PURCHASE 260430 614-409-9375 |
| 05/01 | 405.00 | AEP COLUMBUS SOU BILL PAY 260430 10534312631 |
| 05/01 | 946.06 | COLUMBUS UTILITY ECHECK 260430 1409501 |
| 05/01 | 2,315.32 | SPECTRUM SPECTRUM 260430 1246345 |
| 05/01 | 4,177.89 | AEP COLUMBUS SOU BILL PAY 260430 10534311241 |
| 05/01 | 12,267.68 | 8063-1HIOOSUT OHSALESUTX 260430 5954386 |
| 05/04 | 1,151.50 | PURCHASE GRAINGER GRAINGER LAKE FOREST IL XXXXXXXXXXXX1602 |
| 05/04 | 34.55 | PURCHASE AMAZON RETA* BJ2JX23Q0 AMAZON RETA* BJ2JX23Q0 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/04 | 5,000.00 | INTERNET TFR TO CHECKING 050426 XXXXXXX6307 |
| 05/04 | 81.24 | PURCHASE AMAZON MKTPL*BJ0FX5AB0 AMAZON MKTPL*BJ0FX5AB0 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/04 | 80.99 | PURCHASE AMAZON MARK* BJ8SS5DF1 AMAZON MARK* BJ8SS5DF1 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/04 | 150.08 | PURCHASE PUBLIC STORAGE 24341 PUBLIC STORAGE 24341 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 05/04 | 150.08 | PURCHASE PUBLIC STORAGE 24341 PUBLIC STORAGE 24341 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 05/04 | 193.32 | PURCHASE BUCKEYE MOBILE STORAGE BUCKEYE MOBILE STORAGE MARENGO OH XXXXXXXXXXXX1602 |
| 05/04 | 23.19 | PURCHASE DNHGODADDY *#79213055 DNHGODADDY *#79213055 TEMPE AZ XXXXXXXXXXXX1602 |
| 05/04 | 73.40 | PURCHASE THE HOME DEPOT #38 THE HOME DEPOT #38 COLUMBUS OH XXXXXXXXXXXX1602 |
| 05/04 | 29.91 | BNKCD SETTLE CCDISCOUNT 260430 630756420618181 |
| 05/04 | 379.93 | BNKCD SETTLE CCDISCOUNT 260430 630757181429083 |
| 05/04 | 806.00 | COLUMBIA GAS OF BILLPAY 260501 211345190030003 |
| 05/04 | 4,456.86 | www.ilcasco.com DIRECT PAY 260504 9400 |
| 05/05 | 4,000.00 | INTERNET TFR TO CHECKING 050526 XXXXXXX6307 |
| 05/06 | 762.14 | PURCHASE 4TE*MICROSALE 4TE*MICROSALE PALM BEACH GA FL XXXXXXXXXXXX1602 |
| 05/06 | 8,500.00 | INTERNET TFR TO CHECKING 050626 XXXXXXX6307 |
| 05/07 | 9.71 | PURCHASE AMAZON MARK* BF2IH71B2 AMAZON MARK* BF2IH71B2 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/07 | 260.45 | PURCHASE SAMSCLUB #6242 SAMSCLUB #6242 DUBLIN OH XXXXXXXXXXXX1602 |
| 05/07 | 54.90 | PURCHASE WM SUPERCENTER WM SUPERCENTER WESTERVILLE OH XXXXXXXXXXXX1602 |
| 05/08 | 16.19 | PURCHASE AMAZON RETA* BF9W97PC2 AMAZON RETA* BF9W97PC2 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/08 | 359.88 | PURCHASE DNHGODADDY *#82659344 DNHGODADDY *#82659344 TEMPE AZ XXXXXXXXXXXX1602 |
| 05/11 | 735.00 | PURCHASE WWW.PACER.GOV WWW.PACER.GOV SAN ANTONIO TX XXXXXXXXXXXX1602 |
| 05/11 | 99.00 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 05/12 | 20.51 | PURCHASE AMAZON MARK* BF6SE2J41 AMAZON MARK* BF6SE2J41 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/12 | 351.45 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 05/12 | 700.00 | PURCHASE IDSCAN.NET IDSCAN.NET METAIRIE LA XXXXXXXXXXXX1602 |
| 05/12 | 17,000.00 | INTERNET TFR TO CHECKING 051226 XXXXXXX6307 |
| 05/13 | 1,018.97 | OH80 LOTTERY INV 260509 260509 52746 |
| 05/14 | 82.28 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 05/14 | 43.65 | PURCHASE ALDI 61005 ALDI 61005 WESTERVILLE OH XXXXXXXXXXXX1602 |

Huntington

## *Other Debits (-)* *Account:-------6297*

| Date | Amount | Description |
|---|---|---|
| 05/14 | 30.79 | PURCHASE WAL-MART #5857 WAL-MART #5857 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 05/18 | 89.07 | PURCHASE AMAZON MARK* BF68F7N00 AMAZON MARK* BF68F7N00 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/18 | 89.61 | PURCHASE SAMS CLUB #624 SAMS CLUB #624 DUBLIN OH XXXXXXXXXXXX1602 |
| 05/18 | 9.28 | PURCHASE AMAZON MARK* VG9KU16A3 AMAZON MARK* VG9KU16A3 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/18 | 21.00 | PURCHASE AMAZON MARK* QE2UE5VR3 AMAZON MARK* QE2UE5VR3 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/18 | 10,000.00 | INTERNET TFR TO CHECKING 051826 XXXXXXX6307 |
| 05/19 | 27.65 | PURCHASE AMAZON MARK* 0B8XB4MZ3 AMAZON MARK* 0B8XB4MZ3 SEATTLE WA XXXXXXXXXXXX1602 |
| 05/20 | 795.20 | OH80 LOTTERY INV 260516 260516 52746 |
| 05/21 | 26.49 | PURCHASE ADOBE ADOBE SAN JOSE CA XXXXXXXXXXXX1602 |
| 05/21 | 699.15 | PURCHASE FACEBK *X7AZXNHN42 FACEBK *X7AZXNHN42 WILMINGTON DE XXXXXXXXXXXX1602 |
| 05/21 | 325.00 | PURCHASE ROSE PROFESSIONAL PEST ROSE PROFESSIONAL PEST NEWARK OH XXXXXXXXXXXX1602 |
| 05/21 | 145.80 | PURCHASE ETSY.COM*FOSTERCUSTOMS ETSY.COM*FOSTERCUSTOMS BROOKLYN NY XXXXXXXXXXXX9258 |
| 05/21 | 119.73 | PURCHASE KROGER #920 KROGER #920 WESTERVILLE OH XXXXXXXXXXXX1602 |
| 05/21 | 197.82 | SPECTRUM SPECTRUM 260520 8696385 |
| 05/22 | 75.00 | PURCHASE INTUIT *QBOOKS ONLINE INTUIT *QBOOKS ONLINE SAN DIEGO CA XXXXXXXXXXXX1602 |
| 05/22 | 35.96 | PURCHASE GFS STORE #096 GFS STORE #096 COLUMBUS OH XXXXXXXXXXXX9258 |
| 05/26 | 563.94 | PURCHASE THE WEBSTAURANT STORE THE WEBSTAURANT STORE LANCASTER PA XXXXXXXXXXXX1602 |
| 05/26 | 88.60 | PURCHASE SAMSCLUB #6242 SAMSCLUB #6242 DUBLIN OH XXXXXXXXXXXX1602 |
| 05/26 | 9,822.44 | 8063-1HIOOSUT OHSALESUTX 260522 6050678 |
| 05/28 | 11,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 05/28 | 1,828.39 | OH80 LOTTERY INV 260523 260523 52746 |

## *Service Charge Detail* *Account:-------6297*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 05/18 | 150.00 | | WIRE TRANSFER FEES (OUTGOING) |
| 05/18 | 20.00 | | MONTHLY SERVICE FEE |
| 05/18 | 306.00 | | BRANCH CASH DEPOSIT PROCESSING FEE |
| 05/18 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## *Service Charge Summary* *Account:-------6297*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$476.00** |
| Credits - Previous Month Charges (+) | 20.00 |
| **Net Service Charges** | **$456.00** |
| **Total Service Charges (-)** | **$456.00** |

Huntington

## *Balance Activity* *Account:-------6297*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 105,130.45 | 05/11 | 80,262.96 | 05/20 | 70,232.97 |
| 05/01 | 76,064.29 | 05/12 | 68,238.31 | 05/21 | 61,521.79 |
| 05/04 | 81,501.21 | 05/13 | 63,808.23 | 05/22 | 63,935.69 |
| 05/05 | 78,463.29 | 05/14 | 61,742.59 | 05/26 | 72,665.83 |
| 05/06 | 65,153.36 | 05/15 | 63,320.15 | 05/27 | 65,972.09 |
| 05/07 | 65,850.77 | 05/18 | 67,819.69 | 05/28 | 54,619.79 |
| 05/08 | 61,826.84 | 05/19 | 70,939.63 | 05/29 | 56,042.72 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Huntington

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR DIGITAL SERVICES**

**EFFECTIVE JUNE 22, 2026**

We made the following changes to your business checking account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 22, 2026, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 22, 2026, the updated terms and /or fees for the impacted account services are as follows:

- In Section 1, titled 'Everyday Transactions,' a Wire Transfer - Domestic Outgoing fee is added in the amount of $25.00, with the description 'For each outgoing domestic wire initiated online.' The fee for each outgoing domestic wire initiated by a Huntington colleague remains $50.00.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.