**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

CLEVELAND AVENUE CAFE DBTR IN POSS
1704 CASS LAKE FRONT RD
KEEGO HARBOR MI 48320-1056

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Unlimited Checking* — *Account: -------6307*

**Statement Activity From:**
**05/01/26 to 05/31/26**

| | |
|---|---|
| Days in Statement Period | 31 |
| Average Ledger Balance* | 5,824.15 |
| Average Collected Balance* | 5,824.15 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$4,337.25** |
| **Credits (+)** | **44,550.00** |
| Electronic Deposits | 50.00 |
| Other Credits | 44,500.00 |
| **Debits (-)** | **47,939.03** |
| Regular Checks Paid | 36,050.66 |
| Electronic Withdrawals | 10,388.37 |
| Other Debits | 1,500.00 |
| **Total Service Charges (-)** | **0.00** |
| **Ending Balance** | **$948.22** |

## *Other Credits (+)* — *Account:-------6307*

| Date | Amount | Description |
|---|---|---|
| 05/04 | 5,000.00 | INTERNET TFR FRM CHECKING 050426 XXXXXXX6297 |
| 05/04 | 50.00 | PAYCHEX EIB INVOICE 260504 X16652000000304 |
| 05/05 | 4,000.00 | INTERNET TFR FRM CHECKING 050526 XXXXXXX6297 |
| 05/06 | 8,500.00 | INTERNET TFR FRM CHECKING 050626 XXXXXXX6297 |
| 05/12 | 17,000.00 | INTERNET TFR FRM CHECKING 051226 XXXXXXX6297 |
| 05/18 | 10,000.00 | INTERNET TFR FRM CHECKING 051826 XXXXXXX6297 |

## *Checks (-)* — *Account:-------6307*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/26 | 39.53 | 164 | 05/04 | 84.76 | 355 |
| 05/07 | 96.69 | 249* | 05/04 | 101.08 | 357* |
| 05/07 | 129.58 | 279* | 05/06 | 92.98 | 358 |
| 05/26 | 68.59 | 281* | 05/04 | 126.70 | 360* |
| 05/01 | 113.85 | 300* | 05/04 | 38.27 | 361 |
| 05/01 | 1,585.80 | 308* | 05/01 | 61.90 | 362 |
| 05/06 | 134.48 | 326* | 05/01 | 577.14 | 366* |
| 05/01 | 1,585.80 | 346* | 05/12 | 694.22 | 367 |
| 05/04 | 63.86 | 347 | 05/01 | 426.33 | 370* |
| 05/04 | 124.78 | 348 | 05/07 | 119.56 | 371 |
| 05/04 | 71.38 | 350* | 05/01 | 146.68 | 372 |
| 05/05 | 71.22 | 351 | 05/04 | 338.65 | 374* |
| 05/05 | 93.27 | 352 | 05/01 | 37.17 | 376* |
| 05/04 | 64.24 | 354* | 05/04 | 577.14 | 377 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

## *Checks (-)*

***Account:-------6307***

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/11 | 1,585.80 | 379* | 05/15 | 617.30 | 426 |
| 05/07 | 118.73 | 381* | 05/13 | 577.15 | 427 |
| 05/07 | 385.49 | 382 | 05/15 | 577.15 | 428 |
| 05/26 | 73.18 | 383 | 05/26 | 694.22 | 429 |
| 05/12 | 32.87 | 384 | 05/13 | 514.75 | 430 |
| 05/08 | 92.33 | 387* | 05/15 | 163.80 | 431 |
| 05/07 | 77.01 | 388 | 05/15 | 161.10 | 432 |
| 05/06 | 64.09 | 389 | 05/21 | 272.29 | 433 |
| 05/19 | 106.02 | 391* | 05/14 | 254.89 | 434 |
| 05/06 | 83.66 | 392 | 05/19 | 106.65 | 435 |
| 05/08 | 124.47 | 393 | 05/18 | 358.27 | 436 |
| 05/18 | 27.00 | 394 | 05/22 | 159.11 | 438* |
| 05/11 | 99.18 | 395 | 05/14 | 577.14 | 439 |
| 05/07 | 178.53 | 396 | 05/14 | 613.05 | 440 |
| 05/07 | 617.32 | 397 | 05/13 | 1,585.80 | 441 |
| 05/07 | 577.15 | 398 | 05/18 | 60.46 | 442 |
| 05/08 | 577.15 | 399 | 05/26 | 161.68 | 444* |
| 05/26 | 694.22 | 400 | 05/21 | 83.40 | 445 |
| 05/06 | 487.34 | 401 | 05/21 | 35.77 | 448* |
| 05/06 | 1,084.49 | 402 | 05/26 | 74.89 | 449 |
| 05/11 | 338.70 | 403 | 05/20 | 55.43 | 450 |
| 05/27 | 32.58 | 404 | 05/26 | 156.78 | 452* |
| 05/08 | 167.87 | 405 | 05/21 | 52.16 | 453 |
| 05/06 | 231.09 | 406 | 05/22 | 137.91 | 456* |
| 05/11 | 363.86 | 407 | 05/21 | 1,010.10 | 457 |
| 05/08 | 367.67 | 408 | 05/20 | 577.14 | 458 |
| 05/11 | 577.16 | 409 | 05/21 | 577.14 | 459 |
| 05/06 | 613.05 | 410 | 05/26 | 694.22 | 460 |
| 05/11 | 1,585.80 | 411 | 05/20 | 523.98 | 461 |
| 05/18 | 37.00 | 412 | 05/26 | 42.93 | 462 |
| 05/26 | 126.59 | 413 | 05/27 | 122.65 | 463 |
| 05/15 | 385.49 | 414 | 05/21 | 266.25 | 464 |
| 05/26 | 37.49 | 415 | 05/21 | 105.02 | 465 |
| 05/18 | 72.89 | 419* | 05/21 | 376.33 | 466 |
| 05/13 | 92.11 | 420 | 05/22 | 233.24 | 467 |
| 05/19 | 105.98 | 421 | 05/20 | 963.94 | 468 |
| 05/13 | 137.93 | 422 | 05/21 | 613.07 | 469 |
| 05/18 | 3.45 | 423 | 05/22 | 1,585.80 | 470 |
| 05/14 | 112.74 | 424 | 05/26 | 37.43 | 472* |
| 05/15 | 129.14 | 425 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

Huntington

## Other Debits (-) Account:-------6307

| Date | Amount | Description |
|---|---|---|
| 05/06 | 3,520.31 | PAYCHEX TPS TAXES 050526 16690300002174X |
| 05/07 | 198.50 | PAYCHEX EIB INVOICE 260507 X16699000021947 |
| 05/13 | 3,069.75 | PAYCHEX TPS TAXES 051226 16793500001848X |
| 05/14 | 194.40 | PAYCHEX EIB INVOICE 260514 X16800500029788 |
| 05/20 | 3,206.96 | PAYCHEX TPS TAXES 051926 16901400002120X |
| 05/21 | 198.45 | PAYCHEX EIB INVOICE 260521 X16909800023163 |
| 05/26 | 1,500.00 | INTERNET TFR TO CHECKING 052626 XXXXXXX6297 |

## Service Charge Detail Account:-------6307

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 05/04 | 36.00 | | OVERDRAFT FEE |
| 05/04 | 36.00 | | OVERDRAFT FEE |
| 05/04 | 36.00 | | OVERDRAFT FEE |
| 05/04 | 36.00 | | RETURNED NSF ITEM FEE |
| 05/04 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 05/04 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 05/04 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 05/04 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |

## Service Charge Summary Account:-------6307

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| Other Charges (-) | 144.00 |
| Other Credits (+) | 144.00 |
| **Total Service Charges (-)** | **$0.00** |

## Balance Activity Account:-------6307

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 4,337.25 | 05/11 | 907.19 | 05/20 | 11,211.24 |
| 05/01 | 197.42- | 05/12 | 17,180.10 | 05/21 | 7,621.26 |
| 05/04 | 3,261.72 | 05/13 | 11,202.61 | 05/22 | 5,505.20 |
| 05/05 | 7,097.23 | 05/14 | 9,450.39 | 05/26 | 1,103.45 |
| 05/06 | 9,285.74 | 05/15 | 7,416.41 | 05/27 | 948.22 |
| 05/07 | 6,787.18 | 05/18 | 16,857.34 | | |
| 05/08 | 5,457.69 | 05/19 | 16,538.69 | | |

Huntington

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Huntington

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR DIGITAL SERVICES**

**EFFECTIVE JUNE 22, 2026**

We made the following changes to your business checking account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 22, 2026, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 22, 2026, the updated terms and /or fees for the impacted account services are as follows:

- In Section 1, titled 'Everyday Transactions,' a Wire Transfer - Domestic Outgoing fee is added in the amount of $25.00, with the description 'For each outgoing domestic wire initiated online.' The fee for each outgoing domestic wire initiated by a Huntington colleague remains $50.00.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.