flagstar

102 Duffy Avenue, Hicksville, New York 11801

***Statement Ending 05/31/2026***



## *Managing Your Accounts*

| | |
|---|---|
| Branch Name | HICKSVILLE |
| Customer Service | (888) 248-6423 |
| Mailing Address | 102 Duffy Avenue, Hicksville, NY 11801 |
| Online Access | www.flagstar.com |

CLEVELAND AVENUE CAFE INC
6190 CLEVELAND AVE
COLUMBUS OH 43231-1614

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Sol Chkg w/Interest | XXXXXX0933 | $8,702.59 |

# Business Sol Chkg w/Interest - XXXXXX0933

## Payroll

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/20/2026** | **Beginning Balance** | **$0.00** |
| | 4 Credit(s) This Period | $14,600.01 |
| | 7 Debit(s) This Period | $5,897.42 |
| **05/31/2026** | **Ending Balance** | **$8,702.59** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 12 |
| Interest Earned | $0.01 |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |
| Average Ledger Balance | $3,488.42 |

### Credit(s) This Period

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | $3,600.00 |
| ACH Credits | 0 | $0.00 |
| Lockbox | 0 | $0.00 |
| Incoming Funds Transfer | 1 | $11,000.00 |
| Trade Services | 0 | $0.00 |
| Zero Balance Transfers | 0 | $0.00 |
| Adjustments | 0 | $0.00 |
| Other Credits | 1 | $0.01 |
| **Total** | **4** | **$14,600.01** |

### Debits(s) This Period

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | $2,560.39 |
| ACH Debits | 2 | $3,337.03 |
| Return Items | 0 | $0.00 |
| Outgoing Funds Transfer | 0 | $0.00 |
| Trade Services | 0 | $0.00 |
| Zero Balance Transfers | 0 | $0.00 |
| Adjustments | 0 | $0.00 |
| Other Debits | 0 | $0.00 |
| **Total** | **7** | **$5,897.42** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/20/2026 | New Account Deposit | $100.00 |
| 05/27/2026 | Deposit | $3,500.00 |
| | | 2 item(s) totaling $3,600.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/28/2026 | Fedwire Deposit WireIn 614801581257 2026052800008363 NOTPROVIDED CLEVELAND AVENUE CAFE DBTR IN POSS CHANGING BANKS. The Huntin | $11,000.00 |
| 05/29/2026 | Eff. 05-31 Credit Interest | $0.01 |
| | | 2 item(s) totaling $11,000.01 |

# Business Sol Chkg w/Interest - XXXXXX0933 (continued)

## Payroll

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05/28/2026 | External Withdrawal PAYCHEX TPS 40864 - TAXES 17005500011110X | $3,146.68 |
| 05/29/2026 | External Withdrawal PAYCHEX EIB - INVOICE X17016200008316 | $190.35 |
| | | 2 item(s) totaling $3,337.03 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 10011 | 05/29/2026 | $72.74 | 10020* | 05/29/2026 | $307.51 |
| 10017* | 05/29/2026 | $694.22 | 10024* | 05/29/2026 | $963.94 |
| 10018 | 05/29/2026 | $521.98 | | | |

* Indicates skipped check number — 5 item(s) totaling $2,560.39

### Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 05/20/2026 | 0.00% |
| 05/27/2026 | 0.01% |

## HOW TO BALANCE YOUR ACCOUNT

| | |
|---|---|
| 1. Enter the ending balance as shown on the reverse side. | $ |
| 2. Check the deposits you have made and enter any which have not been credited on this statement. | + $ |
| 3. Total of Line 1 and Line 2. | = $ |
| 4. List below any withdrawals/checks you have issued that are not shown on this statement and enter the total. | - $ |
| 5. Subtract Line 4 from Line 3. This should equal your present balance. | = $ |

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If your statement does not balance, please verify you have entered all your transactions in your register correctly.

Have you added the following?

- Transfers from another account.
- Credit memos.
- Any interest paid on your account. Not all accounts receive interest.

Have you subtracted the following?

- Authorized deductions.
- Service charges.
- Debit memos (such as purchasing checks).

Please examine your account statement promptly and report any inaccuracy as soon as possible.

The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES, ALTERATIONS AND FORGERIES

You must examine your statement of account with reasonable promptness. If you discover (or reasonably should have discovered) any unauthorized transactions, fraudulent activity, forgeries, alterations, missing deposits, or any other errors (all such activity referred to as "Errors"), you must promptly notify us of the relevant facts. Error includes, by way of example, but not limited to: (i) an unauthorized or missing drawer's signature; (ii) an alteration (such as a change in the name of the payee or amount); (iii) an unauthorized or missing endorsement; (iv) debiting of your account based upon a check or item you have written for an incorrect amount; (v) failure to credit a deposit to your account; or (vi) unauthorized transfer. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer. You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 60 days from when the statement is first sent or made available to you. We are not responsible, and you assume the risk for, any statement or notice that is lost in the mail and not received by you. See the section entitled "Change of Address" for your obligations to notify us of any change in address or non-receipt of statements or notices.

You further agree that if you fail to report any Errors within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any Items in that statement, and as between you and us the loss will be entirely yours. This 60 day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

If you have provided us with timely notice of the Error, under the paragraphs above, and we refuse to reimburse you for the alleged loss, you must also commence any legal action or proceeding against us within one year after the statement or items are made available to you if the Error consists of your unauthorized signature on or any alteration on the item. If the Error consists, however, of your unauthorized endorsement on the item, you must commence any legal action or proceeding against us within three years after the cause of action accrues. Your failure to so act within these time periods bars any action against us based on such unauthorized signature, alteration, and unauthorized endorsement Errors.

**Error Resolution Notice.** In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

Tell us your name and account number (if any). Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 Business Days.

We will determine whether an error occurred within 120 Business Days after we hear from you and will correct any error promptly.

We will tell you the results within three Business Days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

SEND INQUIRIES TO:

Flagstar Bank
102 Duffy Ave
Hicksville, NY 11801

Customer Service
(888) 248-6423

(Rev. 12/2024)

This page left intentionally blank