# May 2026 Reconciliation

The following reconciliation supports the Debtor's reported cash on hand balance as of May 31st, 2026, as reported in the Monthly Operating Report (MOR).

## Bank Reconciliation

Huntington Operating – $56,042.72

Huntington Payroll 6307- $948.22

Flagstar Operating 0818- $718.00

Flagstar Payroll- $8,702.59

Total In All Bank Accounts- $66,411.53
Plus: Outstanding Deposits: $20,063.85
Less: Outstanding Checks: $3,731.73 +$7,659.27 (Payroll) = $11,391.00

**Total Bank Reconciled End of May: $75,084.38**

## Cash at the Club

**Total Cash at the Club (Office Drawer, Floor Drawers, Safe): $74,672.00**

## Total Cash Reconciliation

Reconciled Bank Balance: $75,084.38

Plus: Cash at the Club (Office Drawer, Floor Drawers, Safe): $ 74,672.00

Plus: Atm $ 2,000.00

**Total Cash on Hand $151,756.38**
**Total Cash on Hand (MOR): $151,873.30**

Variance - $116.92

.