# Exhibit A

## MOR Question Number 5 Explanation:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? Answer: No

During June 2026, the Debtor deposited its credit-card receipts into its debtor-in-possession bank accounts. Certain cash receipts were retained temporarily at the business location for ordinary operating needs, including cash drawers, change funds, customer and entertainer payments, and ATM funding. As of June 30, 2026, the retained cash was included in the Debtor's reported cash on hand and reconciliation. The Debtor has accounted for those funds in its Monthly Operating Report and supporting reconciliation.

## Reconciliation Variance Explanation:

The reconciliation reflects a $142.98 difference from the cash-on-hand amount reported on the Monthly Operating Report. The difference is believed to result from minor timing or recording differences involving outstanding checks, deposits in transit, and cash activity. The Debtor is continuing to review the supporting records and will make any necessary correcting entry in a subsequent report. The variance does not reflect a material unreported receipt or disbursement.

## Professional Fee Reconciliation Note:

Line 29 reports **$17,000** in cumulative bankruptcy-related professional fees. This amount consists of the **$14,000** cumulative balance reported on the **May 2026 Monthly Operating Report**, plus the **$3,000** trustee payment made during **June 2026**.

The cumulative total includes trustee payments that were reported as cash disbursements in prior Monthly Operating Reports but were not included in Line 29 (Professional Fees Paid Since the Case Was Filed) before the May 2026 Monthly Operating Report.

The trustee payments included in the cumulative total are as follows:

| Date | Amount |
|---|---|
| 03/25/2026 | $6,000 |
| 04/20/2026 | $2,000 |

| Date | Amount |
|---|---|
| 05/01/2026 | $6,000 |
| 06/15/2026 | $3,000 |
| **Total** | **$17,000** |