# June 2026 Reconciliation

The following reconciliation supports the Debtor's reported cash on hand balance as of June 30th, 2026, as reported in the Monthly Operating Report (MOR).

## Bank Account Reconciliation

Flagstar Operating 0818- $35,562.95

Flagstar Payroll 0933- $15,325.66

Total Bank Accounts- $50,888.61

Plus: Outstanding Deposits: $1,746.68

June 30th Sales Receipt, Credit Card Portion: $1,372.68

June 30th Customer Service Disbursement Reimbursement & Service Fee: $374.00

Less: Outstanding Checks: $29,999.93 (Operating Account)

| | | |
|---|---|---|
| Check #6021 | Butzel Long, P.C | $25,000.00 |
| Check #6035 | The Columbus Bar | $440.76 |
| Check #6050 | Action Pest Control | $62.09 |
| Check #6066 | Myles Shriver | $40.00 |
| Check #6069 | Buckeye Beverage | $1,305.56 |
| Check #6068 | The Columbus Dist. Co | $417.64 |
| Check #6070 | ABC Liquor | $1,473.88 |
| Check #6072 | Myles Shriver | $60.00 |
| Check #6071 | (10-99) Winter Management LLC | $1,200.00 |

Less: Outstanding Checks: $7,053.30 (Payroll Account)

| Check Number | Amount | Check Number | Amount |
|---|---|---|---|
| 77 | $ 72.93 | 417 | $ 91.93 |
| 78 | $ 31.19 | 418 | $ 77.46 |
| 126 | $ 577.14 | 437 | $ 75.91 |
| 127 | $ 613.05 | 443 | $ 53.19 |
| 134 | $ 97.25 | 446 | $ 36.48 |
| 169 | $ 36.10 | 447 | $ 103.82 |
| 187 | $ 130.80 | 451 | $ 68.74 |
| 189 | $ 35.96 | 454 | $ 104.73 |
| 191 | $ 96.71 | 455 | $ 86.53 |
| 192 | $ 20.38 | 471 | $ 62.88 |
| 193 | $ 38.11 | 473 | $ 61.30 |
| 194 | $ 106.10 | 10004 | $ 47.51 |
| 195 | $ 47.31 | 10005 | $ 8.43 |
| 196 | $ 79.00 | 10007 | $ 78.01 |
| 207 | $ 543.45 | 10021 | $ 12.72 |
| 213 | $ 164.69 | 10033 | $ 75.98 |
| 257 | $ 70.88 | 10057 | $ 86.63 |
| 314 | $ 36.37 | 10073 | $ 51.80 |
| 319 | $ 35.62 | 10079 | $ 94.65 |
| 323 | $ 2.41 | 10084 | $ 1.67 |
| 324 | $ 68.36 | 10103 | $ 694.22 |
| 353 | $ 64.84 | 10113 | $ 147.66 |
| 380 | $ 27.68 | 10115 | $ 35.06 |
| 385 | $ 35.36 | 10147 | $ 38.06 |
| 386 | $ 102.83 | 10148 | $ 1,585.80 |
| 390 | $ 36.03 | 10150 | $ 72.71 |
| 416 | $ 28.87 | | |

Total Outstanding Checks: $33,199.35

**Total Bank Reconciled End of June: $15,582.06**

## Cash at the Club

Total Cash at the Club (Office Drawer, Floor Drawers, Safe): $**48,605.00**

## Total Cash Reconciliation

Reconciled Bank Balance**: $15,582.06**

Plus: Cash at the Club (Office Drawer, Floor Drawers, Safe): **$ 48,605.00**

Plus: ATM: **$2,140.00**

**Total Cash on Hand $66,327.06**
**Total Cash on Hand Reported on the MOR: $66,184.08**

*Variance: $142.98*

.