| Date | Receipt Method | Ref # | Receipt Source | Amount |
|---|---|---|---|---|
| 06/01/2026 | Deposit | | ATM Fee / Commission Income | $ 247.00 |
| 06/01/2026 | Sales Receipt | 1369 | Beverage Sales | $ 1,150.96 |
| 06/01/2026 | Sales Receipt | 1369 | Door/Cover Charges | $ 365.15 |
| 06/01/2026 | Sales Receipt | 1369 | Employee Credit Card Tips | $ 1,296.00 |
| 06/01/2026 | Sales Receipt | 1369 | Entertainer Rent Fee | $ 30.00 |
| 06/01/2026 | Sales Receipt | 1369 | Entertainment Service Fees | $ 475.40 |
| 06/01/2026 | Sales Receipt | 1369 | Entertainment Service Fees, Entertainer Portion | $ 330.00 |
| 06/01/2026 | Sales Receipt | 1369 | VIP Room Fees | $ 100.00 |
| 06/02/2026 | Deposit | | ATM Fee / Commission Income | $ 39.00 |
| 06/02/2026 | Deposit | | ATM Fee / Commission Income | $ 260.00 |
| 06/02/2026 | Deposit | | ATM Fee / Commission Income | $ 325.00 |
| 06/02/2026 | Sales Receipt | 1370 | Beverage Sales | $ 694.88 |
| 06/02/2026 | Sales Receipt | 1370 | Door/Cover Charges | $ 266.92 |
| 06/02/2026 | Sales Receipt | 1370 | Employee Credit Card Tips | $ 51.00 |
| 06/02/2026 | Sales Receipt | 1370 | Entertainer Rent Fee | $ 50.00 |
| 06/02/2026 | Sales Receipt | 1370 | Entertainment Service Fees | $ 718.20 |
| 06/02/2026 | Sales Receipt | 1370 | Entertainment Service Fees, Entertainer Portion | $ 60.00 |
| 06/03/2026 | Deposit | | ATM Fee / Commission Income | $ 52.00 |
| 06/03/2026 | Sales Receipt | 1371 | Beverage Sales | $ 2,861.45 |
| 06/03/2026 | Sales Receipt | 1371 | Door/Cover Charges | $ 901.08 |
| 06/03/2026 | Sales Receipt | 1371 | Employee Credit Card Tips | $ 539.16 |
| 06/03/2026 | Sales Receipt | 1371 | Entertainer Rent Fee | $ 255.00 |
| 06/03/2026 | Sales Receipt | 1371 | Entertainment Service Fees | $ 720.00 |
| 06/03/2026 | Sales Receipt | 1371 | Entertainment Service Fees, Entertainer Portion | $ 570.00 |
| 06/03/2026 | Sales Receipt | 1371 | VIP Room Fees | $ 108.00 |
| 06/03/2026 | Sales Receipt | 1371 | VIP Room Fees, Entertainer Portion | $ 100.00 |
| 06/04/2026 | Deposit | | ATM Fee / Commission Income | $ 104.00 |
| 06/04/2026 | Sales Receipt | 1372 | Beverage Sales | $ 1,688.76 |
| 06/04/2026 | Sales Receipt | 1372 | Door/Cover Charges | $ 558.36 |
| 06/04/2026 | Sales Receipt | 1372 | Employee Credit Card Tips | $ 386.00 |
| 06/04/2026 | Sales Receipt | 1372 | Entertainer Rent Fee | $ 265.00 |
| 06/04/2026 | Sales Receipt | 1372 | Entertainment Service Fees | $ 1,310.20 |
| 06/04/2026 | Sales Receipt | 1372 | Entertainment Service Fees, Entertainer Portion | $ 990.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/04/2026 | Sales Receipt | 1372 | VIP Room Fees | $ | 216.00 |
| 06/04/2026 | Sales Receipt | 1372 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 06/05/2026 | Deposit | | ATM Fee / Commission Income | $ | 117.00 |
| 06/05/2026 | Sales Receipt | 1373 | Beverage Sales | $ | 4,036.76 |
| 06/05/2026 | Sales Receipt | 1376 | Customer Prepayments | $ | 400.00 |
| 06/05/2026 | Sales Receipt | 1373 | Door/Cover Charges | $ | 2,272.88 |
| 06/05/2026 | Sales Receipt | 1373 | Employee Credit Card Tips | $ | 990.12 |
| 06/05/2026 | Sales Receipt | 1376 | Employee Credit Card Tips | $ | 10.00 |
| 06/05/2026 | Sales Receipt | 1373 | Entertainer Rent Fee | $ | 85.00 |
| 06/05/2026 | Sales Receipt | 1373 | Entertainment Service Fees | $ | 1,920.00 |
| 06/05/2026 | Sales Receipt | 1373 | Entertainment Service Fees, Entertainer Portion | $ | 1,890.00 |
| 06/05/2026 | Sales Receipt | 1376 | Service Processing Fee Revenue for Customer Prepayments | $ | 98.67 |
| 06/05/2026 | Sales Receipt | 1373 | VIP Room Fees | $ | 972.00 |
| 06/05/2026 | Sales Receipt | 1373 | VIP Room Fees, Entertainer Portion | $ | 900.00 |
| 06/06/2026 | Sales Receipt | 1374 | Beverage Sales | $ | 4,245.64 |
| 06/06/2026 | Sales Receipt | 1374 | Door/Cover Charges | $ | 3,502.80 |
| 06/06/2026 | Sales Receipt | 1374 | Employee Credit Card Tips | $ | 776.68 |
| 06/06/2026 | Sales Receipt | 1374 | Entertainer Rent Fee | $ | 160.00 |
| 06/06/2026 | Sales Receipt | 1374 | Entertainment Service Fees | $ | 2,150.40 |
| 06/06/2026 | Sales Receipt | 1374 | Entertainment Service Fees, Entertainer Portion | $ | 1,590.00 |
| 06/06/2026 | Sales Receipt | 1374 | VIP Room Fees | $ | 1,072.00 |
| 06/06/2026 | Sales Receipt | 1374 | VIP Room Fees, Entertainer Portion | $ | 900.00 |
| 06/07/2026 | Sales Receipt | 1375 | Beverage Sales | $ | 1,624.42 |
| 06/07/2026 | Sales Receipt | 1375 | Door/Cover Charges | $ | 508.04 |
| 06/07/2026 | Sales Receipt | 1375 | Employee Credit Card Tips | $ | 277.28 |
| 06/07/2026 | Sales Receipt | 1375 | Entertainer Rent Fee | $ | 130.00 |
| 06/07/2026 | Sales Receipt | 1375 | Entertainment Service Fees | $ | 1,049.60 |
| 06/07/2026 | Sales Receipt | 1375 | Entertainment Service Fees, Entertainer Portion | $ | 360.00 |
| 06/08/2026 | Deposit | | ATM Fee / Commission Income | $ | 169.00 |
| 06/08/2026 | Sales Receipt | 1377 | Beverage Sales | $ | 1,814.81 |
| 06/08/2026 | Sales Receipt | 1377 | Door/Cover Charges | $ | 483.44 |
| 06/08/2026 | Sales Receipt | 1377 | Employee Credit Card Tips | $ | 475.84 |
| 06/08/2026 | Sales Receipt | 1377 | Entertainer Rent Fee | $ | 45.00 |
| 06/08/2026 | Sales Receipt | 1377 | Entertainment Service Fees | $ | 888.40 |

| | | | | | |
|---|---|---|---|---|---|
| 06/08/2026 | Sales Receipt | 1377 | Entertainment Service Fees, Entertainer Portion | $ | 690.00 |
| 06/08/2026 | Sales Receipt | 1377 | VIP Room Fees | $ | 1,380.00 |
| 06/08/2026 | Sales Receipt | 1377 | VIP Room Fees, Entertainer Portion | $ | 1,000.00 |
| 06/09/2026 | Deposit | | ATM Fee / Commission Income | $ | 299.00 |
| 06/09/2026 | Deposit | | ATM Fee / Commission Income | $ | 117.00 |
| 06/09/2026 | Deposit | | ATM Fee / Commission Income | $ | 390.00 |
| 06/09/2026 | Sales Receipt | 1378 | Beverage Sales | $ | 1,980.48 |
| 06/09/2026 | Sales Receipt | 1379 | Customer Prepayments | $ | 400.00 |
| 06/09/2026 | Sales Receipt | 1378 | Door/Cover Charges | $ | 708.72 |
| 06/09/2026 | Sales Receipt | 1378 | Employee Credit Card Tips | $ | 416.72 |
| 06/09/2026 | Sales Receipt | 1378 | Entertainer Rent Fee | $ | 90.00 |
| 06/09/2026 | Sales Receipt | 1378 | Entertainment Service Fees | $ | 730.80 |
| 06/09/2026 | Sales Receipt | 1378 | Entertainment Service Fees, Entertainer Portion | $ | 720.00 |
| 06/09/2026 | Sales Receipt | 1379 | Service Processing Fee Revenue for Customer Prepayments | $ | 98.67 |
| 06/10/2026 | Deposit | | ATM Fee / Commission Income | $ | 169.00 |
| 06/10/2026 | Sales Receipt | 1380 | Beverage Sales | $ | 2,310.60 |
| 06/10/2026 | Sales Receipt | 1380 | Door/Cover Charges | $ | 351.64 |
| 06/10/2026 | Sales Receipt | 1380 | Employee Credit Card Tips | $ | 457.20 |
| 06/10/2026 | Sales Receipt | 1380 | Entertainer Rent Fee | $ | 125.00 |
| 06/10/2026 | Sales Receipt | 1380 | Entertainment Service Fees | $ | 741.80 |
| 06/10/2026 | Sales Receipt | 1380 | Entertainment Service Fees, Entertainer Portion | $ | 510.00 |
| 06/10/2026 | Sales Receipt | 1380 | VIP Room Fees | $ | 1,296.00 |
| 06/10/2026 | Sales Receipt | 1380 | VIP Room Fees, Entertainer Portion | $ | 1,200.00 |
| 06/11/2026 | Deposit | | ATM Fee / Commission Income | $ | 52.00 |
| 06/11/2026 | Sales Receipt | 1381 | Beverage Sales | $ | 3,167.12 |
| 06/11/2026 | Sales Receipt | 1401 | Customer Prepayments | $ | 1,000.00 |
| 06/11/2026 | Sales Receipt | 1381 | Door/Cover Charges | $ | 749.68 |
| 06/11/2026 | Sales Receipt | 1381 | Employee Credit Card Tips | $ | 787.12 |
| 06/11/2026 | Sales Receipt | 1381 | Entertainer Rent Fee | $ | 160.00 |
| 06/11/2026 | Sales Receipt | 1381 | Entertainment Service Fees | $ | 2,170.60 |
| 06/11/2026 | Sales Receipt | 1381 | Entertainment Service Fees, Entertainer Portion | $ | 2,040.00 |
| 06/11/2026 | Sales Receipt | 1401 | Service Processing Fee Revenue for Customer Prepayments | $ | 246.68 |
| 06/11/2026 | Sales Receipt | 1381 | VIP Room Fees | $ | 332.00 |
| 06/11/2026 | Sales Receipt | 1381 | VIP Room Fees, Entertainer Portion | $ | 500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/12/2026 | Deposit | | ATM Fee / Commission Income | $ | 169.00 |
| 06/12/2026 | Sales Receipt | 1382 | Beverage Sales | $ | 4,569.42 |
| 06/12/2026 | Sales Receipt | 1382 | Door/Cover Charges | $ | 2,308.08 |
| 06/12/2026 | Sales Receipt | 1382 | Employee Credit Card Tips | $ | 1,681.04 |
| 06/12/2026 | Sales Receipt | 1382 | Entertainer Rent Fee | $ | 190.00 |
| 06/12/2026 | Sales Receipt | 1382 | Entertainment Service Fees | $ | 2,226.80 |
| 06/12/2026 | Sales Receipt | 1382 | Entertainment Service Fees, Entertainer Portion | $ | 3,000.00 |
| 06/12/2026 | Sales Receipt | 1382 | VIP Room Fees | $ | 972.00 |
| 06/12/2026 | Sales Receipt | 1382 | VIP Room Fees, Entertainer Portion | $ | 900.00 |
| 06/13/2026 | Sales Receipt | 1383 | Beverage Sales | $ | 5,635.12 |
| 06/13/2026 | Sales Receipt | 1383 | Door/Cover Charges | $ | 4,369.08 |
| 06/13/2026 | Sales Receipt | 1383 | Employee Credit Card Tips | $ | 1,597.90 |
| 06/13/2026 | Sales Receipt | 1383 | Entertainer Rent Fee | $ | 125.00 |
| 06/13/2026 | Sales Receipt | 1383 | Entertainment Service Fees | $ | 2,264.80 |
| 06/13/2026 | Sales Receipt | 1383 | Entertainment Service Fees, Entertainer Portion | $ | 3,690.00 |
| 06/13/2026 | Sales Receipt | 1383 | VIP Room Fees | $ | 1,256.00 |
| 06/13/2026 | Sales Receipt | 1383 | VIP Room Fees, Entertainer Portion | $ | 700.00 |
| 06/14/2026 | Sales Receipt | 1384 | Beverage Sales | $ | 3,933.16 |
| 06/14/2026 | Sales Receipt | 1402 | Customer Prepayments | $ | 1,200.00 |
| 06/14/2026 | Sales Receipt | 1384 | Door/Cover Charges | $ | 120.12 |
| 06/14/2026 | Sales Receipt | 1384 | Employee Credit Card Tips | $ | 1,043.06 |
| 06/14/2026 | Sales Receipt | 1384 | Entertainer Rent Fee | $ | 225.00 |
| 06/14/2026 | Sales Receipt | 1384 | Entertainment Service Fees | $ | 1,820.00 |
| 06/14/2026 | Sales Receipt | 1384 | Entertainment Service Fees, Entertainer Portion | $ | 2,380.00 |
| 06/14/2026 | Sales Receipt | 1402 | Service Processing Fee Revenue for Customer Prepayments | $ | 292.13 |
| 06/14/2026 | Sales Receipt | 1384 | VIP Room Fees | $ | 616.00 |
| 06/14/2026 | Sales Receipt | 1384 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 06/15/2026 | Deposit | | ATM Fee / Commission Income | $ | 143.00 |
| 06/15/2026 | Sales Receipt | 1385 | Beverage Sales | $ | 1,737.96 |
| 06/15/2026 | Sales Receipt | 1403 | Customer Prepayments | $ | 300.00 |
| 06/15/2026 | Sales Receipt | 1385 | Door/Cover Charges | $ | 56.84 |
| 06/15/2026 | Sales Receipt | 1385 | Employee Credit Card Tips | $ | 728.00 |
| 06/15/2026 | Sales Receipt | 1385 | Entertainer Rent Fee | $ | 125.00 |
| 06/15/2026 | Sales Receipt | 1385 | Entertainment Service Fees | $ | 1,071.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/15/2026 | Sales Receipt | 1385 | Entertainment Service Fees, Entertainer Portion | $ | 780.00 |
| 06/15/2026 | Sales Receipt | 1403 | Service Processing Fee Revenue for Customer Prepayments | $ | 74.01 |
| 06/15/2026 | Sales Receipt | 1385 | VIP Room Fees | $ | 816.00 |
| 06/15/2026 | Sales Receipt | 1385 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 06/16/2026 | Deposit | | ATM Fee / Commission Income | $ | 403.00 |
| 06/16/2026 | Deposit | | ATM Fee / Commission Income | $ | 598.00 |
| 06/16/2026 | Deposit | | ATM Fee / Commission Income | $ | 351.00 |
| 06/16/2026 | Sales Receipt | 1386 | Beverage Sales | $ | 1,331.08 |
| 06/16/2026 | Sales Receipt | 1386 | Door/Cover Charges | $ | 339.36 |
| 06/16/2026 | Sales Receipt | 1386 | Employee Credit Card Tips | $ | 521.56 |
| 06/16/2026 | Sales Receipt | 1386 | Entertainer Rent Fee | $ | 100.00 |
| 06/16/2026 | Sales Receipt | 1386 | Entertainment Service Fees | $ | 1,551.20 |
| 06/16/2026 | Sales Receipt | 1386 | Entertainment Service Fees, Entertainer Portion | $ | 2,820.00 |
| 06/16/2026 | Sales Receipt | 1386 | VIP Room Fees | $ | 640.00 |
| 06/16/2026 | Sales Receipt | 1386 | VIP Room Fees, Entertainer Portion | $ | 500.00 |
| 06/17/2026 | Deposit | | ATM Fee / Commission Income | $ | 234.00 |
| 06/17/2026 | Sales Receipt | 1387 | Beverage Sales | $ | 1,563.12 |
| 06/17/2026 | Sales Receipt | 1387 | Door/Cover Charges | $ | 535.08 |
| 06/17/2026 | Sales Receipt | 1387 | Employee Credit Card Tips | $ | 485.00 |
| 06/17/2026 | Sales Receipt | 1387 | Entertainer Rent Fee | $ | 195.00 |
| 06/17/2026 | Sales Receipt | 1387 | Entertainment Service Fees | $ | 1,229.40 |
| 06/17/2026 | Sales Receipt | 1387 | Entertainment Service Fees, Entertainer Portion | $ | 420.00 |
| 06/17/2026 | Sales Receipt | 1387 | VIP Room Fees | $ | 1,200.00 |
| 06/17/2026 | Sales Receipt | 1387 | VIP Room Fees, Entertainer Portion | $ | 1,130.00 |
| 06/18/2026 | Deposit | | ATM Fee / Commission Income | $ | 208.00 |
| 06/18/2026 | Sales Receipt | 1388 | Beverage Sales | $ | 3,620.76 |
| 06/18/2026 | Sales Receipt | 1388 | Door/Cover Charges | $ | 1,150.84 |
| 06/18/2026 | Sales Receipt | 1388 | Employee Credit Card Tips | $ | 1,069.08 |
| 06/18/2026 | Sales Receipt | 1388 | Entertainer Rent Fee | $ | 390.00 |
| 06/18/2026 | Sales Receipt | 1388 | Entertainment Service Fees | $ | 2,512.00 |
| 06/18/2026 | Sales Receipt | 1388 | Entertainment Service Fees, Entertainer Portion | $ | 2,640.00 |
| 06/18/2026 | Sales Receipt | 1388 | VIP Room Fees | $ | 748.00 |
| 06/18/2026 | Sales Receipt | 1388 | VIP Room Fees, Entertainer Portion | $ | 600.00 |
| 06/19/2026 | Sales Receipt | 1389 | Beverage Sales | $ | 4,350.09 |

| | | | | | |
|---|---|---|---|---|---|
| 06/19/2026 | Sales Receipt | 1404 | Customer Prepayments | $ | 700.00 |
| 06/19/2026 | Sales Receipt | 1389 | Door/Cover Charges | $ | 2,603.00 |
| 06/19/2026 | Sales Receipt | 1389 | Employee Credit Card Tips | $ | 1,461.30 |
| 06/19/2026 | Sales Receipt | 1389 | Entertainer Rent Fee | $ | 210.00 |
| 06/19/2026 | Sales Receipt | 1389 | Entertainment Service Fees | $ | 2,560.40 |
| 06/19/2026 | Sales Receipt | 1389 | Entertainment Service Fees, Entertainer Portion | $ | 3,450.00 |
| 06/19/2026 | Sales Receipt | 1404 | Service Processing Fee Revenue for Customer Prepayments | $ | 172.68 |
| 06/19/2026 | Sales Receipt | 1389 | VIP Room Fees | $ | 677.00 |
| 06/19/2026 | Sales Receipt | 1389 | VIP Room Fees, Entertainer Portion | $ | 925.00 |
| 06/20/2026 | Sales Receipt | 1390 | Beverage Sales | $ | 5,294.48 |
| 06/20/2026 | Sales Receipt | 1405 | Customer Prepayments | $ | 500.00 |
| 06/20/2026 | Sales Receipt | 1390 | Door/Cover Charges | $ | 3,166.00 |
| 06/20/2026 | Sales Receipt | 1390 | Employee Credit Card Tips | $ | 1,434.40 |
| 06/20/2026 | Sales Receipt | 1390 | Entertainer Rent Fee | $ | 235.00 |
| 06/20/2026 | Sales Receipt | 1390 | Entertainment Service Fees | $ | 3,239.60 |
| 06/20/2026 | Sales Receipt | 1390 | Entertainment Service Fees, Entertainer Portion | $ | 5,520.00 |
| 06/20/2026 | Sales Receipt | 1405 | Service Processing Fee Revenue for Customer Prepayments | $ | 123.34 |
| 06/20/2026 | Sales Receipt | 1390 | VIP Room Fees | $ | 432.00 |
| 06/20/2026 | Sales Receipt | 1390 | VIP Room Fees, Entertainer Portion | $ | 400.00 |
| 06/21/2026 | Sales Receipt | 1391 | Beverage Sales | $ | 3,064.22 |
| 06/21/2026 | Sales Receipt | 1391 | Door/Cover Charges | $ | 877.80 |
| 06/21/2026 | Sales Receipt | 1391 | Employee Credit Card Tips | $ | 477.00 |
| 06/21/2026 | Sales Receipt | 1391 | Entertainer Rent Fee | $ | 200.00 |
| 06/21/2026 | Sales Receipt | 1391 | Entertainment Service Fees | $ | 1,518.00 |
| 06/21/2026 | Sales Receipt | 1391 | Entertainment Service Fees, Entertainer Portion | $ | 1,760.00 |
| 06/21/2026 | Sales Receipt | 1391 | VIP Room Fees | $ | 150.00 |
| 06/22/2026 | Deposit | | ATM Fee / Commission Income | $ | 130.00 |
| 06/22/2026 | Deposit | | ATM Fee / Commission Income | $ | 234.00 |
| 06/22/2026 | Sales Receipt | 1392 | Beverage Sales | $ | 1,051.65 |
| 06/22/2026 | Sales Receipt | 1392 | Employee Credit Card Tips | $ | 78.00 |
| 06/22/2026 | Sales Receipt | 1392 | Entertainer Rent Fee | $ | 80.00 |
| 06/22/2026 | Sales Receipt | 1392 | Entertainment Service Fees | $ | 843.80 |
| 06/22/2026 | Sales Receipt | 1392 | Entertainment Service Fees, Entertainer Portion | $ | 330.00 |
| 06/22/2026 | Sales Receipt | 1392 | VIP Room Fees | $ | 916.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/22/2026 | Sales Receipt | 1392 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 06/23/2026 | Deposit | | ATM Fee / Commission Income | $ | 403.00 |
| 06/23/2026 | Deposit | | ATM Fee / Commission Income | $ | 520.00 |
| 06/23/2026 | Deposit | | ATM Fee / Commission Income | $ | 117.00 |
| 06/23/2026 | Sales Receipt | 1393 | Beverage Sales | $ | 1,657.97 |
| 06/23/2026 | Sales Receipt | 1393 | Door/Cover Charges | $ | 343.40 |
| 06/23/2026 | Sales Receipt | 1393 | Employee Credit Card Tips | $ | 343.00 |
| 06/23/2026 | Sales Receipt | 1393 | Entertainer Rent Fee | $ | 55.00 |
| 06/23/2026 | Sales Receipt | 1393 | Entertainment Service Fees | $ | 494.40 |
| 06/23/2026 | Sales Receipt | 1393 | Entertainment Service Fees, Entertainer Portion | $ | 750.00 |
| 06/23/2026 | Sales Receipt | 1393 | VIP Room Fees | $ | 216.00 |
| 06/23/2026 | Sales Receipt | 1393 | VIP Room Fees, Entertainer Portion | $ | 200.00 |
| 06/24/2026 | Deposit | | ATM Fee / Commission Income | $ | 91.00 |
| 06/24/2026 | Sales Receipt | 1394 | Beverage Sales | $ | 1,508.44 |
| 06/24/2026 | Sales Receipt | 1406 | Customer Prepayments | $ | 1,000.00 |
| 06/24/2026 | Sales Receipt | 1394 | Door/Cover Charges | $ | 12.48 |
| 06/24/2026 | Sales Receipt | 1394 | Employee Credit Card Tips | $ | 251.60 |
| 06/24/2026 | Sales Receipt | 1394 | Entertainer Rent Fee | $ | 225.00 |
| 06/24/2026 | Sales Receipt | 1394 | Entertainment Service Fees | $ | 731.80 |
| 06/24/2026 | Sales Receipt | 1394 | Entertainment Service Fees, Entertainer Portion | $ | 300.00 |
| 06/24/2026 | Sales Receipt | 1406 | Service Processing Fee Revenue for Customer Prepayments | $ | 246.68 |
| 06/24/2026 | Sales Receipt | 1394 | VIP Room Fees | $ | 200.00 |
| 06/25/2026 | Deposit | | ATM Fee / Commission Income | $ | 78.00 |
| 06/25/2026 | Sales Receipt | 1395 | Beverage Sales | $ | 2,322.93 |
| 06/25/2026 | Sales Receipt | 1395 | Employee Credit Card Tips | $ | 1,043.34 |
| 06/25/2026 | Sales Receipt | 1395 | Entertainer Rent Fee | $ | 480.00 |
| 06/25/2026 | Sales Receipt | 1395 | Entertainment Service Fees | $ | 3,118.20 |
| 06/25/2026 | Sales Receipt | 1395 | Entertainment Service Fees, Entertainer Portion | $ | 3,550.00 |
| 06/25/2026 | Sales Receipt | 1395 | VIP Room Fees | $ | 272.00 |
| 06/25/2026 | Sales Receipt | 1395 | VIP Room Fees, Entertainer Portion | $ | 300.00 |
| 06/26/2026 | Deposit | | ATM Fee / Commission Income | $ | 117.00 |
| 06/26/2026 | Sales Receipt | 1396 | Beverage Sales | $ | 5,729.96 |
| 06/26/2026 | Sales Receipt | 1407 | Customer Prepayments | $ | 330.00 |
| 06/26/2026 | Sales Receipt | 1396 | Door/Cover Charges | $ | 4,293.40 |

| | | | | | |
|---|---|---|---|---|---|
| 06/26/2026 | Sales Receipt | 1396 | Employee Credit Card Tips | $ | 1,787.52 |
| 06/26/2026 | Sales Receipt | 1396 | Entertainer Rent Fee | $ | 275.00 |
| 06/26/2026 | Sales Receipt | 1396 | Entertainment Service Fees | $ | 2,181.00 |
| 06/26/2026 | Sales Receipt | 1396 | Entertainment Service Fees, Entertainer Portion | $ | 2,040.00 |
| 06/26/2026 | Sales Receipt | 1407 | Service Processing Fee Revenue for Customer Prepayments | $ | 74.90 |
| 06/26/2026 | Sales Receipt | 1396 | VIP Room Fees | $ | 1,872.00 |
| 06/26/2026 | Sales Receipt | 1396 | VIP Room Fees, Entertainer Portion | $ | 2,310.00 |
| 06/27/2026 | Sales Receipt | 1397 | Beverage Sales | $ | 5,440.60 |
| 06/27/2026 | Sales Receipt | 1408 | Customer Prepayments | $ | 400.00 |
| 06/27/2026 | Sales Receipt | 1397 | Door/Cover Charges | $ | 3,468.00 |
| 06/27/2026 | Sales Receipt | 1397 | Employee Credit Card Tips | $ | 929.50 |
| 06/27/2026 | Sales Receipt | 1397 | Entertainer Rent Fee | $ | 235.00 |
| 06/27/2026 | Sales Receipt | 1397 | Entertainment Service Fees | $ | 2,503.40 |
| 06/27/2026 | Sales Receipt | 1397 | Entertainment Service Fees, Entertainer Portion | $ | 2,810.00 |
| 06/27/2026 | Sales Receipt | 1408 | Service Processing Fee Revenue for Customer Prepayments | $ | 98.67 |
| 06/27/2026 | Sales Receipt | 1397 | VIP Room Fees | $ | 648.00 |
| 06/27/2026 | Sales Receipt | 1397 | VIP Room Fees, Entertainer Portion | $ | 600.00 |
| 06/28/2026 | Sales Receipt | 1398 | Beverage Sales | $ | 2,201.08 |
| 06/28/2026 | Sales Receipt | 1398 | Door/Cover Charges | $ | 48.00 |
| 06/28/2026 | Sales Receipt | 1398 | Employee Credit Card Tips | $ | 321.00 |
| 06/28/2026 | Sales Receipt | 1398 | Entertainer Rent Fee | $ | 245.00 |
| 06/28/2026 | Sales Receipt | 1398 | Entertainment Service Fees | $ | 1,423.40 |
| 06/28/2026 | Sales Receipt | 1398 | Entertainment Service Fees, Entertainer Portion | $ | 300.00 |
| 06/28/2026 | Sales Receipt | 1398 | VIP Room Fees | $ | 906.00 |
| 06/28/2026 | Sales Receipt | 1398 | VIP Room Fees, Entertainer Portion | $ | 800.00 |
| 06/29/2026 | Deposit | | ATM Fee / Commission Income | $ | 286.00 |
| 06/29/2026 | Sales Receipt | 1399 | Beverage Sales | $ | 2,454.02 |
| 06/29/2026 | Sales Receipt | 1409 | Customer Prepayments | $ | 1,000.00 |
| 06/29/2026 | Sales Receipt | 1399 | Employee Credit Card Tips | $ | 535.40 |
| 06/29/2026 | Sales Receipt | 1399 | Entertainer Rent Fee | $ | 65.00 |
| 06/29/2026 | Sales Receipt | 1399 | Entertainment Service Fees | $ | 843.20 |
| 06/29/2026 | Sales Receipt | 1399 | Entertainment Service Fees, Entertainer Portion | $ | 240.00 |
| 06/29/2026 | Sales Receipt | 1409 | Service Processing Fee Revenue for Customer Prepayments | $ | 142.79 |
| 06/29/2026 | Sales Receipt | 1399 | VIP Room Fees | $ | 1,296.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/29/2026 | Sales Receipt | 1399 | VIP Room Fees, Entertainer Portion | $ | 1,200.00 |
| 06/30/2026 | Deposit | | ATM Fee / Commission Income | $ | 468.00 |
| 06/30/2026 | Deposit | | ATM Fee / Commission Income | $ | 507.00 |
| 06/30/2026 | Deposit | | ATM Fee / Commission Income | $ | 273.00 |
| 06/30/2026 | Sales Receipt | 1400 | Beverage Sales | $ | 1,220.65 |
| 06/30/2026 | Sales Receipt | 1410 | Customer Prepayments | $ | 300.00 |
| 06/30/2026 | Sales Receipt | 1400 | Employee Credit Card Tips | $ | 244.40 |
| 06/30/2026 | Sales Receipt | 1400 | Entertainer Rent Fee | $ | 180.00 |
| 06/30/2026 | Sales Receipt | 1400 | Entertainment Service Fees | $ | 722.80 |
| 06/30/2026 | Sales Receipt | 1400 | Entertainment Service Fees, Entertainer Portion | $ | 480.00 |
| 06/30/2026 | Journal Entry | 1346 | Lottery Commission | $ | 570.04 |
| 06/30/2026 | Sales Receipt | 1410 | Service Processing Fee Revenue for Customer Prepayments | $ | 74.00 |
| 06/30/2026 | Sales Receipt | 1411 | Vending | $ | 558.00 |
| 06/30/2026 | Sales Receipt | 1400 | VIP Room Fees | $ | 125.00 |
| | | | **Total Cash Receipts** | **$** | **292,558.86** |