| Date | Disbursement Reaon | Ref # | Payee | Reason | Category | Payment Account | Amount |
|---|---|---|---|---|---|---|---|
| 6/1/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ 50.00 |
| 6/1/2026 | Disbursement | 1300 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 1,296.00 |
| 6/1/2026 | Disbursement | 1300 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 330.00 |
| 6/1/2026 | Expense | | Cash Expenses | T-Shirts | Promotional Events and Customer Incentives | Cash | $ 550.00 |
| 6/1/2026 | Expense | | Cash Expenses | Karaoke Contest | Promotional Events and Customer Incentives | Cash | $ 475.00 |
| 6/1/2026 | Refund | | Huntington | Check Printing Refund | Bank Fees & Service Charges | Main Operating 6297 | $ (50.00) |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Service Fees | Merchant Account Fees | Main Operating 6297 | $ 29.89 |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Service Fees | Merchant Account Fees | Main Operating 6297 | $ 29.91 |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 278.83 |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 306.75 |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 160.07 |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 9.60 |
| 6/1/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Main Operating 6297 | $ 18.24 |
| 6/1/2026 | Return | | Amazon | Return | Office Supplies | Main Operating 6297 | $ (21.00) |
| 6/2/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 10.00 |
| 6/2/2026 | Disbursement | 1302 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 51.00 |
| 6/2/2026 | Disbursement | 1302 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 60.00 |
| 6/2/2026 | Expense | | Fedex | Postage | Postage, Shipping, & Delivery | Cash | $ 7.00 |
| 6/2/2026 | Expense | | Home Depot | Maintenance Supplies | Repairs & Maintenance | Cash | $ 69.00 |
| 6/2/2026 | Expense | | Fuel expense for errands | Gas Expenses | Travel | Cash | $ 42.00 |
| 6/2/2026 | Check | 6002 | Buckeye Beverage | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ 259.24 |
| 6/2/2026 | Check | 6001 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ 216.25 |
| 6/2/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 105.43 |
| 6/3/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ 10.00 |
| 6/3/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ 50.00 |
| 6/3/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 70.00 |
| 6/3/2026 | Disbursement | 1303 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 539.16 |
| 6/3/2026 | Disbursement | 1303 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 570.00 |
| 6/3/2026 | Disbursement | 1303 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 100.00 |
| 6/3/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ 5,000.00 |
| 6/3/2026 | Expense | | Cash Expenses | Promotional Supplies and Prizes | Promotional Events and Customer Incentives | Cash | $ 762.00 |
| 6/3/2026 | Check | 6004 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ 1,895.76 |
| 6/3/2026 | Check | 6006 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ 405.45 |
| 6/3/2026 | Check | 6008 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Flagstar Operating (0818) | $ 1,200.00 |
| 6/3/2026 | Check | 6005 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Flagstar Operating (0818) | $ 1,000.00 |
| 6/3/2026 | Check | 6007 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Flagstar Operating (0818) | $ 1,200.00 |
| 6/3/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 11.97 |
| 6/3/2026 | Expense | | Amazon | Cleaning Supplies | Office Supplies | Flagstar Operating (0818) | $ 70.14 |
| 6/3/2026 | Expense | | Amazon | Network Supplies & Equipment | Office Supplies | Flagstar Operating (0818) | $ 182.86 |
| 6/3/2026 | Expense | | Amazon | Lightbulbs | Office Supplies | Flagstar Operating (0818) | $ 12.94 |
| 6/3/2026 | Expense | | Amazon | Cable Wire | Office Supplies | Flagstar Operating (0818) | $ 10.79 |
| 6/3/2026 | Expense | | Amazon | Toner | Office Supplies | Flagstar Operating (0818) | $ 86.39 |
| 6/3/2026 | Expense | | Amazon | Fog Machines | Bar Supplies | Flagstar Operating (0818) | $ 287.06 |
| 6/3/2026 | Expense | | Amazon | Power Supply Rechargable Battery | Office Supplies | Flagstar Operating (0818) | $ 329.26 |
| 6/3/2026 | Expense | 1301 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Flagstar Payroll (0933) - | $ 1,669.13 |
| 6/3/2026 | Expense | 1301 | Payroll Wages - Paychex | Payroll Wages | Payroll Wages (W-2) | Flagstar Payroll (0933) - | $ 11,019.53 |
| 6/4/2026 | Expense | | Gordons Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ 627.00 |
| 6/4/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 50.00 |
| 6/4/2026 | Disbursement | 1304 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 386.00 |
| 6/4/2026 | Disbursement | 1304 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 990.00 |
| 6/4/2026 | Disbursement | 1304 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 200.00 |
| 6/4/2026 | Expense | | Fuel expense for errands | Gas Expenses | Travel | Cash | $ 50.00 |
| 6/4/2026 | Expense | | Flagstar | Withdrawl Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ 10.00 |
| 6/4/2026 | Expense | | Flagstar | Withdrawl Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ 10.00 |
| 6/4/2026 | Expense | | Webstaurant | Garbage Bags | Bar Supplies | Flagstar Operating (0818) | $ 119.85 |
| 6/4/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 139.41 |
| 6/4/2026 | Expense | | Staples | Office Supplies | Office Supplies | Flagstar Operating (0818) | $ 131.97 |
| 6/4/2026 | Expense | | Ohio Sales Tax | Sales Tax | Ohio Sales Tax | Flagstar Operating (0818) | $ 273.60 |
| 6/4/2026 | Expense | | Ohio Sales Tax | Sales Tax | Ohio Sales Tax | Flagstar Operating (0818) | $ 223.64 |
| 6/4/2026 | Expense | | Ohio Sales Tax | Sales Tax | Ohio Sales Tax | Flagstar Operating (0818) | $ 299.75 |
| 6/4/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Flagstar Payroll (0933) - | $ 185.49 |
| 6/5/2026 | Expense | | Walmart | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ 113.00 |
| 6/5/2026 | Disbursement | 1311 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ 400.00 |
| 6/5/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 125.00 |
| 6/5/2026 | Disbursement | 1305 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 990.12 |
| 6/5/2026 | Disbursement | 1311 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 10.00 |
| 6/5/2026 | Disbursement | 1305 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 1,890.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/5/2026 | Disbursement | 1305 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 900.00 |
| 6/5/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,250.00 |
| 6/5/2026 | Check | 6014 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 1,110.81 |
| 6/5/2026 | Check | 6015 | Southern Glazers of OH | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 491.99 |
| 6/5/2026 | Check | 6009 | Superior Beverage Group | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 163.00 |
| 6/5/2026 | Check | 6011 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 617.04 |
| 6/5/2026 | Check | 6013 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/5/2026 | Check | 6010 | G Reyes Landscaping | Grounds Maintenance | Grounds Maintenance & Landscaping | Flagstar Operating (0818) | $ | 500.00 |
| 6/5/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 123.29 |
| 6/5/2026 | Expense | | Checks For Less | Checks | Office Supplies | Flagstar Operating (0818) | $ | 104.93 |
| 6/5/2026 | Expense | | Amazon | Sports Grip | Office Supplies | Flagstar Operating (0818) | $ | 87.39 |
| 6/5/2026 | Expense | | Buckeye Mobile Storage | Storage & Warehousing | Storage & Warehousing | Flagstar Operating (0818) | $ | 193.32 |
| 6/6/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 40.00 |
| 6/6/2026 | Expense | | Customer | Door Refund | Customer Refund | Cash | $ | 40.00 |
| 6/6/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 90.00 |
| 6/6/2026 | Expense | | Cash Expenses | Decor & T-Shirts | Promotional Events and Customer Incentives | Cash | $ | 1,000.00 |
| 6/6/2026 | Expense | | Amazon | Fluid Hose | Office Supplies | Flagstar Operating (0818) | $ | 205.19 |
| 6/6/2026 | Expense | | Amazon | Cleaning Supplies | Office Supplies | Flagstar Operating (0818) | $ | 59.58 |
| 6/6/2026 | Expense | | Amazon | Paper Materials | Office Supplies | Flagstar Operating (0818) | $ | 81.24 |
| 6/6/2026 | Expense | | Amazon | Hand tools | Office Supplies | Flagstar Operating (0818) | $ | 14.57 |
| 6/6/2026 | Expense | | Amazon | Hand tools | Office Supplies | Flagstar Operating (0818) | $ | 18.34 |
| 6/7/2026 | Expense | | Walmart | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 192.00 |
| 6/7/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 15.00 |
| 6/7/2026 | Disbursement | 1306 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 776.68 |
| 6/7/2026 | Disbursement | 1306 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,590.00 |
| 6/7/2026 | Disbursement | 1306 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 900.00 |
| 6/7/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Flagstar Operating (0818) | $ | 145.60 |
| 6/7/2026 | Expense | | Amazon | Grocery Supplies for Office | Office Supplies | Flagstar Operating (0818) | $ | 104.85 |
| 6/8/2026 | Disbursement | 1307 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 277.28 |
| 6/8/2026 | Disbursement | 1309 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 475.84 |
| 6/8/2026 | Disbursement | 1307 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 360.00 |
| 6/8/2026 | Disbursement | 1309 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 690.00 |
| 6/8/2026 | Disbursement | 1309 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,000.00 |
| 6/8/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,500.00 |
| 6/8/2026 | Expense | | Cash Expenses | Karaoke Contest | Promotional Events and Customer Incentives | Cash | $ | 475.00 |
| 6/8/2026 | Check | 6016 | Economy Linen | Linen Service | Bar Supplies | Flagstar Operating (0818) | $ | 104.06 |
| 6/8/2026 | Expense | | James E. Nobile | Escrow Payments | Escrow Payments | Flagstar Operating (0818) | $ | 35,000.00 |
| 6/8/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 331.53 |
| 6/8/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 342.71 |
| 6/8/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 19.58 |
| 6/8/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 76.59 |
| 6/8/2026 | Expense | | Amazon | Stage & Studio Luminaires | Office Supplies | Flagstar Operating (0818) | $ | 120.92 |
| 6/8/2026 | Expense | | Amazon | Heating & Ventiliation Equipment | Office Supplies | Flagstar Operating (0818) | $ | 1,197.84 |
| 6/8/2026 | Expense | | Amazon | Computer Accessories | Office Supplies | Flagstar Operating (0818) | $ | 36.76 |
| 6/9/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/9/2026 | Disbursement | 1312 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 400.00 |
| 6/9/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 25.00 |
| 6/9/2026 | Disbursement | 1310 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 416.72 |
| 6/9/2026 | Disbursement | 1310 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 720.00 |
| 6/9/2026 | Check | 6017 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 419.02 |
| 6/9/2026 | Check | 6020 | Butzel Long, P.C | Attorney Fees | Legal & Professional Fees | Flagstar Operating (0818) | $ | 40,000.00 |
| 6/9/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 19.20 |
| 6/9/2026 | Expense | | Amazon | Paper Materials | Office Supplies | Flagstar Operating (0818) | $ | 240.46 |
| 6/9/2026 | Check | 6019 | Epro | Safety Compliance - Fire Extinguisher and Hood Tags | Repairs & Maintenance | Flagstar Operating (0818) | $ | 337.93 |
| 6/10/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 40.00 |
| 6/10/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 45.00 |
| 6/10/2026 | Disbursement | 1313 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 457.20 |
| 6/10/2026 | Disbursement | 1313 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 510.00 |
| 6/10/2026 | Disbursement | 1313 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,200.00 |
| 6/10/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,850.00 |
| 6/10/2026 | Check | 6030 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 568.52 |
| 6/10/2026 | Check | 6029 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/10/2026 | Check | 6022 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Flagstar Operating (0818) | $ | 1,000.00 |
| 6/10/2026 | Check | 6028 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/10/2026 | Expense | | Shein | Bar Supplies | Bar Supplies | Flagstar Operating (0818) | $ | 161.36 |
| 6/10/2026 | Check | 6021 | Butzel Long, P.C | Attorney Fees | Legal & Professional Fees | Flagstar Operating (0818) | $ | 25,000.00 |
| 6/10/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 283.00 |
| 6/10/2026 | Expense | | MicroSale | POS Software & Licensing | POS Software & Licensing | Flagstar Operating (0818) | $ | 762.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/10/2026 | Expense | 1308 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Flagstar Payroll (0933) - | $ 1,455.09 |
| 6/10/2026 | Expense | 1308 | Payroll Wages - Paychex | Payroll Wages | Payroll Wages (W-2) | Flagstar Payroll (0933) - | $ 10,696.33 |
| 6/11/2026 | Expense | | Aldi | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ 246.55 |
| 6/11/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ 50.00 |
| 6/11/2026 | Disbursement | 1336 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ 1,000.00 |
| 6/11/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 150.00 |
| 6/11/2026 | Disbursement | 1314 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 787.12 |
| 6/11/2026 | Disbursement | 1314 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 2,040.00 |
| 6/11/2026 | Disbursement | 1314 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 500.00 |
| 6/11/2026 | Expense | | Cash Expenses | Shirts | Promotional Events and Customer Incentives | Cash | $ 235.00 |
| 6/11/2026 | Check | 6031 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ 1,027.93 |
| 6/11/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ 223.41 |
| 6/11/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ 16.48 |
| 6/11/2026 | Expense | | North American Broadcasting | Radio Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ 2,305.00 |
| 6/11/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 208.23 |
| 6/11/2026 | Expense | | Uber | Ride Share | Travel | Flagstar Operating (0818) | $ 12.57 |
| 6/11/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Flagstar Payroll (0933) - | $ 197.64 |
| 6/12/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 160.00 |
| 6/12/2026 | Disbursement | 1315 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 1,681.04 |
| 6/12/2026 | Disbursement | 1315 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 3,000.00 |
| 6/12/2026 | Disbursement | 1315 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 900.00 |
| 6/12/2026 | Expense | | Cash Expenses | T-Shirts | Promotional Events and Customer Incentives | Cash | $ 600.00 |
| 6/12/2026 | Expense | | Fuel expense for errands | Gas Expenses | Travel | Cash | $ 50.00 |
| 6/12/2026 | Check | 6032 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ 723.70 |
| 6/12/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ 125.57 |
| 6/12/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 248.33 |
| 6/12/2026 | Expense | | Webstaurant | Monthly Dues | Software & Subscriptions | Flagstar Operating (0818) | $ 99.00 |
| 6/13/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 145.00 |
| 6/13/2026 | Disbursement | 1316 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 1,597.90 |
| 6/13/2026 | Disbursement | 1316 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 3,690.00 |
| 6/13/2026 | Disbursement | 1316 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 700.00 |
| 6/13/2026 | Check | 6033 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Flagstar Operating (0818) | $ 1,200.00 |
| 6/13/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ 2,000.00 |
| 6/13/2026 | Expense | | Amazon | Envelopes | Office Supplies | Flagstar Operating (0818) | $ 27.65 |
| 6/13/2026 | Expense | | Uber | Ride Share Tip | Travel | Flagstar Operating (0818) | $ 2.00 |
| 6/14/2026 | Disbursement | 1337 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ 1,200.00 |
| 6/14/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 25.00 |
| 6/14/2026 | Disbursement | 1317 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 1,043.06 |
| 6/14/2026 | Disbursement | 1317 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 2,380.00 |
| 6/14/2026 | Disbursement | 1317 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 200.00 |
| 6/14/2026 | Expense | | Meijer | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ 79.93 |
| 6/14/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ 2,000.00 |
| 6/14/2026 | Expense | | Amazon | Lighting | Office Supplies | Flagstar Operating (0818) | $ 333.64 |
| 6/15/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ 60.00 |
| 6/15/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ 50.00 |
| 6/15/2026 | Disbursement | 1338 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ 300.00 |
| 6/15/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ 45.00 |
| 6/15/2026 | Disbursement | 1318 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ 728.00 |
| 6/15/2026 | Disbursement | 1318 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ 780.00 |
| 6/15/2026 | Disbursement | 1318 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ 200.00 |
| 6/15/2026 | Expense | | Cash Expenses | Karaoke Contest | Promotional Events and Customer Incentives | Cash | $ 475.00 |
| 6/15/2026 | Expense | | Flagstar | Banking Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ 6.00 |
| 6/15/2026 | Expense | | Wood & Lamping, LLP IOLTA | Trustee Payment | Bankruptcy Legal Fees - Trustee Payment | Flagstar Operating (0818) | $ 3,000.00 |
| 6/15/2026 | Check | 6033 | Economy Linen | Linen Service | Bar Supplies | Flagstar Operating (0818) | $ 52.03 |
| 6/15/2026 | Check | 6025 | Michael Stinziand, Franklin County Auditor | Cigarette Dealer License | Business licenses | Flagstar Operating (0818) | $ 125.00 |
| 6/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 440.82 |
| 6/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 492.05 |
| 6/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 255.10 |
| 6/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 48.00 |
| 6/15/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ 53.60 |
| 6/15/2026 | Expense | | Amazon | Lighting | Office Supplies | Flagstar Operating (0818) | $ 199.45 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 40.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 50.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 50.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 40.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 50.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 64.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ 50.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ | 50.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ | 50.00 |
| 6/15/2026 | Expense | | Speedway | Gas Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ | 40.00 |
| 6/15/2026 | Expense | | Public Storage | Storage & Warehousing | Storage & Warehousing | Flagstar Operating (0818) | $ | 174.28 |
| 6/15/2026 | Expense | | Flagstar | Service Charges | Bank Fees & Service Charges | Flagstar Payroll (0933) - | $ | 15.00 |
| 6/16/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 133.00 |
| 6/16/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 5.00 |
| 6/16/2026 | Disbursement | 1319 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 521.56 |
| 6/16/2026 | Disbursement | 1319 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,820.00 |
| 6/16/2026 | Disbursement | 1319 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 500.00 |
| 6/16/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,000.00 |
| 6/16/2026 | Check | 6035 | The Columbus Bar | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 440.76 |
| 6/16/2026 | Check | 6038 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 1,234.18 |
| 6/16/2026 | Check | 6037 | Buckeye Beverage | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 348.72 |
| 6/16/2026 | Check | 6036 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 440.76 |
| 6/16/2026 | Check | 6039 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/16/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 1,094.64 |
| 6/16/2026 | Expense | | Flagstar | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 6.00 |
| 6/16/2026 | Expense | | ILCasco | Insurance | Insurance - Building & Business | Flagstar Operating (0818) | $ | 3,872.47 |
| 6/16/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 127.11 |
| 6/16/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 14.40 |
| 6/16/2026 | Expense | | Amazon | Furniture Covers | Office Supplies | Flagstar Operating (0818) | $ | 72.45 |
| 6/16/2026 | Expense | | Amazon | Batterries | Office Supplies | Flagstar Operating (0818) | $ | 567.43 |
| 6/16/2026 | Expense | | 1-800-Ceiling | Ceiling Repairs/Supplies | Repairs & Maintenance | Flagstar Operating (0818) | $ | 1,084.40 |
| 6/17/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/17/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 65.00 |
| 6/17/2026 | Disbursement | 1320 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 485.00 |
| 6/17/2026 | Disbursement | 1320 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 420.00 |
| 6/17/2026 | Disbursement | 1320 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,130.00 |
| 6/17/2026 | Check | 6040 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 852.90 |
| 6/17/2026 | Check | 6023 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Flagstar Operating (0818) | $ | 1,000.00 |
| 6/17/2026 | Check | 6041 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/17/2026 | Expense | | Flagstar | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 6.00 |
| 6/17/2026 | Expense | | Webstaurant | Popcorn | Bar Supplies | Flagstar Operating (0818) | $ | 386.90 |
| 6/17/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 236.13 |
| 6/17/2026 | Expense | | Kroger | Grocery Cards for Promotion | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ | 2,102.29 |
| 6/17/2026 | Expense | | Public Storage | Storage & Warehousing | Storage & Warehousing | Flagstar Operating (0818) | $ | 174.28 |
| 6/17/2026 | Expense | 1334 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Flagstar Payroll (0933) - | $ | 1,666.82 |
| 6/17/2026 | Expense | 1334 | Payroll Wages - Paychex | Payroll Wages | Payroll Wages (W-2) | Flagstar Payroll (0933) - | $ | 11,667.88 |
| 6/18/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 120.00 |
| 6/18/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 65.00 |
| 6/18/2026 | Disbursement | 1321 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 1,069.08 |
| 6/18/2026 | Disbursement | 1321 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,640.00 |
| 6/18/2026 | Disbursement | 1321 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 600.00 |
| 6/18/2026 | Check | 6042 | the Blitz | Radio Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 2,305.00 |
| 6/18/2026 | Expense | | Webstaurant | Paper Towel, Garbage Bags, Sanitizer | Bar Supplies | Flagstar Operating (0818) | $ | 323.13 |
| 6/18/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 167.22 |
| 6/18/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Flagstar Payroll (0933) - | $ | 209.79 |
| 6/19/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 117.00 |
| 6/19/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/19/2026 | Disbursement | 1339 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 700.00 |
| 6/19/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 90.00 |
| 6/19/2026 | Disbursement | 1322 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 1,461.30 |
| 6/19/2026 | Disbursement | 1322 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 3,450.00 |
| 6/19/2026 | Disbursement | 1322 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 925.00 |
| 6/19/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,000.00 |
| 6/19/2026 | Check | 6048 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 860.22 |
| 6/19/2026 | Check | 6045 | Southern Glazers of OH | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 388.47 |
| 6/19/2026 | Check | 6044 | Superior Beverage Group | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 164.31 |
| 6/19/2026 | Check | 6043 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 656.09 |
| 6/19/2026 | Expense | | Kroger | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 3.29 |
| 6/19/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 184.80 |
| 6/19/2026 | Check | 6046 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/19/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 338.45 |
| 6/19/2026 | Return | | Amazon | Return | Office Supplies | Flagstar Operating (0818) | $ | (82.06) |
| 6/19/2026 | Expense | | Staples | POS Signature Purchase - STAPLES.COM 0900 800-333-3330 MAUS | Office Supplies | Flagstar Operating (0818) | $ | 131.97 |
| 6/19/2026 | Check | 6047 | Jorge Joya | Payroll Wages | Payroll Wages | Flagstar Operating (0818) | $ | 72.00 |
| 6/19/2026 | Expense | | TeamViewer | Subscription Service | Software & Subscriptions | Flagstar Operating (0818) | $ | 316.73 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/20/2026 | Disbursement | 1340 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 500.00 |
| 6/20/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 100.00 |
| 6/20/2026 | Disbursement | 1323 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 1,434.40 |
| 6/20/2026 | Disbursement | 1323 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 5,520.00 |
| 6/20/2026 | Disbursement | 1323 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 400.00 |
| 6/20/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 553.71 |
| 6/20/2026 | Expense | | Non Flagstar Atm Fee - Chase | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 4.00 |
| 6/20/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Flagstar Operating (0818) | $ | 24.40 |
| 6/20/2026 | Expense | | Amazon | Office Supplies | Office Supplies | Flagstar Operating (0818) | $ | 166.20 |
| 6/20/2026 | Expense | | Amazon | Batterries | Office Supplies | Flagstar Operating (0818) | $ | 21.59 |
| 6/20/2026 | Expense | | 1-800-Ceiling | Ceiling Repairs/Supplies | Repairs & Maintenance | Flagstar Operating (0818) | $ | 602.42 |
| 6/21/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 30.00 |
| 6/21/2026 | Disbursement | 1324 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 477.00 |
| 6/21/2026 | Disbursement | 1324 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 1,760.00 |
| 6/22/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 10.00 |
| 6/22/2026 | Disbursement | 1325 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 78.00 |
| 6/22/2026 | Disbursement | 1325 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 330.00 |
| 6/22/2026 | Disbursement | 1325 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 200.00 |
| 6/22/2026 | Expense | | Cash Expenses | Karaoke Contest | Promotional Events and Customer Incentives | Cash | $ | 475.00 |
| 6/22/2026 | Check | 6049 | Economy Linen | Linen Service | Bar Supplies | Flagstar Operating (0818) | $ | 52.03 |
| 6/22/2026 | Expense | | Super+ | Bar Supplies | Bar Supplies | Flagstar Operating (0818) | $ | 15.00 |
| 6/22/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 33.60 |
| 6/22/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 24.00 |
| 6/22/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 454.68 |
| 6/22/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 179.17 |
| 6/22/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 538.80 |
| 6/22/2026 | Check | 6050 | Action Pest Control | Pest Control | Repairs & Maintenance | Flagstar Operating (0818) | $ | 62.09 |
| 6/23/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 94.00 |
| 6/23/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/23/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 15.00 |
| 6/23/2026 | Disbursement | 1326 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 343.00 |
| 6/23/2026 | Disbursement | 1326 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 750.00 |
| 6/23/2026 | Disbursement | 1326 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 200.00 |
| 6/23/2026 | Expense | | Cash Expenses | Filter & Tree Trimming | Grounds Maintenance & Landscaping | Cash | $ | 525.00 |
| 6/23/2026 | Check | 6051 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 175.90 |
| 6/23/2026 | Check | 6052 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 500.33 |
| 6/23/2026 | Check | 6054 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/23/2026 | Check | 6024 | Jaclynn Zbikowski | MOR Reporting, Administration & Compliance Analysis | (10-99) MOR Reporting and Administrative | Flagstar Operating (0818) | $ | 1,000.00 |
| 6/23/2026 | Expense | | Non Flagstar Transfer Fee | Transfer Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 2.50 |
| 6/23/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 54.70 |
| 6/23/2026 | Check | 6053 | myles Shriver | Payroll Wages | Payroll Wages | Flagstar Operating (0818) | $ | 80.00 |
| 6/24/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/24/2026 | Disbursement | 1341 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 1,000.00 |
| 6/24/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 5.00 |
| 6/24/2026 | Disbursement | 1327 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 251.60 |
| 6/24/2026 | Disbursement | 1327 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 300.00 |
| 6/24/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 1,000.00 |
| 6/24/2026 | Check | 6055 | Heidelberg | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 780.78 |
| 6/24/2026 | Check | 6058 | (10-99) The Excellence Group | Chief Risk, Compliance & Liquor Liability Consulting | (10-99) Risk / Compliance/ Liquor Liabilities | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/24/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 2,002.12 |
| 6/24/2026 | Check | 6056 | the Blitz | Radio Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 2,305.00 |
| 6/24/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 80.03 |
| 6/24/2026 | Expense | | Ohio Sales Tax | Sales Tax | Ohio Sales Tax | Flagstar Operating (0818) | $ | 9,362.54 |
| 6/24/2026 | Check | 6059 | James Mcculloch | Payroll Wages | Payroll Wages | Flagstar Operating (0818) | $ | 22.00 |
| 6/24/2026 | Check | 6057 | Jorge Joya | Payroll Wages | Payroll Wages | Flagstar Operating (0818) | $ | 71.50 |
| 6/24/2026 | Expense | 1335 | Payroll Taxes | Payroll Taxes | Payroll Taxes | Flagstar Payroll (0933) - | $ | 1,685.70 |
| 6/24/2026 | Expense | 1335 | Payroll Wages - Paychex | Payroll Wages | Payroll Wages (W-2) | Flagstar Payroll (0933) - | $ | 11,421.63 |
| 6/25/2026 | Expense | | Drinks | Drink Incentive Program | Drink Incentives | Cash | $ | 20.00 |
| 6/25/2026 | Disbursement | 1328 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 1,043.34 |
| 6/25/2026 | Disbursement | 1328 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 3,550.00 |
| 6/25/2026 | Disbursement | 1328 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 300.00 |
| 6/25/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 110.69 |
| 6/25/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 199.85 |
| 6/25/2026 | Expense | | Sam's Club | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 17.04 |
| 6/25/2026 | Expense | | Flagstar | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.50 |
| 6/25/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 48.00 |
| 6/25/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 47.45 |
| 6/25/2026 | Check | 6060 | Kaley Bolen | Comedy Show Organization | Promotional Events and Customer Incentives | Flagstar Operating (0818) | $ | 750.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/25/2026 | Expense | | Home Depot | POS Pinned Purchase - THE HOME DEPOT # COLUMBUS OHUS | Repairs & Maintenance | Flagstar Operating (0818) | $ | 61.24 |
| 6/25/2026 | Expense | | Paychex | Pay Period Processing Fees | Payroll Processing Fees | Flagstar Payroll (0933) - | $ | 205.74 |
| 6/26/2026 | Expense | | Customer | Vending Refund | Customer Refund | Cash | $ | 20.00 |
| 6/26/2026 | Disbursement | 1342 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 330.00 |
| 6/26/2026 | Disbursement | 1329 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 1,787.52 |
| 6/26/2026 | Disbursement | 1329 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,040.00 |
| 6/26/2026 | Disbursement | 1329 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 2,310.00 |
| 6/26/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,000.00 |
| 6/26/2026 | Check | 6063 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 1,812.28 |
| 6/26/2026 | Check | 6061 | Superior Beverage Group | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 519.65 |
| 6/26/2026 | Check | 6062 | Atlantic Food | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 994.26 |
| 6/26/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 37.48 |
| 6/26/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 1,956.70 |
| 6/26/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/26/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/26/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/26/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 306.88 |
| 6/27/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 137.00 |
| 6/27/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/27/2026 | Disbursement | 1343 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 400.00 |
| 6/27/2026 | Disbursement | 1330 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 929.50 |
| 6/27/2026 | Disbursement | 1330 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 2,810.00 |
| 6/27/2026 | Disbursement | 1330 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 600.00 |
| 6/27/2026 | Expense | | Meijer | Food and beverage supplies | Cost of Goods Sold - Food | Flagstar Operating (0818) | $ | 58.32 |
| 6/27/2026 | Check | 6064 | Eva Fuentes | Cleaning services (independent contractor) | (10-99) Janitorial / Cleaning Services | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/27/2026 | Expense | | Non Flagstar Transfer Fee | Transfer Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 7.50 |
| 6/27/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/27/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/27/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/27/2026 | Expense | | Non Flagstar Atm Fee - PNC | Atm Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 3.75 |
| 6/27/2026 | Expense | | Webstaurant | Glassware | Bar Supplies | Flagstar Operating (0818) | $ | 183.58 |
| 6/27/2026 | Check | 6065 | G Reyes Landscaping | Grounds Maintenance | Grounds Maintenance & Landscaping | Flagstar Operating (0818) | $ | 400.00 |
| 6/27/2026 | Expense | | Amazon | Toner | Office Supplies | Flagstar Operating (0818) | $ | 82.07 |
| 6/28/2026 | Disbursement | 1331 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 321.00 |
| 6/28/2026 | Disbursement | 1331 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 300.00 |
| 6/28/2026 | Disbursement | 1331 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 800.00 |
| 6/28/2026 | Expense | | Alcohol Controls | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 134.50 |
| 6/28/2026 | Expense | | Webstaurant | Glassware | Bar Supplies | Flagstar Operating (0818) | $ | 99.89 |
| 6/29/2026 | Disbursement | 1344 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 1,000.00 |
| 6/29/2026 | Disbursement | 1332 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 535.40 |
| 6/29/2026 | Disbursement | 1332 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 240.00 |
| 6/29/2026 | Disbursement | 1332 | Entertainer | Entertainer Payout | Entertainer Disbursement - VIP Room | Cash | $ | 1,200.00 |
| 6/29/2026 | Expense | | Francis S Consulting LLC (Insider) | Consulting Fee Draw – Chief Operating & Compliance Consultant (Insider) | Operations & Compliance Consulting (Insider) | Cash | $ | 2,100.00 |
| 6/29/2026 | Expense | | Cash Expenses | Karaoke Contest | Promotional Events and Customer Incentives | Cash | $ | 475.00 |
| 6/29/2026 | Expense | | Cash Expenses | Promo Cards | Promotional Events and Customer Incentives | Cash | $ | 130.00 |
| 6/29/2026 | Expense | | Facebook | Social Media Advertising | Advertising & Marketing | Flagstar Operating (0818) | $ | 2,000.00 |
| 6/29/2026 | Expense | | Webstaurant | Glassware | Bar Supplies | Flagstar Operating (0818) | $ | 199.78 |
| 6/29/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 15.59 |
| 6/29/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 19.20 |
| 6/29/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 497.24 |
| 6/29/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 372.26 |
| 6/29/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 118.94 |
| 6/29/2026 | Check | 6066 | myles Shriver | Payroll Wages | Payroll Wages | Flagstar Operating (0818) | $ | 40.00 |
| 6/29/2026 | Expense | | Adobe | Monthly Dues | Software & Subscriptions | Flagstar Operating (0818) | $ | 26.49 |
| 6/30/2026 | Expense | | Gordon Food Service | Food and beverage supplies | Cost of Goods Sold - Food | Cash | $ | 189.00 |
| 6/30/2026 | Expense | | Marketing Research Reimbursements | Competitor Research | Advertising & Marketing | Cash | $ | 50.00 |
| 6/30/2026 | Disbursement | 1345 | Customer | Service Disbursement - Customer Use | Customer Service Disbursements | Cash | $ | 300.00 |
| 6/30/2026 | Disbursement | 1333 | Employee/Entertainer | Credit Card Tips Disbursed | Employee/Entertainer Tip Disbursements | Cash | $ | 244.40 |
| 6/30/2026 | Disbursement | 1333 | Entertainer | Entertainer Payout | Entertainer Disbursement - Entertainment Services | Cash | $ | 480.00 |
| 6/30/2026 | Check | 6070 | ABC Liquor | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 1,473.88 |
| 6/30/2026 | Check | 6069 | Buckeye Beverage | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 1,305.56 |
| 6/30/2026 | Check | 6068 | The Columbus Dist. co. | Beer and liquor inventory purchase | Cost of Goods Sold - Beer and Liquor | Flagstar Operating (0818) | $ | 417.64 |
| 6/30/2026 | Check | 6071 | (10-99) Winter Management LLC | Administration & Information Technology Consulting | (10-99) Administrative & IT Consulting | Flagstar Operating (0818) | $ | 1,200.00 |
| 6/30/2026 | Expense | | Non Flagstar Transfer Fee | Transfer Fee | Bank Fees & Service Charges | Flagstar Operating (0818) | $ | 10.00 |
| 6/30/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 44.00 |
| 6/30/2026 | Expense | | Paysafe Merchant Account | Merchant Processing Fees | Merchant Account Fees | Flagstar Operating (0818) | $ | 199.72 |
| 6/30/2026 | Check | 6072 | myles Shriver | Payroll Wages | Payroll Wages | Flagstar Operating (0818) | $ | 60.00 |
| | | | | | | **Total Cash Disbursements** | **$** | **378,248.08** |