# Cleveland Avenue Cafe, Inc

## Profit and Loss

June 1-30, 2026

| | TOTAL |
|---|---|
| Income | |
| POS Receipts | |
| Beverage Sales | 84,262.59 |
| Door Admissions / Cover Sales | 34,360.19 |
| Employee/Entertainer Credit Card Tips | 22,485.22 |
| Entertainer Rent | 5,230.00 |
| Entertainment Service Fees, Entertainer Portion | 47,010.00 |
| Entertainment Services | 45,730.60 |
| VIP Room Fees | 19,434.00 |
| VIP Room Fees, Entertainer Portion | 15,965.00 |
| **Total for POS Receipts** | **$274,477.60** |
| Supplemental Operating Revenue | |
| ATM Fee / Commission Income | 7,670.00 |
| Customer Prepayment - Goods & Services | 7,530.00 |
| Employee/Entertainer Credit Card Tips | 10.00 |
| Lottery Commission Income | 570.04 |
| Service Processing Fee Revenue | 1,743.22 |
| Vending & Other Ancillary | 558.00 |
| **Total for Supplemental Operating Revenue** | **$18,081.26** |
| **Total for Income** | **$292,558.86** |
| Cost of Goods Sold | |
| Cost of Goods Sold - Beer and Liquor | 17,908.48 |
| Cost of Goods Sold - Food | 6,626.83 |
| **Total for Cost of Goods Sold** | **$24,535.31** |
| **Gross Profit** | **$268,023.55** |
| Expenses | |
| (10-99) Administrative & IT Consulting | 6,000.00 |
| (10-99) Janitorial / Cleaning Services | 4,800.00 |
| (10-99) MOR Reporting and Administrative | 4,000.00 |
| (10-99) Risk / Compliance/ Liquor Liabilities | 4,800.00 |
| Advertising & Marketing | 19,112.17 |
| Bank Fees & Service Charges | 56.75 |
| Bankruptcy Legal Fees - Trustee Payment | 3,000.00 |
| Bar Supplies | 1,984.67 |
| Business licenses | 125.00 |
| Customer Refund | 60.00 |
| Customer Service Disbursements | 7,530.00 |
| Drink Incentives | 1,360.00 |
| Employee/Entertainer Tip Disbursements | 22,495.22 |
| Entertainer Disbursements - Entertainment Services | 47,010.00 |
| Entertainer Disbursements - VIP Room | 15,965.00 |
| Escrow Payments | 35,000.00 |
| Grounds Maintenance & Landscaping | 1,425.00 |
| Insurance - Building & Business | 3,872.47 |
| Legal & Professional Fees | 65,000.00 |

# Cleveland Avenue Cafe, Inc

## Profit and Loss

June 1-30, 2026

| | TOTAL |
|---|---|
| Merchant Account Fees | 7,949.70 |
| Office Supplies | 4,765.81 |
| Ohio Sales Tax | 10,159.53 |
| Operations & Compliance Consulting (Insider) | 21,700.00 |
| Payroll Processing Fees | 798.66 |
| Payroll Taxes | 6,476.74 |
| Payroll Wages (W-2) | 45,150.87 |
| POS Software & Licensing | 762.14 |
| Postage, Shipping, & Delivery | 7.00 |
| Promotional Events and Customer Incentives | 8,988.29 |
| Repairs & Maintenance | 2,217.08 |
| Software & Subscriptions | 442.22 |
| Storage & Warehousing | 541.88 |
| Travel | 156.57 |
| **Total for Expenses** | **$353,712.77** |
| **Net Operating Income** | **-$85,689.22** |
| Other Expenses | |
| Reconciliation Discrepancies | -0.30 |
| **Total for Other Expenses** | **-$0.30** |
| **Net Other Income** | **$0.30** |
| **Net Income** | **-$85,688.92** |