flagstar

102 Duffy Avenue, Hicksville, New York 11801

**Statement Ending 06/30/2026**



CLEVELAND AVENUE CAFE INC
6190 CLEVELAND AVE
COLUMBUS OH 43231-1614

## Managing Your Accounts

| | |
|---|---|
| Branch Name | HICKSVILLE |
| Customer Service | (888) 248-6423 |
| Mailing Address | 102 Duffy Avenue, Hicksville, NY 11801 |
| Online Access | www.flagstar.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Sol Chkg w/Interest | XXXXXX0933 | $15,325.66 |

# Business Sol Chkg w/Interest - XXXXXX0933

# Payroll

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **06/01/2026** | **Beginning Balance** | **$8,702.59** |
| | 8 Credit(s) This Period | $60,000.06 |
| | 123 Debit(s) This Period | $53,376.99 |
| **06/30/2026** | **Ending Balance** | **$15,325.66** |
| | Service Fees | -$15.00 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 30 |
| Interest Earned | $0.06 |
| Interest Paid This Period | $0.06 |
| Interest Paid Year-to-Date | $0.07 |
| Average Ledger Balance | $7,052.55 |

### Credit(s) This Period

| Description | Items | Amount |
|---|---|---|
| Deposits | 7 | $60,000.00 |
| ACH Credits | 0 | $0.00 |
| Lockbox | 0 | $0.00 |
| Incoming Funds Transfer | 0 | $0.00 |
| Trade Services | 0 | $0.00 |
| Zero Balance Transfers | 0 | $0.00 |
| Adjustments | 0 | $0.00 |
| Other Credits | 1 | $0.06 |
| **Total** | **8** | **$60,000.06** |

### Debits(s) This Period

| Description | Items | Amount |
|---|---|---|
| Checks | 114 | $39,790.29 |
| ACH Debits | 8 | $13,571.70 |
| Return Items | 0 | $0.00 |
| Outgoing Funds Transfer | 0 | $0.00 |
| Trade Services | 0 | $0.00 |
| Zero Balance Transfers | 0 | $0.00 |
| Adjustments | 0 | $0.00 |
| Other Debits | 1 | $15.00 |
| **Total** | **123** | **$53,376.99** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/02/2026 | Deposit Internet Transfer from * 0818 CK | $12,000.00 |
| 06/05/2026 | Deposit Internet Transfer from * 0818 CK | $9,000.00 |
| 06/16/2026 | Deposit Internet Transfer from * 0818 CK | $4,000.00 |
| 06/18/2026 | Deposit Internet Transfer from * 0818 CK | $7,000.00 |
| 06/23/2026 | Deposit Internet Transfer from * 0818 CK | $3,500.00 |
| 06/24/2026 | Deposit Internet Transfer from * 0818 CK | $9,500.00 |
| 06/29/2026 | Deposit Internet Transfer from * 0818 CK | $15,000.00 |

7 item(s) totaling $60,000.00

## Business Sol Chkg w/Interest - XXXXXX0933 (continued)

## Payroll

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/30/2026 | Credit Interest | $0.06 |
| | | 1 item(s) totaling $0.06 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/03/2026 | External Withdrawal PAYCHEX TPS 40885 - TAXES 17083000001931X | $3,228.97 |
| 06/04/2026 | External Withdrawal PAYCHEX EIB - INVOICE X17093700025865 | $185.49 |
| 06/10/2026 | External Withdrawal PAYCHEX TPS 40907 - TAXES 17183100001731X | $2,955.34 |
| 06/11/2026 | External Withdrawal PAYCHEX EIB - INVOICE X17192000025812 | $197.64 |
| 06/17/2026 | External Withdrawal PAYCHEX TPS 40928 - TAXES 17286300006630X | $3,323.14 |
| 06/18/2026 | External Withdrawal PAYCHEX EIB - INVOICE X17297300041369 | $209.79 |
| 06/24/2026 | External Withdrawal PAYCHEX TPS 40948 - TAXES 17375900002239X | $3,265.59 |
| 06/25/2026 | External Withdrawal PAYCHEX EIB - INVOICE X17383700028221 | $205.74 |
| | | 8 item(s) totaling $13,571.70 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 06/15/2026 | Service Charged Assessed | $15.00 |
| | | 1 item(s) totaling $15.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 10000 | 06/09/2026 | $33.15 | 10043* | 06/04/2026 | $522.76 |
| 10001 | 06/02/2026 | $119.77 | 10044 | 06/08/2026 | $378.23 |
| 10002 | 06/01/2026 | $332.93 | 10045 | 06/08/2026 | $259.34 |
| 10003 | 06/01/2026 | $70.73 | 10046 | 06/05/2026 | $91.67 |
| 10006* | 06/01/2026 | $77.34 | 10047 | 06/09/2026 | $298.79 |
| 10008* | 06/15/2026 | $64.62 | 10049* | 06/08/2026 | $206.94 |
| 10009 | 06/02/2026 | $59.47 | 10050 | 06/04/2026 | $963.94 |
| 10010 | 06/01/2026 | $167.36 | 10051 | 06/05/2026 | $613.05 |
| 10012* | 06/02/2026 | $110.95 | 10052 | 06/05/2026 | $1,585.80 |
| 10013 | 06/08/2026 | $146.25 | 10053 | 06/08/2026 | $57.57 |
| 10014 | 06/01/2026 | $1,010.10 | 10054 | 06/25/2026 | $35.71 |
| 10015 | 06/01/2026 | $577.14 | 10055 | 06/16/2026 | $74.10 |
| 10016 | 06/01/2026 | $577.14 | 10056 | 06/18/2026 | $37.53 |
| 10019* | 06/02/2026 | $250.09 | 10058* | 06/11/2026 | $385.49 |
| 10022* | 06/02/2026 | $335.26 | 10059 | 06/15/2026 | $69.07 |
| 10023 | 06/02/2026 | $285.51 | 10060 | 06/12/2026 | $140.65 |
| 10025* | 06/01/2026 | $613.05 | 10061 | 06/29/2026 | $76.70 |
| 10026 | 06/02/2026 | $1,585.80 | 10062 | 06/18/2026 | $96.95 |
| 10027 | 06/08/2026 | $33.90 | 10064* | 06/11/2026 | $139.54 |
| 10028 | 06/04/2026 | $35.98 | 10065 | 06/12/2026 | $45.91 |
| 10029 | 06/05/2026 | $142.55 | 10066 | 06/29/2026 | $96.44 |
| 10030 | 06/05/2026 | $332.67 | 10067 | 06/18/2026 | $174.08 |
| 10031 | 06/15/2026 | $71.98 | 10068 | 06/12/2026 | $1,010.12 |
| 10032 | 06/05/2026 | $140.25 | 10069 | 06/11/2026 | $577.15 |
| 10034* | 06/15/2026 | $101.13 | 10070 | 06/12/2026 | $577.15 |
| 10035 | 06/05/2026 | $149.98 | 10072* | 06/11/2026 | $509.05 |
| 10036 | 06/08/2026 | $48.33 | 10074* | 06/12/2026 | $262.03 |
| 10037 | 06/08/2026 | $114.17 | 10075 | 06/11/2026 | $179.44 |
| 10038 | 06/11/2026 | $178.53 | 10076 | 06/17/2026 | $74.42 |
| 10039 | 06/05/2026 | $1,010.10 | 10077 | 06/16/2026 | $358.47 |
| 10040 | 06/08/2026 | $577.14 | 10080* | 06/11/2026 | $963.96 |
| 10041 | 06/05/2026 | $577.14 | 10081 | 06/12/2026 | $613.05 |

# Business Sol Chkg w/Interest - XXXXXX0933 (continued)

## Payroll

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 10082 | 06/11/2026 | $1,585.80 | 10117 | 06/22/2026 | $99.84 |
| 10083 | 06/15/2026 | $33.93 | 10118 | 06/24/2026 | $109.75 |
| 10085* | 06/16/2026 | $37.24 | 10120* | 06/26/2026 | $385.49 |
| 10088* | 06/22/2026 | $385.49 | 10121 | 06/26/2026 | $95.19 |
| 10089 | 06/22/2026 | $73.95 | 10124* | 06/26/2026 | $141.00 |
| 10090 | 06/23/2026 | $27.24 | 10125 | 06/29/2026 | $113.72 |
| 10092* | 06/22/2026 | $139.28 | 10127* | 06/30/2026 | $125.86 |
| 10093 | 06/29/2026 | $75.63 | 10128 | 06/26/2026 | $153.75 |
| 10095* | 06/22/2026 | $52.77 | 10129 | 06/26/2026 | $67.77 |
| 10097* | 06/22/2026 | $154.06 | 10130 | 06/29/2026 | $109.95 |
| 10098 | 06/22/2026 | $48.64 | 10132* | 06/26/2026 | $1,010.10 |
| 10099 | 06/29/2026 | $178.53 | 10133 | 06/26/2026 | $577.14 |
| 10100 | 06/22/2026 | $1,010.10 | 10134 | 06/25/2026 | $577.14 |
| 10101 | 06/18/2026 | $577.15 | 10136* | 06/25/2026 | $525.84 |
| 10102 | 06/23/2026 | $577.15 | 10137 | 06/26/2026 | $183.41 |
| 10104* | 06/18/2026 | $561.20 | 10138 | 06/25/2026 | $475.19 |
| 10105 | 06/23/2026 | $292.88 | 10139 | 06/26/2026 | $229.94 |
| 10106 | 06/18/2026 | $313.83 | 10140 | 06/25/2026 | $261.54 |
| 10107 | 06/22/2026 | $79.71 | 10141 | 06/29/2026 | $71.04 |
| 10108 | 06/23/2026 | $155.43 | 10142 | 06/26/2026 | $196.17 |
| 10110* | 06/22/2026 | $963.94 | 10144* | 06/26/2026 | $577.14 |
| 10111 | 06/23/2026 | $385.49 | 10145 | 06/26/2026 | $79.40 |
| 10112 | 06/23/2026 | $192.92 | 10146 | 06/25/2026 | $495.45 |
| 10114* | 06/22/2026 | $613.05 | 10148* | 06/26/2026 | $1,585.80 |
| 10116* | 06/23/2026 | $1,585.80 | 10149 | 06/29/2026 | $35.85 |

* Indicates skipped check number

114 item(s) totaling $39,790.29

### Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 06/01/2026 | 0.01% |

## HOW TO BALANCE YOUR ACCOUNT

| | |
|---|---|
| 1. Enter the ending balance as shown on the reverse side. | $ |
| 2. Check the deposits you have made and enter any which have not been credited on this statement. | + $ |
| 3. Total of Line 1 and Line 2. | = $ |
| 4. List below any withdrawals/checks you have issued that are not shown on this statement and enter the total. | - $ |
| 5. Subtract Line 4 from Line 3. This should equal your present balance. | = $ |

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If your statement does not balance, please verify you have entered all your transactions in your register correctly.

Have you added the following?
- Transfers from another account.
- Credit memos.
- Any interest paid on your account. Not all accounts receive interest.

Have you subtracted the following?
- Authorized deductions.
- Service charges.
- Debit memos (such as purchasing checks).

Please examine your account statement promptly and report any inaccuracy as soon as possible.

The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

**YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES, ALTERATIONS AND FORGERIES**

You must examine your statement of account with reasonable promptness. If you discover (or reasonably should have discovered) any unauthorized transactions, fraudulent activity, forgeries, alterations, missing deposits, or any other errors (all such activity referred to as “Errors”), you must promptly notify us of the relevant facts. Error includes, by way of example, but not limited to: (i) an unauthorized or missing drawer’s signature; (ii) an alteration (such as a change in the name of the payee or amount); (iii) an unauthorized or missing endorsement; (iv) debiting of your account based upon a check or item you have written for an incorrect amount; (v) failure to credit a deposit to your account; or (vi) unauthorized transfer. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer. You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 60 days from when the statement is first sent or made available to you. We are not responsible, and you assume the risk for, any statement or notice that is lost in the mail and not received by you. See the section entitled “Change of Address” for your obligations to notify us of any change in address or non-receipt of statements or notices.

You further agree that if you fail to report any Errors within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any Items in that statement, and as between you and us the loss will be entirely yours. This 60 day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

If you have provided us with timely notice of the Error, under the paragraphs above, and we refuse to reimburse you for the alleged loss, you must also commence any legal action or proceeding against us within one year after the statement or items are made available to you if the Error consists of your unauthorized signature on or any alteration on the item. If the Error consists, however, of your unauthorized endorsement on the item, you must commence any legal action or proceeding against us within three years after the cause of action accrues. Your failure to so act within these time periods bars any action against us based on such unauthorized signature, alteration, and unauthorized endorsement Errors.

**Error Resolution Notice.** In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

Tell us your name and account number (if any). Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 Business Days.

We will determine whether an error occurred within 120 Business Days after we hear from you and will correct any error promptly.

We will tell you the results within three Business Days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

SEND INQUIRIES TO:

Flagstar Bank
102 Duffy Ave
Hicksville, NY 11801

Customer Service
(888) 248-6423

**IMPORTANT INFORMATION ABOUT CHANGES TO YOUR ACCOUNT**

Thank you for your business and the opportunity to serve you. We want to make you aware of important changes to your business deposit account, including the discontinuation of the current overdraft program ("Bounce Protection"), updates to your account disclosures, and, for some clients the introduction of new optional overdraft services ("Overdraft Protection Coverage"). Please note the following changes will be effective on the Business Date of August 3, 2026 ("Effective Date").

Please review the additional pages included with this notice carefully, as they contain important details that apply to your account. These materials, together with this summary, govern your account as of the Effective Date. You should retain these documents for your records.

**BOUNCE PROTECTION PROGRAM ENDING, OVERDRAFT PROTECTION COVERAGE AVAILABLE FOR PRE-ENROLL**

If you have an account(s) currently enrolled in the Bounce Protection Program, please note that this program will end after all transactions have processed on July 31, 2026. After this time, transactions that overdraw your account may be declined or returned at our discretion unless you choose to enroll in a new program.

Beginning June 1 through July 31, 2026, at 8:00 p.m. ET, eligible products and ownership types may choose to pre-enroll in our new Overdraft Protection Coverage by visiting us at a branch. Enrollment is optional and requires affirmative consent. Overdraft coverage for ATM and everyday debit card transactions requires a separate opt-in via affirmative consent. Overdraft Protection Coverage, if enrolled and eligibility criteria are met, is active as of the Effective Date. If no action is taken, you will not be enrolled.

Please see the enclosed Overdraft Protection Coverage Terms and Conditions disclosure document (pages 6-8). Generally, Overdraft Protection Coverage is available to individual/jointly owned consumer or certain small business ownership types, see the section titled "Ineligible Accounts and Ownership Types" for more details. Those not eligible, including but not limited to commercial clients, are still responsible for ensuring their account(s) have sufficient funds to avoid any declined or returned Items, or account shortage(s).

We encourage you to carefully review the full Disclosures provided to understand how they apply to your account(s), as this update may include terms and conditions that differ from those in Disclosures you have previously received. After the Effective Date, if there is any conflict between this Disclosure and other Disclosures or terms and conditions relating to your account(s), this Disclosure will govern to the extent necessary to resolve the conflict.

## DISCLOSURE GUIDE UPDATES

**COMMON FEATURES - FEE SCHEDULE**: Overdraft Charge (each): $30.00. A maximum of three (3) Overdraft Charges may be assessed per Business Day. Please see enclosed Overdraft Protection Coverage Terms and Conditions for additional details.

**TERMS AND CONDITIONS:** Note: Some section numbers within the Terms and Conditions have been updated for organizational purposes. All changes listed below are effective on the Business Day of August 3, 2026.

**Section 2 — Agreement (Definitions)**

A portion of this section was updated, beginning with "These additional terms are defined below:" The revised and/or new definitions are as follows:

**"Agreement"** Updated definition. Now reads as follows: "Agreement" means Terms and Conditions, Overdraft Protection Coverage Terms and Conditions, Overdraft Protection Coverage Enrollment, Overdraft Protection Debit Card Enrollment, Electronic Funds Transfers, Substitute Check and Your Rights, Funds Availability Disclosure, Common Features – Fee Schedule, Privacy Notice and Truth-In-Savings Disclosure.

**"Available Balance"** The final sentence of this definition has been updated. The portion beginning with "The following are not reflected..." now reads: "...your Overdraft Protection Coverage limit (as defined in the Overdraft Protection Coverage Terms and Conditions, which varies by account type); and funds from any accounts you have linked to your account for overdraft protection (for example, Overdraft Protection with Linked Accounts and/or a pre-existing overdraft line of credit)."

**"Good Standing"** NEW definition added: "Good Standing" has the meaning set forth in the Overdraft Protection Coverage Terms and Conditions for accounts enrolled in Overdraft Protection Coverage. For accounts not enrolled in Overdraft Protection Coverage, 'Good Standing' means your account is not subject to any legal order, levy, or lien, and you are not in violation of any term of this Agreement.

**"Linked Account"** Renamed and revised. Now titled **"Overdraft Protection with Linked Accounts"** and reads: "Overdraft Protection with Linked Accounts" ("Linked Account" or "Linked Accounts") means another account on which you are an owner, such as a savings, money market or checking account, which you requested we link to your checking account for overdraft protection purposes. Certificates of Deposit, Health Savings Accounts and Individual Retirement Account Savings accounts cannot be a "Linked Account."

**Section 11 — Statements (Updated in Its Entirety)**

**11. Statements.** The statement for the account will identify the merchant, financial institution or electronic terminal at which Electronic Funds Transfers were made, but sales, cash withdrawals, credit vouchers or other slips you sign or receive cannot be returned with the statement. You will retain the copy of such slips furnished at the time of the transaction in order to verify the statement.

**YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES, ALTERATIONS AND FORGERIES**

You must examine your statement of account with reasonable promptness. If you discover (or reasonably should have discovered) any unauthorized Transactions, fraudulent activity, forgeries, alterations, missing non-electronic deposits, or any other errors (all such activity referred to as "Errors"), you must promptly notify us of the relevant facts. Error includes, by way of example, but not limited to: (i) an unauthorized or missing drawer's signature; (ii) an alteration (such as a change in the name of the payee or amount); (iii) an unauthorized or missing endorsement; (iv) debiting of your account based upon a check or item you have written for an incorrect amount; (v) failure to credit a deposit to your account; or (vi) unauthorized transfer. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

If you fail to notify us within 30 days of the date the statement is first sent or made available to you, we will not be liable for any additional unauthorized items, forgeries, or alterations made by the same wrongdoer on transactions occurring after that 30-day period, regardless of whether we exercised ordinary care. Ordinary care requires institutions to act in a way that is consistent with industry standards, good faith, and the reasonable expectations of consumers.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 60 days from when the statement is first sent or made available to you. Unlike certain rights available under federal law for electronic fund transfer errors, no extension of this 60-day period is available for errors governed by this section, regardless of the reason for the delay.

*Note: The 60-day period described in this section applies only to errors involving checks, non-electronic deposits, and non-electronic transactions, and is governed by the Uniform Commercial Code. A separate 60-day period applies to errors involving electronic fund transfers and is governed by federal law (Regulation E, 12 CFR Part 1005); see your Electronic Fund Transfers for details. These are independent obligations with different legal consequences and different remedies.*

We are not responsible, and you assume the risk for any statement or notice that is lost in the mail and not received by you. See the section entitled "Address or Name Change" for your obligations to notify us of any change in address or non-receipt of statements or notices.

You further agree that if you fail to report any Errors within 60 days of when we first send or make the statement available, you cannot assert a claim against us based on an unauthorized signature, alteration, or forgery on any Item in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section. This limitation does not apply to errors caused solely by our own processing mistakes unrelated to unauthorized signatures, alterations, or forgeries.

If you have provided us with timely notice of the Error, under the paragraphs above, and we refuse to reimburse you for the alleged loss, you must also commence any legal action or proceeding against us within one year after the statement or items are made available to you if the Error consists of your unauthorized signature on or any alteration on the item. If the Error consists, however, of your unauthorized endorsement on the item, you must commence any legal action or proceeding against us within three years after the cause of action accrues. Your failure to act within these time periods bars any action against us based on such unauthorized signature, alteration, and unauthorized endorsement Errors.

If you report an unauthorized signature, forgery, or alteration, you may be required to cooperate with our investigation and provide additional documentation as described in the "Claim of Loss" section of this Agreement.

**Errors Relating to Electronic Fund Transfers or Substitute Checks**

For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers and the sections titled Unauthorized Transfers and Error Resolution Notice. For errors relating to substitute checks, refer to your Substitute Checks and Your Rights disclosure, which provides a separate 40-day reporting window that is shorter than the periods described in this section and is triggered from the date the substitute check or the account statement reflecting it is mailed or delivered to you, whichever is later. Nothing in this section limits or modifies your rights under the Electronic Fund Transfer Act, Regulation E, or Substitute Check.

**Section 12 — Statement Delivery (formerly Section 13)**

Two new sentences have been added to this section: The opening of the section now includes: "Our records will be binding upon you if there is a discrepancy in the account Balance, except where you have timely reported an error in accordance with the 'Statements' section of this Agreement or your Electronic Fund Transfer."

Additionally, a new sentence clarifying when a statement is considered "sent or made available" has been added: "A statement is considered 'sent or made available' to you, and the error reporting periods described in the 'Statements' section begin to run, on the date your statement is mailed to your address of record or, if you have enrolled in electronic statement delivery, on the date it is posted to your online banking portal."

**Section 16 — Overdrafts and Non-Sufficient Funds (Updated in Its Entirety)**

**16. Overdrafts and Non-Sufficient Funds.** This section only applies to accounts not enrolled in Overdraft Protection Coverage. If you choose to enroll, the Overdraft Protection Coverage Terms and Conditions will govern your overdraft practices and fees, replacing the overdraft-specific provisions here. However, standard rules like account closure and other terms not addressed in the enrollment agreement will still apply. If you later remove Overdraft Protection Coverage, the provisions of this section will immediately apply to your account again. For full details on enrolled accounts, please see the Overdraft Protection Coverage Terms and Conditions.

If an Item exceeds your Available Balance, we may choose to either pay it as an overdraft or decline it at the point of sale as a non-sufficient funds transaction. Your account is overdrawn whenever your Available Balance falls below zero. We do not charge overdraft or non-sufficient funds fees for transactions posted to accounts that are not enrolled in Overdraft Protection Coverage. However, if your Available Balance remains negative by any amount for 60 or more consecutive days, we will close your account and may assess a Charge-Off Fee.

Subject to the Authorized Positive Transaction Exception and Exception for Next Day Deposits detailed below, Items that, if paid, would cause your account to exceed your Available Balance will be returned unpaid. You understand that we may, at our discretion, honor Items presented that overdraw your account or continue to overdraw your account. The fact that we may honor Items presented that overdraw the account does not obligate us to do so later. You can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as a pre-existing overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. Please note that we rely on how the merchant codes a debit-card transaction to determine whether it is a "one-time" or "recurring" transaction and will not perform an independent review.

**AUTHORIZED POSITIVE TRANSACTION EXCEPTION** — We will not return unpaid, and will not assess an Overdraft Charge for, ATM or one-time debit card transactions if your Available Balance was sufficient at the time the transaction was authorized and a Temporary Debit Authorization Hold was placed for that transaction, even if your Available Balance is negative at the time the transaction is presented for payment.

**Example (Authorized Positive Transaction):** If your Available Balance is $100 and you make a one-time debit card purchase for $60, the transaction may be authorized, and a hold may be placed for $60. If a separate transaction later causes your account to become overdrawn before the debit card transaction Posts, we will not assess an Overdraft Charge for that debit card transaction, even if your account has a negative Balance when it is paid.

**EXCEPTION FOR NEXT DAY DEPOSITS** — If an Item is returned for non-sufficient funds on the Business Day the Item is presented for payment (Day 1), you may make a Qualifying Overdraft Deposit by 4 p.m. ET on the next Business Day (Day 2). If the Qualifying Overdraft Deposit is received by 4 p.m. ET, the Item may be paid, subject to the order in which transactions are processed and Posted and the availability of sufficient funds to cover the Item and any other transactions presented to your account.

Items presented to your account are generally Posted in the order they are received on the same Business Day (Day 1). If sufficient funds are not available to pay all Items on the day they are received, some Items may be reprocessed on the next Business Day (Day 2). On Day 2, the Posting order may differ from the original order of receipt. Items may be grouped and Posted by type, which can include, but is not limited to, inclearing items (such as checks) and Automated Clearing House (ACH) transactions. Within each group or file, Items may be Posted in the order determined by the processing system.

To be a "Qualifying Overdraft Deposit", all of the following conditions must be met:

- Funds Availability: The deposit must consist of funds that become available for use under the Funds Availability Disclosure by the 4 p.m. ET deadline on Day 2. Because check deposits are subject to hold periods, a check must be deposited early enough to ensure the funds are fully available by this deadline. Checks that remain subject to a hold on Day 2 will not qualify;
- Sufficient Amount: The deposit is made to the overdrawn account in an amount sufficient to restore your Available Balance to $0 or greater, and to cover the Item(s) and any other transactions that may be presented to your account; and
- Location and Cut-off Time: If the deposit includes cash or a check, it must be made in person at any of our branches, or at an ATM (that accepts deposits in addition to dispensing cash) located on the premises of one of our branches by 4 p.m. ET on the next Business Day (Day 2) to qualify, provided the funds are available.

We may determine whether your Available Balance is sufficient to pay an Item at any point between (1) the time the Item is presented to us, or we receive notice regarding the Item and (2) the time the Item is paid or returned. We are not required to make this determination more than once. Generally, a subsequent determination cannot be made for ATM and one-time debit-card transactions. Please note that we rely on how your merchant codes a debit-card transaction to determine whether it is a "one-time" or a "recurring" transaction and will not perform an independent review.

**EXAMPLE:** On Monday (Day 1), you have an Available Balance of $50. A check for $100 is presented to your account. Because your Available Balance is not sufficient to cover the check, the Item is not paid and is rejected.

On Tuesday morning (Day 2), you make a Qualifying Deposit of $75. Your Available Balance would be $125. Later that day, the check is processed for payment. If no other transactions are presented before the check, it may be paid. However, if additional transactions (for example, a $30 ACH debit) are processed before the check, your Available Balance may no longer be sufficient to cover all transactions. In that case, the check may still be rejected.

This example is for illustrative purposes only. Actual outcomes may vary based on the order in which transactions are processed and Posted and other factors, including additional transactions presented to your account.

The Exception for Next Day Deposits described above applies to accounts not enrolled in Overdraft Protection Coverage, as well as to enrolled accounts if an Item exceeds the available coverage amount.

Please see the "Overdraft Protection with Linked Accounts" section for more information on how to avoid overdraft and non-sufficient funds transactions.

**ADDITIONAL FEES:** A Charge-Off Fee may apply. Please refer to the Fee Schedule for applicable fee amounts, parameters and exclusions.

**Section 17 — Temporary Debit Authorization Holds (Updated in Its Entirety)**

**17. TEMPORARY DEBIT AUTHORIZATION HOLDS.** This section only applies to accounts not enrolled in Overdraft Protection Coverage. If you choose to enroll, the provisions of the Overdraft Protection Coverage Terms and Conditions will replace this section of the Terms and Conditions of Your Account. If you subsequently choose to remove Overdraft Protection Coverage from your account, the provisions of this section will be reinstated. See Overdraft Protection Coverage Terms and Conditions for details applicable to accounts enrolled in Overdraft Protection Coverage.

Purchases made using your Flagstar Bank debit card or ATM card are subtracted from your designated Flagstar Bank account. PIN based transactions generally are settled the same day. Signature-based transactions, on the other hand, may take longer to settle. A Temporary Debit Authorization Hold is frequently placed on funds in your account when you use your debit card over a credit-card network (generally when you do not enter a PIN). The merchant where you use your debit card requests the Temporary Debit Authorization Hold and later sends the debit card transaction to us for payment. The merchant controls the amount of the Temporary Debit Authorization Hold, not us. The Temporary Debit Authorization Hold will not necessarily be for the same amount as the transaction eventually presented to us for payment and Posted to your account. The amount of the Temporary Debit Authorization Hold may be more than the actual amount of your purchase. Some common transactions where this occurs involve purchase of gasoline, hotel rooms, or meals at restaurants.

A Temporary Debit Authorization Hold reduces your Available Balance until the hold is released. This hold amount is not available to cover other transactions. If an Item is presented for payment and exceeds this reduced Available Balance, we may decline or return that Item unpaid. We may decline or return the Item even if the Temporary Debit Authorization Hold is for an amount that differs from the final transaction total.

Most Temporary Debit Authorization Holds are released in one of two ways: either (a) when the transaction is presented to us for payment, the Temporary Debit Authorization Hold is released, the amount is returned to your Available Balance, and the transaction is then immediately Posted to your account; or (b) if the transaction is not presented to us for payment generally after 48 hours of the Temporary Debit Authorization Hold being requested, we will automatically release the Temporary Debit Authorization Hold and the funds will be returned to your Available Balance. Under the second scenario, keep in mind the transaction may still be presented to us for payment and Posted to your account despite the release of the Temporary Debit Authorization Hold.

Remember that we may decline or return an Item exceeding your Available Balance unpaid at the time the Item is presented for payment, unless an exception applies. For instance, an Item exceeding your Available Balance would not be returned unpaid if the Authorized Positive Transaction Exception or the Exception for Next Day Deposits (described above in Section 16) applies.

**EXAMPLE:**

- Day 1: Your account has an Available Balance of $100. You swipe your debit card for a $50 grocery purchase (Transaction A). We place a Temporary Debit Authorization Hold for $50, reducing your Available Balance to $50.
- Day 2: A check you wrote for $75 is presented for payment (Transaction B). Because it exceeds your $50 Available Balance, it is returned unpaid as a non-sufficient funds transaction. No fee is assessed, and your Available Balance remains $50.

- Day 3 (Morning): The $50 merchant hold from Transaction A is released because the merchant has not yet submitted the final charge. This restores your Available Balance to $100.
- Day 3 (Midday): Under our standard reprocessing procedures, the $75 check (Transaction B) is automatically reprocessed for payment. Because your Available Balance is now $100, the check clears and is paid. This reduces your Available Balance to $25.
- Day 3 (Evening): You attempt to withdraw $60 at an ATM (Transaction C). Because this exceeds your new Available Balance of $25, the ATM transaction is declined. Your Available Balance remains $25.
- Day 4: The grocery merchant submits the final $50 charge for Transaction A. Because your Available Balance was sufficient when authorized on Day 1, we pay the item under the Authorized Positive Transactions Exception. No fee is assessed, and your Available Balance drops to -$25.

Transaction Timing and Balance Summary

| Timing | Transaction Description | Transaction Amount | Available Balance |
|---|---|---|---|
| Day 1 | Starting Balance | — | $100.00 |
| Day 1 | Temporary Debit Authorization Hold — Grocery Merchant (Transaction A) | (-$50.00) | $50.00 |
| Day 2 | Check (Transaction B) returned unpaid | — | $50.00 |
| Day 3 | Temporary Debit Authorization Hold released — Transaction A | $50.00 | $100.00 |
| Day 3 | Check (Transaction B) reprocessed and paid | (-$75.00) | $25.00 |
| Day 3 | ATM Withdrawal (Transaction C) declined due to insufficient funds | — | $25.00 |
| Day 4 | Grocery Merchant (Transaction A) posts | (-$50.00) | (-$25.00) |

**Section 21 — Posting Order of Items & Credits (Updated in Its Entirety)**

**21. Posting Order of Items & Credits.** The order in which Items are paid is important if there is not enough money in your account to pay all of the Items that are presented. The posting order can affect the number of Items exceeding your Available Balance resulting in overdraft transactions or non-sufficient funds transactions and the amount of the fees you may have to pay. The order we pay your Items may create multiple overdrafts and/or nonsufficient funds transactions in a Business Day and you will be charged the applicable fees for overdraft transactions, unless otherwise noted in the Terms and Conditions of Your Account. We encourage you to make careful records and practice good account management. Record every transaction and keep a running total of your Available Balance and Balance and leave extra funds available for potential charges. This will help you to avoid creating Items without sufficient funds and potentially incurring the resulting fees. To assist you in managing your account, we are providing you with the following information regarding how we process those Items and credits.

Our policy is to process all Items and credits in the order they are received, subject to the following conditions. When Items or credits are received at the same time within the same file, credits will be processed first. Wire transfers, phone transfers, online banking transfers, in branch transactions, ATM transactions, debit card transactions, ACH transactions, bill pay transactions, and Items we are required to pay, such as returned deposited items, are processed next (but not necessarily in that order) as they occur on the effective date for the Business Day on which they are processed. Checks and similar Items are processed in batches and in the order in which they are received, for the Business Day on which they are processed. Items presented to your account are generally Posted in the order they are received on the same Business Day (Day 1). If sufficient funds are not available to pay all Items on the day they are received, some Items may be reprocessed on the next Business Day (Day 2). On Day 2, the Posting order may differ from the original order of receipt. Items may be grouped and Posted by type, which can include, but is not limited to, inclearing items (such as checks) and Automated Clearing House (ACH) transactions. Within each group or file, Items may be Posted in the order determined by our processing system. As a result, the order in which Items are posted on Day 2 may impact the assessment of fees, including Overdraft Charges. Please see Overdraft Protection Coverage Terms and Conditions for details on Overdraft Charges, which only are applicable to those enrolled in the service.

We reserve the right to change the order of payment without notice to you if we suspect fraud or possible illegal activity affecting your account.

**Section 33 — Check Processing**

A new closing sentence has been added to this section, which now reads as follows: "For information on your rights and obligations to report errors discovered on your periodic statement, including errors related to check processing, see the 'Statements' section of this Agreement."

**Section 35 — Security**

The updated Disclosure section is included in full, following the summary below, within this addendum. Key updates to the terms and conditions of the Disclosure guide, within the Security section are explained in summary below:

**Protecting Your Account from Fraud**

We offer tools and services to help detect and prevent unauthorized activity, including check, ACH, wire, and other electronic payment fraud. These tools are important safeguards for your business accounts.

Because business accounts are frequently targeted, you are expected to actively manage account security and implement safeguards appropriate to your size, transaction activity, and risk profile. You are responsible for safeguarding your account information, access devices, and checks.

**Fraud Prevention Tools and Your Responsibilities**

We may provide fraud-prevention tools such as Check Positive Pay, ACH Positive Pay, and ACH or Check Blocks, along with other recommended security measures ("Fraud Tools"). While no tool can eliminate all risk, they can significantly reduce exposure to unauthorized or altered transactions. If you choose not to use available Fraud Tools, or do not use them as intended, you may be responsible for resulting losses and may be unable to assert claims for transactions that could have been prevented.

**Required Security Measures**

Based on your account activity and risk exposure, we may require certain security measures. If we do, we will notify you and work with you to implement the required controls.

We encourage you to carefully review the full updated Disclosure section (provided below in its entirety) to understand how it applies to your account(s), as this update may include terms and conditions that differ from those in disclosures you have previously received. After the Effective Date, if there is any conflict between this Disclosure and other disclosures or terms and conditions relating to your account(s), this Disclosure will govern to the extent necessary to resolve the conflict.

**35. Security.** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your account number or electronic access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized. Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment. You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

The Bank offers a variety of Fraud Protection Services and other features designed to assist you in reducing or stopping the incidence of fraud and unauthorized activity in your Accounts. You acknowledge that you have reviewed the Fraud Protection Services. If you choose not to use the Bank's Fraud Protection Services, and the proper use of Fraud Protection Services could reasonably have prevented Losses from fraud or unauthorized activity, you shall hold Bank harmless for the amount of such Losses that could reasonably have been prevented and you shall be precluded from asserting any claims against Bank for such incidents of fraud or unauthorized activity. You acknowledge and agree that Bank may require your enrollment in certain Fraud Protection Services: (i) prior to approving your enrollment and use of certain Services; (ii) to facilitate your continued use of certain Services. You agree to promptly cooperate with any requirements by the Bank to enroll in Fraud Protection Services, and acknowledge and agree that failure to do so shall result in immediate restriction and/or termination of your Services.

**Section 39 — Claim of Loss**

A new opening paragraph has been added to this section, which now reads as follows: "Before making a claim under this section for a forgery, alteration, or unauthorized withdrawal discovered on a periodic statement, you must have complied with the error reporting requirements and time periods described in the 'Statements' section of this Agreement, as applicable. For claims involving electronic fund transfers, the error reporting requirements in your Electronic Fund Transfers notice apply."

**Section 45 – ACH and Wire Transfers**

A new sentence has been added at the end of this section, which now reads as follows: "Wire transfers are not covered by Overdraft Protection Coverage. ACH transactions may be covered; see the Overdraft Protection Coverage Terms and Conditions for details."

**Section 46 — Funds Transfers (Updated in Its Entirety)**

**46. Funds Transfers.** A funds transfer is a transaction or series of transactions initiated by a payment order, for the purpose of transferring funds from an originator to the beneficiary. Funds transfers are governed by Article 4A of the Uniform Commercial Code as adopted in the state where your account is located, except where federal law applies or this Agreement provides otherwise. You may submit a payment order to us orally, electronically, or in writing, subject to the verification and authentication requirements described in this Agreement and an applicable service agreement. A payment order may specify the time of payment but may not impose any other condition on payment to the beneficiary. Please note that our ability to act on oral instruction is limited as described in the "Telephonic Instructions" section of this Agreement.

Funds transfers may be executed through wire transfer or the Automated Clearing House (ACH) network, as further described in the "ACH and Wire Transfers" section of this Agreement. The terms and rules governing each transfer method, including provisional payment rules and finality of settlement, are addressed in the same section. You are responsible for providing accurate and complete payment instructions, including the correct account number and financial institution routing information for the beneficiary. We and any receiving financial institution may rely on the identifying numbers you provide, such as account numbers and routing numbers, even if those numbers identify a different person or institution than the name you provide. You bear the risk of loss resulting from incorrect payment instructions.

**Section 47 — Overdraft Protection with Linked Accounts (Updated in Its Entirety)**

**47. Overdraft Protection with Linked Accounts.** If you request that we link your checking account to a Linked Account, you agree that we may transfer funds from the Linked Account to your checking account automatically when an Item exceeding your checking account's Available Balance is presented for payment. We will not assess a Linked Account fee. The Linked Account will generally transfer only enough money to return your checking account's Available Balance to zero. However, if the Linked Account's Available Balance is not sufficient to return your checking account's Available Balance to zero but the Item can still be paid by also using another overdraft protection option (for example, Overdraft Protection Coverage, another linked account arrangement, or a pre-existing overdraft line of credit), then your Linked Account's remaining Available Balance will be transferred and the remaining amount of the Item will be covered by the other overdraft protection option in the order it was associated with your account.

We have no duty to link accounts on your behalf. In our sole discretion, we may limit the types and number of accounts that may be linked and impose restrictions on linking any specific account you may have. You agree that information regarding your linked accounts may be made available to any other owner on any of the accounts that are linked. We reserve the right to limit the types and number of transactions that may be paid from the Linked Account. The linking of your accounts in this manner may be canceled upon your request or at our discretion.

If your Linked Account earns interest, transferring funds to prevent an overdraft could result in earning less interest. You should decide whether this amount would be greater than the Overdraft Charges you anticipate you would avoid. You may request our Truth-in-Savings Disclosures for the type of linked account you propose to use to obtain information regarding how interest is determined and any minimum Balance or other requirements to earn interest.

## OVERDRAFT PROTECTION COVERAGE TERMS AND CONDITIONS

**Overview**

This Overdraft Protection Coverage Terms and Conditions document (Agreement") governs overdraft and non-sufficient funds (NSF) practices for your deposit account.

This Agreement should be read together with the Terms and Conditions of Your Account, Fee Schedule, and Funds Availability Disclosure. Other capitalized terms used in this document not otherwise defined shall have the meanings ascribed to such terms in the Terms and Conditions of Your Account document. In the event of a conflict, the Terms and Conditions of Your Account will dictate, unless otherwise stated.

Overdraft Protection Coverage is a discretionary service we offer and is not a line of credit. We may, but are not required to, pay Items that exceed your Available Balance. We apply our overdraft payment practices using consistent, objective criteria; however, payment of any Item is not guaranteed. You should not rely on this service to cover transactions or avoid declined or returned Items.

**How Overdraft Protection Coverage Works**

Overdraft Protection Coverage is a service under which we may, at our discretion, pay Items that exceed your Available Balance and assess an Overdraft Charge, rather than declining or returning the Item unpaid.

We may decline or return any Item at our discretion, based on our standard criteria and risk consideration, even if:

- Your account is in Good Standing.
- The Item is within your Overdraft Protection Coverage limit.
- We have previously paid similar Items.

We may consider factors such as your account status and Overdraft Protection Coverage limit when deciding whether to pay an Item, but we are not obligated to do so. Payment of any Item is not guaranteed.

Items that would cause your account to exceed your Overdraft Protection Coverage limit may be returned unpaid.

"Good Standing," for the purposes of Overdraft Protection Coverage, means you (1) deposit sufficient funds to bring your account to a positive Balance of at least $0.01 (after payment of all bank fees and charges) by the end of a Business Day and that Balance remains at or above $0.01 through the end of the next Business Day at least once every 30 calendar days, (2) avoid excessive overdrafts, and (3) have no legal orders, levies, or liens against your account.

**Transactions That May Be Covered**

We may pay the following types of transactions using Overdraft Protection Coverage:

- Withdrawals from a Flagstar Teller, checks, recurring debit card transactions,* ACH–Auto Debit transactions, Online Bill Pay, and Zelle®. Not included are Online Banking Transfers, Telephone Banking, and/or Wire Transfers.

*ATM and everyday (one-time) debit card transactions are not covered by default and are described below.

**Overdraft Protection Debit Card (Optional Service)**

Overdraft Protection Debit Card allows us to pay overdrafts for ATM and everyday (one-time) debit card transactions.

- You must provide affirmative consent (opt in)
- You may revoke your consent at any time.
- You must have Overdraft Protection Coverage to enroll.
- If Overdraft Protection Coverage is removed, this service will also be removed.

If you opt in, we will assess an Overdraft Charge for each covered transaction we pay, subject to applicable exceptions described in this Agreement. Certain rights and protections related to debit card transactions apply only to consumer accounts.

**Overdraft Protection with Linked Accounts and Other Overdraft Options**

You may reduce or avoid Overdraft Charges by using:

- Overdraft Protection with Linked Accounts (such as savings accounts)
- A pre-existing overdraft line of credit

These alternatives may be less expensive than Overdraft Charges depending on your usage. If you have a Linked Account or other overdraft option, we generally use those funds before using Overdraft Protection Coverage; however, we are not required to do so in every instance and may apply our standard processing order and system limitations. If your Linked Account earns interest, transferring funds to prevent an overdraft could result in earning less interest. You should decide whether this amount would be greater than the Overdraft Charges you anticipate you would avoid. You may request our Truth-in-Savings Disclosures for the type of linked account you propose to use to obtain information regarding how interest is determined and any minimum Balance or other requirements to earn interest. If those funds are not sufficient to cover an Item, we may use Overdraft Protection Coverage for the remaining amount.

You may direct the order in which these options are applied. You may change or remove these options by visiting a branch or accessing your online banking.

**Example (Linked Account Covers Item in Full):**

If your Available Balance is $10 and a $50 Item is presented for payment, and $40 is transferred from your linked account to cover the Item in full, we will not assess an Overdraft Charge.

**Example (Partial Coverage Using Linked Account and Overdraft Protection Coverage):**

If your Available Balance is $10, a $50 Item is presented for payment, and $20 is transferred from your linked account, we may use Overdraft Protection Coverage to pay the remaining $20. In that case, an Overdraft Charge may be assessed because Overdraft Protection Coverage was used.

**When Fees Apply**

You agree to pay applicable fees, including but not limited to Overdraft Charges. Refer to the Fee Schedule for the most current fee amounts and additional details.

In general, an Overdraft Charge applies only in those circumstances when we pay an Item using Overdraft Protection Coverage that exceeds your Available Balance, unless an exception described in this Agreement applies. We do not charge fees for Items that are declined or returned unpaid due to non-sufficient funds (NSF).

We will not assess Overdraft Charges for ATM or one-time debit card transactions unless you have opted into Overdraft Protection Debit Card.

**Example (When an Overdraft Charge Applies):**

If your Available Balance is $20 and we pay a check for $50 using Overdraft Protection Coverage, your account will be overdrawn and an Overdraft Charge may be assessed for that Item, unless an exception described in this Agreement applies.

**Overdraft Charge**

- $30.00 per Item
- Maximum of three charges per Business Day (up to $90.00 per day)

We may assess an Overdraft Charge when we pay an Item that causes or increases an overdraft.

**Example:** If we pay three Items using Overdraft Protection Coverage on the same Business Day that exceed your Available Balance, you will be charged three Overdraft Charges, up to the daily limit described above (see "Exceptions to Overdraft Charges" for circumstances where this does not apply). If we pay additional Item(s) later that same Business Day in the same manner, no further Overdraft Charges will be assessed because the daily maximum has already been reached.

**Exceptions to Overdraft Charges:**

We will not assess an Overdraft Charge in certain circumstances, including:

- **Authorized Positive Transaction Exception –** We will not assess an Overdraft Charge for ATM or one-time debit card transactions if your Available Balance was sufficient at the time the transaction was authorized and a Temporary Debit Authorization Hold was placed for that transaction.

**Example (Authorized Positive Transaction):** If your Available Balance is $100 and you make a one-time debit card purchase for $60, the transaction may be authorized, and a hold may be placed for $60. If a separate transaction later causes your account to become overdrawn before the debit card transaction Posts, we will not assess an Overdraft Charge for that debit card transaction, even if your account has a negative Balance when it is paid.

- **Small Amount Exception –** An Overdraft Charge will not be assessed on any transaction that causes the account Balance to become overdrawn by $10.00 or less.

**Overdraft Protection Coverage Limits and Eligibility**

Coverage Limits (By Type of Checking Account)

- Interest-bearing checking: $1,000
- Non-interest-bearing checking: $500
- Private Platinum Checking: $500
- Business checking: $500

If you have multiple qualifying accounts, a separate limit may apply to each eligible account. We may limit participation or discontinue this service at any time.

**Eligibility Requirements**

Overdraft Protection Coverage enrollment requires your affirmative consent, and that your account is in Good Standing. Overdraft Protection Coverage will not be activated until your account has been open for at least 60 calendar days, and you have made deposits in an aggregate amount equal to or greater than the applicable Overdraft Protection Coverage limit.

**Ineligible Accounts and Ownership Types**

Overdraft Protection Coverage is available to individually/jointly owned or certain business accounts in Good Standing. It is not available for certain account types or ownership structures, including, but not limited to savings accounts, money market accounts, certificates of deposit, IRAs, HSAs, trusts, fiduciary, estates, accounts owned by a Minor, and certain business entities such as IOLTA, Municipal, Financial Institutions, Corporations, Business Sweep and/or those associated to/with any of these account types or ownership structures.

**Transaction Processing, Available Balance, and Authorization**

Transactions are generally processed and Posted on the Business Day they are received. Transactions presented for payment to your account are generally Posted in the order received on that day (Day 1).

Transactions may be grouped and processed by type. These types may include, but are not limited to, in-clearing Items (such as checks) and Automated Clearing House (ACH) transactions. Within each group or file, Items may be processed in the order determined by our processing systems.

Transactions may not be processed in the same order in which they occur and may be Posted either on the day they are received or on a later Business Day. The order in which transactions are processed can affect whether Items are paid or returned and may result in additional overdrafts and Overdraft Charges if your account does not have sufficient funds. In some cases, multiple overdraft charges may be assessed in a single day; however, no more than three overdraft charges will be charged per day. We generally determine whether your Available Balance is sufficient at the time an Item is presented for payment. We are not required to make this determination more than once.

You are responsible for maintaining a sufficient Available Balance in your account.

Authorization of a transaction (such as a debit card purchase) does not guarantee that sufficient funds will be available when the transaction is presented for payment.

Your Available Balance may change throughout the day as transactions are authorized, processed, or Posted.

**Temporary Debit Authorization Holds**

When you use your debit card, a merchant may place a Temporary Debit Authorization Hold on your account.

- The merchant determines the amount of the hold.
- The hold may differ from the final transaction amount and may be higher or lower.
- The hold reduces your Available Balance.

Other transactions presented while a hold is in place may cause your account to become overdrawn.

Holds are typically released when the transaction Posts or within a short period of time (for example, up to 48 hours) if the transaction is not presented. A transaction may still Post after a hold is released. We may determine whether your Available Balance is sufficient to pay an Item at any point between (1) the time the Item is presented to us, or we receive notice regarding the Item and (2) the time the Item is paid or returned. We are not required to make this

determination more than once. Generally, a subsequent determination cannot be made for ATM and one-time debit-card transactions. Please note that we rely on how your merchant codes a debit-card transaction to determine whether it is a “one-time” or a “recurring” transaction and will not perform an independent review.

**Example:** If you have $100 in your Available Balance and a merchant places a $75 hold, your Available Balance may be reduced to $25. If another $50 Item is presented for payment while the hold is in place and we pay it, your account may become overdrawn, and an Overdraft Charge may apply if we pay the Item using Overdraft Protection Coverage.

**Account Monitoring and Alerts**

You are responsible for monitoring your account and Available Balance.

If you are enrolled in Online or Mobile Banking, you may establish Balance alerts by email or text message. Alerts may not reflect all transactions immediately.

**Suspension, Termination, and Account Closure**

We may suspend or terminate your Overdraft Protection Coverage, including any Overdraft Protection Debit Card, or close your account at our discretion. This may occur if you no longer meet eligibility or Good Standing requirements, or if we suspect fraud, misuse, or other risk-related activity.

You are required to promptly repay any overdraft amount on your account, including all applicable fees, and return your account to a positive balance as described in this Agreement. We may apply any deposits to your account, including direct deposits, toward repayment of overdraft amounts before paying other items.

If your account remains overdrawn for 60 or more consecutive days, we may close your account. If your account is closed with a negative balance, a $30.00 Charge-Off Fee may be assessed.

Failure to repay overdraft amounts may result in suspension or termination of Overdraft Protection Coverage, account closure, and/or collection activity. Upon demand, you must immediately repay all overdraft amounts owed, including applicable collection costs to the extent permitted by law.

Please refer to the Terms and Conditions of Your Account for additional information.

**Changes to This Agreement**

We may change the terms of this Agreement at any time as permitted by law. Changes will be provided in accordance with applicable notice requirements.

**Questions and Opt-Out**

If you have questions about Overdraft Protection Coverage or Overdraft Protection Debit Card, you may contact us through Online or Mobile Banking, by calling 888-248-6423, or by visiting a branch. You can remove Overdraft Protection Coverage or Overdraft Protection Debit Card from your account at any time. Please visit a branch or use a similarly authenticated electronic means used for enrollment.

If Overdraft Protection Coverage is removed, Overdraft Protection Debit Card will also be removed.